| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Tamany J. Vinson Bentz (SBN 258600)<br>Jonathan D. Kintzele (SBN 316482)<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars, Suite 400 North Tower<br>Los Angeles, California 90067-4704<br>Tel:  (310) 595-3000<br>Email: tamany.bentz@us.dlapiper.com<br>         jonathan.kintzele@us.dlapiper.com<br>ATTORNEY(S) FOR: BREAKING CODE SILENCE | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit<br><br>Plaintiff(s),<br>v.<br>KATHERINE MCNAMARA, an individual, JEREMY WHITELEY, an individual, and DOES 1 through 50, inclusive<br>Defendant(s) | CASE NUMBER:<br>2:22-cv-02052<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____BREAKING CODE SILENCE_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Breaking Code Silence | Plaintiff |
| Katherine McNamara | Defendant |
| Jeremy Whiteley | Defendant |

| | |
|---|---|
| March 28, 2022<br>Date | /s/  Tamany J. Vinson Bentz<br>Signature<br>TAMANY J. VINSON BENTZ<br><br>Attorney of record for (or name of party appearing in pro per):<br><br>BREAKING CODE SILENCE |

CV-30 (05/13)                            NOTICE OF INTERESTED PARTIES
WEST\287797440.2

