NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Dirk O. Julander, Bar No. 132313
Catherine A. Close, Bar No. 198549
M. Adam Tate, Bar No. 280017
Julander, Brown & Bollard
9110 Irvine Center Drive, Irvine, CA 92618
Tel: (949) 477-2100

ATTORNEY(S) FOR:  Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit, <br><br> Plaintiff(s), <br><br> v. <br><br> KATHERINE MCNAMARA, an Individual; JEREMY WHITELEY, an individual; <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:22-cv-002052-SB-MAA <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Defendants Katherine McNamara and Jeremy Whiteley___
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit | Plaintiff |
| NonProfit Insurance Alliance of California (NIAC) | Plaintiff's insurance carrier |

___May 6, 2022___
Date

/s/ Dirk O. Julander
Signature

Attorney of record for (or name of party appearing in pro per):

Dirk O. Julander

CV-30 (05/13)                              **NOTICE OF INTERESTED PARTIES**