**DLA PIPER LLP (US)**
TAMANY J. VINSON BENTZ (SBN 258600)
tamany.bentz@us.dlapiper.com
JASON T. LUEDDEKE (SBN 279242)
jason.lueddeke@us.dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Telephone:  310.595.3000
Facsimile:   310.595.3300

Attorneys for Plaintiff
BREAKING CODE SILENCE,
a California 501(c)(3) nonprofit

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE,<br><br>  Plaintiffs,<br><br>KATHERINE MCNAMARA, JEREMY WHITELEY, DOES 1 through 50,<br><br>  Defendants. | CASE NO.  2:22-cv-02052-SB-MAA<br><br>**DECLARATION OF TAMANY J. VINSON BENTZ IN SUPPORT OF REQUEST TO APPEAR BY PHONE AT SCHEDULING CONFERENCE**<br><br>Complaint Filed: March 28, 2022<br>Response Filed: May 6, 2022<br>Trial Date (Proposed):   October 2023<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br>MSC:  June 17, 2022<br>Time: 8:30 a.m.<br>Courtroom: 6C |

DECLARATION OF TAMANY J. VINSON BENTZ ISO REQUEST TO APPEAR BY TELEPHONE

I, Tamany J. Vinson Bentz, declare as follows:

1. I am an attorney at DLA Piper LLP (US), counsel of record for Plaintiff Breaking Code Silence in this case. I am admitted to practice in the State of California. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify as to their accuracy. I submit this declaration as part of the Parties' Joint Rule 26(f) Report.

2. In the spring of 2021, my family booked a family vacation in Lake Powell on the border of Arizona and Utah, which included reserving and paying for a houseboat.

3. We are scheduled to arrive in Lake Powell on June 17, 2022 and return home on June 25, 2022. We cannot adjust or cancel the reservation for the houseboat without incurring a significant financial penalty.

4. Although I am not confident I will have telephone reception on Lake Powell, I confirmed that I will have reception from our location on June 17, 2022 and can, therefore, attend the scheduling conference telephonically on that date.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 7th day of June, 2022, at Los Angeles, California.

                        */s/ Tamany J. Vinson Bentz*
                        Tamany J. Vinson Bentz