**DLA PIPER LLP (US)**
TAMANY J. VINSON BENTZ (SBN 258600)
tamany.bentz@us.dlapiper.com
JASON T. LUEDDEKE (SBN 279242)
jason.lueddeke@us.dlapiper.com
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Telephone:  310.595.3000
Facsimile:   310.595.3300

Attorneys for Plaintiff
BREAKING CODE SILENCE,
a California 501(c)(3) nonprofit

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit,<br><br>Plaintiff,<br><br>KATHERINE MCNAMARA, an individual, JEREMY WHITELEY, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  2:22-cv-02052-SB-MAA<br><br>Hon. Stanley Blumenfeld Jr.<br><br>**NOTICE OF LODGING STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>Complaint Filed: March 28, 2022<br>Trial Date: None Set |

1       PLEASE TAKE NOTICE that pursuant to the Court's Order dated June 7,

2  2022 [Dkt. 20], Plaintiff hereby lodges a Statement of Consent to Proceed Before a

3  United States Magistrate Judge.

4

DATED: June 9, 2022             DLA PIPER LLP (US)

5

6                         By:  */s/ Tamany J. Vinson Bentz*

7                             Tamany J. Vinson Bentz
                                   Jason T. Lueddeke

8                             Attorneys for Plaintiff

9                             BREAKING CODE SILENCE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF LODGING STATEMENT OF CONSENT