UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:22-cv-02052-MAA                                    Date:  July 14, 2022

Title   Breaking Code Silence v. Katherine McNamara et al.

Present:   The Honorable Maria A. Audero, United States Magistrate Judge

| Narissa Estrada | XtR 7/13/22 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Tamany Bentz | Adam Tate |
|  | Catherine Close |

**Proceedings:  SCHEDULING CONFERENCE**

Case called.  Counsel make their appearances.

The Court holds a Scheduling Conference pursuant to Federal Rule of Civil Procedure ("Rule") 16(b).  Based upon the parties' Joint Rule 26(f) Report (ECF No. 28) and discussion with Defendant's counsel, the Court sets case management dates, detailed in a separately issued Scheduling Order.

The parties' joint request to mediate the action with a volunteer from the Court's ADR Panel is approved.  A separate referral order will issue.

It is so ordered.

Time  :  0:20

Preparer   Narissa Estrada