**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Breaking Code Silence, | CASE NUMBER: |
| | |
| v.                    Plaintiff(s) | 2:22-CV-02052-MAA |
| | |
| Katherine McNamara et al,, | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| Defendant(s) | |

The Court *sua sponte* sets an Informal Discovery Conference.

Counsel for each party have submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

Telephonic Informal Discovery Conference is set for August 23, 2022 at 10:00 a.m.
Clerk to provide call-in information.

Dated:   August 16,, 2022
_____

By:   N. Estrada
_____
Deputy Clerk