UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:22-cv-02052-MAA**                                    Date:  **August 24, 2022**

Title    **Breaking Code Silence v. Katherine McNamara et al**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | XtR 8/23/22 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:              Attorneys Present for Defendant:
Jason Lueddeke                                         Adam J. Schwartz
Tamany Vinson Bentz                                Catherine Ann Close
Benjamin Grush

**Proceedings (Telephonic):**          **Informal Discovery Conference  (ECF No. 38)**

Case is called.  Counsel make their appearances.

Before the Court on August 23, 2022 is the parties' first informal discovery conference, which the Court names "IDC-1."  IDC-1 is a Court-convened conference to address the areas of disagreement in the parties' proposed E-Discovery Plan and Protocol, filed August 12, 2022 (ECF No. 35).

The Court confers with counsel.  Only some of the disputes are resolved.  The parties are **ORDERED** to continue meeting and conferring to resolve the remaining disputes and to file, **by no later than September 6, 2022**, an amended E-Discovery Plan and Protocol, noting continued areas of disagreement, if any, and each parties' position thereon.  The Court thereafter will set a continued IDC-1 if and as needed.

It is so ordered.

**Time in Court:**   1:47