**DLA PIPER LLP (US)**
TAMANY VINSON BENTZ (SBN 258600)
*tamany.bentz@us.dlapiper.com*
JASON TAYLOR LUEDDEKE (SBN 279242)
*jason.lueddeke@us.dlapiper.com*
BENJAMIN GRUSH (SBN 335550)
*benjamin.grush@us.dlapiper.com*
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Telephone:  310.595.3000
Facsimile:   310.595.3300

Attorneys for Plaintiff
Breaking Code Silence

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE MCNAMARA, an individual, JEREMY WHITELEY, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  2:22-cv-002052-MAA<br><br>**JOINT STIPULATION TO CONTINUE THE DEADLINE TO COMPLETE MEDIATION**<br><br>Action Filed: March 28, 2022<br>Trial Date: October 17, 2023 |

JOINT STIPULATION TO CONTINUE THE DEADLINE TO COMPLETE MEDIATION

Plaintiff Breaking Code Silence and Defendants Katherine McNamara and Jeremy Whiteley (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, the Parties agreed to conduct mediation through the Court's ADR Panel and the Court set the deadline to complete mediation by June 30, 2023 (Dkt. No. 31);

WHEREAS, the Parties agreed that Mr. Michael G. Balmages would serve as the Panel Mediator (Dkt. No. 33), and met and conferred on possible dates for mediation before the June 30, 2023 deadline;

WHEREAS, due to the schedules of the Parties, they were unable to agree to a mediation date in 2023 before June 30, 2023;

WHEREAS, the Parties agreed to conduct the mediation on July 13, 2023; and

WHEREAS, the Parties confirmed that Mr. Balmages is available to conduct the mediation on July 13, 2013:

THEREFORE, the Parties respectfully request that this Court continue the deadline to complete the mediation by thirty (30) days up to and including July 30, 2023.

DATED: October 5, 2022               DLA PIPER LLP (US)

                                     By: */s/ Tamany Vinson Bentz*
                                         Tamany Vinson Bentz
                                         Jason Taylor Lueddeke
                                         Benjamin Grush

                                         *Attorneys for Plaintiff*
                                         Breaking Code Silence

| | | |
|---|---|---|
| DATED: October 5. 2022 | | JULANDER BROWN & BOLLARD |
| | By: | */s/ Catherine A. Close* |
| | | Catherine A. Close<br>Adam J Schwartz<br>Adam Tate |
| | | <u>*Attorneys for Defendants*</u><br><u>Katherine McNamara and Jeremy Whitelev</u> |

## **FILER ATTESTATION**

I, Tamany Vinson Bentz, attest under Local Rule 5-4.3.4(a)(2)(i) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.