**DLA PIPER LLP (US)**
TAMANY VINSON BENTZ (SBN 258600)
*tamany.bentz@us.dlapiper.com*
JASON TAYLOR LUEDDEKE (SBN 279242)
*jason.lueddeke@us.dlapiper.com*
BENJAMIN GRUSH (SBN 335550)
*benjamin.grush@us.dlapiper.com*
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Telephone:  310.595.3000
Facsimile:   310.595.3300

Attorneys for Plaintiff
Breaking Code Silence

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE MCNAMARA, an individual, JEREMY WHITELEY, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  2:22-cv-002052-MAA<br><br>**ORDER CONTINUING THE DEADLINE TO COMPLETE MEDIATION**<br><br>Action Filed: March 28, 2022<br>Trial Date: October 17, 2023 |

# ORDER

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

The deadline for the Parties to complete the mediation ordered in the Court's July 14, 2022 Order (Dkt. No. 31) is continued by thirty (30) days from June 30, 2023 to **July 30, 2023.**

**IT IS SO ORDERED.**

DATE: October 5, 2022

HON. MARIA A. AUDERO
United States Magistrate Judge