1 | Dirk O. Julander, Bar No. 132313
　　doj@jbblaw.com
2 | Catherine A. Close, Bar No. 198549
　　cac@jbblaw.com
3 | M. Adam Tate, Bar No. 280017
　　adam@jbblaw.com
4 | JULANDER, BROWN & BOLLARD
　 9110 Irvine Center Drive
5 | Irvine, California 92618
　 Telephone: (949) 477-2100
6 | Facsimile: (949) 477-6355

7 | Attorneys for Defendants KATHERINE
　 MCNAMARA and JEREMY
8 | WHITELEY



# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KATHERINE MCNAMARA, an Individual; JEREMY WHITELEY, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-002052-SB-MAA<br><br>**DEFENDANTS' NOTICE OF DISCLOSURE OF NON-RETAINED EXPERTS PURSUANT TO FRCP RULE 27(a)(2)(C)** |

Defendants KATHERINE McNAMARA ("Ms. McNamara") and JEREMY WHITELEY ("Mr. Whiteley" and collectively, "Defendants") pursuant to Federal Rules of Civil Procedure 26(a)(2)(C) hereby notify Plaintiff BREAKING CODE SILENCE ("BCS") of Defendants' Disclosure of the following non-retained experts who it may use at trial in the above-entitled action (the "Action").

　　1.　　Katherine McNamara, Defendant.

　　Ms. McNamara has a Bachelor's of Science in Information Technology with emphasis on Security as well as a Master's in Information Security and Assurance.

1 Ms. McNamara has over thirty industry certifications including approximately ten
2 certifications specific to security, including without limitation, a Computer Hacking
3 Investigator Certification. The subject matter and summary of expert opinions
4 which Ms. McNamara is expected to provide is as follows: Ms. McNamara expects
5 to testify concerning the investigation conducted by BCS into the alleged incidents
6 of hacking and specifically that BCS failed to properly retain or preserve evidence,
7 that BCS made improper assumptions in the course of its investigation, and that
8 BCS's investigation failed to support the inference of computer hacking by
9 Defendants. McNamara may further testify regarding the Google Search Console,
10 including a topics such as de-indexing, accessing and modifying a website's DNS
11 settings including adding and removing tags and users.

12       2.      Jeremy Whiteley, Defendant.
13       Mr. Whiteley is a serial entrepreneur specializing in launching technology
14 companies. While at BCS, Mr. Whiteley was the primary person charged with
15 setting up BCS's webserver, maintaining the webserver, and monitoring the
16 webserver's security. The subject matter and summary of expert opinions which
17 Mr. Whiteley is expected to provide is as follows: Mr. Whiteley is expected to
18 testify concerning the security measures that he put in place while at BCS and that
19 the documents produced by BCS in the action show that Mr. Whiteley did not have
20 administrative access to be able to make changes to the WordPress at the time of the
21 alleged hacking. Mr. Whiteley may further testify regarding WordPress backups,
22 access logs, and plugins.

| | | |
|---|---|---|
| 1 | DATED: April 3, 2023 | JULANDER, BROWN & BOLLARD |
| 2 | | |
| 3 | | By:  */s/ M. Adam Tate* |
| 4 | | Dirk O. Julander |
| 5 | | M. Adam Tate |
| 6 | | Catherine Close |
| 7 | | Attorneys for Defendants |
| | | KATHERINE MCNAMARA and |
| | | JEREMY WHITELEY |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2023, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

*/s/ Helene Saller*
Helene Saller