AO 436 (Rev. 04/13)
*Read Instructions.*

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**
**AUDIO RECORDING ORDER**

| | |
|---|---|
| 1. NAME: Jeremy Whiteley | 2. PHONE NUMBER: (425) 442-2083 |
| | 3. EMAIL ADDRESS: jeremy@medtexter.com |
| 4. MAILING ADDRESS: 6721 E McDowell Rd Unit 322C | 5. CITY: Scottsdale |
| | 6. STATE: AZ |
| | 7. ZIP CODE: 85257 |
| 8. CASE NUMBER: 2:22-cv-02052-MAA | 9. CASE NAME: Breaking Code Silence v. Mc |
| | DATES OF PROCEEDINGS |
| | 10. FROM: 6/14/2023 |
| | 11. TO: 6/14/2023 |
| 12. PRESIDING JUDGE: Audero | LOCATION OF PROCEEDINGS |
| | 13. CITY: Los Angeles |
| | 14. STATE: CA |

**15. ORDER FOR**

- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

**16. AUDIO RECORDING REQUESTED** *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* | |
| ☐ SENTENCING | | Informal Discovery Conf. | 6/14/23 |
| ☐ BAIL HEARING | | Note: Minute Order Dkt #75 | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☒ RECORDABLE COMPACT DISC - CD | 1 | 32.00 |
| ☐ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | | |
| | **ESTIMATE TOTAL** | 32.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE: /s/ Jeremy Whiteley | 19. DATE: 6/20/2023 |
|---|---|

| PROCESSED BY | | | | PHONE NUMBER |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 32.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 32.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 32.00 |

**DISTRIBUTION:** COURT COPY   ORDER RECEIPT   ORDER COPY