Michael G. Balmages, Esq.
ADR SERVICES, INC.
19000 MacArthur Boulevard, Suite 550
Irvine, California 92612

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit,<br><br>Plaintiff(s)<br>v.<br><br>KATHERINE MCNAMARA, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-002052-SB-MAA<br><br>MEDIATION REPORT |

***Instructions:*** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): July 13, 2023 .

    ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☑ Appeared as required by Civil L.R. 16-15.5(b).
    ☐ Did not appear as required by Civil L.R. 16-15.5(b).
    　　☐ Plaintiff or plaintiff's representative failed to appear.
    　　☐ Defendant or defendant's representative failed to appear.
    　　☐ Other:

3. Did the case settle?
    ☐ Yes, fully, on _____ (date).
    ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☐ Yes, partially, and further facilitated discussions are **not** expected.
    ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☑ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

    _____ .

Dated: July 17, 2023

_____
Signature of Mediator
Michael G. Balmages, Esq.
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*