Dirk O. Julander, Bar No. 132313
  *doj@jbblaw.com*
Catherine A. Close, Bar No. 198549
  *cac@jbblaw.com*
M. Adam Tate, Bar No. 280017
  *adam@jbblaw.com*
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
Telephone: (949) 477-2100
Facsimile: (949) 477-6355

Attorneys for Defendants
KATHERINE MCNAMARA and
JEREMY WHITELEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE MCNAMARA, an Individual; JEREMY WHITELEY, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-002052-SB-MAA<br><br>**JOINT STIPULATION REGARDING USE OF DOCUMENTS DESIGNATED "CONFIDENTIAL"**<br><br>[*Assigned to the Hon. Maria A. Audero*] |

Plaintiff Breaking Code Silence ("BCS") and Defendants Katherine McNamara and Jeremy Whiteley (collectively "Defendants"), by and through their respective counsels of record, hereby stipulate as follows:

**WHEREAS,** on June 29, 2022, the Court issued a Stipulated Protective Order in the above-captioned action (the "Protective Order"). (ECF No. 29.)

**WHEREAS,** under the terms of the Protective Order, a Receiving Party may only use information or items designated as "CONFIDENTIAL" in connection with this action. (ECF No. 29, §8.1.)

**WHEREAS,** under the terms of the Protective Order, unless otherwise ordered by the Court or permitted in writing by the Designating Party, a Receiving Party may disclose information or items designated as "CONFIDENTIAL" only to the persons designated in Section 8.2. (ECF No. 29, §8.2.)

**WHEREAS,** BCS and Defendants are parties to separate litigation pending in the Los Angeles Superior Court styled *McNamara et al. v. Breaking Code Silence, et al.*, LASC Civil Case No. 19STCV03719 (the "State Action").

**WHEREAS,** discovery disputes have arisen with respect to the production of documents in the State Action.

**WHEREAS,** in an effort to resolve the disputes, the parties stipulate and agree that, notwithstanding the terms of the Protective Order, documents produced and testimony obtained in this action may be used in connection with the State Action without violating the Protective Order.

**NOW THEREFORE, IT IS STIPULATED AND AGREED,** by and between the parties through the undersigned counsel, as follows:

1. That documents produced and testimony obtained in this action may be used by the parties in connection with the State Action without violating the Protective Order.

2. That this Joint Stipulation constitutes the parties' written permission under Section 8.1 of the Protective Order to use "Protected Material" (as that term is

defined in Section 3.14 of the Protective Order) in the State Action and to disclose such "Protected Material" to the categories of persons listed in Section 8.2 for the State Action.

    3.    That if "Protected Material" is required to be produced in the State Action, the parties are not required to comply with the requirements of Section 9 of the Protective Order.

    4.    That any document designated as "CONFIDENTIAL" in this action shall be deemed to have been designated as "CONFIDENTIAL" in the State Action, and vice versa.

    5.    That this Joint Stipulation does not impact the parties' rights to challenge any designation of confidentiality under Section 7 of the Protective Order.

**IT IS SO STIPULATED.**

DATED: September 7, 2023    JULANDER, BROWN & BOLLARD

By:    */s/ M. Adam Tate*
M. Adam Tate
Catherine Close
Attorneys for Defendants
KATHERINE MCNAMARA and
JEREMY WHITELEY

DATED: September 7, 2023    DLA PIPER LLP

By:    */s/ Jason Leuddeke*
John S. Gibson
Jason Lueddeke
Benjamin Grush
Attorneys for Plaintiff
BREAKING CODE SILENCE

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2023, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

*/s/ Helene Saller*
Helene Saller