

1 Dirk O. Julander, Bar No. 132313
   doj@jbblaw.com
2 Catherine A. Close, Bar No. 198549
   cac@jbblaw.com
3 M. Adam Tate, Bar No. 280017
   adam@jbblaw.com
4 JULANDER, BROWN & BOLLARD
  9110 Irvine Center Drive
5 Irvine, California 92618
  Telephone: (949) 477-2100
6 Facsimile: (949) 477-6355

7 Attorneys for Defendants
  KATHERINE MCNAMARA and
8 JEREMY WHITELEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE MCNAMARA, an Individual; JEREMY WHITELEY, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-002052-SB-MAA<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING USE OF DOCUMENTS DESIGNATED "CONFIDENTIAL"**<br><br>[*Assigned to the Hon. Maria A. Audero*] |

`

**ORDER**

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, the Court grants the relief requested as follows:

"Protected Material," as defined in Section 3.14 of the Protective Order issued by this Court on June 29, 2022 (the "Protective Order," ECF No. 29), which is produced or obtained in this action may also be used by the parties in connection with the action pending in the Los Angeles Superior Court, styled *McNamara et al. v. Breaking Code Silence, et al.,* LASC Civil Case No. 19STCV03719, without violating the Protective Order and without the need to comply with the requirements of Section 9 of the Protective Order. This Order does not impact the parties' rights to challenge any designation of confidentiality under Section 7 of the Protective Order.

IT IS SO ORDERED.


Dated: _____          _____
                                                                    The Honorable Maria A. Audero
                                                                    United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2023, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

*/s/ Helene Saller*
Helene Saller