UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **2:22-cv-02052-MAA**                                          Date:  **October 6, 2023**

Title   **Breaking Code Silence v. Katherine McNamara, et al.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | XtR 10/5/23 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Jason T. Lueddeke | Adam J. Schwartz |
| John S. Gibson | Catherine Ann Close |
| Dennis Kiker | M. Adam Tate |

**Proceedings (Telephonic):**     **Informal Discovery Conference (ECF No. 141)**

Case is called.  Counsel make their appearances.

Before the Court on October 5, 2023 is the parties' thirteenth Informal Discovery Conference in the case, which the Court names "IDC 13."  The Court convened IDC 13 to monitor the progress of the Phase 1 discovery production at issue in the Joint Stipulation re: Defendants' Motion for Evidentiary and Monetary Sanctions Under Rule 37 of the Federal Rules of Civil Procedure ("Sanctions Motion," ECF No. 98) from the officers and directors of Plaintiff ("Custodians") ("Discovery at Issue") as set out in the Court's Minute Order re: August 9, 2023 Informal Discovery Conference (ECF No. 120) and Interim Order on August 9, 2023 Informal Discovery Conference re: Sanctions Motion (ECF No. 132).

The Court confers with the parties.  In light of the information provided by counsel, and for the reasons stated on the record, the Court **FINDS** that Defendants have satisfied their Phase 1 obligation to attempt to obtain the Discovery at Issue from the Custodians with facilitation by Plaintiff and without resorting to subpoenas under Federal Rule of Civil Procedure 45, and that such efforts have proven unsuccessful.  On this basis, the Court **ORDERS** that Defendants may proceed with issuing subpoenas to the following Custodians to obtain the Discovery at Issue:

(1)   Jesse Jensen;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **2:22-cv-02052-MAA**                                                               Date:  **October 6, 2023**

Title      **Breaking Code Silence v. Katherine McNamara, et al.**

     (2)     Arianna Conroyd;

     (3)     Vanessa Hughes;

     (4)     Eugene Furnace;

     (5)     Shelby Kirchoff; and

     (6)     Lenore Silverman.

In order to keep the discovery process moving forward in an efficient manner and with a goal of completion within the discovery cut-off date, the Court encourages Defendants to bring any disputes regarding the subpoenas to the Court's attention as early as possible after having complied with their obligation to meet and confer in an attempt to resolve any such dispute without Court intervention.

It is so ordered.

**Time in Court:**     0:45