| AO 436 (Rev. 04/13) *Read Instructions.* | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **AUDIO RECORDING ORDER** | | |
|---|---|---|---|
| 1. NAME<br>Jeremy Whiteley | 2. PHONE NUMBER<br>(425) 442-2083 | 3. EMAIL ADDRESS<br>jeremy@medtexter.com | |
| 4. MAILING ADDRESS<br>6721 E McDowell Road Unit 322C | 5. CITY<br>Scottsdale | 6. STATE<br>AZ | 7. ZIP CODE<br>85257 |
| 8. CASE NUMBER<br>2:22-CV-02052-MAA | 9. CASE NAME<br>Breaking Code Silence v Mc | DATES OF PROCEEDINGS<br>10. FROM 8/29/2023 | 11. TO 10/5/2023 |
| 12. PRESIDING JUDGE<br>Audero | | LOCATION OF PROCEEDINGS<br>13. CITY Los Angeles | 14. STATE CA |

### 15. ORDER FOR

☐ APPEAL   ☐ CRIMINAL   ☐ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY
☐ NON-APPEAL   ☒ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER *(Specify)*

### 16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* | |
| ☐ SENTENCING | | Status Conferences | 8/29/23, 9/12/23 |
| ☐ BAIL HEARING | | Informal Discovery Conf | 10/5/23 |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☒ RECORDABLE COMPACT DISC - CD | 1 | 96.00 |
| ☐ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | | |
| | **ESTIMATE TOTAL** | 96.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE<br>/s/ Jeremy Whiteley | 19. DATE<br>10/5/2023 |
|---|---|

| PROCESSED BY | | | | PHONE NUMBER |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 96.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 96.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 96.00 |

**DISTRIBUTION:**   COURT COPY   ORDER RECEIPT   ORDER COPY