1 | Dirk O. Julander, Bar No. 132313
   *doj@jbblaw.com*
2 | Catherine A. Close, Bar No. 198549
   *cac@jbblaw.com*
3 | M. Adam Tate, Bar No. 280017
   *adam@jbblaw.com*
4 | JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
5 | Irvine, California 92618
Telephone: (949) 477-2100
6 | Facsimile: (949) 477-6355

7 | Attorneys for Defendants
KATHERINE MCNAMARA and
8 | JEREMY WHITELEY



# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit, | Case No. 2:22-cv-002052-SB-MAA |
| Plaintiff, | **JOINT STIPULATION TO STRIKE ALLEGATIONS AND LIMIT CLAIMS** |
| vs. | [**Proposed Order Filed Concurrently Herewith**] |
| KATHERINE MCNAMARA, an Individual; JEREMY WHITELEY, an individual; and DOES 1 through 50, inclusive, | Trial: Vacated |
| Defendants. | [*Assigned to the Hon. Maria A. Audero*] |

Plaintiff Breaking Code Silence ("BCS") and Defendants Katherine McNamara ("McNamara") and Jeremy Whiteley ("Whiteley;" collectively "Defendants"), by and through their respective counsels of record, hereby agree and stipulate as follows:

**WHEREAS,** on October 12, 2023, counsel for the parties participated in a telephonic conference of counsel as required by Local Rule 7-3 regarding Motions for Summary Judgment that Defendants intend to file.

**WHEREAS,** on October 17, 2023, BCS, through its counsel, agreed to narrow the claims and allegations currently asserted in BCS's Complaint (ECF 2) to withdraw any claims and allegations related to Defendants' alleged unauthorized access, or exceeding authorized access, under both the Federal Computer Fraud and Abuse Act ("CFAA," Count I) and California's Computer Data Access and Fraud Act ("CDAFA," Count II) except for the allegation that McNamara and Whiteley accessed a BCS computer or account without authorization, or in excess of authorized access, and caused BCS's website to be de-indexed.

**NOW THEREFORE, IT IS STIPULATED AND AGREED,** by and between the parties through the undersigned counsel, as follows: BCS's claims for violation of the CFAA and CDAFA against Defendants are limited to the allegation that Defendants accessed a BCS computer or account—including without limitation a Hover DNS account containing the domain names for breakingcodesilence.org and breakingcodesilence.com, the Google Search Console, and the WordPress admin dashboard/console—without authorization, or in excess of authorized access, and caused BCS's website (breakingcodesilence.org and/or breakingcodesilence.com) to be de-indexed. BCS withdraws all other claims that either McNamara or Whiteley attempted or obtained unauthorized access, or exceeded authorized access, to any other BCS protected computer or account, including without limitation, allegations relating to unauthorized or exceeding authorized access to BCS's Slack, Google Drive, Google AdWords, Hootsuite, Zotero, Twitter, TikTok, YouTube, Instagram,



Facebook, Cloudways, and PayPal accounts.

**IT IS SO STIPULATED.**

DATED: October 24, 2023    JULANDER, BROWN & BOLLARD

By: ___*/s/ M. Adam Tate*___
M. Adam Tate
Catherine Close
Attorneys for Defendants
KATHERINE MCNAMARA and
JEREMY WHITELEY

DATED: October 24, 2023    DLA PIPER LLP

By: ___*/s/ John Samuel Gibson*___
John Samuel Gibson
Jason Lueddeke
Attorneys for Plaintiff
BREAKING CODE SILENCE

**ATTESTATION**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

___*/s/ M. Adam Tate*___
M. Adam Tate

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of October, 2023, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

*/s/ Helene Saller*
Helene Saller