

1 | Dirk O. Julander, Bar No. 132313
  |   *doj@jbblaw.com*
2 | Catherine A. Close, Bar No. 198549
  |   *cac@jbblaw.com*
3 | M. Adam Tate, Bar No. 280017
  |   *adam@jbblaw.com*
4 | JULANDER, BROWN & BOLLARD
  | 9110 Irvine Center Drive
5 | Irvine, California 92618
  | Telephone: (949) 477-2100
6 | Facsimile: (949) 477-6355

Attorneys for Defendants
KATHERINE MCNAMARA and
JEREMY WHITELEY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE MCNAMARA, an Individual; JEREMY WHITELEY, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-002052-SB-MAA<br><br>**JOINT STIPULATION FOR AN ORDER COMPELLING THE DEPOSITION OF BREAKING CODE SILENCE AND CONTINUING THE DISCOVERY CUT-OFF**<br><br>[**PROPOSED ORDER FILED CONCURRENTLY HEREWITH**]<br><br>Trial: Vacated<br><br>[*Assigned to the Hon. Maria A. Audero*] |
|---|---|

Plaintiff Breaking Code Silence ("BCS") and Defendants Katherine McNamara ("McNamara") and Jeremy Whiteley ("Whiteley;" collectively "Defendants"), by and through their respective counsels of record, hereby agree and stipulate as follows:

**WHEREAS**, on October 4, 2023, BCS, through its counsel, sent an email stating that Jennifer Magill ("Magill") was available for her deposition on October 23, 2023.

**WHEREAS**, on October 10, 2023, Defendants, through their counsel, informed BCS's counsel that they would take the deposition of Magill in her capacity as a person most qualified of BCS on October 23, 2023.

**WHEREAS**, on October 13, 2023, Defendants officially noticed the deposition of BCS for October 23, 2023.

**WHEREAS,** on October 19 and 20, 2023, BCS advised Defendants that it would be unable to appear at the October 23, 2023 deposition due to unforeseen scheduling conflicts, asked to reschedule the deposition, and subsequently agreed to move the discovery cut-off to accommodate the request.

**WHEREAS**, Defendants contend that they did not agree to reschedule the deposition.

**WHEREAS**, Defendants contend that the deposition of BCS went forward on October 23, 2023, but BCS and its counsel did not appear.

**WHEREAS**, Defendants contend that BCS failed to serve an objection or bring a motion for a protective order prior to the deposition.

**WHEREAS**, the parties wish to avoid the expense of a motion to compel and wish for the Court to issue an order (1) compelling the deposition of BCS, and (2) continuing the discovery cut-off.

`

**NOW THEREFORE, IT IS STIPULATED AND AGREED**, by and between the parties through the undersigned counsel, as follows: The parties jointly request that the Court issue an order compelling BCS's person(s) most qualified to appear and be deposed on November 14 and 15, 2023.

The parties also jointly request that the Court issue an order continuing the discovery cut-off for Defendants to bring any motion relating to the deposition of BCS, including without limitation, a motion to compel answers, from November 30, 2023 to December 14, 2023.

**IT IS SO STIPULATED.**

DATED:  November 8, 2023        JULANDER, BROWN & BOLLARD

By:     */s/ M. Adam Tate*
        M. Adam Tate
        Catherine Close
        Attorneys for Defendants
        KATHERINE MCNAMARA and
        JEREMY WHITELEY

DATED:  November 8, 2023        DLA PIPER LLP (US)

By:     */s/ John Samuel Gibson*
        John Samuel Gibson
        Jason Lueddeke
        Attorneys for Plaintiff
        BREAKING CODE SILENCE



**ATTESTATION**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ M. Adam Tate
M. Adam Tate

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2023, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

*/s/ Helene Saller*
Helene Saller