

| | |
|---|---|
| 1 | Dirk O. Julander, Bar No. 132313 |
|   |   doj@jbblaw.com |
| 2 | Catherine A. Close, Bar No. 198549 |
|   |   cac@jbblaw.com |
| 3 | M. Adam Tate, Bar No. 280017 |
|   |   adam@jbblaw.com |
| 4 | JULANDER, BROWN & BOLLARD |
|   | 9110 Irvine Center Drive |
| 5 | Irvine, California 92618 |
|   | Telephone: (949) 477-2100 |
| 6 | Facsimile: (949) 477-6355 |
| 7 | Attorneys for Defendants |
|   | KATHERINE MCNAMARA and |
| 8 | JEREMY WHITELEY |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit, | Case No. 2:22-cv-002052-SB-MAA |
| Plaintiff, | **DECLARATION OF NOELLE BEAUREGARD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| KATHERINE MCNAMARA, an Individual; JEREMY WHITELEY, an individual; and DOES 1 through 50, inclusive, | Date: January 2, 2024<br>Time: 10:00 a.m.<br>Crtrm: 690 |
| Defendants. | [*Assigned to the Hon. Maria A. Audero*] |

# DECLARATION OF NOELLE BEAUREGARD

I, NOELLE BEAUREGARD, hereby declare and state under penalty of perjury the following facts:

1. I am over the age of eighteen and not a party to the within action. I submit this Declaration in support of the Motion for Summary Judgment filed on behalf of Defendant JEREMY WHITELEY ("Whiteley"). I have personal knowledge of the following facts and, if called upon to testify, I can and will truthfully testify thereto.

2. I am the former Chief Communications Officer of Plaintiff BREAKING CODE SILENCE ("BCS"). I resigned from BCS in late February or early March, 2023.

3. I was one of the BCS unpaid volunteers that was assisting in troubleshooting the deindexing of BCS's website in early March 2022. Around the time of the deindexing, BCS was in the process of revising its website, including submitting a number of webpages and sitemaps to Google. Several of the sitemaps were broken and could not be fetched by Google. The issue with the broken sitemaps was later corrected on March 12, 2022, after I used a different search engine optimization plug-in that Google could read, Yoast.

4. On or about March 14, 2022, I logged into the Google Search Console to obtain evidence of the drop in web traffic resulting from the deindexing of BCS's website. At that time, there were errors indicating that multiple pages from BCS's website were marked as "no index" in Google, essentially telling Google not to index those pages. I took a screenshot of BCS's Google Seach Console showing the "submitted URL marked 'noindex'" error. A true and correct copy of the screenshot I took on March 14, 2022, is attached to the Index of Exhibits as **Exhibit 1**. This error indicates that someone at BCS submitted a WordPress command that was marking webpages as "no index" while they were making changes to BCS's website.

5. I advised BCS's leadership of the issue on March 18, 2022. Attached to the Index of Exhibits as **Exhibit 2** is a true and correct copy of my March 18, 2022, email to Megan Hurwitt advising her and the other members of BCS leadership of the "no index" issue. To my knowledge, no one at BCS investigated the "no index" error that I discovered.

6. On April 13, 2022, I advised the other investigator, Jesse Jensen, that I deactivated Google Analytics when I deactivated the Google Site Kit plugin in March 2022. I first noticed this issue on April 13, 2022. The Google Site Kit plugin can affect Google Tags such as those that provide the integration with Google Analytics and Google Search Console. When the Google Site Kit was deactivated, BCS stopped sending traffic to Google Analytics, rendering BCS unable to track its website traffic. Attached to the Index of Exhibits as **Exhibit 3** is a true and correct copy of my April 13, 2022, text messages with Jesse Jensen advising him of the foregoing issue and my accidental deactivation of the Google Site Kit plugin. The deactivation of the Google Site Kit plugin is most likely the reason that I was unable to view any web traffic for BCS's website between March 10 and March 12, 2022.

7. The results of BCS's investigation into the alleged deindexing of its website were inconclusive and we were ultimately unable to find any concrete, non-speculative, evidence that either Defendant KATHERINE MCNAMARA or Whiteley were responsible for the deindexing of BCS's website.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 6th day of November 2023

NOELLE BEAUREGARD

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd of November, 2023, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

/s/ *Helene P. Saller*
Helene P. Saller