1  Dirk O. Julander, Bar No. 132313
     doj@jbblaw.com
2  Catherine A. Close, Bar No. 198549
     cac@jbblaw.com
3  M. Adam Tate, Bar No. 280017
     adam@jbblaw.com
4  JULANDER, BROWN & BOLLARD
   9110 Irvine Center Drive
5  Irvine, California 92618
   Telephone: (949) 477-2100
6  Facsimile: (949) 477-6355

7  Attorneys for Defendants
   KATHERINE MCNAMARA and
8  JEREMY WHITELEY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE MCNAMARA, an Individual; JEREMY WHITELEY, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-002052-SB-MAA<br><br>**DECLARATION OF BOBBY COOK IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**<br><br>Date: January 2, 2024<br>Time: 10:00 a.m.<br>Crtrm: 690<br><br>[*Assigned to the Hon. Maria A. Audero*] |

# DECLARATION OF BOBBY COOK

I, BOBBY COOK, hereby declare and state under penalty of perjury the following facts:

1. I am over the age of eighteen and not a party to the within action. I submit this Declaration in support of the Motion for Summary Judgment filed on behalf of Defendant JEREMY WHITELEY ("Whiteley"). I have personal knowledge of the following facts and, if called upon to testify, I can and will truthfully testify thereto.

2. I am the former Chief Operating Officer ("COO") of Plaintiff BREAKING CODE SILENCE ("BCS"). I resigned from BCS on March 4, 2023.

3. On February 16, 2023, while I was the COO of BCS, I participated in a text conversation with BCS's President, Jennifer Magill, regarding a United States Patent and Trademark filing which was filed on behalf of Defendant KATHERINE MCNAMARA. During the conversation, Ms. Magill expressed her desire to have Ms. McNamara "criminally convicted" or "destroyed financially and socially in a civil case." Attached to the Index of Exhibits as **Exhibit 4** is a true and correct copy of my February 16, 2023 text messages with BCS's President, Jennifer Magill.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 6th day of November 2023.

_____
BOBBY COOK

## CERTIFICATE OF SERVICE

I hereby certify that on this  22  of November, 2023, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

/s/ *Helene P. Saller*
Helene P. Saller