

| | |
|---|---|
| 1 | Dirk O. Julander, Bar No. 132313 |
| | *doj@jbblaw.com* |
| 2 | Catherine A. Close, Bar No. 198549 |
| | *cac@jbblaw.com* |
| 3 | M. Adam Tate, Bar No. 280017 |
| | *adam@jbblaw.com* |
| 4 | JULANDER, BROWN & BOLLARD |
| | 9110 Irvine Center Drive |
| 5 | Irvine, California 92618 |
| | Telephone: (949) 477-2100 |
| 6 | Facsimile: (949) 477-6355 |
| 7 | Attorneys for Defendants |
| | KATHERINE MCNAMARA and |
| 8 | JEREMY WHITELEY |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit, | Case No. 2:22-cv-002052-SB-MAA |
| Plaintiff, | **DECLARATION OF CATHERINE A. CLOSE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| KATHERINE MCNAMARA, an Individual; JEREMY WHITELEY, an individual; and DOES 1 through 50, inclusive, | Date: January 2, 2024<br>Time: 10:00 a.m.<br>Crtrm: 690 |
| Defendants. | [*Assigned to the Hon. Maria A. Audero*] |

---

CLOSE DECL. RE: MOTION FOR SUMMARY JUDGMENT

# DECLARATION OF CATHERINE A. CLOSE

I, CATHERINE A. CLOSE, hereby declare and state under penalty of perjury the following facts:

1. I am an attorney licensed to practice before this Court. I am a senior associate at the law firm of Julander, Bown & Bollard, the attorneys of record for Defendants KATHERINE MCNAMARA ("McNamara") and JEREMY WHITELEY ("Whiteley") in the above-captioned action. I have personal knowledge of the following facts and, if called upon to testify, I can and will competently testify thereto:

2. In June 2022, I was alerted to the fact that McNamara's credit card was still being charged for the annual renewal of BCS's Hootsuite account. While I was attempting to resolve that issue via email with BCS's counsel, Tamany Vincent Bentz, I learned on July 12, 2022, that Whiteley received a random notification that day from Facebook Support indicating that something was wrong with BCS's charity payout and requiring a response within 10 days. I immediately forwarded the notice Whiteley received to Ms. Bentz, along with the June 28, 2021 confirmation that Whiteley no longer had access to BCS' Facebook Business Manager account. A true and correct copy of my July 12 email to Ms. Bentz, with attachments, is attached to the Index of Exhibits as **Exhibit 42**. The email is entitled "Credit Card Issue" because the original discussion dealt with the unauthorized charges to McNamara's credit card.

3. The following day, on July 13, I sent Ms. Bentz another email (using the same "Credit Card Issue" email chain) advising her that BCS needed to remove Whiteley's account from BCS's Facebook account, advising her that the "Account Owner" for BCS's Facebook account was listed as Vanessa Hughes, and requesting confirmation that Whiteley has been removed from ***all*** BCS accounts. A true and correct copy of my July 13 email to Ms. Bentz is attached to the Index of Exhibits as

**Exhibit 43**. To date, I have received no response to my emails regarding the Facebook account from any of BCS's attorneys.

4. As described in her Declaration, on November 20, 2022, McNamara received a notification from her domain registrar, Hover.com, that the domain breakingcodesilence.com was coming up for renewal in 30 days. I immediately forwarded the notification to BCS's attorneys at DLA Piper. A true and correct copy of my November 21-December 12, 2022 email exchange with DLA Piper, primarily Ms. Bentz, is attached to the Index of Exhibits as **Exhibit 44**. As shown in the email exchange, on December 12, 2022, Ms. Bentz confirmed that BCS successfully moved the breakingcodesilence.com domain to its own Hover.com account.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 22nd day of November 2023.

*/s/ Catherine A. Close*
CATHERINE A. CLOSE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2023, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

*/s/ Helene P. Saller*
Helene P. Saller