UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   2:22-cv-02052-MAA | Date:  December 7, 2023 |
| Title   Breaking Code Silence v. Katherine McNamara et al. | |

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|:---:|:---:|
| N/A | N/A |

**Proceedings (In Chambers):**   **Amended Order Staying Case for Settlement Conference (JS-6); Vacating Hearing Date and Court Deadlines; Denying as Moot Plaintiff's Ex Parte Application to Continue Hearing (ECF No. 156)**

**NOTE TO PARTIES:  THIS ORDER SUPERSEDES ECF NO. 157.**

The Court strongly believes that the parties should attempt to settle this case in order to avoid unwarranted expense and burden on the parties and the Court.  Accordingly, the Court **ORDERS** as follows:

(1)   The parties are **ORDERED** to participate in a private mediation or a settlement conference before a private mediator, an ADR Panel Mediator, or Magistrate Judge, at their election.  For this purpose, the Court **STAYS** the action.  The parties shall file a joint report, by no later than **December 13, 2023**, notifying the Court which of the three settlement officer options they have selected.  Should the parties elect to participate in a settlement conference before a Magistrate Judge, they shall indicate in their joint report the name of the Magistrate Judge they select, having confirmed the judge's availability.  Within seven (7) days of the conclusion of the mediation or settlement conference, but by no later than **February 8, 2024**, the parties shall file another joint report indicating the result of the mediation or settlement conference.  Thereafter, the Court will lift the stay and issue further orders as appropriate, including, if settlement is not reached, a new schedule of outstanding pretrial and trial

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.   2:22-cv-02052-MAA | Date:  December 7, 2023 |
| Title   Breaking Code Silence v. Katherine McNamara et al. | |

    dates (including for expert discovery cut-off, last date to hear motions, first and second round of trial filings, final pretrial conference, and trial).

(2)    All hearings and court deadlines, listed below, are **VACATED** and will be rescheduled if the parties are unable to reach a settlement:

| | |
|---|---|
| December 14, 2023 | Last day for Defendants to bring any motion related to the deposition of Plaintiff including, without limitation, a motion to compel answers (ECF No. 149, at 2) |
| December 21, 2023 | Expert discovery cut-off for Defendants only and for the sole purpose of completing the production at issue in the Joint Stipulation re: Defendants' Motion for Evidentiary and Monetary Sanctions Under Rule 37 of the Federal Rules of Civil Procedure (ECF No. 98) and related depositions (ECF No. 138, at 3) |
| December 28, 2023 | Last day for Defendants to file Status Report regarding the outcome of Phase 1 as detailed in the Court's August 11, 2023 order (ECF Nos. 120, at ¶ 6; 138, at 3) |
| January 2, 2024 | Hearing on Defendant Jeremy Whiteley's Motion for Summary Judgment ("MSJ") (ECF No. 152) |
| January 15, 2024 | Last day for Defendants to file a motion for reasonable expenses associated with Phase 1 subpoena discovery as detailed in the Court's August 11, 2023 order (ECF Nos. 120, at ¶ 6; 138, at 3) |

(3)    In light of the MSJ hearing date having been vacated above, the Court **DENIES as moot** Plaintiff's Ex Parte Application to Continue Hearing.  (ECF No. 156)

It is so ordered.