**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 2:22cv2052  Doc: 159

Jonathan Dustin Kintzele
Miller Barondess, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, CA 90067

2:22cv2052
MAA

Return to Sender



FILED
CLERK, U.S. DISTRICT COURT
DEC 19 2023
CENTRAL DISTRICT OF CALIFORNIA
BY  ASH  DEPUTY



RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 19 2023
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

CW



NIXIE   910   SE 1
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 90012335299
2347N3511191-03022
7212/17/2

Case: 2:22cv2052   Doc: 159

Jonathan Dustin Kintzele
Miller Barondess, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, CA 90067

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37018101@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-02052-MAA Breaking Code Silence v. Katherine McNamara et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 12/7/2023 at 5:22 PM PST and filed on 12/7/2023

| | |
|---|---|
| **Case Name:** | Breaking Code Silence v. Katherine McNamara et al |
| **Case Number:** | 2:22-cv-02052-MAA |
| **Filer:** | |

**WARNING: CASE CLOSED on 12/06/2023**

| | |
|---|---|
| **Document Number:** | 159 |

**Docket Text:**
**MINUTE ORDER (In Chambers): AMENDED Order Staying Case for Settlement Conference (JS-6); Vacating Hearing Date and Court Deadlines; Denying as Moot Plaintiffs Ex Parte Application to Continue Hearing (ECF No. 156) by Magistrate Judge Maria A. Audero: re: Order [157] [SEE DOCUMENT FOR FURTHER INFORMATION.] (es)**

**2:22-cv-02052-MAA Notice has been electronically mailed to:**
Adam J. Schwartz     adam@ajschwartzlaw.com
M Adam Tate     adam@jbblaw.com
Dirk Odell Julander     adam@jbblaw.com, doj@jbblaw.com, bekah@jbblaw.com, cac@jbblaw.com, helene@jbblaw.com
John S. Gibson     john-gibson-6746@ecf.pacerpro.com, ann.lozinski@us.dlapiper.com, john.gibson@dlapiper.com
Michael G Balmages     balmages@aol.com, mbalmages@balmageslaw.com
Jason T Lueddeke     toyia.ellis@us.dlapiper.com, jason.lueddeke@us.dlapiper.com, benjamin.grush@us.dlapiper.com, jason.lueddeke@dlapiper.com, anne.salano@us.dlapiper.com
Gaspard Rappoport     toyia.ellis@us.dlapiper.com, gaspard.rappoport@us.dlapiper.com
Catherine Ann Close     cac@jbblaw.com
**2:22-cv-02052-MAA Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Jonathan Dustin Kintzele