**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 2:22cv2052

Jonathan Dustin Kintzele
Miller Barondess, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, CA 90067

FILED
CLERK, U.S. DISTRICT COURT
DEC 2 6 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ASH DEPUTY

MAA
2:22CV2052



RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 2 6 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED

Case: 2:22cv2052  Doc: 161

Jonathan Dustin Kintzele
Miller Barondess, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, CA 90067

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37057542@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-02052-MAA Breaking Code Silence v. Katherine McNamara et al Order/Referral to ADR (No 2) (Mediation Panel) (ADR-12) Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 12/14/2023 at 4:31 PM PST and filed on 12/14/2023

| | |
|---|---|
| **Case Name:** | Breaking Code Silence v. Katherine McNamara et al |
| **Case Number:** | 2:22-cv-02052-MAA |
| **Filer:** | |

**WARNING: CASE CLOSED on 12/06/2023**

**Document Number:** 161

**Docket Text:**
**ORDER/REFERRAL to ADR Procedure No 2 by Magistrate Judge Maria A. Audero. Case ordered to Court Mediation Panel for mediation. ADR Proceeding to be held no later than February 1, 2024. (es)**

**2:22-cv-02052-MAA Notice has been electronically mailed to:**
Adam J. Schwartz     adam@ajschwartzlaw.com
M Adam Tate     adam@jbblaw.com
Dirk Odell Julander     adam@jbblaw.com, doj@jbblaw.com, bekah@jbblaw.com, cac@jbblaw.com, helene@jbblaw.com
Jason T Lueddeke     toyia.ellis@us.dlapiper.com, jason.lueddeke@us.dlapiper.com, benjamin.grush@us.dlapiper.com, jason.lueddeke@dlapiper.com, anne.salano@us.dlapiper.com
John S. Gibson     john-gibson-6746@ecf.pacerpro.com, ann.lozinski@us.dlapiper.com, john.gibson@dlapiper.com
Michael G Balmages     balmages@aol.com, mbalmages@balmageslaw.com
Catherine Ann Close     cac@jbblaw.com
**2:22-cv-02052-MAA Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Jonathan Dustin Kintzele
Miller Barondess, LLP
2121 Avenue of the Stars, Suite 2600