# EXHIBIT A

Not secure | breakingcodesilence.org

**BREAKING CODE SILENCE**

ABOUT US ˅    FOR SURVIVORS ˅    FOR PARENTS ˅    FOR PROFESSIONALS ˅    LEARN MORE ˅    DONATE

Preventing institutional child abuse
and empowering survivors through

# RESEARCH

Donate    Join Us



## WHO WE ARE

Breaking Code Silence is a 501(c)(3) nonprofit that represents children, youth, and adults who are/were incarcerated in the U.S. troubled teen industry (TTI), a network of privately-owned, powerfully punitive, and often wilderness-based therapy programs, residential treatment centers, therapeutic boarding schools, group homes, boot camps, and faith-based academies.

Breaking Code Silence intends to be a vehicle for the TTI-survivor community–ever striving to uplift, organize, and inspire present and future generations, while promoting youth rights and evidence-based alternatives to the troubled teen industry.

**WE ARE ERADICATING INSTITUTIONAL CHILD ABUSE AND EMPOWERING SURVIVORS – TOGETHER**