# EXHIBIT B

| From: | service@paypal.com |
| To: | Jennifer Magill <jmagill@breakingcodesilence.org> |
| Subject: | Notification of Donation Received |
| Sent: | 2021/11/30 11:25:47 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# Donation Received

This email confirms that you have received a donation of $5.00 USD from Florian Rota (Florian.Rota@gmail.com).

You can **view the transaction details online.**

Donation Details

| | |
|---|---|
| **Total amount:** | $5.00 USD |
| **Currency:** | U.S. Dollars |
| **Confirmation number:** | 6ME551960N615882F |
| **Quantity:** | 1 |
| **Purpose:** | A 501(c)(3) Non-profit Organization |
| **Contributor:** | Florian Rota |

PayPal

**Help & Contact | Security | Apps**

BCS_0027546

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000059:en_US(en-US):1.0.0d53285487d10f

CONFIDENTIAL

BCS_0027547

| From: | service@paypal.com |
|---|---|
| To: | Jennifer Magill <jmagill@breakingcodesilence.org> |
| Subject: | Notification of Donation Received |
| Sent: | 2021/11/30 12:13:44 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# Donation Received

This email confirms that you have received a donation of $50.00 USD from Karen Emerick (emerick_k@yahoo.com).

You can **view the transaction details online.**

Donation Details

| | |
|---|---|
| **Total amount:** | $50.00 USD |
| **Currency:** | U.S. Dollars |
| **Confirmation number:** | 4GA57280972946905 |
| **Quantity:** | 1 |
| **Purpose:** | A 501(c)(3) Non-profit Organization |
| **Contributor:** | Karen Emerick |

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000059:en_US(en-US):1.0.0:f343521029ca0

CONFIDENTIAL

| From: | service@paypal.com |
|---|---|
| To: | Jennifer Magill <jmagill@breakingcodesilence.org> |
| Subject: | Notification of Donation Received |
| Sent: | 2021/11/30 12:19:02 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# Donation Received

This email confirms that you have received a donation of $10.00 USD from Philipp Meusling (bigbossrostock@gmail.com).

You can **view the transaction details online.**

Donation Details

| | |
|---|---|
| **Total amount:** | $10.00 USD |
| **Currency:** | U.S. Dollars |
| **Confirmation number:** | 4DU64589CL944945X |
| **Quantity:** | 1 |
| **Purpose:** | A 501(c)(3) Non-profit Organization |
| **Contributor:** | Philipp Meusling |
| **Mailing Information:** | |
| **Address:** | Philipp Meusling<br>Flensburger Str. 15<br>Rostock, 18109<br>Germany |

BCS_0027550

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000059:en_US(en-US):1.0.0:f718584fbb2ef

BCS_0027551

| From: | service@paypal.com |
|-------|--------------------|
| To: | Jennifer Magill <jmagill@breakingcodesilence.org> |
| Subject: | Notification of Donation Received |
| Sent: | 2021/11/30 12:24:52 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# Donation Received

This email confirms that you have received a donation of $50.00 USD from Matthew Moy (matthewcmoy@gmail.com).

You can **view the transaction details online.**

Donation Details

| | |
|--|--|
| **Total amount:** | $50.00 USD |
| **Currency:** | U.S. Dollars |
| **Confirmation number:** | 8XF06278C1926205C |
| **Quantity:** | 1 |
| **Purpose:** | A 501(c)(3) Non-profit Organization |
| **Contributor:** | Matthew Moy |
| **Message:** | Awesome what you all are doing! |

PayPal

**Help & Contact | Security | Apps**

BCS_0027552

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000059:en_US(en-US):1.0.0:f594385d4abf9

CONFIDENTIAL

| | |
|---|---|
| **From:** | service@paypal.com |
| **To:** | Jennifer Magill <jmagill@breakingcodesilence.org> |
| **Subject:** | Notification of Donation Received |
| **Sent:** | 2021/11/30 21:29:00 (UTC -08:00) |

Hello Breaking Code Silence,

**PayPal**

# Donation Received

This email confirms that you have received a donation of $200.00 USD from TC Design Consulting (tinachencraig@gmail.com).

You can **view the transaction details online.**

Donation Details

| | |
|---|---|
| **Total amount:** | $200.00 USD |
| **Currency:** | U.S. Dollars |
| **Confirmation number:** | 19L46206F6917293N |
| **Quantity:** | 1 |
| **Purpose:** | A 501(c)(3) Non-profit Organization |
| **Contributor:** | TC Design Consulting |

PayPal

**Help & Contact | Security | Apps**

BCS_0027554

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000059:en_US(en-US):1.0.0:f974495ec6afd

BCS_0027555

| From: | Kathleen Bedell via PayPal <service@paypal.com> |
|---|---|
| To: | Jennifer Magill <kmcnamara@breakingcodesilence.org> |
| Subject: | Payment received from katieebedell@gmail.com |
| Sent: | 2021/11/15 17:17:14 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# You received a payment of $90.00 USD from (katieebedell@gmail.com).

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

**Transaction ID**                    **Transaction date**
27P089007G998944F                Nov 15, 2021 17:17:04 PST

**Buyer information**              **Instructions from buyer**
Kathleen Bedell                        None provided
katieebedell@gmail.com

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| A 501(c)(3) Non-profit Organization | $90.00 USD | 1 | $90.00 USD |
| | | **Total:** | $90.00 USD |

BCS_0033981

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999-2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000002:en_US(en-US):1.0.0:f292515d68ecf

CONFIDENTIAL

BCS_0033982

| From: | Elizabeth Doody via PayPal <service@paypal.com> |
|---|---|
| To: | Jeremy Whitelely <kmcnamara@breakingcodesilence.org> |
| Subject: | Payment received from elizadoody@gmail.com |
| Sent: | 2021/10/22 08:24:32 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# You received a payment of $50.00 USD from (elizadoody@gmail.com).

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

**Transaction ID**
32F09469MJ069751B

**Transaction date**
Oct 22, 2021 08:24:20 PDT

**Buyer information**
Elizabeth Doody
elizadoody@gmail.com

**Instructions from buyer**
None provided

**Shipping information**
Elizabeth Doody
15 Brittany Place
Arabi, LA 70032
United States

**Shipping method**
Not specified

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| A 501(c)(3) Non-profit Organization | $50.00 USD | 1 | $50.00 USD |
| | | **Total:** | $50.00 USD |

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000002:en_US(en-US):1.0.0:f350551edaffc

CONFIDENTIAL

BCS_0034205

| From: | Jocelyn Chew via PayPal <service@paypal.com> |
|---|---|
| To: | Jennifer Magill <kmcnamara@breakingcodesilence.org> |
| Subject: | Payment received from jocelyn.chew@hotmail.com |
| Sent: | 2021/11/12 14:50:28 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# You received a payment of $200.00 USD from (jocelyn.chew@hotmail.com).

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

**Transaction ID**
98C8757359863284B

**Transaction date**
Nov 12, 2021 14:50:00 PST

**Buyer information**
Jocelyn Chew
jocelyn.chew@hotmail.com

**Instructions from buyer**
None provided

**Shipping information**
Jocelyn Chew
733 n huntley drive apt 1
W Hollywood, CA 90069
United States

**Shipping method**
Not specified

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| A 501(c)(3) Non-profit Organization | $200.00 USD | 1 | $200.00 USD |
| | | **Total:** | $200.00 USD |

CONFIDENTIAL

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000002:en_US(en-US):1.0.0:ad0ed370e5bc0

CONFIDENTIAL                                                                                          BCS_0034228

| From: | service@paypal.com |
| --- | --- |
| To: | Jennifer Magill <kmcnamara@breakingcodesilence.org> |
| Subject: | Notification of Donation Received |
| Sent: | 2021/11/03 15:04:42 (UTC -08:00) |

Hello Breaking Code Silence,

**PayPal**

# Donation Received

This email confirms that you have received a donation of $100.00 USD from Tara Gilboa (tara.gilboa@gmail.com).

You can **view the transaction details online.**

Donation Details

| | |
| --- | --- |
| **Total amount:** | $100.00 USD |
| **Currency:** | U.S. Dollars |
| **Confirmation number:** | 8KV873622A201333M |
| **Quantity:** | 1 |
| **Purpose:** | A 501(c)(3) Non-profit Organization |
| **Contributor:** | Tara Gilboa |
| **Mailing Information:** | |
| **Address:** | Tara Gilboa<br>3106 Broadway<br>Santa Monica, CA 90404<br>United States |
| **Address status:** | Confirmed |

BCS_0034355

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999-2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000058:en_US(en-US):1.0.0:f116870b420ae

CONFIDENTIAL

BCS_0034356

| From: | service@paypal.com |
|---|---|
| To: | Jeremy Whitelely <kmcnamara@breakingcodesilence.org> |
| Subject: | You received a payment |
| Sent: | 2021/10/19 04:01:23 (UTC -08:00) |

Hello, Breaking Code Silence

**PayPal**

# You received a payment

Oct 19, 2021 04:01:09 PDT

**Transaction ID: 7GA71148C4094290M**

You received a payment from Rachel Balchum for A 501(c)(3) Non-profit Organization

Customer details

| | |
|---|---|
| **Customer name** | Rachel Balchum |
| **Customer email** | rachel.balchum@gmail.com |
| **Profile ID** | I-4DH3WML2JC6F |
| **Profile status** | |

Subscription details

| | |
|---|---|
| **Amount received** | $100.00 USD |
| **For** | A 501(c)(3) Non-profit Organization |
| **Outstanding balance** | |
| **Amount paid each time** | $100.00 USD |
| **Maximum amount you can bill** | $100.00 USD |
| **Next payment due** | Nov 19, 2021 |

CONFIDENTIAL

BCS_0034368

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000208:en_US(en-US):1.0.0:30cd8699b9d70

BCS_0034369

| From: | Constance Mitchell via PayPal <service@paypal.com> |
|---|---|
| To: | Jeremy Whitelely <kmcnamara@breakingcodesilence.org> |
| Subject: | Payment received from conniemitchell411@gmail.com |
| Sent: | 2021/10/20 14:57:54 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# You received a payment of $50.00 USD from (conniemitchell411@gmail.com).

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

**Transaction ID**
87F05236926646735

**Transaction date**
Oct 20, 2021 14:57:44 PDT

**Buyer information**
Constance Mitchell
conniemitchell411@gmail.com

**Instructions from buyer**
None provided

**Shipping information**
Constance Mitchell
98 Alpine Ave.
Los Gatos , CA 95030
United States

**Shipping method**
Not specified

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| A 501(c)(3) Non-profit Organization | $50.00 USD | 1 | $50.00 USD |
| | | **Total:** | $50.00 USD |

CONFIDENTIAL

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000002:en_US(en-US):1.0.0:f806067a06cfb

CONFIDENTIAL

BCS_0034377

| From: | service@paypal.com |
| To: | Jennifer Magill <kmcnamara@breakingcodesilence.org> |
| Subject: | You received a payment |
| Sent: | 2021/11/19 04:31:44 (UTC -08:00) |

Hello, Breaking Code Silence

**PayPal**

# You received a payment

Nov 19, 2021 04:31:30 PST

**Transaction ID: 26P78680DK1360403**

You received a payment from Rachel Balchum for A 501(c)(3) Non-profit Organization

Customer details

| **Customer name** | Rachel Balchum |
| **Customer email** | rachel.balchum@gmail.com |
| **Profile ID** | I-4DH3WML2JC6F |
| **Profile status** | |

Subscription details

| **Amount received** | $100.00 USD |
| **For** | A 501(c)(3) Non-profit Organization |
| **Outstanding balance** | |
| **Amount paid each time** | $100.00 USD |
| **Maximum amount you can bill** | $100.00 USD |
| **Next payment due** | Dec 19, 2021 |

BCS_0034497

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000208:en_US(en-US):1.0.0:08b3a802542dc

CONFIDENTIAL

BCS_0034498

| From: | Kyle Bartow via PayPal <service@paypal.com> |
|-------|---------------------------------------------|
| To: | Jeremy Whitelely <kmcnamara@breakingcodesilence.org> |
| Subject: | Payment received from kyle.bartow@gmail.com |
| Sent: | 2021/10/22 05:57:12 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# You received a payment of $50.00 USD from (kyle.bartow@gmail.com).

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

**Transaction ID**
2P393868NV8722601

**Transaction date**
Oct 22, 2021 05:57:00 PDT

**Buyer information**
Kyle Bartow
kyle.bartow@gmail.com

**Instructions from buyer**
None provided

| Description | Unit price | Qty | Amount |
|-------------|-----------|-----|--------|
| A 501(c)(3) Non-profit Organization | $50.00 USD | 1 | $50.00 USD |
| | | **Total:** | $50.00 USD |

BCS_0034524

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999-2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000002:en_US(en-US):1.0.0:f23f96134e48f4

CONFIDENTIAL

| From: | Rachel Gordon via PayPal <service@paypal.com> |
|---|---|
| To: | Jeremy Whitelely <kmcnamara@breakingcodesilence.org> |
| Subject: | Payment received from rj216ster@gmail.com |
| Sent: | 2021/10/22 12:58:28 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# You received a payment of $600.00 USD from (rj216ster@gmail.com).

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

**Transaction ID**
2H3856174B9638506

**Transaction date**
Oct 22, 2021 12:58:17 PDT

**Buyer information**
Rachel Gordon
rj216ster@gmail.com

**Instructions from buyer**
None provided

**Shipping information**
Rachel Gordon
441 Lexington Ave
9th floor
New York, NY 10017
United States

**Shipping method**
Not specified

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| A 501(c)(3) Non-profit Organization | $600.00 USD | 1 | $600.00 USD |
| | | **Total:** | $600.00 USD |

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000002:en_US(en-US):1.0.0:f9564431e50ab

BCS_0034539

| From: | Tom Krieglstein via PayPal <service@paypal.com> |
|---|---|
| To: | Jennifer Magill <kmcnamara@breakingcodesilence.org> |
| Subject: | Payment received from tom@swiftkickhq.com |
| Sent: | 2021/11/09 18:48:56 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# You received a payment of $300.00 USD from (tom@swiftkickhq.com).

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

**Transaction ID**
7U195397DK7221116

**Transaction date**
Nov 9, 2021 18:48:44 PST

**Buyer information**
Tom Krieglstein
tom@swiftkickhq.com

**Instructions from buyer**
In honor of Paris Hilton and Carter Reum

**Shipping information**
Tom Krieglstein
82 Nassau St
#693
NYC, NY 10038
United States

**Shipping method**
Not specified

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| A 501(c)(3) Non-profit Organization | $300.00 USD | 1 | $300.00 USD |
| | | **Total:** | $300.00 USD |

CONFIDENTIAL

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000002:en_US(en-US):1.0.0:f766728e85859

CONFIDENTIAL

BCS_0034785

| From: | service@paypal.com |
| To: | Jeremy Whitelely <kmcnamara@breakingcodesilence.org> |
| Subject: | Notification of Donation Received |
| Sent: | 2021/10/18 15:58:03 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# Donation Received

This email confirms that you have received a donation of $5.00 USD from Shellane Newell (lanee11366@hotmail.com).

You can **view the transaction details online.**

Donation Details

| | |
| --- | --- |
| **Total amount:** | $5.00 USD |
| **Currency:** | U.S. Dollars |
| **Confirmation number:** | 15990843D3220035H |
| **Quantity:** | 1 |
| **Purpose:** | A 501(c)(3) Non-profit Organization |
| **Contributor:** | Shellane Newell |

PayPal

**Help & Contact | Security | Apps**

BCS_0034854

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000089:en_US(en–US):1.0.0:f517961c4eed5

CONFIDENTIAL

BCS_0034855

| From: | Jane C Whinnery via PayPal <service@paypal.com> |
|---|---|
| To: | Jeremy Whitelely <kmcnamara@breakingcodesilence.org> |
| Subject: | Payment received from Jcwhinnery@mac.com |
| Sent: | 2021/10/23 16:44:38 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# You received a payment of $50.00 USD from (Jcwhinnery@mac.com).

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

**Transaction ID**
9H1604945M7556944

**Transaction date**
Oct 23, 2021 16:44:27 PDT

**Buyer information**
Jane C Whinnery
Jcwhinnery@mac.com

**Instructions from buyer**
None provided

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| A 501(c)(3) Non-profit Organization | $50.00 USD | 1 | $50.00 USD |
| | | **Total:** | $50.00 USD |

CONFIDENTIAL

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999-2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000002:en_US(en-US):1.0.0:f9312926ebc3a

BCS_0034905

| From: | service@paypal.com |
|---|---|
| To: | Jennifer Magill <kmcnamara@breakingcodesilence.org> |
| Subject: | Notification of Donation Received |
| Sent: | 2021/11/06 01:03:34 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# Donation Received

This email confirms that you have received a donation of $28.00 USD from Katherine McNamara (kmcnamara013@gmail.com).

You can **view the transaction details online.**

Donation Details

| | |
|---|---|
| **Total amount:** | $28.00 USD |
| **Currency:** | U.S. Dollars |
| **Confirmation number:** | 7YP09017E3070192M |
| **Quantity:** | 1 |
| **Purpose:** | A 501(c)(3) Non-profit Organization |
| **Contributor:** | Katherine McNamara |

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000059:en_US(en–US):1.0.0:f5856616f5ddc

CONFIDENTIAL

BCS_0034996

| From: | service@paypal.com |
|---|---|
| To: | Jeremy Whitelely <kmcnamara@breakingcodesilence.org> |
| Subject: | Notification of Donation Received |
| Sent: | 2021/10/22 08:37:48 (UTC -08:00) |

Hello Breaking Code Silence,

**PayPal**

# Donation Received

This email confirms that you have received a donation of $100.00 USD from Laura Heberton-Shlomchik (lauraheberton@gmail.com).

You can **view the transaction details online.**

Donation Details

| | |
|---|---|
| **Total amount:** | $100.00 USD |
| **Currency:** | U.S. Dollars |
| **Confirmation number:** | 0M839222H5684791F |
| **Quantity:** | 1 |
| **Purpose:** | A 501(c)(3) Non-profit Organization |
| **Contributor:** | Laura Heberton-Shlomchik |
| **Mailing Information:** | |
| **Address:** | Laura Heberton-Shlomchik<br>1067 Devon Road<br>Pittsburgh, PA 15213<br>United States |
| **Address status:** | Unconfirmed |

BCS_0035014

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000039:en_US(en-US):1.0.0:f410253bb4479

CONFIDENTIAL

| From: | service@paypal.com |
|---|---|
| To: | Jeremy Whitelely <kmcnamara@breakingcodesilence.org> |
| Subject: | Notification of Donation Received |
| Sent: | 2021/10/22 08:43:41 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# Donation Received

This email confirms that you have received a donation of $100.00 USD from Harold Gold (hbgold@gmail.com).

You can **view the transaction details online.**

Donation Details

| | |
|---|---|
| **Total amount:** | $100.00 USD |
| **Currency:** | U.S. Dollars |
| **Confirmation number:** | 4V188514731692305 |
| **Quantity:** | 1 |
| **Purpose:** | A 501(c)(3) Non-profit Organization |
| **Contributor:** | Harold Gold |
| **Mailing Information:** | |
| **Address:** | Harold Gold<br>1910 NE 40th Ave.<br>Apt. C<br>PORTLAND, OR 97212<br>United States |
| **Address status:** | Unconfirmed |

BCS_0035016

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000059:en_US(en-US):1.0.0:f688053f7daa3

CONFIDENTIAL

BCS_0035017

| | |
|---|---|
| **From:** | service@paypal.com |
| **To:** | Jeremy Whitelely <kmcnamara@breakingcodesilence.org> |
| **Subject:** | Notification of Donation Received |
| **Sent:** | 2021/10/20 10:26:24 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# Donation Received

This email confirms that you have received a donation of $500.00 USD from
Rachel Balchum (rachel.balchum@gmail.com).

You can **view the transaction details online.**

Donation Details

| | |
|---|---|
| **Total amount:** | $500.00 USD |
| **Currency:** | U.S. Dollars |
| **Confirmation number:** | 2JJ242226N856051Y |
| **Quantity:** | 1 |
| **Purpose:** | A 501(c)(3) Non-profit Organization |
| **Contributor:** | Rachel Balchum |
| **Mailing Information:** | |
| **Address:** | Rachel Balchum<br>1075 Mississippi Street<br>San Francisco, CA 94107<br>United States |
| **Address status:** | Unconfirmed |

BCS_0035084

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000059(en_US(en-US):1.0.0:f326752aba664

CONFIDENTIAL

BCS_0035085

| From: | service@paypal.com |
|---|---|
| To: | Jennifer Magill <kmcnamara@breakingcodesilence.org> |
| Subject: | You received a payment |
| Sent: | 2021/11/18 02:21:37 (UTC -08:00) |

Hello, Breaking Code Silence

PayPal

# You received a payment

Nov 18, 2021 02:21:25 PST

**Transaction ID:** 86W8505004098162F

You received a payment from bethany mitchell for A 501(c)(3) Non-profit Organization

## Customer details

| | |
|---|---|
| **Customer name** | bethany mitchell |
| **Customer email** | miki.c.mitchell@gmail.com |
| **Profile ID** | I-LLLKKNEK74CF |
| **Profile status** | |

## Subscription details

| | |
|---|---|
| **Amount received** | $5.00 USD |
| **For** | A 501(c)(3) Non-profit Organization |
| **Outstanding balance** | |
| **Amount paid each time** | $5.00 USD |
| **Maximum amount you can bill** | $5.00 USD |
| **Next payment due** | Dec 18, 2021 |

BCS_0035143

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000208:en_US(en-US):1.0.0c2f3eca1992fc5

CONFIDENTIAL

BCS_0035144

| From: | Robert Woodruff via PayPal <service@paypal.com> |
|---|---|
| To: | Jennifer Magill <kmcnamara@breakingcodesilence.org> |
| Subject: | Payment received from leemwoodruff@gmail.com |
| Sent: | 2021/11/20 06:57:51 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# You received a payment of $500.00 USD from (leemwoodruff@gmail.com).

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

**Transaction ID**
3KU575557C345634A

**Transaction date**
Nov 20, 2021 06:57:39 PST

**Buyer information**
Robert Woodruff
leemwoodruff@gmail.com

**Instructions from buyer**
None provided

**Shipping information**
Robert Woodruff
186 Soundview Avenue
Rye, NY 10580
United States

**Shipping method**
Not specified

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| A 501(c)(3) Non-profit Organization | $500.00 USD | 1 | $500.00 USD |
| | | **Total:** | $500.00 USD |

BCS_0035158

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain
your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First
St., San Jose, CA 95131.

PayPal RT000002:en_US(en-US):1.0.0:f95622113332D

| From: | jared pobre via PayPal <service@paypal.com> |
|---|---|
| To: | Jennifer Magill <kmcnamara@breakingcodesilence.org> |
| Subject: | Payment received from jaredpobre@gmail.com |
| Sent: | 2021/11/03 14:24:45 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# You received a payment of $1,000.00 USD from (jaredpobre@gmail.com).

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

**Transaction ID**

2T130753C5969004G

**Buyer information**

jared pobre

jaredpobre@gmail.com

**Transaction date**

Nov 3, 2021 14:24:34 PDT

**Instructions from buyer**

None provided

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| A 501(c)(3) Non-profit Organization | $1,000.00 USD | 1 | $1,000.00 USD |
| | | **Total:** | $1,000.00 USD |

BCS_0035500

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000002.en_US(en-US):1.0.0:f72945f07e6042

CONFIDENTIAL

| From: | AUSTIN RUGGLES via PayPal <service@paypal.com> |
| To: | Jennifer Magill <kmcnamara@breakingcodesilence.org> |
| Subject: | Payment received from austinruggles01@gmail.com |
| Sent: | 2021/11/03 00:11:18 (UTC -08:00) |

paypal

Nov 3, 2021 00:11:06 PDT
Transaction ID: 0U865144A42324827

Hello Breaking Code Silence,

**You received a payment of $100.00 USD from (austinruggles01@gmail.com).**

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

**Buyer information**
AUSTIN RUGGLES
austinruggles01@gmail.com

**Instructions from buyer**
None provided

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| A 501(c)(3) Non-profit Organization | $100.00 USD | 1 | $100.00 USD |
| | | **Total:** | $100.00 USD |

**Receipt No: 3808-1479-4440-5528**

Please keep this number for future reference, as your customer doesn't have a PayPal Transaction ID for this payment.

Questions? Visit the Help Center at www.paypal.com/help.

Thanks for using PayPal – the faster, easier way to pay and get paid online.

Please do not reply to this email. The mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click Help in the top right corner of any PayPal page.
You can receive plain text emails instead of HTML emails. To change your Notifications preferences, log in to your account, go to your Profile, and click My settings.

Copyright © 1999-2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPX001033;1.6;f203995cd6dbf

| From: | Matthew Hoffman via PayPal <service@paypal.com> |
| To: | Jennifer Magill <kmcnamara@breakingcodesilence.org> |
| Subject: | Payment received from mphoffman@gmail.com |
| Sent: | 2021/11/28 20:34:03 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# You received a payment of $300.00 USD from (mphoffman@gmail.com).

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

**Transaction ID**
4NC64830D7959704E

**Transaction date**
Nov 28, 2021 20:33:52 PST

**Buyer information**
Matthew Hoffman
mphoffman@gmail.com

**Instructions from buyer**
In celebration of P&C's wedding – we're so honored to be able to support such an important and worthy cause. Love, Matt & Lauren Hoffman (and family)

**Shipping information**
Matthew Hoffman
36 Elliot Rd
Great Neck, NY 11021
United States

**Shipping method**
Not specified

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| A 501(c)(3) Non-profit Organization | $300.00 USD | 1 | $300.00 USD |
| | | **Total:** | $300.00 USD |

CONFIDENTIAL

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal-RT:000002:en_US(en-US):1.0.0:f1292452520dd

CONFIDENTIAL

BCS_0035504

| From: | service@paypal.com |
|---|---|
| To: | Jeremy Whitelely <kmcnamara@breakingcodesilence.org> |
| Subject: | Notification of Donation Received |
| Sent: | 2021/10/22 21:24:02 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# Donation Received

This email confirms that you have received a donation of $35.00 USD from Sky Ohler (ohlersky0220@gmail.com).

You can **view the transaction details online.**

Donation Details

| | |
|---|---|
| **Total amount:** | $35.00 USD |
| **Currency:** | U.S. Dollars |
| **Confirmation number:** | 5VB53998E14392733 |
| **Quantity:** | 1 |
| **Purpose:** | A 501(c)(3) Non-profit Organization |
| **Contributor:** | Sky Ohler |
| **Mailing Information:** | |
| **Address:** | Sky Ohler<br>286 Macdonaldton road<br>Berlin , PA 15530<br>United States |
| **Address status:** | Unconfirmed |

BCS_0035543

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999-2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000059:en_US(en-US):1.0.0:f333577251721

CONFIDENTIAL

| From: | service@paypal.com |
|---|---|
| To: | Jeremy Whitelely <kmcnamara@breakingcodesilence.org> |
| Subject: | Notification of Donation Received |
| Sent: | 2021/10/22 23:16:27 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# Donation Received

This email confirms that you have received a donation of $25.00 USD from Ara Manzin (cerberushas3@gmail.com).

You can **view the transaction details online.**

Donation Details

| | |
|---|---|
| **Total amount:** | $25.00 USD |
| **Currency:** | U.S. Dollars |
| **Confirmation number:** | 3MN56694XX382861W |
| **Quantity:** | 1 |
| **Purpose:** | A 501(c)(3) Non-profit Organization |
| **Contributor:** | Ara Manzin |

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000059:en_US(en–US):1.0.0:f92770366548b

BCS_0035546

| From: | Dorothy Wang via PayPal <service@paypal.com> |
|---|---|
| To: | Jennifer Magill <kmcnamara@breakingcodesilence.org> |
| Subject: | Payment received from dorothydubb@gmail.com |
| Sent: | 2021/11/12 10:37:49 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# You received a payment of $300.00 USD from (dorothydubb@gmail.com).

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

**Transaction ID**
**4UG16208GF127223Y**

**Transaction date**
Nov 12, 2021 10:37:30 PST

**Buyer information**
Dorothy Wang
dorothydubb@gmail.com

**Instructions from buyer**
None provided

**Shipping information**
Dorothy Wang
1101 n Beverly dr
Beverly Hills, CA 90210
United States

**Shipping method**
Not specified

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| A 501(c)(3) Non-profit Organization | $300.00 USD | 1 | $300.00 USD |
| | | **Total:** | $300.00 USD |

CONFIDENTIAL

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000002:en_US(en-US):1.0.0:a54e33fea7755

BCS_0035705

| From: | service@paypal.com |
|---|---|
| To: | Jeremy Whitelely <kmcnamara@breakingcodesilence.org> |
| Subject: | Notification of Donation Received |
| Sent: | 2021/10/31 10:16:07 (UTC -08:00) |

Hello Breaking Code Silence,

**PayPal**

# Donation Received

This email confirms that you have received a donation of $10.00 USD from Blaine Hartsock (bbnightengale@gmail.com).

You can **view the transaction details online.**

## Donation Details

| | |
|---|---|
| **Total amount:** | $10.00 USD |
| **Currency:** | U.S. Dollars |
| **Confirmation number:** | 69R515043L6353627 |
| **Quantity:** | 1 |
| **Purpose:** | A 501(c)(3) Non-profit Organization |
| **Contributor:** | Blaine Hartsock |
| **Mailing Information:** | |
| **Address:** | Blaine Hartsock<br>21530 Circle Dr.<br>Tehachapi, CA 93561<br>United States |
| **Address status:** | Confirmed |

CONFIDENTIAL

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999-2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000058-en_US(en-US):1.0.0:f84001:5294baf

BCS_0035800

| From: | Carolyn Darnell via PayPal <service@paypal.com> |
|-------|-------------------------------------------------|
| To: | Jennifer Magill <kmcnamara@breakingcodesilence.org> |
| Subject: | Payment received from carolyndarnell.emmys@gmail.com |
| Sent: | 2021/11/18 00:12:45 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# You received a payment of $300.00 USD from (carolyndarnell.emmys@gmail.com).

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

**Transaction ID**

8AY55582UU010384P

**Transaction date**

Nov 18, 2021 00:12:34 PST

**Buyer information**

Carolyn Darnell

carolyndarnell.emmys@gmail.com

**Instructions from buyer**

None provided

**Shipping information**

Carolyn Darnell

24962 Lorenzo Court

Calabasas, CA 91302

United States

**Shipping method**

Not specified

| Description | Unit price | Qty | Amount |
|-------------|-----------|-----|--------|
| A 501(c)(3) Non-profit Organization | $300.00 USD | 1 | $300.00 USD |
| | | **Total:** | $300.00 USD |

BCS_0035812

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000002:en_US(en-US):1.0.0:f2697499d876d

CONFIDENTIAL

BCS_0035813

| From: | service@paypal.com |
|---|---|
| To: | Jeremy Whitelely <kmcnamara@breakingcodesilence.org> |
| Subject: | Notification of Donation Received |
| Sent: | 2021/10/23 17:05:05 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# Donation Received

This email confirms that you have received a donation of $20.00 USD from Olivia Fleming (oliviapfleming29@gmail.com).

You can **view the transaction details online.**

Donation Details

| | |
|---|---|
| **Total amount:** | $20.00 USD |
| **Currency:** | U.S. Dollars |
| **Confirmation number:** | 6E154268T33925218 |
| **Quantity:** | 1 |
| **Purpose:** | A 501(c)(3) Non-profit Organization |
| **Contributor:** | Olivia Fleming |

PayPal

**Help & Contact | Security | Apps**

BCS_0035831

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000059:en_US(en-US):1.0.0:f875D821f8f56

BCS_0035832

| From: | Brooks Brandt via PayPal <service@paypal.com> |
|---|---|
| To: | Jeremy Whitelely <kmcnamara@breakingcodesilence.org> |
| Subject: | Payment received from BBrandt43@gmail.com |
| Sent: | 2021/10/25 07:21:27 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# You received a payment of $10.00 USD from (BBrandt43@gmail.com).

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

| **Transaction ID** | **Transaction date** |
|---|---|
| 3EK21746V1446870C | Oct 25, 2021 07:21:16 PDT |
| **Buyer information** | **Instructions from buyer** |
| Brooks Brandt | None provided |
| BBrandt43@gmail.com | |

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| A 501(c)(3) Non-profit Organization | $10.00 USD | 1 | $10.00 USD |
| | | **Total:** | $10.00 USD |

BCS_0036685

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000002:en_US(en-US):1.0.0:f9686920a0c3c

CONFIDENTIAL

BCS_0036386

| From: | service@paypal.com |
|---|---|
| To: | Jeremy Whitelely <kmcnamara@breakingcodesilence.org> |
| Subject: | Notification of Donation Received |
| Sent: | 2021/10/16 17:43:49 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# Donation Received

This email confirms that you have received a donation of $150.00 USD from Bryan Collins (ponyboy@usmvmc-tn2.org).

You can **view the transaction details online.**

Donation Details

| | |
|---|---|
| **Total amount:** | $150.00 USD |
| **Currency:** | U.S. Dollars |
| **Confirmation number:** | 26G12024DH984074L |
| **Quantity:** | 1 |
| **Purpose:** | A 501(c)(3) Non-profit Organization |
| **Contributor:** | Bryan Collins |

PayPal

Help & Contact | Security | Apps

BCS_0036505

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000059:en_US(en-US):1.0.0:f20425715f39d

BCS_0036506

| From: | Mark Dann via PayPal <service@paypal.com> |
|---|---|
| To: | Jennifer Magill <kmcnamara@breakingcodesilence.org> |
| Subject: | Payment received from dannmark2000@gmail.com |
| Sent: | 2021/11/09 12:59:48 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# You received a payment of $25.00 USD from (dannmark2000@gmail.com).

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

**Transaction ID**
**9DN44857EV682200F**

**Transaction date**
Nov 9, 2021 12:59:20 PST

**Buyer information**
Mark Dann
dannmark2000@gmail.com

**Instructions from buyer**
None provided

**Shipping information**
Mark Dann
1842 8th St NW
Washington, DC 20001
United States

**Shipping method**
Not specified

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| A 501(c)(3) Non-profit Organization | $25.00 USD | 1 | $25.00 USD |
| | | **Total:** | $25.00 USD |

CONFIDENTIAL

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000002:en_US(en-US):1.0.0:f105161b94b67

BCS_0036691

| From: | service@paypal.com |
|---|---|
| To: | Jennifer Magill <kmcnamara@breakingcodesilence.org> |
| Subject: | Notification of Donation Received |
| Sent: | 2021/11/04 11:23:37 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# Donation Received

This email confirms that you have received a donation of $36.00 USD from Janet Epstein (mjepstei@gmail.com).

You can **view the transaction details online.**

Donation Details

| | |
|---|---|
| **Total amount:** | $36.00 USD |
| **Currency:** | U.S. Dollars |
| **Confirmation number:** | 425944377N521645U |
| **Quantity:** | 1 |
| **Purpose:** | A 501(c)(3) Non-profit Organization |
| **Contributor:** | Janet Epstein |
| **Mailing Information:** | |
| **Address:** | Janet Epstein<br>2138 Winterlake Dr<br>Gastonia, NC 28054<br>United States |
| **Address status:** | Confirmed |

CONFIDENTIAL

BCS_0036694

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000059:en_US(en-US):1.0.0:f /29282sbfaf9

CONFIDENTIAL

BCS_0036695

| From: | service@paypal.com |
|---|---|
| To: | Jeremy Whitelely <kmcnamara@breakingcodesilence.org> |
| Subject: | You received a payment |
| Sent: | 2021/10/18 13:51:05 (UTC -08:00) |

Hello, Breaking Code Silence

PayPal

# You received a payment

Oct 18, 2021 13:50:52 PDT

**Transaction ID:** 9GM945744G793445Y

You received a payment from bethany mitchell for A 501(c)(3) Non-profit Organization

## Customer details

| | |
|---|---|
| **Customer name** | bethany mitchell |
| **Customer email** | miki.c.mitchell@gmail.com |
| **Profile ID** | I-LLLKKNEK74CF |
| **Profile status** | |

## Subscription details

| | |
|---|---|
| **Amount received** | $5.00 USD |
| **For** | A 501(c)(3) Non-profit Organization |
| **Outstanding balance** | |
| **Amount paid each time** | $5.00 USD |
| **Maximum amount you can bill** | $5.00 USD |
| **Next payment due** | Nov 18, 2021 |

CONFIDENTIAL

BCS_0036699

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999–2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000208:en_US(en-US):1.0.0cf867821eb2c35

CONFIDENTIAL

| From: | Kathleen Bedell via PayPal <service@paypal.com> |
|-------|--------------------------------------------------|
| To: | Jeremy Whitelely <kmcnamara@breakingcodesilence.org> |
| Subject: | Payment received from katieebedell@gmail.com |
| Sent: | 2021/10/26 17:45:27 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# You received a payment of $36.00 USD from (katieebedell@gmail.com).

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

**Transaction ID**
7T738713LC7292947

**Transaction date**
Oct 26, 2021 17:45:17 PDT

**Buyer information**
Kathleen Bedell
katieebedell@gmail.com

**Instructions from buyer**
None provided

| Description | Unit price | Qty | Amount |
|-------------|-----------|-----|--------|
| A 501(c)(3) Non-profit Organization | $36.00 USD | 1 | $36.00 USD |
| | | **Total:** | $36.00 USD |

CONFIDENTIAL

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999-2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000002:en_US(en-US):1.0.0:f25261A57fc3d

CONFIDENTIAL

BCS_0036757

| From: | Michael Hamner via PayPal <service@paypal.com> |
|---|---|
| To: | Jennifer Magill <kmcnamara@breakingcodesilence.org> |
| Subject: | Payment received from hapc@hapc-cpas.com |
| Sent: | 2021/11/12 02:14:31 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# You received a payment of $500.00 USD from (hapc@hapc-cpas.com).

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

**Transaction ID**
**5LH330441T2543922**

**Transaction date**
Nov 12, 2021 02:14:11 PST

**Buyer information**
Michael Hamner
hapc@hapc-cpas.com

**Instructions from buyer**
None provided

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| A 501(c)(3) Non-profit Organization | $500.00 USD | 1 | $500.00 USD |
| | | **Total:** | $500.00 USD |

BCS_0036842

PayPal

**Help & Contact | Security | Apps**

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999-2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000002:en_US(en-US):1.0.0:a5f785cb2969b

CONFIDENTIAL

BCS_0036843

| From: | service@paypal.com |
| To: | Jennifer Magill <kmcnamara@breakingcodesilence.org> |
| Subject: | Notification of Donation Received |
| Sent: | 2021/11/12 11:10:52 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# Donation Received

This email confirms that you have received a donation of $1,111.21 USD from Mary Tomolonius (srt2117@caa.columbia.edu).

You can **view the transaction details online.**

Donation Details

| | |
|---|---|
| **Total amount:** | $1,111.21 USD |
| **Currency:** | U.S. Dollars |
| **Confirmation number:** | 0W910372TU6099927 |
| **Quantity:** | 1 |
| **Purpose:** | A 501(c)(3) Non-profit Organization |
| **Contributor:** | Mary Tomolonius |

PayPal

**Help & Contact | Security | Apps**

BCS_0036858

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999-2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000059:en_US(en-US):1.0.0:aa9d480b77df6

CONFIDENTIAL

BCS_0036859