# EXHIBIT C

| From: | Givebutter <no-reply@givebutter.com> |
| To: | jmagill@breakingcodesilence.org |
| Subject: | Brianna Karnedy just supported your campaign - say thanks! |
| Sent: | 2021/10/21 17:47:55 (UTC -08:00) |

## New Supporter ☒

Brianna Karnedy just supported your campaign ☒

Brianna made a donation for a total of **$50.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$2,840** by 43 supporters
**New Campaign Total**

TRANSACTION SUMMARY

**Reference #**
7348887761

**Date**
Oct 21, 2021 8:47 PM EDT

**Contact Information**
Brianna Karnedy
karnedyb@gmail.com

**Summary**

| | |
| --- | --- |
| Donation to Breaking Code Silence | $50.00 |
| **Total** | **$50.00** |

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

BCS_0018594

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Britney Toussaint just supported your campaign - say thanks! |
| Sent: | 2021/10/21 04:14:16 (UTC -08:00) |

## New Supporter ☒

### Britney Toussaint just supported your campaign ☒

Britney made a donation for a total of **$20.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$2,765** by 41 supporters
New Campaign Total

**Holly O'Hara**
Visit Holly's page

**$120** by 2 supporters
Holly's New Total

MESSAGE

Thank you for your advocacy for others.

TRANSACTION SUMMARY

**Reference #**
5451073699

**Date**
Oct 21, 2021 6:14 AM CDT

**Contact Information**
Britney Toussaint
parish.britney@gmail.com

**Summary**

| Donation to Breaking Code Silence | $20.00 |
|---|---|
| **Total** | **$20.00** |

CONFIDENTIAL

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Trisha LEON just supported your campaign - say thanks! |
| Sent: | 2021/10/14 18:30:20 (UTC -08:00) |

## New Supporter

Trisha LEON just supported your campaign ⬚

Trisha made a donation for a total of **$50.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$1,005** by 18 supporters
**New Campaign Total**

MESSAGE

All children have the right to feel safe.

DEDICATION

**In honor of Logan**
Trisha's support was made in honor of Logan.

TRANSACTION SUMMARY

**Reference #**
2097272852

**Date**
Oct 14, 2021 6:30 PM PDT

**Contact Information**
Trisha LEON
trishaleon25@gmail.com
1 (253) 765-3563

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $50.00 |
| **Total** | **$50.00** |

BCS_0020199

ADDITIONAL INFORMATION

**T-shirt size (unisex)**
M

**Mailing Address**
[BLANK]

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Mary Appelgate just supported your campaign - say thanks! |
| Sent: | 2021/10/23 07:51:22 (UTC -08:00) |

## New Supporter                                        ☒

### Mary Appelgate just supported your campaign ☒

Mary made a donation for a total of **$750.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$3,590** by 44 supporters
New Campaign Total

**Meg Appelgate**
Visit Meg's page

**$1,000** by 2 supporters
Meg's New Total

MESSAGE

Shut down the TTI!

TRANSACTION SUMMARY

**Reference #**
3809840132

**Date**
Oct 23, 2021 7:51 AM PDT

**Contact Information**
Mary Appelgate
Meg@gochnauer.org
(949) 374-8600

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $750.00 |
| **Total** | **$750.00** |

BCS_0021390

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

BCS_0021391

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Kathleen Bedell just supported your campaign - say thanks! |
| Sent: | 2021/10/05 17:25:47 (UTC -06:00) |

## New Supporter                                    ☒

### Kathleen Bedell just supported your campaign ☒

Kathleen made a donation for a total of **$180.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$355** by 5 supporters
New Campaign Total

**Neilah Rovinsky**
Visit Neilah's page

**$280** by 2 supporters
Neilah's New Total

TRANSACTION SUMMARY

**Reference #**
9907786119

**Date**
Oct 05, 2021 5:25 PM PDT

**Contact Information**
Kathleen Bedell
Katieebedell@gmail.com

**Summary**

| Donation to Breaking Code Silence | $180.00 |
|---|---|
| **Total** | **$180.00** |

ADDITIONAL INFORMATION

**T-shirt size (unisex)**
[BLANK]

**Mailing Address**
[BLANK]

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

BCS_0022848

| From: | Givebutter <no-reply@givebutter.com> |
| To: | jmsgill@breakingcodesilence.org |
| Subject: | Elisa Hunt just supported your campaign - say thanks! |
| Sent: | 2021/08/09 18:50:26 (UTC -08:00) |

## New Supporter  ⊠

Elisa Hunt just supported your campaign ⊠

Elisa purchased a ticket for a total of **$25.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$25** by 1 supporter
**New Campaign Total**

MESSAGE

Amber, I will continue the Legacy you began helping other youth no matter how much pain you felt inside! You were a true warrior. ⊠ ⊠ In loving memory of Amber mace 12/7/1994 to 8/30/2015

DEDICATION

**In memory of Amber Mace**
Elisa's support was made in memory of Amber Mace.

CONFIDENTIAL

**TRANSACTION SUMMARY**

**Reference #**
7292828480

**Date**
Aug 09, 2021 9:50 PM EDT

**Contact Information**
Elisa Hunt
sillyfrog3@gmail.com
(978) 401-6888

**Summary**

| | |
|---|---:|
| Supporter | $25.00 |
| **Total** | **$25.00** |

**ADDITIONAL INFORMATION**

**T-shirt size (unisex)**
M

**Mailing Address**
[BLANK]

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

| From: | Givebutter <no-reply@givebutter.com> |
|-------|--------------------------------------|
| To: | jmgill@breakingcodesilence.org |
| Subject: | Susan Wellek just supported your campaign - say thanks! |
| Sent: | 2021/10/19 08:06:39 (UTC -08:00) |

## New Supporter ⊠

Susan Wellek just supported your campaign ⊠

Susan made a donation for a total of **$150.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$2,620** by 38 supporters
**New Campaign Total**

**Alex Kirshenbaum**
Visit Alex's page

**$865** by 14 supporters
**Alex's New Total**

TRANSACTION SUMMARY

**Reference #**
3189287133

**Date**
Oct 19, 2021 10:06 AM CDT

**Contact Information**
Susan Wellek
swellek39@gmail.com
(847) 386-7074

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $150.00 |
| **Total** | **$150.00** |

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

| From: | Givebutter <no-reply@givebutter.com> |
|-------|------|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Harold Marek just supported your campaign - say thanks! |
| Sent: | 2021/10/18 11:54:58 (UTC -08:00) |

## New Supporter ⊠

### Harold Marek just supported your campaign ⊠

Harold made a donation for a total of **$25.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$1,355** by 22 supporters
New Campaign Total

**Neilah Rovinsky**
Visit Neilah's page

**$355** by 4 supporters
Neilah's New Total

MESSAGE

Proud of you ⊠⊠

TRANSACTION SUMMARY

**Reference #**
8608040689

**Date**
Oct 18, 2021 2:54 PM EDT

**Contact Information**
Harold Marek
hmarek1998@gmail.com

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $25.00 |
| **Total** | **$25.00** |

CONFIDENTIAL

BCS_0024589

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

BCS_0024590

| | |
|---|---|
| From: | Givebutter <no-reply@givebutter.com> |
| To: | jmagill@breakingcodesilence.org |
| Subject: | Kimberly Renninger just supported your campaign - say thanks! |
| Sent: | 2021/10/09 07:55:59 (UTC -08:00) |

## New Supporter  ☒

Kimberly Renninger just supported your campaign ☒
Kimberly made a donation for a total of **$10.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$515** by 9 supporters
**New Campaign Total**

TRANSACTION SUMMARY

**Reference #**
2868853964

**Date**
Oct 09, 2021 10:55 AM EDT

**Contact Information**
Kimberly Renninger
KARenninger@gmail.com

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $10.00 |
| **Total** | **$10.00** |

ADDITIONAL INFORMATION

**T-shirt size (unisex)**
Medium

**Mailing Address**
[BLANK]

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms · Privacy · Contact

CONFIDENTIAL

CONFIDENTIAL

BCS_0024628

| From: | Givebutter <no-reply@givebutter.com> |
|-------|--------------------------------------|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Marcy Kirshenbaum just supported your campaign - say thanks! |
| Sent: | 2021/10/18 20:26:41 (UTC -08:00) |

## New Supporter

**Marcy Kirshenbaum just supported your campaign** ⊠

Marcy made a donation for a total of **$180.00**. Say thanks by replying to this email.

CAMPAIGN

### End Institutional Child Abuse

**Breaking Code Silence**
Visit the campaign

**$2,200** by 33 supporters
New Campaign Total

**Alex Kirshenbaum**
Visit Alex's page

**$445** by 9 supporters
Alex's New Total

TRANSACTION SUMMARY

**Reference #**
2028242499

**Date**
Oct 18, 2021 10:26 PM CDT

**Contact Information**
Marcy Kirshenbaum
kirsh208@comcast.net

**Summary**

| Donation to Breaking Code Silence | $180.00 |
|-----------------------------------|---------|
| **Total** | **$180.00** |

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

| From: | Givebutter <no-reply@givebutter.com> |
|-------|----------------------------------------|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Leigh Vallejo just supported your campaign - say thanks! |
| Sent: | 2021/10/11 19:19:25 (UTC -08:00) |

## New Supporter ⊠

### Leigh Vallejo just supported your campaign ⊠

Leigh made a donation for a total of **$25.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$690** by 13 supporters
New Campaign Total

**Sarah Picciolo**
Visit Sarah's page

**$75** by 3 supporters
Sarah's New Total

TRANSACTION SUMMARY

**Reference #**
7752214640

**Date**
Oct 11, 2021 10:19 PM EDT

**Contact Information**
Leigh Vallejo
chesno21@yahoo.com
(864) 426-4666

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $25.00 |
| **Total** | **$25.00** |

ADDITIONAL INFORMATION

**T-shirt size (unisex)**
Small

**Mailing Address**
Po box 652 black mountain NC 28711

CONFIDENTIAL

BCS_0025113

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

BCS_0025114

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Diana Rivera just supported your campaign - say thanks! |
| Sent: | 2021/10/15 18:04:02 (UTC -08:00) |

## New Supporter ⊠

### Diana Rivera just supported your campaign ⊠

Diana made a donation for a total of **$25.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$1,280** by 20 supporters
**New Campaign Total**

**Sarah Picciolo**
Visit Sarah's page

**$125** by 5 supporters
**Sarah's New Total**

MESSAGE

Best of luck!

TRANSACTION SUMMARY

**Reference #**
7081654639

**Date**
Oct 15, 2021 9:03 PM EDT

**Contact Information**
Diana Rivera
Diana@mdtechteam.com

**Summary**

| Donation to Breaking Code Silence | $25.00 |
|---|---|
| **Total** | **$25.00** |

BCS_0025273

ADDITIONAL INFORMATION

**T-shirt size (unisex)**
Med

**Mailing Address**
Same

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

BCS_0025274

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmsgill@breakingcodesilence.org |
| Subject: | kate flanigan just supported your campaign - say thanks! |
| Sent: | 2021/10/11 08:29:20 (UTC -08:00) |

## New Supporter ⊠

kate flanigan just supported your campaign ⊠

kate made a donation for a total of **$25.00**. Say thanks by replying to this email.

CAMPAIGN

### End Institutional Child Abuse

**Breaking Code Silence**
Visit the campaign

**$665** by 12 supporters
New Campaign Total

**Sarah Picciolo**
Visit Sarah's page

**$50** by 2 supporters
Sarah's New Total

MESSAGE

In support of Sarah's brother

TRANSACTION SUMMARY

**Reference #**
3769870445

**Date**
Oct 11, 2021 11:29 AM EDT

**Contact Information**
kate flanigan
kflaniga@travelers.com
(860) 886-3144

**Summary**

| Donation to Breaking Code Silence | $25.00 |
|---|---|
| **Total** | **$25.00** |

CONFIDENTIAL

ADDITIONAL INFORMATION

**T-shirt size (unisex)**
[BLANK]

**Mailing Address**
[BLANK]

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

BCS_0025330

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Tory Schatz just supported your campaign - say thanks! |
| Sent: | 2021/10/05 18:23:26 (UTC -08:00) |

## New Supporter 🗙

### Tory Schatz just supported your campaign 🗙

Tory made a donation and purchased a ticket for a total of **$50.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$405** by 6 supporters
New Campaign Total

**Neilah Rovinsky**
Visit Neilah's page

**$330** by 3 supporters
Neilah's New Total

TRANSACTION SUMMARY

**Reference #**
3291144219

**Date**
Oct 05, 2021 9:23 PM EDT

**Contact Information**
Tory Schatz
molliesmagic@gmail.com
(571) 733-0502

**Summary**

| | |
|---|---|
| Participant - Ally | $25.00 |
| Donation to Breaking Code Silence | $25.00 |
| **Total** | **$50.00** |

CONFIDENTIAL

ADDITIONAL INFORMATION

**T-shirt size (unisex)**
L

**Mailing Address**
79 Weaver St Apt C, Winooski VT 05404

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

| From: | Givebutter <no-reply@givebutter.com> |
| To: | jmagill@breakingcodesilence.org |
| Subject: | Mike Picciolo just supported your campaign - say thanks! |
| Sent: | 2021/10/12 17:57:39 (UTC -08:00) |

## New Supporter ⊠

Mike Picciolo just supported your campaign ⊠

Mike made a donation for a total of **$40.00.** Say thanks by replying to this email.

CAMPAIGN

### End Institutional Child Abuse

**Breaking Code Silence**
Visit the campaign

**$830** by 15 supporters
**New Campaign Total**

MESSAGE

An amazing cause - happy to support!

TRANSACTION SUMMARY

**Reference #**
2865248022

**Date**
Oct 12, 2021 8:57 PM EDT

**Contact Information**
Mike Picciolo
Picciolo@live.com
(860) 550-1364

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $40.00 |
| **Total** | **$40.00** |

ADDITIONAL INFORMATION

**T-shirt size (unisex)**
XL

**Mailing Address**
[BLANK]

CONFIDENTIAL

BCS_0025451

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Lisa Wolfe just supported your campaign - say thanks! |
| Sent: | 2021/10/03 17:46:17 (UTC -08:00) |

## New Supporter ⊠

Lisa Wolfe just supported your campaign ⊠

Lisa purchased a ticket for a total of **$25.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

$50 by 2 supporters
**New Campaign Total**

**Sarah Picciolo**
Visit Sarah's page

$25 by 1 supporter
**Sarah's New Total**

TRANSACTION SUMMARY

**Reference #**
6114249890

**Date**
Oct 03, 2021 8:46 PM EDT

**Contact Information**
Lisa Wolfe
lawolfe83@gmail.com
(860) 874-5326

**Summary**

| | |
|---|---|
| Participant - Ally | $25.00 |
| **Total** | **$25.00** |

ADDITIONAL INFORMATION

**T-shirt size (unisex)**
2xl

**Mailing Address**
15 Victoria ln marlborough ct 06447

CONFIDENTIAL

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

BCS_0025552

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Lisa Golden just supported your campaign - say thanks! |
| Sent: | 2021/10/12 10:02:26 (UTC -08:00) |

## New Supporter                                          ☒

Lisa Golden just supported your campaign ☒

Lisa made a donation for a total of **$100.00**. Say thanks by replying to this email.

CAMPAIGN

### End Institutional Child Abuse

**Breaking Code Silence**
Visit the campaign

**$790** by 14 supporters
**New Campaign Total**

TRANSACTION SUMMARY

**Reference #**
7466206978

**Date**
Oct 12, 2021 10:02 AM PDT

**Contact Information**
Lisa Golden
lgolden@be-bop.net
1 (541) 914-5563

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $100.00 |
| **Total** | **$100.00** |

ADDITIONAL INFORMATION

**T-shirt size (unisex)**
xxl

**Mailing Address**
[BLANK]

CONFIDENTIAL                                                    BCS_0025621

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

BCS_0025622

| From: | Givebutter <no-reply@givebutter.com> |
| To: | jmagill@breakingcodesilence.org |
| Subject: | Sean Thomas just supported your campaign - say thanks! |
| Sent: | 2021/10/19 07:51:57 (UTC -08:00) |

## New Supporter ⊠

Sean Thomas just supported your campaign ⊠

Sean made a donation for a total of **$50.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$2,470** by 37 supporters
New Campaign Total

**Alex Kirshenbaum**
Visit Alex's page

**$715** by 13 supporters
Alex's New Total

TRANSACTION SUMMARY

Reference #
5445998851

Date
Oct 19, 2021 7:51 AM PDT

Contact Information
Sean Thomas
sathomas1414@gmail.com
(847) 502-7774

Summary

| | |
|---|---|
| Donation to Breaking Code Silence | $50.00 |
| **Total** | **$50.00** |

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

| | |
|---|---|
| **From:** | Givebutter <no-reply@givebutter.com> |
| **To:** | jmagill@breakingcodesilence.org |
| **Subject:** | Ren Young just supported your campaign - say thanks! |
| **Sent:** | 2021/10/10 09:35:51 (UTC -08:00) |

## New Supporter ⊠

### Ren Young just supported your campaign ⊠

Ren made a donation for a total of **$100.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$615** by 10 supporters
New Campaign Total

**Chelsea B-K**
Visit Chelsea's page

**$150** by 2 supporters
Chelsea's New Total

TRANSACTION SUMMARY

**Reference #**
5291499665

**Date**
Oct 10, 2021 9:35 AM PDT

**Contact Information**
Ren Young
Abarberi13@gmail.com

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $100.00 |
| **Total** | **$100.00** |

ADDITIONAL INFORMATION

**T-shirt size (unisex)**
[BLANK]

**Mailing Address**
[BLANK]

BCS_0025796

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

BCS_0025797

| | |
|---|---|
| **From:** | Givebutter <no-reply@givebutter.com> |
| **To:** | jmagill@breakingcodesilence.org |
| **Subject:** | Jennifer Magill just supported your campaign - say thanks! |
| **Sent:** | 2021/10/04 00:12:59 (UTC -06:00) |

## New Supporter ☒

### Jennifer Magill just supported your campaign ☒

Jennifer purchased a ticket for a total of **$25.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$75** by 3 supporters
**New Campaign Total**

MESSAGE

In Loving Memory of Tracy Robinson (1983-2001)

TRANSACTION SUMMARY

**Reference #**
8048064384

**Date**
Oct 04, 2021 1:12 AM MDT

**Contact Information**
Jennifer Magill
jmagill@breakingcodesilence.org
(404) 909-0629

**Summary**

| | |
|---|---|
| Participant - Survivor | $25.00 |
| **Total** | **$25.00** |

ADDITIONAL INFORMATION

**T-shirt size (unisex)**
Medium

**Mailing Address**
9841 Sterling Dr. Highlands Ranch, CO 80126

CONFIDENTIAL

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

BCS_0025835

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Rachel Page just supported your campaign - say thanks! |
| Sent: | 2021/10/05 12:56:15 (UTC -08:00) |

## New Supporter ⊠

### Rachel Page just supported your campaign ⊠

Rachel made a donation for a total of **$100.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$175** by 4 supporters
New Campaign Total

**Neilah Rovinsky**
Visit Neilah's page

**$100** by 1 supporter
Neilah's New Total

TRANSACTION SUMMARY

**Reference #**
7749956495

**Date**
Oct 05, 2021 3:56 PM EDT

**Contact Information**
Rachel Page
rp2821@columbia.edu
1 (202) 355-4088

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $100.00 |
| **Total** | **$100.00** |

ADDITIONAL INFORMATION

**T-shirt size (unisex)**
[BLANK]

**Mailing Address**
[BLANK]

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Donna Koropatkin just supported your campaign - say thanks! |
| Sent: | 2021/10/11 05:40:50 (UTC -08:00) |

## New Supporter                                                   ☒

Donna Koropatkin just supported your campaign ☒

Donna made a donation for a total of **$25.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$640** by 11 supporters
**New Campaign Total**

MESSAGE

Sarah, Thank you for your commitment and passion to destroy these horrifying institutions. These kids need you.

TRANSACTION SUMMARY

**Reference #**
9356108439

**Date**
Oct 11, 2021 8:40 AM EDT

**Contact Information**
Donna Koropatkin
debunk@snet.net

**Summary**

| Donation to Breaking Code Silence | $25.00 |
|---|---|
| **Total** | **$25.00** |

ADDITIONAL INFORMATION

**T-shirt size (unisex)**
[BLANK]

**Mailing Address**
[BLANK]

CONFIDENTIAL

BCS_0025976

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

BCS_0025977

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Lisa Wilson just supported your campaign - say thanks! |
| Sent: | 2021/10/13 06:39:05 (UTC -08:00) |

## New Supporter 🞨

Lisa Wilson just supported your campaign 🞨
Lisa made a donation for a total of **$25.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$855** by 16 supporters
New Campaign Total

**Sarah Picciolo**
Visit Sarah's page

**$100** by 4 supporters
Sarah's New Total

TRANSACTION SUMMARY

Reference #
9869013015

Date
Oct 13, 2021 9:38 AM EDT

Contact Information
Lisa Wilson
ljwilson28@gmail.com

Summary

| | |
|---|---|
| Donation to Breaking Code Silence | $25.00 |
| **Total** | **$25.00** |

ADDITIONAL INFORMATION

**T-shirt size (unisex)**
S

**Mailing Address**
[BLANK]

BCS_0026006

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

BCS_0026007

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmsgill@breakingcodesilence.org |
| Subject: | Peggy Greene just supported your campaign - say thanks! |
| Sent: | 2021/10/14 10:02:43 (UTC -08:00) |

## New Supporter ⊠

### Peggy Greene just supported your campaign ⊠

Peggy made a donation for a total of **$100.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$955** by 17 supporters
**New Campaign Total**

MESSAGE

TRANSACTION SUMMARY

**Reference #**
4312814340

**Date**
Oct 14, 2021 10:02 AM PDT

**Contact Information**
Peggy Greene
peggygreene2017@gmail.com
(616) 901-0067

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $100.00 |
| **Total** | **$100.00** |

ADDITIONAL INFORMATION

**T-shirt size (unisex)**
1x

**Mailing Address**
2529 K St. #8 Bakersfield, CA 93301

BCS_0026008

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

BCS_0026009

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Deborah Wellek Wolkstein just supported your campaign - say thanks! |
| Sent: | 2021/10/19 06:46:16 (UTC -08:00) |

## New Supporter                                             ☒

#### Deborah Wellek Wolkstein just supported your campaign ☒

Deborah Wellek made a donation for a total of **$100.00**. Say thanks by replying to this email.

CAMPAIGN

### End Institutional Child Abuse

**Breaking Code Silence**
Visit the campaign

**$2,420** by 36 supporters
New Campaign Total

**Alex Kirshenbaum**
Visit Alex's page

**$665** by 12 supporters
Alex's New Total

TRANSACTION SUMMARY

**Reference #**
2703609458

**Date**
Oct 19, 2021 8:46 AM CDT

**Contact Information**
Deborah Wellek Wolkstein
debwewo@gmail.com
(708) 386-8730

**Summary**

| Donation to Breaking Code Silence | $100.00 |
|---|---|
| **Total** | **$100.00** |

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Fiona Theodoredis just supported your campaign - say thanks! |
| Sent: | 2021/10/15 14:08:11 (UTC -06:00) |

## New Supporter ☒

### Fiona Theodoredis just supported your campaign ☒

Fiona made a donation for a total of **$250.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$1,255** by 19 supporters
**New Campaign Total**

MESSAGE

So impressed by the work you all at BCS are doing to call out abusive TTI programs and to work for better solutions!

TRANSACTION SUMMARY

**Reference #**
7417691183

**Date**
Oct 15, 2021 3:08 PM MDT

**Contact Information**
Fiona Theodoredis
fiotheo3@gmail.com

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $250.00 |
| **Total** | **$250.00** |

ADDITIONAL INFORMATION

**T-shirt size (unisex)**
M

**Mailing Address**
1490 Upland Ave. Boulder, CO 80304

BCS_0026180

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

BCS_0026181

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Holly O'Hara just supported your campaign - say thanks! |
| Sent: | 2021/10/20 07:55:01 (UTC -08:00) |

## New Supporter

Holly O'Hara just supported your campaign ⌧

Holly made a donation for a total of **$100.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$2,745** by 40 supporters
**New Campaign Total**

**Holly O'Hara**
Visit Holly's page

**$100** by 1 supporter
**Holly's New Total**

TRANSACTION SUMMARY

**Reference #**
2600941635

**Date**
Oct 20, 2021 10:54 AM EDT

**Contact Information**
Holly O'Hara
holly.ohara@yahoo.com

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $100.00 |
| **Total** | **$100.00** |

⌧⌧ Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Ashten Vassar just supported your campaign - say thanks! |
| Sent: | 2021/10/21 17:11:55 (UTC -06:00) |

## New Supporter ⊠

Ashten Vassar just supported your campaign ⊠

Ashten made a donation for a total of **$25.00**. Say thanks by replying to this email.

CAMPAIGN

### End Institutional Child Abuse

**Breaking Code Silence**
Visit the campaign

**$2,790** by 42 supporters
**New Campaign Total**

TRANSACTION SUMMARY

**Reference #**
7436170075

**Date**
Oct 21, 2021 8:11 PM EDT

**Contact Information**
Ashten Vassar
vassar.8180@gmail.com
(646) 689-3477

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $25.00 |
| **Total** | **$25.00** |

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

BCS_0026202

| From: | Givebutter <no-reply@givebutter.com> |
| To: | jmagill@breakingcodesilence.org |
| Subject: | Alex Kirshenbaum just supported your campaign - say thanks! |
| Sent: | 2021/10/18 16:50:47 (UTC -08:00) |

## New Supporter ☒

Alex Kirshenbaum just supported your campaign ☒

Alex made a donation for a total of **$150.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$1,505** by 23 supporters
**New Campaign Total**

MESSAGE

The preying on vulnerable parents and the rampant abuse of teens without consequences needs to end.

TRANSACTION SUMMARY

**Reference #**
6585241556

**Date**
Oct 18, 2021 6:50 PM CDT

**Contact Information**
Alex Kirshenbaum
akirshenbaum1@gmail.com
(847) 636-2866

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $150.00 |
| **Total** | **$150.00** |

⎯ Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

| From: | Givebutter <no-reply@givebutter.com> |
|-------|---------------------------------------|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Alex Kirshenbaum just supported your campaign - say thanks! |
| Sent: | 2021/10/18 17:09:40 (UTC -06:00) |

## New Supporter ⊠

Alex Kirshenbaum just supported your campaign ⊠

Alex made a donation for a total of **$20.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$1,525** by 24 supporters
New Campaign Total

**Alex Kirshenbaum**
Visit Alex's page

**$20** by 1 supporter
Alex's New Total

TRANSACTION SUMMARY

**Reference #**
8822712161

**Date**
Oct 18, 2021 7:09 PM CDT

**Contact Information**
Alex Kirshenbaum
akirshenbaum1@gmail.com
(847) 636-2866

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $20.00 |
| **Total** | **$20.00** |

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Alex Kirshenbaum just supported your campaign - say thanks! |
| Sent: | 2021/10/18 17:34:09 (UTC -06:00) |

## New Supporter ⊠

Alex Kirshenbaum just supported your campaign ⊠

Alex made a donation for a total of **$25.00.** Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$1,550** by 25 supporters
**New Campaign Total**

**Alex Kirshenbaum**
Visit Alex's page

**$45** by 2 supporters
**Alex's New Total**

TRANSACTION SUMMARY

**Reference #**
2906240563

**Date**
Oct 18, 2021 7:34 PM CDT

**Contact Information**
Alex Kirshenbaum
akirshenbaum1@gmail.com
(847) 636-2866

**Summary**

| Donation to Breaking Code Silence | $25.00 |
|---|---|
| **Total** | **$25.00** |

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

BCS_0026214

| | |
|---|---|
| **From:** | Givebutter <no-reply@givebutter.com> |
| **To:** | jmagill@breakingcodesilence.org |
| **Subject:** | Alex Kirshenbaum just supported your campaign - say thanks! |
| **Sent:** | 2021/10/18 17:39:11 (UTC -08:00) |

## New Supporter ⊠

Alex Kirshenbaum just supported your campaign ⊠

Alex made a donation for a total of **$25.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$1,575** by 26 supporters
**New Campaign Total**

**Alex Kirshenbaum**
Visit Alex's page

**$70** by 3 supporters
**Alex's New Total**

TRANSACTION SUMMARY

**Reference #**
9418361694

**Date**
Oct 18, 2021 7:39 PM CDT

**Contact Information**
Alex Kirshenbaum
krshnbm2@illinois.edu
(847) 636-2866

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $25.00 |
| **Total** | **$25.00** |

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Alex Kirshenbaum just supported your campaign - say thanks! |
| Sent: | 2021/10/18 18:21:29 (UTC -08:00) |

## New Supporter  ☒

Alex Kirshenbaum just supported your campaign ☒

Alex made a donation for a total of **$100.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$1,675** by 27 supporters
**New Campaign Total**

**Alex Kirshenbaum**
Visit Alex's page

**$170** by 4 supporters
**Alex's New Total**

TRANSACTION SUMMARY

**Reference #**
2279768571

**Date**
Oct 18, 2021 8:21 PM CDT

**Contact Information**
Alex Kirshenbaum
akirshenbaum1@gmail.com
(847) 636-2866

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $100.00 |
| **Total** | **$100.00** |

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

BCS_0026216

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Alex Kirshenbaum just supported your campaign - say thanks! |
| Sent: | 2021/10/18 18:23:10 (UTC -06:00) |

## New Supporter

### Alex Kirshenbaum just supported your campaign

Alex made a donation for a total of **$20.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$1,695** by 28 supporters
New Campaign Total

**Alex Kirshenbaum**
Visit Alex's page

**$190** by 5 supporters
Alex's New Total

TRANSACTION SUMMARY

**Reference #**
3096808208

**Date**
Oct 18, 2021 8:23 PM CDT

**Contact Information**
Alex Kirshenbaum
akirshenbaum1@gmail.com
(847) 636-2866

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $20.00 |
| **Total** | **$20.00** |

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

| From: | Givebutter <no-reply@givebutter.com> |
|-------|--------------------------------------|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Alex Kirshenbaum just supported your campaign - say thanks! |
| Sent: | 2021/10/18 18:25:38 (UTC -06:00) |

## New Supporter ⊠

Alex Kirshenbaum just supported your campaign ⊠

Alex made a donation for a total of **$30.00.** Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$1,725** by 29 supporters
**New Campaign Total**

**Alex Kirshenbaum**
Visit Alex's page

**$220** by 6 supporters
**Alex's New Total**

TRANSACTION SUMMARY

**Reference #**
1682511823

**Date**
Oct 18, 2021 8:25 PM CDT

**Contact Information**
Alex Kirshenbaum
akirshenbaum1@gmail.com
(847) 636-2866

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $30.00 |
| **Total** | **$30.00** |

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

| | |
|---|---|
| **From:** | Givebutter <no-reply@givebutter.com> |
| **To:** | jmagill@breakingcodesilence.org |
| **Subject:** | Alex Kirshenbaum just supported your campaign - say thanks! |
| **Sent:** | 2021/10/18 18:27:29 (UTC -06:00) |

## New Supporter

Alex Kirshenbaum just supported your campaign

Alex made a donation for a total of **$25.00.** Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$1,750** by 30 supporters
**New Campaign Total**

**Alex Kirshenbaum**
Visit Alex's page

**$245** by 7 supporters
**Alex's New Total**

TRANSACTION SUMMARY

**Reference #**
1769099598

**Date**
Oct 18, 2021 8:27 PM CDT

**Contact Information**
Alex Kirshenbaum
akirshenbaum1@gmail.com
(847) 636-2866

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $25.00 |
| **Total** | **$25.00** |

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Alex Kirshenbaum just supported your campaign - say thanks! |
| Sent: | 2021/10/18 21:01:09 (UTC -08:00) |

## New Supporter ⊠

Alex Kirshenbaum just supported your campaign ⊠

Alex made a donation for a total of **$20.00.** Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$2,220** by 34 supporters
New Campaign Total

**Alex Kirshenbaum**
Visit Alex's page

**$465** by 10 supporters
Alex's New Total

TRANSACTION SUMMARY

**Reference #**
3566907976

**Date**
Oct 18, 2021 11:01 PM CDT

**Contact Information**
Alex Kirshenbaum
akirshenbaum1@gmail.com
(847) 636-2866

**Summary**

| Donation to Breaking Code Silence | $20.00 |
|---|---|
| **Total** | **$20.00** |

⎯⎯ Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Alex Kirshenbaum just supported your campaign - say thanks! |
| Sent: | 2021/10/18 21:03:00 (UTC -06:00) |

## New Supporter ⊠

### Alex Kirshenbaum just supported your campaign ⊠

Alex made a donation for a total of **$100.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$2,320** by 35 supporters
**New Campaign Total**

**Alex Kirshenbaum**
Visit Alex's page

**$565** by 11 supporters
**Alex's New Total**

TRANSACTION SUMMARY

**Reference #**
3834506431

**Date**
Oct 18, 2021 11:02 PM CDT

**Contact Information**
Alex Kirshenbaum
akirshenbaum1@gmail.com
(847) 636-2866

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $100.00 |
| **Total** | **$100.00** |

⊏⊐ Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

| | |
|---|---|
| **From:** | Givebutter <no-reply@givebutter.com> |
| **To:** | jmagill@breakingcodesilence.org |
| **Subject:** | Amalia Theodoredis just supported your campaign - say thanks! |
| **Sent:** | 2021/10/17 11:56:01 (UTC -08:00) |

## New Supporter ⊠

### Amalia Theodoredis just supported your campaign ⊠

Amalia made a donation for a total of **$50.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$1,330** by 21 supporters
**New Campaign Total**

**Amal Theo**
Visit Amal's page

**$50** by 1 supporter
**Amal's New Total**

TRANSACTION SUMMARY

**Reference #**
9016633658

**Date**
Oct 17, 2021 11:55 AM MST

**Contact Information**
Amalia Theodoredis
amal@buzzkillmanagement.com
(303) 903-9872

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $50.00 |
| **Total** | **$50.00** |

ADDITIONAL INFORMATION

**T-shirt size (unisex)**
[BLANK]

**Mailing Address**
[BLANK]

CONFIDENTIAL

BCS_0026266

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

BCS_0026267

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Rachel Deadman just supported your campaign - say thanks! |
| Sent: | 2021/10/19 18:43:44 (UTC -08:00) |

# New Supporter   ⊠

### Rachel Deadman just supported your campaign ⊠

Rachel made a donation for a total of **$25.00**. Say thanks by replying to this email.

CAMPAIGN

## End Institutional Child Abuse

**Breaking Code Silence**
Visit the campaign

**$2,645** by 35 supporters
**New Campaign Total**

MESSAGE

In hopes of ending institutional child abuse & finally getting some regulation!

TRANSACTION SUMMARY

**Reference #**
2063499512

**Date**
Oct 19, 2021 9:43 PM EDT

**Contact Information**
Rachel Deadman
shadysbaby@mac.com
(917) 702-5203

**Summary**

| Donation to Breaking Code Silence | $25.00 |
|---|---|
| **Total** | **$25.00** |

BCS_0026268

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

BCS_0026269

| | |
|---|---|
| **From:** | Givebutter <no-reply@givebutter.com> |
| **To:** | jmagill@breakingcodesilence.org |
| **Subject:** | Bethanie Moriarty just supported your campaign - say thanks! |
| **Sent:** | 2021/10/18 19:58:26 (UTC -06:00) |

## New Supporter ☒

### Bethanie Moriarty just supported your campaign ☒

Bethanie made a donation for a total of **$250.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$2,020** by 32 supporters
**New Campaign Total**

**Meg Appelgate**
Visit Meg's page

**$250** by 1 supporter
**Meg's New Total**

TRANSACTION SUMMARY

**Reference #**
6676081048

**Date**
Oct 18, 2021 7:58 PM PDT

**Contact Information**
Bethanie Moriarty
bfeld12@gmail.com

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $250.00 |
| **Total** | **$250.00** |

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

| | |
|---|---|
| **From:** | Givebutter <no-reply@givebutter.com> |
| **To:** | jmagill@breakingcodesilence.org |
| **Subject:** | Sophie Lanser just supported your campaign - say thanks! |
| **Sent:** | 2021/10/18 19:41:47 (UTC -08:00) |

## New Supporter ☒

Sophie Lanser just supported your campaign ☒

Sophie made a donation for a total of **$20.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$1,770** by 31 supporters
New Campaign Total

**Alex Kirshenbaum**
Visit Alex's page

**$265** by 8 supporters
Alex's New Total

MESSAGE

proud of you alex!

TRANSACTION SUMMARY

**Reference #**
4947090545

**Date**
Oct 18, 2021 10:41 PM EDT

**Contact Information**
Sophie Lanser
Sophie.lanser@gmail.com
(217) 801-2818

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $20.00 |
| **Total** | **$20.00** |

CONFIDENTIAL

BCS_0026337

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

| From: | Givebutter <no-reply@givebutter.com> |
|---|---|
| To: | jmagill@breakingcodesilence.org |
| Subject: | McCree Christopher just supported your campaign - say thanks! |
| Sent: | 2021/10/24 22:20:55 (UTC -08:00) |

## New Supporter

McCree Christopher just supported your campaign ⊠

McCree made a donation for a total of **$25.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$3,655** by 47 supporters
New Campaign Total

**Trisha Leon**
Visit Trisha's page

**$25** by 1 supporter
Trisha's New Total

TRANSACTION SUMMARY

**Reference #**
9719810376

**Date**
Oct 24, 2021 10:20 PM PDT

**Contact Information**
McCree Christopher
rcmccree@yahoo.com
(206) 458-8096

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $25.00 |
| **Total** | **$25.00** |

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL

| From: | Givebutter <no-reply@givebutter.com> |
|-------|---------------------------------------|
| To: | jmagill@breakingcodesilence.org |
| Subject: | Jeremy Therrien just supported your campaign - say thanks! |
| Sent: | 2021/10/23 18:28:57 (UTC -08:00) |

## New Supporter ⊠

### Jeremy Therrien just supported your campaign ⊠

Jeremy made a donation for a total of **$25.00**. Say thanks by replying to this email.

CAMPAIGN

**End Institutional Child Abuse**

**Breaking Code Silence**
Visit the campaign

**$3,615** by 45 supporters
**New Campaign Total**

**Sarah Picciolo**
Visit Sarah's page

**$150** by 6 supporters
**Sarah's New Total**

TRANSACTION SUMMARY

**Reference #**
1941931243

**Date**
Oct 23, 2021 9:28 PM EDT

**Contact Information**
Jeremy Therrien
jeremy.therrien@yahoo.com
(868) 617-4522

**Summary**

| | |
|---|---|
| Donation to Breaking Code Silence | $25.00 |
| **Total** | **$25.00** |

Powered by Givebutter

© Givebutter, Inc. All Rights Reserved.
2020 Pennsylvania Ave NW #401 Washington, DC 20006.

Terms  Privacy  Contact

CONFIDENTIAL