# EXHIBIT D

| Bates No. | Date | Donation Amount | Total Donations |
|---|---|---|---|
| BCS_0036690 | 10/09/2021 | $25 | $25 |
| BCS_0036505 | 10/16/2021 | $150 | $175 |
| BCS_0034854 | 10/18/2021 | $5 | $180 |
| BCS_0036699 | 10/18/2021 | $5 | $185 |
| BCS_0034368 | 10/19/2021 | $100 | $285 |
| BCS_0034376 | 10/20/2021 | $50 | $335 |
| BCS_0035084 | 10/20/2021 | $500 | $835 |
| BCS_0034204 | 10/22/2021 | $50 | $885 |
| BCS_0034524 | 10/22/2021 | $50 | $935 |
| BCS_0034538 | 10/22/2021 | $600 | $1,535 |
| BCS_0035014 | 10/22/2021 | $100 | $1,635 |
| BCS_0035016 | 10/22/2021 | $100 | $1,735 |
| BCS_0035543 | 10/22/2021 | $35 | $1,770 |
| BCS_0035545 | 10/22/2021 | $25 | $1,795 |
| BCS_0034904 | 10/23/2021 | $50 | $1,845 |
| BCS_0035831 | 10/23/2021 | $20 | $1,865 |
| BCS_0036385 | 10/25/2021 | $10 | $1,875 |
| BCS_0036756 | 10/26/2021 | $36 | $1,911 |
| BCS_0035799 | 10/31/2021 | $10 | $1,921 |
| BCS_0034355 | 11/03/2021 | $100 | $2,021 |
| BCS_0035500 | 11/03/2021 | $1,000 | $3,021 |
| BCS_0035502 | 11/03/2021 | $100 | $3,121 |
| BCS_0036694 | 11/04/2021 | $36 | $3,157 |
| BCS_0034995 | 11/06/2021 | $28 | $3,185 |
| BCS_0034784 | 11/09/2021 | $300 | $3,485 |
| BCS_0034227 | 11/12/2021 | $200 | $3,685 |
| BCS_0035704 | 11/12/2021 | $300 | $3,985 |
| BCS_0036842 | 11/12/2021 | $500 | $4,485 |
| BCS_0036858 | 11/12/2021 | $1,111 | $5,596 |
| BCS_0033981 | 11/15/2021 | $90 | $5,686 |
| BCS_0035143 | 11/18/2021 | $5 | $5,691 |
| BCS_0035812 | 11/18/2021 | $300 | $5,991 |
| BCS_0034497 | 11/19/2021 | $100 | $6,091 |
| BCS_0035158 | 11/20/2021 | $500 | $6,591 |
| BCS_0035503 | 11/28/2021 | $300 | $6,891 |
| BCS_0027546 | 11/30/2021 | $5 | $6,896 |
| BCS_0027548 | 11/30/2021 | $50 | $6,946 |
| BCS_0027550 | 11/30/2021 | $10 | $6,956 |
| BCS_0027552 | 11/30/2021 | $50 | $7,006 |
| BCS_0027554 | 11/30/2021 | $200 | $7,206 |



PayPal Donations 10/09/2021 - 11/30/2021