# **EXHIBIT E**

| Bates No. | Date | Donation Amount | Total Donations |
|---|---|---|---|
| BCS_0023628 | 08/09/2021 | $25 | $25 |
| BCS_0025551 | 10/03/2021 | $25 | $50 |
| BCS_0025834 | 10/04/2021 | $25 | $75 |
| BCS_0025855 | 10/05/2021 | $100 | $175 |
| BCS_0022847 | 10/05/2021 | $180 | $355 |
| BCS_0025426 | 10/05/2021 | $50 | $405 |
| BCS_0024627 | 10/09/2021 | $10 | $515 |
| BCS_0025796 | 10/10/2021 | $100 | $615 |
| BCS_0025976 | 10/11/2021 | $25 | $640 |
| BCS_0025329 | 10/11/2021 | $25 | $665 |
| BCS_0025113 | 10/11/2021 | $25 | $690 |
| BCS_0025621 | 10/12/2021 | $100 | $790 |
| BCS_0025451 | 10/12/2021 | $40 | $830 |
| BCS_0026006 | 10/13/2021 | $25 | $855 |
| BCS_0026008 | 10/14/2021 | $100 | $955 |
| BCS_0020199 | 10/14/2021 | $50 | $1,005 |
| BCS_0026180 | 10/15/2021 | $250 | $1,255 |
| BCS_0025273 | 10/15/2021 | $25 | $1,280 |
| BCS_0026266 | 10/17/2021 | $50 | $1,330 |
| BCS_0024589 | 10/18/2021 | $25 | $1,355 |
| BCS_0026212 | 10/18/2021 | $150 | $1,505 |
| BCS_0026213 | 10/18/2021 | $20 | $1,525 |
| BCS_0026214 | 10/18/2021 | $25 | $1,550 |
| BCS_0026215 | 10/18/2021 | $25 | $1,575 |
| BCS_0026216 | 10/18/2021 | $100 | $1,675 |
| BCS_0026217 | 10/18/2021 | $20 | $1,695 |
| BCS_0026218 | 10/18/2021 | $30 | $1,725 |
| BCS_0026219 | 10/18/2021 | $25 | $1,750 |
| BCS_0026337 | 10/18/2021 | $20 | $1,770 |
| BCS_0026272 | 10/18/2021 | $250 | $2,020 |
| BCS_0025044 | 10/18/2021 | $180 | $2,200 |
| BCS_0026220 | 10/18/2021 | $20 | $2,220 |
| BCS_0026221 | 10/18/2021 | $100 | $2,320 |
| BCS_0026124 | 10/19/2021 | $100 | $2,420 |
| BCS_0025766 | 10/19/2021 | $50 | $2,470 |
| BCS_0023630 | 10/19/2021 | $150 | $2,620 |
| BCS_0026268 | 10/19/2021 | $25 | $2,645 |
| BCS_0026198 | 10/20/2021 | $100 | $2,745 |
| BCS_0019639 | 10/21/2021 | $20 | $2,765 |
| BCS_0026202 | 10/21/2021 | $25 | $2,790 |
| BCS_0018594 | 10/21/2021 | $50 | $2,840 |
| BCS_0021390 | 10/23/2021 | $750 | $3,590 |
| BCS_0026505 | 10/23/2021 | $25 | $3,615 |
| BCS_0026428 | 10/24/2021 | $25 | $3,655 |



Givebutter "End Institutional Child Abuse" Campaign in Support of DC Event. Event Date: 10/23/2021.