# EXHIBIT F



**Noelle Beauregard** <nbeauregard10@gmail.com>                    Fri, Mar 18, 2022 at 9:44 AM
To: Jenny Magill <jenny.magill@gmail.com>
Cc: "Dr. Vanessa Hughes" <vanessahughes.phd@gmail.com>, jjensen2009@gmail.com, reddipageshouston@gmail.com

Hi Team,

I'm including some additional screenshots. Here is what Google Analytics is showing. You can see the obvious drop in traffic, which Google has marked as an "anomaly," and this still appears to be impacting us significantly. Our largest source of traffic was through organic search in Google. By de-indexing the site, they have cut off our main source of exposure.



However, here is what Google Search Console is showing. For some reason. I can't view any data prior to 3/10, but it is clear that we were at 0 on 3/10 and 3/11 until we were able to cancel the temporary deindexing request very shortly before the LifeTime movie premiered on 3/12. I speculate that all of this traffic is from people directly going to our URL as mentioned by the movie and not through Google, as evidenced by the Analytics screenshot.



As for the screenshot you provided, it indicates that multiple pages from our website were marked as not indexing in Google when the other party submitted a request in Google Search Console to temporarily de-index our page. These temporary de-indexing requests last up to 6 months, from what I saw in the Console.

Megan and Jesse, please let me know if you have any further insight you would like to add or let me know if there is anything I may be mis-interpreting. I will send the screenshots of this incident later this afternoon when I'm home from work.

Thank every one of you for your help with this,
Noelle

[Quoted text hidden]

---

**3 attachments**



**image.png**
110K



**image.png**
204K

BEAU000030



**image.png**
292K

---

**Megan Hurwitt** <reddipageshouston@gmail.com>                    Fri, Mar 18, 2022 at 9:46 AM
To: Noelle Beauregard <nbeauregard10@gmail.com>
Cc: Jenny Magill <jenny.magill@gmail.com>, "Dr. Vanessa Hughes" <vanessahughes.phd@gmail.com>,
jjensen2009@gmail.com

I think this interpretation is correct.
[Quoted text hidden]

---

**Noelle Beauregard** <nbeauregard10@gmail.com>                   Fri, Mar 18, 2022 at 9:50 AM
To: Megan Hurwitt <reddipageshouston@gmail.com>
Cc: "Dr. Vanessa Hughes" <vanessahughes.phd@gmail.com>, Jenny Magill <jenny.magill@gmail.com>,
jjensen2009@gmail.com

Thank you so much, Megan!

Noelle
[Quoted text hidden]

BEAU000031



Google Search Console

Inspect any URL in "https://www.breakingcodesilence.org/"

https://www.breakin...

- Overview
- Performance
- URL Inspection
- Index
  - Coverage
  - Sitemaps
  - Removals
- Experience
  - Page Experience
  - Core Web Vitals
  - Mobile Usability
- Enhancements
  - Breadcrumbs
  - FAQ
  - Sitelinks searchbox
- Security & Manual Actions
- Legacy tools and reports
- Links

## Coverage

EXPORT

| Error | Valid with warnin... | Valid | Excluded |
|---|---|---|---|
| 11<br>3 issues | 0<br>No issues | 936 | 6.64K |

Impressions

### Details

| Status | Type | Validation | Trend | Pages |
|---|---|---|---|---|
| Error | Submitted URL marked 'noindex' | Not Started | | 7 |
| Error | Redirect error | Not Started | | 3 |
| Error | Submitted URL seems to be a Soft 404 | Not Started | | 1 |

Rows per page: 10 1-3 of 3

BEAU000032



You have been granted access to
Analytics | Reports snapshot
Dashboard ‹ BREAKING CODE SI
analytics.google.com/analytics/web/#/p275013712/reports/dashboard?r=reporting-hub
Analytics
All accounts > Breaking Code Silence
Breaking Code Silence
Try searching "how to do BigQuery export"
Reports snapshot
Last 28 days Feb 17 - Mar 16, 2022
All Users
Add comparison
Users
3.3K
New users
3.1K
Average engagement time
1m 59s
Total revenue
$0.00
300
200
100
0
20 Feb
27
06 Mar
13
ANOMALY DETECTED
Drop in Users on 2022-03-12
Expected 38 Actual 9 ↓76.3%
Sat 12 Mar
Users 9
USERS IN LAST 30 MINUTES
0
USERS PER MINUTE
TOP COUNTRIES
USERS
No data available
View realtime
Insights 2
INSIGHT
New
Users dropped
On March 16, 2022
INSIGHT
New users for the screen class "Diana's Story - Breaking Code Silence" spiked
From February 20 to 26, 2022
INSIGHT
New
View all insights
WHERE DO YOUR NEW USERS COME FROM?
New users by First user default channel grouping
Organic Search
Direct
Organic Social
Paid Search
Referral
Organic Video
0
500
1K
1.5K
2K
View user acquisition
WHAT ARE YOUR TOP CAMPAIGNS?
Sessions by Session default channel grouping
SESSION DEFAULT CHANNEL G...
SESSIONS
Organic Search 2.6K
Direct 1.1K
Organic Social 428
Paid Search 354
Referral 207
Unassigned 43
Users by
COUNTRY
USERS
United States 2.9K
Canada 61
United Kingdom 57
China 42
Australia 23
Germany 18
HOW ARE ACTIVE USERS TRENDING?
User activity over time
8K
6K
4K
2K
30 DAYS
3.6K
7 DAYS
207
1 DAY
1
Type here to search
Raining now
4:20 PM
3/17/2022