# EXHIBIT G

**BB** **Bill Boyles (U01SJL4AFRA)**
although yesterday she offhandedly told me she thinks i'm autistic, lol  7/4/2021, 6:52 PM UTC

**VH** **Vanessa Hughes (She/Her) (U01MQLJEMJP)**
Aka My bad behavior  7/4/2021, 6:52 PM UTC

**KM** **Katherine McNamara (She/Her) (U01DUNAS7NW)**
She told me I had a personality disorder  7/4/2021, 6:52 PM UTC

jking  7/4/2021, 6:52 PM UTC

Sooooo joking  7/4/2021, 6:52 PM UTC

I'm sure I'm something but so is the rest of the world…  7/4/2021, 6:52 PM UTC

**BB** **Bill Boyles (U01SJL4AFRA)**
i told her i was going to use it as my excuse to get out of anything she wanted me to do  7/4/2021, 6:53 PM UTC

**VH** **Vanessa Hughes (She/Her) (U01MQLJEMJP)**
Yeah you know I just like to diagnose people walking around. I'm like Oprah, but with a diagnosis  7/4/2021, 6:53 PM UTC

**BB** **Bill Boyles (U01SJL4AFRA)**
oh i meant amanda did  7/4/2021, 6:53 PM UTC

**KM** **Katherine McNamara (She/Her) (U01DUNAS7NW)**
You just go around diagnosing everyone except the people I ask you to look at. Bish.  7/4/2021, 6:53 PM UTC

**BB** **Bill Boyles (U01SJL4AFRA)**
okay added you all (personal and bcs) to the gdrive folder with the backups  7/4/2021, 6:55 PM UTC

should i delete the ones in the dropbox (i presume it is jeremy's)  7/4/2021, 6:56 PM UTC

**KM** **Katherine McNamara (She/Her) (U01DUNAS7NW)**
I guess so  7/4/2021, 6:56 PM UTC

I just finished the doc, V  7/4/2021, 6:56 PM UTC

So if Jeremy somehow takes down the site, We can have it back up with new hosting quickly, right?  7/4/2021, 6:57 PM UTC

**BB** **Bill Boyles (U01SJL4AFRA)**
yes  7/4/2021, 6:57 PM UTC

and if we delete, he does not have backups to make a competing site  7/4/2021, 6:58 PM UTC

**VH** **Vanessa Hughes (She/Her) (U01MQLJEMJP)**
I think closest I got to "diagnosing" was hearing all yall's concerns about a person, yalls disclosure of their dx, and the selected medication and cited a study…but, you know…..behead me for that  7/4/2021, 6:58 PM UTC

**KM** **Katherine McNamara (She/Her) (U01DUNAS7NW)**
We also own the domains  7/4/2021, 6:58 PM UTC

**VH** **Vanessa Hughes (She/Her) (U01MQLJEMJP)**
is is hosted by medtexter still?  7/4/2021, 6:58 PM UTC

**KM** **Katherine McNamara (She/Her) (U01DUNAS7NW)**
So if we have to redirect to a new host, so be it  7/4/2021, 6:58 PM UTC

It's hosted on Cloudways  7/4/2021, 6:58 PM UTC

The "medtexter" shit was just something he added for his own ego at the bottom  7/4/2021, 6:58 PM UTC

**VH** **Vanessa Hughes (She/Her) (U01MQLJEMJP)**
7/4/2021, 6:59 PM UTC

> If you are in an urgent situation and need help call 911.
> If you are having suicidal feelings call toll-free 1-800-273-8255. or text HOME to 741741
> If you are LGBTQ and in need of support call the Trevor Project hotline 1-866-488-7386.
> If you are a child being abused or know of a child being abused, please call 1-800-422-4453.
>
> © Copyright 2010 - 2021 Breaking Code Silence, A 501(c)(3) Non-profit Organization
> Web hosting donated by Medtexter, LLC

7/4/2021, 6:59 PM UTC

📎 image.png (F026LMWMS87)  7/4/2021, 6:59 PM UTC

can we get that off?  7/4/2021, 6:59 PM UTC

**KM** **Katherine McNamara (She/Her) (U01DUNAS7NW)**
He isn't capable of doing anything in Wordpress anymore but he could find some backend way to get us off the host - much like Jen Robison did    7/4/2021, 6:59 PM UTC

well, I guess it went from "Katie has brainwashed everyone" to "Vanessa has brainwashed, threatened and silenced everyone"    7/4/2021, 7:02 PM UTC

Sorry, V, I passed the crown to you!   7/4/2021, 7:02 PM UTC

**BB** **Bill Boyles (U01SJL4AFRA)**
i can get a new site up in like an hour, realistically it might take the DNS records longer to update but nbd   7/4/2021, 7:02 PM UTC

we would be back up and searchable within 24 hrs   7/4/2021, 7:02 PM UTC

if J was paying for the hosting, we should consider moving anyway   7/4/2021, 7:03 PM UTC

this was nice to read   7/4/2021, 7:06 PM UTC


7/4/2021, 7:06 PM UTC

📎 image.png (F0271DVV1CJ)   7/4/2021, 7:06 PM UTC

i didn't even show him the screenshots actually, i just told him the truth of what was going on    7/4/2021, 7:06 PM UTC

💜 1

**KM** **Katherine McNamara (She/Her) (U01DUNAS7NW)**
That was very nice to read   7/4/2021, 7:07 PM UTC

**BB** **Bill Boyles (U01SJL4AFRA)**
7/4/2021, 7:15 PM UTC


7/4/2021, 7:15 PM UTC

📎 image.png (F027R4XQNP2)   7/4/2021, 7:15 PM UTC

**VH** **Vanessa Hughes (She/Her) (U01MQLJEMJP)**
who is this?   7/4/2021, 7:17 PM UTC

**BB** **Bill Boyles (U01SJL4AFRA)**
emmanuel   7/4/2021, 7:18 PM UTC

lolz   7/4/2021, 7:19 PM UTC


7/4/2021, 7:19 PM UTC

📎 image.png (F0271L41NHH)   7/4/2021, 7:19 PM UTC

@Katherine McNamara (she/her) why you teach @Vanessa Hughes (she/her) your jedi (SITH!!!) mind control techniques    7/4/2021, 7:21 PM UTC

also can you teach me pls   7/4/2021, 7:21 PM UTC

**KM** **Katherine McNamara (She/Her) (U01DUNAS7NW)**
Could you imagine if Josh had to file an HR report at American Airlines and he thought it would be ok to call various members of management a pussy, spineless, prick, etc?    7/4/2021, 7:22 PM UTC

**S** **Slackbot (USLACKBOT)**
Whatever, that was just funny!   7/4/2021, 7:22 PM UTC

**KM** **Katherine McNamara (She/Her) (U01DUNAS7NW)**
Filing a complaint protects you from retaliation from that complaint   7/4/2021, 7:23 PM UTC

Its not a shield to abuse others while it's being investigated   7/4/2021, 7:23 PM UTC

💯 1