# EXHIBIT H

📎   Screenshot_20210706-005515.jpg (F027V9NASBS)    7/6/2021, 7:55 AM UTC

This text exchange between Jeremy and I aged like milk    7/6/2021, 7:55 AM UTC

**VH**   **Vanessa Hughes (She/Her) (U01MQLJEMJP)**
i feel better now    7/6/2021, 7:57 AM UTC

**JM**   **Jenny Magill (U01LYCTC90B)**
Me too 🤩    7/6/2021, 7:58 AM UTC

**KM**   **Katherine McNamara (She/Her) (U01DUNAS7NW)**
Oh look    7/6/2021, 8:09 AM UTC

Jeremy blocked me on FB    7/6/2021, 8:09 AM UTC

I feel great    7/6/2021, 8:09 AM UTC

We got a runner!!!!    7/6/2021, 8:10 AM UTC

I have a feeling he is going to nuke the website too    7/6/2021, 8:11 AM UTC

**VH**   **Vanessa Hughes (She/Her) (U01MQLJEMJP)**
well get recovery from his nice umbrella policy    7/6/2021, 8:13 AM UTC

**KM**   **Katherine McNamara (She/Her) (U01DUNAS7NW)**
Yup. True dat    7/6/2021, 8:13 AM UTC

**VH**   **Vanessa Hughes (She/Her) (U01MQLJEMJP)**
think he is panicking or believing his own story?    7/6/2021, 8:15 AM UTC

**KM**   **Katherine McNamara (She/Her) (U01DUNAS7NW)**
No idea    7/6/2021, 8:16 AM UTC

But I want to believe he is a bit shook    7/6/2021, 8:16 AM UTC

**VH**   **Vanessa Hughes (She/Her) (U01MQLJEMJP)**
me too    7/6/2021, 8:16 AM UTC

**KM**   **Katherine McNamara (She/Her) (U01DUNAS7NW)**
For sure, he forgot about that recording.    7/6/2021, 8:16 AM UTC

**VH**   **Vanessa Hughes (She/Her) (U01MQLJEMJP)**
ta-da    7/6/2021, 8:16 AM UTC

leave it the tech fool    7/6/2021, 8:18 AM UTC

thats a bit poetic    7/6/2021, 8:18 AM UTC

**KM**   **Katherine McNamara (She/Her) (U01DUNAS7NW)**
Omg    7/6/2021, 8:18 AM UTC

Jeremy is Chelsea 2.0    7/6/2021, 8:18 AM UTC

And that makes Josh as Jenna 2.0    7/6/2021, 8:19 AM UTC

Batshit insanity and all    7/6/2021, 8:19 AM UTC

**VH**   **Vanessa Hughes (She/Her) (U01MQLJEMJP)**
oh shit.....    7/6/2021, 8:19 AM UTC

FUCK    7/6/2021, 8:19 AM UTC

WHERE IS JEN BARR!!!    7/6/2021, 8:19 AM UTC

**KM**   **Katherine McNamara (She/Her) (U01DUNAS7NW)**
Oh god. Can we not have a Jen Barr this time?    7/6/2021, 8:19 AM UTC

**VH**   **Vanessa Hughes (She/Her) (U01MQLJEMJP)**
not it!    7/6/2021, 8:19 AM UTC

**KM**   **Katherine McNamara (She/Her) (U01DUNAS7NW)**
Seriously spent a week virtue signaling    7/6/2021, 8:20 AM UTC

**VH**   **Vanessa Hughes (She/Her) (U01MQLJEMJP)**
he must be Jen R    7/6/2021, 8:20 AM UTC

**KM**   **Katherine McNamara (She/Her) (U01DUNAS7NW)**