# EXHIBIT I

# OUR TEAM


## MOLLY ROSE
SENIOR DIRECTOR OF STAFF AND VOLUNTEERS
BIO


## RYAN SKOLNICK
ORGANIZATIONAL PROJECT MANAGER
BIO


## EMILY MURPHY
SR. DIRECTOR OF COMMUNICATIONS
BIO


## SASHA OATES
COMMUNICATIONS
BIO


## KRISTIN SCHWAB
COMMUNICATIONS
BIO


## AMANDA BOYLES
SOCIAL MEDIA
BIO


## KYRA FRANKOWSKI
SOCIAL MEDIA
BIO


## EMMANUEL MONNERON
ADVOCACY
BIO


## WILLIAM BRATCHER JR
PROJECT MANAGER
BIO


## JEREMY WHITELEY
OPERATIONS
BIO


## RACHAEL CHAMBERLIN-BEE
ORG. PROJECT MANAGER
BIO


## SIMONE HIRSEKORN
PROJECT MANAGER
BIO


## ELISA HUNT
PROJECT MANAGER
BIO


## CHELSEA MALDONADO
DIRECTOR OF INVESTIGATIONS
BIO


## SOLIS PAPAGIAN
DEVELOPMENT
BIO


## ZOE SCHREIBER
POLICY
BIO


## SARAH SPENCE
POLICY & ADVOCACY
BIO


## CHELSEA B-K
POLICY
BIO


## LEAH DERMODY
REGIONAL PROJECT MANAGER
BIO


## BILL BOYLES JR
INFORMATION TECHNOLOGY
BIO


## CHRIS FIELDS
INFORMATION TECHNOLOGY
BIO


## KATHERINE MCNAMARA
INFORMATION TECHNOLOGY
BIO

---

Unsilenced Project, Inc. ("Unsilenced") is a California nonprofit public benefit corporation operating through a fiscal sponsorship with Players Philanthropy Fund (Federal Tax ID: 27-6601178), a Maryland charitable trust recognized by the IRS with federal tax-exempt status as a public charity under Section 501(c)(3). Contributions to Unsilenced are tax-deductible to the fullest extent of the law.

The information provided within UnSilenced.org is for general informational purposes only. All information is provided in good faith. However, we do not warrant, endorse, guarantee, or assume responsibility for the accuracy or reliability of any information offered by third-party posters, testimonials, comments, or submissions. Most information posted reflects the opinion of the writer and does not directly reflect the views, or positions of the owners of UnSilenced.org. READ MORE

© Copyright 2021 - 2022


DONATE


CONTACT US