# EXHIBIT K





You are currently a verified owner of https://www.breakingcodesilence.org/. Verified using these methods:

- Google Analytics

Verify using a different method.

**Verification attempts**

| Date | Email | Result | Method |
|---|---|---|---|
| Less than a minute ago<br>3/12/22 6:11:53 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 38 minutes ago<br>3/12/22 5:33:24 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 39 minutes ago<br>3/12/22 5:32:20 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 39 minutes ago<br>3/12/22 5:32:17 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 39 minutes ago<br>3/12/22 5:32:06 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 40 minutes ago<br>3/12/22 5:31:54 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 55 minutes ago<br>3/12/22 5:16:34 AM UTC | nbeauregard@breakingcodesilence.org | Verification failed. | Google Tag Manager |
| 55 minutes ago<br>3/12/22 5:16:08 AM UTC | nbeauregard@breakingcodesilence.org | Verification failed. | Google Tag Manager |
| 55 minutes ago<br>3/12/22 5:16:00 AM UTC | nbeauregard@breakingcodesilence.org | Verification failed. | Google Tag Manager |
| 1 hour ago<br>3/12/22 4:59:38 AM UTC | nbeauregard@breakingcodesilence.org | Verification failed. | Meta tag |
| 1 hour ago<br>3/12/22 4:58:57 AM UTC | nbeauregard@breakingcodesilence.org | Verification failed. | Meta tag |
| 1 hour ago<br>3/12/22 4:58:12 AM UTC | nbeauregard@breakingcodesilence.org | Verification failed. | Meta tag |
| 1 hour ago<br>3/12/22 4:35:33 AM UTC | mhurwitt@breakingcodesilence.org | Deletion failed. | HTML file |
| 1 hour ago<br>3/12/22 4:35:04 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 1 hour ago<br>3/12/22 4:34:33 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 1 hour ago<br>3/12/22 4:34:32 AM UTC | jeremy@medtexter.com | Delegated ownership was revoked by nbeauregard@breakingcodesilence.org. | Delegation |
| 1 hour ago<br>3/12/22 4:34:29 AM UTC | mhurwitt@breakingcodesilence.org | Deletion failed. | HTML file |



You are currently a verified owner of https://www.breakingcodesilence.org/. Verified using these methods:
- Google Analytics

Verify using a different method.

**Verification attempts**

| Date | Email | Result | Method |
|------|-------|--------|--------|
| 1 minute ago<br>3/12/22 4:29:42 PM UTC | jeremy@medtexter.com | Delegated ownership was revoked by nbeauregard@breakingcodesilence.org. | Delegation |
| 7 hours ago<br>3/12/22 8:34:32 AM UTC | jeremy@medtexter.com | Ownership was delegated by iristheangel@gmail.com. | Delegation |
| 8 hours ago<br>3/12/22 7:35:42 AM UTC | jeremy@medtexter.com | The verification record was deleted by nbeauregard@breakingcodesilence.org. | Meta tag |
| 8 hours ago<br>3/12/22 7:35:29 AM UTC | jjensen@breakingcodesilence.org | Ownership was delegated by nbeauregard@breakingcodesilence.org. | Delegation |
| 9 hours ago<br>3/12/22 7:29:25 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 9 hours ago<br>3/12/22 7:25:53 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 9 hours ago<br>3/12/22 7:21:22 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 9 hours ago<br>3/12/22 7:18:51 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 9 hours ago<br>3/12/22 7:18:14 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 9 hours ago<br>3/12/22 7:18:01 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 9 hours ago<br>3/12/22 7:15:48 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 9 hours ago<br>3/12/22 7:04:05 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 9 hours ago<br>3/12/22 6:56:15 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 10 hours ago<br>3/12/22 6:25:37 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 10 hours ago<br>3/12/22 6:11:53 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 10 hours ago<br>3/12/22 5:33:24 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |
| 10 hours ago<br>3/12/22 5:32:20 AM UTC | jeremy@medtexter.com | Deletion failed. | Meta tag |















