# EXHIBIT M

| From: | Dr. Vanessa Hughes <vanessahughes.phd@gmail.com> |
|---|---|
| To: | Jesse Jensen <jjensen2009@gmail.com> |
| CC: | Jenny Magill <jenny.magill@gmail.com> |
| Subject: | Re: Fwd: New owner for https://breakingcodesilence.org/ |
| Sent: | 2022/03/29 09:30:18 (UTC -08:00) |

Sent. Thank you. We have a call with them in an hour and a half

On Tue, Mar 29, 2022 at 9:28 AM Jesse Jensen <jjensen2009@gmail.com> wrote:
Hello -

I was notified by Google late last night that Jeremy Whiteley's access to Google Search Console was restored. Please see below and consider sharing w/Legal. Access was granted in a different way than before and I can't revoke it this time -

JJ

-------- Forwarded Message --------
**Subject:** Fwd: New owner for https://breakingcodesilence.org/
  **Date:** Tue, 29 Mar 2022 10:23:35 -0600
  **From:** Jesse Jensen <jjensen@breakingcodesilence.org>
    **To:** jjensen2009@gmail.com

---------- Forwarded message ---------
From: **Google Search Console Team** <sc-noreply@google.com>
Date: Tue, Mar 29, 2022 at 12:49 AM
Subject: New owner for https://breakingcodesilence.org/
To: <jjensen@breakingcodesilence.org>

Message type: [WNC-827102]

BCS_0573696

## Search Console

### New owner for https://breakingcodesilence.org/

To owner of https://breakingcodesilence.org/,

Google has identified that jeremy@medtexler.com has been added as an owner of https://breakingcodesilence.org/.

Property owners can change critical settings that affect how Google Search interacts with your site. Ensure that only appropriate people have owner status, and that this role is revoked when it is no longer needed.

**Recommended Action:**

**1**  Manage property users and permissions
    To manage property users and permissions, visit the Search Console Users and Property Owners Page                                    Manage Users

**2**  Don't recognize this owner?
    If you don't recognize the new owner, you might need to investigate this a little more.                                    Don't know this person

**Use our help resources:**

- Read more about Managing Multiple Users and their Permission Levels.

- Ask questions in our forum for more help - mention message type [WNC-827102].

Google LLC, 1600 Amphitheatre Parkway Mountain View, CA 94043 | You've received this transactional email because your site is listed in Google Search Console | Unsubscribe from this type of message
Add partners who should receive messages for this Search Console account

--
Dr. Vanessa Hughes