# EXHIBIT N

Showing results for **breaking** code silence
Search instead for beaking code silence

Ad · https://www.unsilenced.org/ ⋮ (800) 525-1209

### Breaking Code Silence - #BreakingCodeSilence Survivors

Unsilenced - The Voice of Youth Rights. - Learn More | Donate Now | Stop Abuse. Learn more
about how you can donate or volunteer to right insitutional child abuse. Activism.

#### Donate
Donate to Unsilenced and advocate for vulnerable youth

#### The ACCA
Learn more about the Accountability for Congregate Care Act

#### The Program Archive
The largest program archive available for the public

#### Explore The TTI History
The Troubled Teen Industry Timeline explores 100+ years of history