# EXHIBIT O

| From: | Redacted for Privacy via PayPal <service@paypal.com> |
|---|---|
| To: | Jennifer Magill <jmagill@breakingcodesilence.org> |
| Subject: | Payment received from Redacted for Privacy |
| Sent: | 2022/02/28 11:33:08 (UTC -08:00) |

Hello Breaking Code Silence,

PayPal

# You received a payment of $5,000.00 USD from

(        Redacted for Privacy        ).

To see all the transaction details, please log into your PayPal account. It may take a few moments for this transaction to appear in your account.

**Transaction ID**

1JH58883TD7094055

**Transaction date**

Feb 28, 2022 11:32:54 PST

**Buyer information**

Redacted for Privacy

Redacted for Privacy

**Instructions from buyer**

Donation made on behalf of Redacted for P

Redacted for Privacy

Redacted for Privacy

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| A 501(c)(3) Non-profit Organization | $5,000.00 USD | 1 | $5,000.00 USD |
| | | **Total:** | $5,000.00 USD |

Confidential

BCS_0157934

PayPal

Help & Contact | Security | Apps

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. **Learn to identify phishing**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? **Learn more**

Copyright © 1999-2022 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal-RT000002:en_US(en-US):1.0.0:f640065329772

Confidential

BCS_0157935