# EXHIBIT P





# KATHERINE'S BIO

Katherine McNamara spent over 2.5 years in Provo Canyon School and Casa By The Sea as a teenager. She has been an outspoken vocal advocate speaking out against this industry and advocating for evidence-based community treatment. In her years of advocacy, she's conducted multiple investigations into active and closed programs, worked with law enforcement on multiple investigations, built one of the largest program maps, and created the largest archive of program data that is currently available online. In 2020, she was featured in Paris Hilton's documentary, entitled "This Is Paris" where she and her fellow Provo Canyon School classmates discussed their experiences and brought much-needed mainstream attention to this plight of children in these programs.

Outside of her advocacy work, Katherine McNamara is well-known in the cybersecurity field. She is considered a subject matter expert and has published several courses, books, articles, and blogs. She has earned a Bachelors of Science in Information Technology Security, Masters of Science in Information Security and Assurance, and holds over 30 industry certifications including two CCIEs, CISSP, etc.



**EMILY MURPHY**
SR. DIRECTOR OF COMMUNICATIONS
BIO



**MARISSA LINDERMAN**
DIRECTOR OF ADVOCACY
BIO



**MO THIBODEAU**
STAFFING PM
BIO



**AMANDA BOYLES**
SOCIAL MEDIA
BIO



**KYRA FRANKOWSKI**
SOCIAL MEDIA
BIO



**JESSICA HOCKERT**
DEVELOPMENT
BIO



**EMILY LOGAN**
INVESTIGATIONS
BIO



**EMMANUEL MONNERON**
ADVOCACY
BIO



**RYAN SKOLNICK**
COMMUNICATIONS
BIO

**JEREMY WHITELEY**
ADVISOR
BIO

**TASIA DENAPOLIS**
INVESTIGATIONS
BIO



**SIMONE HIRSEKORN**
PROJECT MANAGER
BIO



**SOLIS PAPAGIAN**
DEVELOPMENT
BIO



**ZOE SCHREIBER**
POLICY
BIO



**SARAH SPENCE**
POLICY & ADVOCACY
BIO



**LEAH DERMODY**
STAFFING ADMIN
BIO



**BILL BOYLES JR**
INFORMATION TECHNOLOGY
BIO

  

**EMILY CARTER**
INVESTIGATIONS
BIO

**KATHERINE MCNAMARA**
DIRECTOR OF IT
BIO

## AWARENESS
- The Industry
- TTI Timeline
- Red Flags
- Survivor Stories
- Safer Alternatives

## INVESTIGATE
- Program Archive
- Unsilenced Truthlist
- Project SPEAK
- Program Map
- Program Deaths
- Closed Programs

## POLICY
- State Impact Reports
- State Legislation
- Reports
- Legislative Watch
- Legislation News

## SURVIVORS
- Report Abuse
- Request Records
- Share Story
- Support Groups
- Volunteer



CONTACT US

DONATE

Unsilenced Project, Inc. ("Unsilenced") is a California nonprofit public benefit corporation (Federal Tax ID: 87-4398897) by the IRS with federal tax-exempt status as a public charity under Section 501(c)(3). Contributions to Unsilenced are tax-deductible to the fullest extent of the law.

Legal Disclaimer | Terms and Conditions | Privacy Policy

© Copyright 2021 - 2024

This website uses cookies and third party services.    OK

