# EXHIBIT Q



CONFIDENTIAL
BCS_0573455