# EXHIBIT A

1  Dirk O. Julander, Bar No. 132313
     doj@jbblaw.com
2  Catherine A. Close, Bar No. 198549
     cac@jbblaw.com
3  M. Adam Tate, Bar No. 280017
     adam@jbblaw.com
4  JULANDER, BROWN & BOLLARD
   9110 Irvine Center Drive
5  Irvine, California 92618
   Telephone: (949) 477-2100
6  Facsimile: (949) 477-6355

7  Attorneys for Defendants KATHERINE
   MCNAMARA and JEREMY
8  WHITELEY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit, Plaintiff, vs. KATHERINE MCNAMARA, an Individual; JEREMY WHITELEY, an individual; and DOES 1 through 50, inclusive, Defendants. | Case No. 2:22-cv-002052-SB-MAA  **DEFENDANT KATHERINE MCNAMARA'S RESPONSES TO INTERROGATORIES, SET ONE** |
|---|---|

PROPOUNDING PARTY:   BREAKING CODE SILENCE

RESPONDING PARTY:    KATHERINE MCNAMARA

SET NO.:             ONE (1)

   Pursuant to Federal Rules of Civil Procedure, Rule 33, Defendant KATHERINE MCNAMARA ("Responding Party") responds to the first set of Interrogatories propounded by Plaintiff BREAKING CODE SILENCE ("Propounding Party").

**RESPONSE TO INTERROGATORY NO. 8:**

In addition to the General Objections set forth above and incorporated herein, Responding Party objects to this Interrogatory on the ground that it is vague and ambiguous as to the term "IDENTIFY" which is only defined with respect to persons and communications (not domains or other tangible things). If Plaintiff intends the term "IDENTIFY" with respect to communications to apply to the accounts/databases in Interrogatory, Responding Party objects to this Interrogatory on the ground that it is compound because the term "IDENTIFY" is defined to request five separate and discrete subcategories of information. Responding Party further objects to this Interrogatory on the ground that it is overly broad as to time and scope inasmuch as, as phrased, it would encompass domains completely unrelated to the accounts at issue in the litigation which were registered both before and after the alleged cyber-hacking incidents occurred. To that extent, the Interrogatory requests a category of information that is not relevant to the issues in the case and not reasonably calculated to lead to the discovery of relevant evidence.

Without waiving the foregoing objections, in the interest of cooperative discovery, the following domains were registered under Responding Party's corporation, Network-Node, Inc:

plzsir.com

sovabestpractices.com

wwasp.org

routergods.sex

breakingcodesilence.org

survivorland.org

survivorland.net

wwasp.net

troubledteenwiki.com

sciad.net

| | |
|---|---|
| 1 | ciscoplussecuremalwareanalyticsflexgrid.com |
| 2 | wearebreakingcodesilence.org |
| 3 | wearebreakingcodesilence.com |
| 4 | wearebreakingcodesilence.net |
| 5 | drvanessahughes.com |
| 6 | drvanessahughes.org |
| 7 | drvanessahughes.net |
| 8 | jennymagill.net |
| 9 | breakingcodesilencelawsuit.com |
| 10 | breakingcodesilencelawsuit.org |
| 11 | breakingcodesilencelawsuit.net |
| 12 | katherinermcnamara.com |
| 13 | katherinermcnamara.org |
| 14 | katherinermcnamara.net |
| 15 | katherinerosemcnamara.com |
| 16 | katherinerosemcnamara.org |
| 17 | katherinerosemcnamara.net |
| 18 | katherinerosemcnamaralawsuit.net |
| 19 | katherinerosemcnamaralawsuit.com |
| 20 | katherinerosemcnamaralawsuit.org |
| 21 | katherinermcnamaralawsuit.com |
| 22 | katherinermcnamaralawsuit.org |
| 23 | katherinermcnamaralawsuit.net |
| 24 | katherinemcnamaralawsuit.org |
| 25 | katherinemcnamaralawsuit.com |
| 26 | katherinemcnamaralawsuit.net |
| 27 | breakcodesilence.com |
| 28 | breakcodesilence.net |

| | |
|---|---|
| 1 | breakcodesilence.net |
| 2 | certification-princess.com |
| 3 | certification-princess.com |
| 4 | etherealwhine.com |
| 5 | fur-stack-engineer.com |
| 6 | fur-stack.engineer |
| 7 | not-a-thought-leader.com |
| 8 | p90x.engineer |
| 9 | whiny-whiny-princess.com |
| 10 | pcsreports.com |
| 11 | provo-canyon-school.com |
| 12 | provocanyonreports.com |
| 13 | thetetrationarchitect.com |
| 14 | sharpiegate.live |
| 15 | bcsaction.com |
| 16 | bcsaction.net |
| 17 | bcsaction.org |
| 18 | bcsaction.org |
| 19 | breakingcodesilencenetwork.com |
| 20 | breakingcodesilencenetwork.org |
| 21 | bcsactionnetwork.com |
| 22 | bcsactionnetwork.net |
| 23 | bcsactionnetwork.org |
| 24 | breakingcodesilenceactionnetwork.com |
| 25 | breakingcodesilenceactionnetwork.net |
| 26 | breakingcodesilenceactionnetwork.org |
| 27 | breakingcodesilence.online |
| 28 | bcsteenadvocacynetwork.net |

| | |
|---|---|
| 1 | bcsteenadvocacynetwork.org |
| 2 | breakingcodesilenceteenadvocacy.network |
| 3 | breakingcodesilenceteenadvocacynetwork.com |
| 4 | breakingcodesilenceteenadvocacynetwork.net |
| 5 | breakingcodesilenceteenadvocacynetwork.org |
| 6 | bcsyouthadvocacynetwork.com |
| 7 | bcsyouthadvocacynetwork.net |
| 8 | bcsyouthadvocacynetwork.org |
| 9 | breakingcodesilenceyouthadvocacynetwork.com |
| 10 | breakingcodesilenceyouthadvocacynetwork.net |
| 11 | breakingcodesilenceyouthadvocacynetwork.org |
| 12 | breakingcodesilencemovie.com |
| 13 | breakingcodesilencemovie.net |
| 14 | breakingcodesilencemovie.org |
| 15 | breakingcodesilencethemovie.com |
| 16 | breakingcodesilencethemovie.net |
| 17 | breakingcodesilencethemovie.org |
| 18 | troubledteendatabase.com |
| 19 | troubledteendatabase.net |
| 20 | troubledteendatabase.org |
| 21 | ttidatabase.com |
| 22 | ttidatabase.net |
| 23 | ttidatabase.org |
| 24 | troubledteenwiki.com |
| 25 | icadatabase.com |
| 26 | icadatabase.net |
| 27 | icadatabase.org |
| 28 | fuckbreakingcodesilence.org |

1. nowunsilenced.com
2. nowunsilenced.net
3. nowunsilenced.org
4. unsilencedinc.com
5. unsilencedinc.net
6. unsilencedinc.org
7. weareunsilenced.com
8. weareunsilenced.net
9. weareunsilenced.org

DATED: December 27, 2022       JULANDER, BROWN & BOLLARD

By: *Catherine Close*
Dirk O. Julander
Catherine Close
Attorneys for Defendants
KATHERINE MCNAMARA and
JEREMY WHITELEY

**VERIFICATION FOR RESPONSES**

I, Katherine McNamara am a party to the action, and hereby declare under penalty of perjury that based on a reasonable inquiry, the facts stated in the foregoing Responses to Defendant Breaking Code Silence's Interrogatories, Set One are true and correct to the best of my knowledge, information, and belief.

Executed on December 27, 2022 at San Gabriel, California .

Katherine McNamara
Print Name of Signatory                Signature



1
VERIFICATION