# EXHIBIT B

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BREAKING CODE SILENCE, a            )
California 501(c)(3) nonprofit,     )         **ORIGINAL**
                                    )
            Plaintiff,              )
                                    )
       v.                           )   Case No. 2:22-cv-002052-
                                    )            SB-MAA
KATHERINE MCNAMARA, an individual;  )
JEREMY WHITELEY, an individual;     )
and DOES 1 through 50, inclusive,   )
                                    )
            Defendants.             )
_____)

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
THE PERSON MOST QUALIFIED FOR BREAKING CODE SILENCE
JESSE JENSEN

Date and Time:   Friday, April 14, 2023
                 9:03 a.m. - 4:06 p.m.

Location:        Remotely
                 (Via Videoconference)

Reporter:        Kimberly Reichert, CSR
                 Certificate No. 10986

Job No. 26529



```
10:42:06   1    that you did resolve the de-listing issue on
           2    March 10th?
           3         A    I mean, there's no reason I would have put
           4    an inaccurate date in my letter.  But if you want me
10:42:23   5    to go back -- and I can tell you very specifically
           6    what I remember about the timelines, but to simply
           7    confirm, I would have to go back and doublecheck
           8    dates and look at, like, e-mail trails and things
           9    like that to give you a hard confirmation of the
10:42:39  10    date.
          11         Q    If it's helpful, Ms. Beauregard also
          12    testified that your investigation started on the
          13    10th.
          14              Does that help you at all?
10:42:51  15         A    No, it was a multi-day investigation.  So
          16    if you're asking me to pin down exactly what day
          17    what happened -- I can tell you that the moment that
          18    we resolved the issue was directly before the
          19    premiere of Cruel Instruction on Lifetime, like a
10:43:11  20    few hours before.  But it could have been the day
          21    before.
          22              This is the problem with things taking --
          23    taking a year to come to this point.
          24         Q    Do you remember the date that Cruel
10:43:26  25    Instruction premiered on Lifetime?
```

88

```
10:45:39   1   No. 3.
           2       Q    Go up one page.  So the pdf is page 5, but
           3   the page numbers on the bottom say 4.
           4       A    I got it.  Okay, so Supplemental Response
10:45:49   5   to Interrogatory No. 2.
           6       Q    Gotcha.  So that's the one I want to talk
           7   about.  The first sentence of the second
           8   paragraph starts with:
           9            "The investigation began on
10:46:01  10             March 11, 2022 when BCS was alerted
          11             to the fact its website had been
          12             deindexed."
          13            And we'll stop there.
          14            So this is the source of my confusion.
10:46:12  15   Your letter stated that you resolved the issue on
          16   March 10th and this response states that you were
          17   alerted to the effect on March 11th.
          18            Do you know which day you actually learned
          19   that the site had been, to use your words,
10:46:30  20   deindexed?
          21       A    I can tell you pretty precisely what
          22   happened in my memory, but there's a chance it's off
          23   by one day.
          24       Q    And why don't you tell me what you recall
10:46:42  25   from your memory.
```

90

```
10:46:44   1        A    What I recall is I was brought in on --
           2   that my piece of the investigation started on a
           3   Friday and that the Lifetime premier was to be on a
           4   Saturday.  And that's one of the things that could
10:46:59   5   be off by one day.  Because my memory is really
           6   relative to when the Lifetime premier happened.
           7             So what I understand is, I believe, it was
           8   a Friday that I was brought in to investigate and we
           9   worked late into the night on that Friday and then I
10:47:13  10   went to bed.  In the morning I got a call from BCS
          11   indicating there was still a problem and spent a
          12   second very long call leading up to when I was able
          13   to remove the deindex request, which I think was
          14   approximately 3:00, 4:00 in the afternoon Mountain
10:47:31  15   time, and I think it was right before the premier.
          16   I think the premier was a few hours from when I was
          17   able to remove the deindex request.
          18             But as to whether that was a Friday,
          19   Saturday, and it even could have been a day before
10:47:49  20   the premier.  So if I have to say best of my memory,
          21   if the premier was on a Saturday, which I believe
          22   that it was, then I think I was mainly working with
          23   the team -- and it doesn't mean, by the way, I
          24   wasn't called in before that.  It just means that
10:48:05  25   the first time I had a time block to sit down and
```

91

```
10:48:08   1   work with the team would have been that Friday night
           2   into the night followed by a block during the day on
           3   Saturday which resulted in successful removal of the
           4   deindex request.
10:48:19   5        Q    Thank you.  So focusing on this, it says
           6   "BCS was alerted to the fact that its website had
           7   been deindexed."
           8             How did BCS first learn that the website
           9   had supposedly been deindexed?
10:48:41  10        A    I don't know how they first learned.  The
          11   answer is going to be one of the volunteers noticed
          12   it wasn't showing up on Google and started the
          13   response.  Now, remember at this point I'm still a
          14   data entry volunteer.  Except that some of the
10:48:54  15   leadership, they knew that I was an engineer and
          16   they decided to call me.
          17             I believe Ms. Beauregard had been
          18   troubleshooting for a while before I became
          19   involved.  And when I joined her, she already knew
10:49:07  20   about things like the -- well, the Google Console
          21   issue, she knew about the Squirrly SEO tag.  So I
          22   think Ms. Beauregard had been working on it for at
          23   least a few hours before I joined her, if not more
          24   than a day.
10:49:24  25        Q    Okay.  So you're speaking on behalf of BCS
```

92

```
11:29:10    1   to Interrogatory No. 2?
            2        A    Okay, I've got it.
            3        Q    So we're just working our way through this
            4   document.  The next sentence that we want to talk
11:29:21    5   about states:
            6             "While several BCS volunteers
            7             were involved, the principal
            8             investigators were Mr. Jensen and
            9             Noelle Beauregard."
11:29:29   10             Who were the several other volunteers
           11   involved in the investigation?
           12        A    So I think I listed them earlier, but just
           13   to repeat, I know that Dr. Vanessa Hughes, Ms. Jenny
           14   Magill were involved.  They're our senior
11:29:50   15   leadership.  Obviously myself and Ms. Beauregard.  I
           16   know that Bobby Cook was on the call intermittently.
           17   I know that Captain Megan Hurwitt was on the call
           18   for some of the time that we were troubleshooting
           19   but I cannot say that that is a comprehensive list.
11:30:08   20   I didn't capture the list of participants in the
           21   Zoom call.
           22        Q    What participation -- what did Dr. Hughes
           23   do -- what part of the investigation did Dr. Hughes
           24   do?
11:30:21   25        A    Dr. Hughes is not a technically
```

114

```
12:15:49   1   ambiguous question.
           2   BY MR. TATE:
           3        Q    I'll ask you again.
           4             You just testified that -- that whether or
12:15:57   5   not my client had access on March 9th warrants a
           6   further review.
           7             Did it not warrant a further review in
           8   March 2022?
           9        MR. SONG:   Objection; misstates testimony.
12:16:11  10   BY MR. TATE:
          11        Q    Go ahead.
          12        A    There's no reason that I would have done
          13   that review then.  So when I -- when I got into the
          14   thick of it and when we found out everything that
12:16:22  15   was happening, when we got to the root cause being
          16   Google Search Console, I see that a handful of
          17   people have access.  Two of them are known hostile
          18   to Breaking Code Silence because of their past.
          19             So it's a necessary conclusion at that
12:16:39  20   point for me to make that it is the hostile
          21   individuals who are most likely to have placed the
          22   deindex request versus those people who called me in
          23   a panic earnestly asking me to do everything I can
          24   to help them remove it.
12:16:57  25        Q    Did you discuss the possibility that
```

150

| | | |
|---|---|---|
| 12:16:59 | 1 | Vanessa Hughes did it? |
| | 2 | A    That's absurd. |
| | 3 | Q    Is it? |
| | 4 | A    Yes. |
| 12:17:05 | 5 | MR. SONG:  What's absurd?  Argumentative, calls |
| | 6 | for a narrative answer, lack of foundation. |
| | 7 | BY MR. TATE: |
| | 8 | Q    Why is it absurd? |
| | 9 | A    Dr. Hughes is an extremely intelligent |
| 12:17:17 | 10 | person in her field.  She's an expert in her field. |
| | 11 | But from a technology standpoint, she's extremely |
| | 12 | unsophisticated. |
| | 13 | Dr. Hughes wouldn't have even known about |
| | 14 | -- I think she still doesn't know how the server |
| 12:17:34 | 15 | stack works or how the Google interface works or any |
| | 16 | of that. |
| | 17 | Q    Sir, this isn't very complicated.  You log |
| | 18 | into the Google Search Console and you press remove. |
| | 19 | And, you, know, anyone can do that; correct? |
| 12:17:48 | 20 | MR. SONG:  Objection; argumentative, lack of |
| | 21 | foundation, calls for speculation. |
| | 22 | THE WITNESS:  It requires working knowledge of |
| | 23 | Google Search Console, working knowledge of DNS, the |
| | 24 | ability to authenticate yourself with Google as I |
| 12:18:01 | 25 | described earlier, all of that.  And you are correct |

151

```
12:21:22   1        Q    So why did BCS say Jeremy Whiteley if they
           2   can't definitively say it was him?
           3        MR. SONG:  Objective -- objection; lack of
           4   foundation, calls for speculation, argumentative,
12:21:34   5   calls for a narrative answer.
           6        THE WITNESS:  Because there's evidence that
           7   both defendants were involved in the attack.
           8   BY MR. TATE:
           9        Q    What evidence is there that Jeremy
12:21:44  10   Whiteley was involved in the attack?
          11        A    That he has illicit access to our Google
          12   Search Console.
          13        Q    Let's assume everything that you're saying
          14   is true and Jeremy Whiteley had access to Google
12:22:00  15   Search Console as of March 11.
          16             How does that show that he was the one
          17   that deindexed it?
          18        A    Well, I think it's the same thing I
          19   pointed out earlier where you go and you look at the
12:22:14  20   people who have access.  Many of those people, when
          21   you look at those logs and you see myself, Captain
          22   Hurwitt, Ms. Beauregard, you look at the internal
          23   staff at BCS who were working side by side with me
          24   to try to remove the deindex request, all of them
12:22:30  25   were working toward that purpose alongside me.  None
```

155

```
12:22:33   1    of them are hostile towards BCS.
           2            The only people who did have access and
           3    are hostile towards BCS are the defendants.  As I
           4    mentioned, Google doesn't produce a log that
12:22:44   5    directly says, you know, so and so placed this
           6    request on this date, but there are only two
           7    individuals who are known malicious to BCS who we
           8    know had access around that time.
           9            You're drawing a distinction between the
12:23:01  10    9th and 11th and that's fair from a legal
          11    perspective.  From a cybersecurity perspective, the
          12    problem is if they ever had access, and that they
          13    still have access.  You showed me a screenshot from
          14    a few weeks ago that shows that they still have
12:23:18  15    access.
          16        Q   I'm putting Exhibit 36 back into the chat.
          17    I want to go back to the same supplemental response
          18    we've been talking about, the Supplemental Response
          19    No. 2.
12:23:49  20        A   Supplemental response, okay.  I'm looking
          21    at the bottom of page -- it's 3 on the page, 4 on
          22    the pdf?
          23        Q   Yes, let's go to 4 on the page, 5 on the
          24    pdf.  The same -- same supplemental response we've
12:24:03  25    been talking about all day today.
```