# EXHIBIT C

# EXHIBIT 5

Brookline Code Silence v. McNamara et al.

I. Custodians and Data Sources Included in ESI Order

A. Data Sources in BCS Possession, Custody or Control

| Custodian | | Email + Google Drive[1] | Cell Phone[2] | Facebook Account[3] | Twitter Account[4] | Skype Account[5] | Slack Account | Text Messages | Apple Messages[7] | Computers[8] | Zoom Account[9] | Hootsuite Logs[10] | Hootsuite Audit Data[11] | Hootsuite Billing History[12] | Instagram Logs[13] | Instagram Audit History[14] | PayPal Audit Logs[15] | Slack Audit Logs[16] | Server Logs[17] | Cloudways databases, server and audit and access logs[18] | WordPress databases, server and audit and access logs[19] | WhatsApp Chat Logs[20] | Telegram Chat Logs[21] | Google admin audit logs[22] | AdWords audit logs[23] | iCloud[24] | Box.net[25] | Google admin security logs[26] | System logs[27] | TikTok audit logs[28] | Facebook messages | Facebook audit logs for BCS page[29] | YouTube audit logs[30] | Signal chatlogs[31] | Any other tech based communications[32] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brookline Code Silence | Search Term Hits | N/A | | N/A | N/A | | N/A | N/A | N/A | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | N/A | N/A | N/A | N/A |
| | Reviewed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Produced | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Remaining | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Time (hours) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Applegate, Meg | Search Term Hits | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Reviewed | | | *Outside the possession, custody, or control of BCS and therefore excluded from collection under ESI Order § 6.4[33]* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Produced | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Remaining | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Time (hours) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Notes:
1. Collection included entire BCS Google Workspace Account (Mail, Drive, Calendar, Contacts, Currents Stream, Groups).
2. Ms. Sharman does not have a BCS Google Workspace account.
3. BCS does not provide cell phones to its board members, employees or volunteers.
4. The Facebook account collection includes Facebook logs and Facebook Business Suite and Ad Account logs. BCS did not run search terms against log data, rather, BCS produced all log data collected.
5. BCS does not have a Twitter account.
6. BCS does not have a Skype account.
7. BCS does not provide computers to its board members, employees or volunteers.
8. BCS has no Slack account.
9. BCS has a free Hootsuite account which does not allow the user to generate any logs (not within possession, custody or control).
10. BCS did not run search terms against log data, rather, BCS produced all log data collected.
11. BCS did not run search terms against log data, rather, BCS produced all log data collected.
12. BCS does not have access to Slack audit logs.
13. BCS has no "contents" other than those identified elsewhere on the data source list.
14. BCS produced its export of the Cloudways database in native format as a single container file. BCS also produced SQL tar files separately. BCS did not run search terms against logs, rather BCS produced all log data collected.
15. BCS produced its export of the WordPress database in native format as a single container file.
16. BCS does not have a WhatsApp account.
17. BCS does not have a Telegram account.
18. BCS did not run search terms against log data, rather, BCS produced all log data collected.
19. BCS did not run search terms against log data, rather, BCS produced all log data collected.
20. BCS does not have an iCloud account.
21. BCS does not have a Box.net account.
22. The names of the logs collected by BCS's forensic examiner do not conform to those in the Order. BCS collected logs for Google Workspace, Google Tag Manager, and Google Search Console. BCS also did not run search terms against logs.
23. BCS has no "servers", but relies on cloud based applications (i.e., Google Workspace).
24. BCS does not have a TikTok account.
25. BCS collected available messages produced from its YouTube channel. Audit logs are not available to BCS.
26. BCS does not have a Signal account. Individuals may have Signal accounts on their personal cell phones. Given the nature of Signal, BCS cannot collect from Signal pursuant to the ESI order. Defendants did not collect from Signal either.
27. BCS does not have any other tech based communications in its possession, custody or control.
28. "'Control is defined as the legal right to obtain documents upon demand.' ... [W]e conclude—consistently with all of our sister circuits who have addressed the issue—that the legal control test is the proper standard under Rule 45." In re Citric Acid Litig., 191 F.3d 1090, 1107-08 (9th Cir. 1999). "'[T]he Ninth Circuit has held that discovery under Rule 34 is limited to documents in the responding party's "possession, custody or control.' ... Control is the 'legal right to obtain documents upon demand.'" MAO-MSO Rec. II, LLC v. Mercury Gen. Corp., 2020 WL 2616307 (C.D. Cal. May 15, 2020). "In the Ninth Circuit, a 'practical ability to obtain the requested documents' from a related organization is not enough to constitute control because the related organization 'could legally—and without breaching any contract—[] refuse to turn over such documents.'" Self v. Mercedes-Benz U.S.A., LLC, 2016 WL 710715 (N.D. Cal. Dec. 16, 2016).

**Breaking Code Silence v. McNamara et al.**

**I. Custodians and Data Sources Included in ESI Order**
**B. Data Sources Not in BCS Possession, Custody or Control**

| Custodian | | Cell Phone |
|---|---|---|
| Cook, Bobby | Search Term Hits | Not available[1] |
| Hughes, Vanessa | Search Term Hits | 7807 |
| | Reviewed | 3508 |
| | Produced | 1732 |
| | Remaining | 4299 |
| | Time (hours) | 96 |
| Jensen, Jesse | | Reviewed[2] |
| Magill, Jennifer | Search Term Hits | 18460 |
| | Reviewed | 0 |
| | Produced | 0 |
| | Remaining | 18460 |
| | Time (hours) | 410 |
| McNamara, Katherine | | Opposing party |
| Whiteley, Jeremy | | Opposing party |

| Notes |
|---|
| 1. Mr. Cook is no longer affiliated with BCS and has produced available information directly to Defendants. |
| 2. Mr. Jensen advised that he has reviewed information on his cell phone and has did no communications relevant to this litigation. |

**Breaking Code Silence v. McNamara et al.**

**II. Custodians and Data Sources Not Included in ESI Order**
  **A. Data Sources Not in BCS Possession, Custody or Control**

| Custodian | | Personal Email | Instagram Messages and Posts | YouTube Messages and Posts | Dropbox |
|---|---|---|---|---|---|
| Breaking Code Silence | Search Term Hits | N/A | 220 | 66 | 2687 |
| | Reviewed | | 220 | 66 | 2687 |
| | Produced | | 220 | 66 | 2669 |
| | Remaining | | 0 | 0 | 0 |
| | Time (hours) | | 0 | 0 | 0 |
| Hughes, Vanessa | Search Term Hits[1] | N/A | | | |
| Jensen, Jesse | Search Term Hits[2] | 67 | | | |
| | Reviewed | 0 | | | |
| | Produced | 0 | | | |
| | Remaining | 67 | | | |
| | Time (hours) | 2 | | | |
| Magill, Jennifer | Search Term Hits | Pending[3] | | | |
| | Reviewed | | | | |
| | Produced | | | | |
| | Remaining | | | | |
| | Time (hours) | | | | |

| Notes |
|---|
| 1. Counsel reviewed Ms. Hughes personal email and confirmed no relevant, non-privileged information was available. |
| 2. Mr. Jensen consented to the collection of his personal email, and BCS performed a targeted collection consistent with Mr. Jensen's obligations to other clients' NDAs. |
| 3. Ms. Magill consented to the collection of her personal email, and BCS has collected potentially relevant data, which it is processing for review pursuant to the ESI order. |