# EXHIBIT D

**Facebook**

 Jeremy
Home

Katie Mac

Jeremy Whiteley
Take care, You are still one my hero's.
Jul 4, 2021, 12:52 PM

Jeremy Whiteley
Ok. I am sorry you feel that way. I won't be speaking about Breaking Code Silence to anyone in the future.

If you want all my chat logs, emails, etc to anyone let me know. They are all yours.

When you are ready to talk to me, Please reach out.
Jul 4, 2021, 12:51 PM

Jeremy Whiteley
I would never send a message like that to someone that is having a hard time.
Jul 4, 2021, 12:48 PM

Katie Mac
Please don't contact me anymore. I'm done.
Jul 4, 2021, 12:47 PM

Jeremy Whiteley
I haven't done anything to break privilege. And I have encouraged Josh not to go public and to exit gracefully.

That message he posted from Jenny was disgusting and hurtful. I was reminding everyone to go back to the mission, vision, and values.
Jul 4, 2021, 12:46 PM

Katie Mac
Congratulations. You succeeded in blowing everything up and hurting everyone - including the kids and survivors and friends you claim to care about
Jul 4, 2021, 4:12 AM

Katie Mac
I'm disgusted that you publicly call out an out of context screenshot of someone who had been abusive Jenny for over a week. I'm appalled you tried to act like you were my friend, trying to give me advice about the Josh situation, etc while you were actively encouraging him
Jul 4, 2021, 4:10 AM

Katie Mac
Goodbye, Jeremy. I'm done being played with or lied to or backstabbed. If BCS falls apart because of your or Josh's actions that you encouraged or this escalates further, I did all I could. I'm not going to live with threats, extortion or blackmail. I'd rather cut my losses because it's obvious that the mission was never important to you if you're willing to blow this all up
Jul 4, 2021, 4:00 AM

Katie Mac
You continuous have stressed what a professional man you are but you have gone out of your way in the last week to stab me and everyone else in the back and encouraged sabotage and abusive behavior.

I am disappointed and feel betrayed by josh but also by you now
Jul 4, 2021, 3:56 AM

Katie Mac
Meanwhile, you're here telling me he needs to be listened to, he's hurting, etc while he's been downright abusive, threatening, name-calling, etc and encouraging him privately - but you're publicly lambasting us.
Jul 4, 2021, 3:54 AM

Katie Mac
I also found out yesterday that you were emailing our lawyers and BCCing him - breaking our attorney client privilege. And encouraging a lot of his behavior over the last week.

How is it according to our mission, vision, and values to encourage someone to extort and blackmail BCS, Jeremy?
Jul 4, 2021, 3:53 AM

Katie Mac
I guess he didn't show you the whole context of that conversation or the week proceeding to it where he berated Jenny again and again calling her a pussy, spineless, weak, ass licker, made threats, referred to Bill as a prick, etc etc etc. The woman took so much abuse and threats from Jenny a week before she pushed back but you are actively supporting his abusive behavior and calling her out in this post
Jul 4, 2021, 3:51 AM

Katie Mac



Jul 4, 2021, 3:49 AM

Katie Mac
Just like we investigated YOUR claims - and yes, we had to after you made a formal complaint, Jeremy. It didn't just go away.
Jul 3, 2021, 2:26 PM