# EXHIBIT E

(this is what I was working on half the time lol)
Jul 26, 2021 7:49:46pm
Chelsea Maldonado
This is exactly what I hoped would happen to this data and it makes all the late nights worth it
Jul 26, 2021 7:49:37pm
Chelsea Maldonado
Seriously
Jul 26, 2021 7:49:17pm
Chelsea Maldonado
It is so good Katie
Jul 26, 2021 7:49:16pm
Katie Mac
https://www.breakingcodesilence.org/facility-reporting-map/
https://www.breakingcodesilence.org/facility-reporting-map/
Jul 26, 2021 7:30:15pm
Chelsea Maldonado

Jul 26, 2021 5:33:28pm
Chelsea Maldonado
FORTRESS
Jul 26, 2021 5:31:23pm
Katie Mac
Add that bad boy into your master sheet
♥Chelsea Maldonado
Jul 26, 2021 5:25:18pm
Katie Mac
https://fortress.wa.gov/doh/facilitysearch/
https://fortress.wa.gov/doh/facilitysearch/default.aspx?AspxAutoDetectCookieSupport=1
Jul 26, 2021 5:24:39pm
Katie Mac
I found the search portal for Washington!
Jul 26, 2021 5:24:38pm
Katie Mac
Going to say: "For legislative opportunities, email Policy@breakingcodesilence.org
♥Chelsea Maldonado
Jul 26, 2021 4:18:00pm
Katie Mac
Should have something for you tomorrow
♥Chelsea Maldonado
Jul 26, 2021 4:17:43pm
Katie Mac
Fixing up this map
Jul 26, 2021 4:17:39pm
Katie Mac
We also aren't on Squarespace so we aren't as limited anymore
♥Chelsea Maldonado
Jul 26, 2021 3:18:31pm
Katie Mac
There's a LOT we can do
Jul 26, 2021 3:18:15pm
Chelsea Maldonado
A news aggregator
Jul 26, 2021 3:15:53pm
Chelsea Maldonado
I would love to do something with news
Jul 26, 2021 3:15:46pm
Chelsea Maldonado
Could target ads at ppl who have liked their pages
Jul 26, 2021 3:15:17pm
Chelsea Maldonado
Or at least store their social handles
Jul 26, 2021 3:15:05pm
Chelsea Maldonado
If there's an easy way to search and pull in the data, we should also try to link to the program's socials
Jul 26, 2021 3:14:43pm
Katie Mac
and then populate that page with that
Jul 26, 2021 3:14:30pm
Katie Mac
Would be cool to also create RSS feeds that filter news stories by the name of the program
♥Chelsea Maldonado
Jul 26, 2021 3:14:24pm
Chelsea Maldonado
Also could use in future for targeting
Jul 26, 2021 3:14:01pm
Katie Mac
Yes, that we can do for sure
Jul 26, 2021 3:13:48pm
Chelsea Maldonado
That's what I mean
Jul 26, 2021 3:13:29pm
Katie Mac
On our website, maybe