# EXHIBIT F

Message

| | |
|---|---|
| **From**: | Jeremy Whiteley [jeremywhiteley@me.com] |
| on behalf of | Jeremy Whiteley <jeremywhiteley@me.com> [jeremywhiteley@me.com] |
| **Sent**: | 1/15/2022 5:57:16 PM |
| **To**: | Katherine McNamara [katherine@network-node.com] |
| **Subject**: | Fwd: USPS - Your New PO Box Order Details |

There is this. See below. This might give them a right to it.


> Begin forwarded message:
>
> **From:** Jenny Magill <jmagill@breakingcodesilence.org>
> **Subject: Fwd: USPS - Your New PO Box Order Details**
> **Date:** March 30, 2021 at 2:42:24 AM MST
> **To:** Vanessa Hughes <vhughes@breakingcodesilence.org>, Jeremy Whiteley <jwhiteley@breakingcodesilence.org>, Katie Mac <kmcnamara@breakingcodesilence.org>
>
>
> I'm forwarding the rental confirmation for our PO Box that we got today, along with the final PO Box number so we all have that info. Total was $161 for 6 months (which I paid and can get reimbursed whenever we're up and running). We can renew any time by or before 9/30/2021.
>
> Full box number and mailing address:
>
> PO Box 91896
> Pasadena, CA 91109
>
> Physical location is at the post office at 600 Lincoln Ave, Pasadena, CA 91109. 24 hour mail box lobby access.
>
> All four of us have access to the PO Box in that our names are on the registration form along with Breaking Code Silence's name, so if you go, you'll just need to bring your ID to pick up mail. I have two copies of the PO Box key. Katie, I can give you one if you want me to drop it off sometime this week, and we should be good for handling any mail that might arrive between the two of usOtherwise, we can't make copies of the keys, but they are very inexpensive ($3 or $6 each, depending) if you'd like me to purchase 2 additional copies from the post office and mail them to you, Jeremy and Vanessa. Either way.
>
> Good night/good morning,
> Jenny
>
> ---
>
> **Jenny Magill, MBA, CPDT-KA**
>
> Interim Administrative Director
>
> Breaking Code Silence Youth Advocacy Network

-------- Original Message --------

**Subject:** Fwd: USPS - Your New PO Box Order Details
**Date:** 2021-03-29 3:35 pm
**From:** Jenny Magill <jenny.magill@gmail.com>
**To:** jmagill@breakingcodesilence.org

Begin forwarded message:

> **From:** donotreply@usps.com
> **Date:** March 29, 2021 at 2:33:47 PM PDT
> **To:** jenny.magill@gmail.com
> **Subject: USPS - Your New PO Box Order Details**
>
> 
>
> **Hello JENNIFER MAGILL,**
>
> Thank you for your payment to the USPS in the amount of $161.00 for the PO Box listed below. This payment has been applied to your account and your credit or debit card has been charged.
>
> | | |
> |---|---|
> | **Transaction number:** | 91001992965928 |
> | **Payment amount:** | $161.00 |
> | **Payment period:** | 6 months |
> | **Payment method:** | VISA credit-card |
> | **Next payment due:** | 09/30/2021 |
> | **PO Box number:** | N/A |
> | **Post Office location:** | **600 LINCOLN AVE** |
> | | **PASADENA, CA 91109-9800** |
>
> Take the stress out of remembering to make your next payment by signing up for our Automatic Renewal payment program. It's free, it's fast, and it's easy! Sign in at usps.com/poboxes and go to the Manage Your Account page. Then, click on Setup Auto Renewal under Next Payment Due. Be sure to review the Terms and Conditions governing automatic payments when you select this option.

Thank you for choosing the United States Postal Service®. We appreciate your business.

**Please do not respond to this system-generated email.**
If you need assistance with PO Boxes Online, please visit USPS Help or Contact Us.

Download USPS Mobile® 

USPS.com | Privacy Policy | Customer Service | FAQs



This is an automated email please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

DEF-0033932