# EXHIBIT G

Message
___

| | |
|---|---|
| **From**: | Jeremy Whiteley [jeremywhiteley@me.com] |
| on behalf of | Jeremy Whiteley <jeremywhiteley@me.com> [jeremywhiteley@me.com] |
| **Sent**: | 1/23/2022 9:14:24 PM |
| **To**: | Katherine McNamara [katherine@network-node.com] |
| **CC**: | Meg Appelgate [mappelgate@unsilenced.org]; Caroline Cole [ccole@unsilenced.org]; Emily Carter [Emilycarter.bcs@gmail.com]; Rebecca Moorman [Rebeccamoorman@yahoo.com] |
| **Subject**: | Re: All the things wrong with the BCS NDA |
| **Attachments**: | BCSnondisclosure - signed.pdf; ATT00002.bin; BCS Board Meeting Minutes - April_20_2021.docx; ATT00004.bin; BCS Interim Meeting Minutes 3-19-20.docx; ATT00006.bin |

Katie,

Here are my notes on the first NDA that most of us signed for your lawyer tomorrow.

This one includes all the necessary basics to make it more legal.
**This one is also mutual.** So, if I read this right. Anything we shared with BCS could be our own personal property.

- **This NDA says: Breaking Code Silence, an association.** This isn't the legal name. We agreed to form an association on March 18th, as per the attached board meetings min. So this would only apply to the association, not to the CA Benefit corp.

- Section 2. It's very broad

- Section 15 says arbitration has to be done in New York.

- Section 20 says Governing law is CA, yet any legal disputes have to be done in NY.

Mine is dated, March 21, 2020, BCS didn't become a legal entity until March 22, 2020.

**I read this as the following, this NDA only applies to the "association" we formed on the 18th, but it wouldn't apply to the Breaking Code Silence the CA public benefit corporation that was formed on the 22. Jenny wasn't made an officer of the Breaking Code Silence Inc until April 20th,** because I accidentally put Katies name in instead of Jenny's. I owned my mistake at the time, but my mistake works to our favor now!

**Time line:**

March 18th, 2021. We met to form an association, NDA was signed with an association. Board meetings notes are attached.

March 21 Jeremy signed the NDA

March 22nd we filed to create a Breaking Code Silence Inc, a CA public benefit corporation. Jenny Magill wasn't an intial officer. She wasn't made an officer until April 20th. So any document she signed for this legal entity before April 20th, 2021 would be null and void.

**Regarding the issue of transferring property to BCS,** we never signed anything to gift it to BCS. This was said in the board meeting of the association not the INC on March 18th.

<!--[if !supportLists]--> A. <!--[endif]-->Whether to adopt a temporary Intent to Transfer Property agreement

I read this as anything that was created before March 18th, 2021 would be your property. If something was created for BCS after this date such as an account that use a BCS email address, then it could be considered BCS property, but that is a gray area.

I don't think we have anything to worry about. Caroline was also talking about Federal Bill long before March 18th. So she owns it. The Twitter, Facebook group all existed before this date too.

DEF-0033858