# EXHIBIT A

## Contact

www.linkedin.com/in/jesse-j-44915324 (LinkedIn)

## Top Skills
Management
Product Development
Strategic Planning

# Jesse J.
Senior Embedded Software Engineer
Salt Lake City, Utah, United States

## Summary

High-quality, high-velocity manager and developer in Salt Lake City with ample experience fielding performance technology solutions quickly. Specializations include DLT, digital identity, cryptographic algorithms, Linux/LAMP web development, eCommerce, embedded software and firmware, business intelligence and electrical engineering among others. Market-specific expertise includes enterprise IT, SAAS/cloud systems, network security, defense, aerospace, industrial systems and medical devices.

## Experience

**Dapper Labs**
Senior Embedded Software Engineer
October 2021 - November 2022 (1 year 2 months)
Salt Lake City Metropolitan Area

Developed embedded software for crypto wallet products and interfacing products in C, C++, Javascript and Go.

Developed smart contracts in Cadence for the Flow blockchain network

Managed requirements and development contracts across international lines.

**IMSAR**
Senior Embedded Software Engineer / Embedded Team Lead
January 2021 - October 2021 (10 months)
Springville, Utah, United States

Developed embedded control and data processing software for sophisticated SAR and MTI radar systems. Embedded Linux, C++, Python, Docker, Gitlab and related tools. Managed a team of eight people.

**Jensen Business Intelligence, LLC**
Consulting Systems Engineer
August 2011 - January 2021 (9 years 6 months)
Salt Lake City

4-14-23 - Jensen
DEFENDANTS' EXHIBIT
34



Developed security, communications, controls and web/SAAS products and algorithms for multiple clients in a consulting capacity. Experience included embedded systems, drivers, Linux/Unix-based systems, cryptography, PostgreSQL and MySQL databases and Apache with PHP.

Key strengths required included heavily mathematical disciplines such as modeling of physical systems such as RF or optical circuits as well as business/financial systems, cryptography and associated data processing. Further competencies include state-of-the-art optimization algorithms for such models including experience in stochastic optimization algorithms.

Provided expert advice concerning business-side issues around technology such as intellectual property and best aligning development objectives with business and market strategy.

Credential Master
Advisor
May 2020 - December 2020 (8 months)
Salt Lake City, Utah, United States

Consulting on technology, product and client development.

Evernym, Inc.
Senior Professional Services Engineer
January 2018 - April 2020 (2 years 4 months)
Greater Salt Lake City Area

Architecture and implementation for distributed ledger based verifiable credentials exchange products, building the future of digital identity on Hyperledger Indy and the Sovrin platform. C/C++, Rust, Java, NodeJS, Python on Linux.

Client facing with expertise in cryptographic algorithms and architecture, identity and cyber security. Developed and managed delivery programs for clients across Europe and the Americas.

VentureCapital.org
Entrepreneur in Residence
May 2012 - February 2020 (7 years 10 months)
Salt Lake City, UT

Coordinated cooperative venturing teams for client companies to accelerate efforts to raise venture capital.



In8Sync
Principal Software Engineer
February 2016 - September 2016 (8 months)
Salt Lake City

- Managing a software development group to create a family of high value eCommerce integration products.
- Developed and managing the company's agile software process.
- Managing day-to-day engineering operations.
- Managing quality assurance
- Part of the product strategy team

Sport Chalet
Divemaster
July 2010 - September 2014 (4 years 3 months)
West Jordan, Utah

Taught and assisted with scuba classes and events.

Parvus Corporation
Lead Project Engineer
June 2007 - August 2011 (4 years 3 months)
Salt Lake City, UT

Managed cross-functional teams on defense/aerospace technology development projects, from concept to volume production. Responsibilities included: Project budgetary and schedule planning, specification definition, electrical, software, system and mechanical design and validation test, data analysis, documentation and reporting, personnel and customer management, vendor and customer relations and contract negotiation. Software highlights included RTOS applications embedded Linux, Windows/WES7, VxWorks, C++ and assembly level applications.

Executed volume production releases of multiple rugged electronic system designs into an ISO:9001/AS9100 compliant production environment.

Managed technology aspects of sales proposals with winning results, including development work estimate and technical approach.

Served as a member of the organization's Product Committee, contributing to the development of a perpetually successful product roadmap.



Recruiting and management of personnel including evaluations and interviews of prospective employees.

Lead continuous improvement team for software development process.

Began as systems engineer. Promoted to Project Engineer 5/2008, Lead Project Engineer 3/2011.

Colorado State University
Graduate Research Assistant
2006 - 2007 (1 year)

Participated in a research project to optimize the laser induced damage threshold and mechanical stress in ion beam sputtered optical multilayer coatings for use with the free electron laser at the Thomas Jefferson National Accelerator Facility

Principle function was the development of a stochastic optimization algorithm to guide research on these properties.

Developed mathematical models and software to operate laboratory equipment and analyze experimental data.

## Education

Westminster College
MBA, Technology Commercialization · (2010 - 2014)

Coe College
Bachelor's degree, Physics and Computer Science · (2001 - 2005)