

1  Dirk O. Julander, Bar No. 132313
   doj@jbblaw.com
2  Catherine A. Close, Bar No. 198549
   cac@jbblaw.com
3  M. Adam Tate, Bar No. 280017
   adam@jbblaw.com
4  JULANDER, BROWN & BOLLARD
   9110 Irvine Center Drive
5  Irvine, California 92618
   Telephone:  (949) 477-2100
6  Facsimile:  (949) 477-6355

7  Attorneys for Defendants
   KATHERINE MCNAMARA and
8  JEREMY WHITELEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE MCNAMARA, an Individual; JEREMY WHITELEY, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-002052-SB-MAA<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MCNAMARA MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:   April 17, 2024<br>Time:   10:00 a.m.<br>Crtrm:  880<br><br>[*Assigned to the Hon. Maria A. Audero*] |

**TO THE CLERK OF THE COURT, PLAINTIFF, AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 201 of the Federal Rules of Evidence, Defendant KATHERINE MCNAMARA ("Defendant") respectfully requests that the Court take judicial notice of Exhibits 7-8 and 60-64, attached to the Index of Exhibits filed in support of her Motion for Summary Judgment or, Alternatively, Partial Summary Judgment (the "MSJ").

## I. APPLICABLE LEGAL STANDARDS

A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." (Fed. R. Evid. §201(c)(2).) Under Federal Rule of Evidence 201, a fact is judicially noticeable when it is "not subject to reasonable dispute [and] ... capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Specifically, a Court may take judicial notice of matters of public record and "publicly accessible websites whose accuracy and authenticity are not subject to dispute." (*In re Facebook, Inc. Sec. Litig.,* 477 F.Supp.3d 980, 1008 (N.D. Cal. 2020).) The Court may also consider the facts contained in the judicially-noticed materials. (Id.)

In addition, courts in the Ninth Circuit routinely take judicial notice of terms of services and policies that are publicly available online, such as Google's Terms of Service. (*See, e.g., Trudeau v. Google LLC,* 349 F.Supp.3d 869, 876 (N.D. Cal. 2018) [taking judicial notice of Google's Terms of Service]; *Matera v. Google Inc.,* 2016 WL 5339806, at *7 (N.D. Cal. Sept. 23, 2016) [same]; *Opperman v. Path, Inc.,* 205 F.Supp.3d 1064, 1068-69, fn.3 (N.D. Cal. 2016) [taking judicial notice of Yelp's privacy policies]; *Datel Holdings Ltd. v. Microsoft Corp.,* 712 F.Supp.2d 974, 983-84 (N.D. Cal. 2010) [taking judicial notice of Xbox software license and terms of service].)

## II. THE COURT SHOULD TAKE JUDICIAL NOTICE OF THE FOLLOWING EXHIBITS TO THE MSJ

**Exhibit 7** to the Index of Exhibits is a true and correct copy of Google Search Console's webpage explaining how to add a website property to Google Search Console which is publicly available on Google's website at:

https://support.google.com/webmasters/answer/34592?sjid=12328020676522628568-NA#domain_property&zippy=%2Cdomain-property-examplecom.

**Exhibit 8** to the Index of Exhibits is a true and correct copy of Google Search Console's webpage explaining ownership verification which is publicly available on Google's website at:

https://support.google.com/webmasters/answer/9008080?sjid=12328020676522628568-NA#zippy=%2Cdomain-name-provider%2Cmanual-domain-name-provider-instructions.

**Exhibit 60** to the Index of Exhibits is a true and correct copy of the Articles of Incorporation for Plaintiff Breaking Code Silence ("BCS") filed on March 22, 2021 which is publicly available on the California Secretary of State's website at:

https://www.sos.ca.gov/business-programs/business-entities/information-requests.

**Exhibit 61** to the Index of Exhibits is a true and correct copy of the May 10, 2022 Notice to Register issued by the California Attorney General to BCS which is publicly available on the California Attorney General's website at:

https://rct.doj.ca.gov/Verification/Web/SearchResults.aspx.

**Exhibit 62** to the Index of Exhibits is a true and correct copy of the April 14, 2023 Final Notice to Register issued by the California Attorney General to Plaintiff Breaking Code Silence ("BCS") which is publicly available on the California Attorney General's website at:

https://rct.doj.ca.gov/Verification/Web/SearchResults.aspx.

1   **Exhibit 63** to the Index of Exhibits is a true and correct copy of BCS's Initial Registration Form (without attached exhibits) filed with the State of California, Office of the Attorney General Registry of Charitable Trusts on July 18, 2023, which is publicly available on the California Attorney General's website at: https://rct.doj.ca.gov/Verification/Web/SearchResults.aspx.

**Exhibit 64** to the Index of Exhibits is a true and correct copy of the September 15, 2023 Delinquency Notice and Warning of Assessment of Penalties and Late Fees, and Suspension or Revocation of Registered Status issued by the California Attorney General to Plaintiff Breaking Code Silence ("BCS") which is publicly available on the California Attorney General's website at: https://rct.doj.ca.gov/Verification/Web/SearchResults.aspx.

Each of the foregoing exhibits is publicly available on the websites of either state governmental agencies or Google. They are therefore are not subject to reasonable dispute and are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Accordingly, the Court should take judicial notice of Exhibits 7-8 and 60-64.

### III.   CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the Court grant this Request for Judicial Notice and take judicial notice of and consider Exhibits 7-8 and 60-64 attached to the Index of Exhibits in support of Defendant's MSJ.

1  DATED:  February 23, 2024          JULANDER, BROWN & BOLLARD

                                      By:  ___*/s/ M. Adam Tate*___
                                           M. Adam Tate
                                           Catherine Close
                                           Attorneys for Defendants
                                           KATHERINE MCNAMARA and
                                           JEREMY WHITELEY

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February, 2024, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

*/s/ Helene P. Saller*
Helene P. Saller