

| | |
|---|---|
| Dirk O. Julander, Bar No. 132313<br>*doj@jbblaw.com*<br>Catherine A. Close, Bar No. 198549<br>*cac@jbblaw.com*<br>M. Adam Tate, Bar No. 280017<br>*adam@jbblaw.com*<br>JULANDER, BROWN & BOLLARD<br>9110 Irvine Center Drive<br>Irvine, California 92618<br>Telephone: (949) 477-2100<br>Facsimile: (949) 477-6355<br><br>Attorneys for Defendants KATHERINE MCNAMARA and JEREMY WHITELEY | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE MCNAMARA, an Individual; JEREMY WHITELEY, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-002052-SB-MAA<br><br>**NOTICE OF ERRATA TO DEFENDANT KATHERINE McNAMARA's MOTION FOR SUMMARY JUDGMENT**<br><br>Date: May 14, 2024<br>Time: 2:00 p.m.<br>Crtrm: 880<br><br>[*Assigned to the Hon. Maria A. Audero*] |

# NOTICE OF ERRATA

Defendant KATHERINE MCNAMARA respectfully submits this errata to her exhibits filed in support of her Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment which was filed on February 23, 2024. (Dkt. 172.) Specifically, the following exhibit filed in support of the motion was inadvertently missing specific pages of referenced deposition testimony due to an Adobe error:

- **Exhibit 77:** Deposition testimony of Jennifer Magill, Volume 1 (Dkt. 172-92).

A complete and correct version of the foregoing exhibit is filed concurrently herewith.

DATED: February 27, 2024     JULANDER, BROWN & BOLLARD

By:     */s/ M. Adam Tate*
Dirk O. Julander
Catherine A. Close
M. Adam Tate
Attorneys for Defendants
KATHERINE MCNAMARA and
JEREMY WHITELEY

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2024, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

*/s/ Helene Saller*
Helene Saller