UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 2:22-cv-02052-MAA | Date: March 4, 2024 |
| Title | Breaking Code Silence v. Katherine McNamara et al. | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **Order Setting Status Conference re: Outcome of Phase 1**

　　Before the Court is Defendant's Status Report Regarding Outcome of Phase 1 re: Motion for Evidentiary and Monetary Sanctions Under Rule 37, in which Defendants update the Court on their progress obtaining the discovery at issue in the Joint Stipulation re: Defendants Katherine McNamara and Jeremy Whiteley's Motion for Evidentiary and Monetary Sanctions Under Rule 37 of the Federal Rules of Civil Procedure ("Sanctions Motion") (ECF No. 98) ("Status Report").  (ECF No. 168.)

　　In light of issues raised in the Status Report regarding the outcome of Phase 1 and their implication on the pending Sanctions Motion, the Court hereby **SETS** an in-person Status Conference for **Wednesday, March 20, 2024, at 10:00 a.m.** in Courtroom 880 of the Edward R. Roybal Federal Building and United States Courthouse, 255 E. Temple Street, Los Angeles, California.  The individual Defendants and a representative of Plaintiff authorized to bind Plaintiff are **ORDERED** to appear in person.  The following attorneys are ordered to appear in person:  John S. Gibson and Jason T. Luedekke on behalf of Plaintiff, and M. Adam Tate on behalf of Defendants.  Any other previously-appearing attorneys wishing to appear must appear in person.

　　It is so ordered.