JOHN S. GIBSON (SBN 140647)
*john.gibson@us.dlapiper.com*
JASON T. LUEDDEKE (SBN 279242)
*jason.lueddeke@us.dlapiper.com*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Tel:   310.595.3000
Fax:   310.595.3300

Attorneys for Plaintiff
BREAKING CODE SILENCE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) non-profit,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE MCNAMARA, an individual, JEREMY WHITELEY, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  2:22-CV-002052-SB-MAA<br><br>Hon. Maria A. Audero<br><br>**PLAINTIFF BREAKING CODE SILENCE'S APPLICATION TO SEAL EVIDENCE IN SUPPORT OF OPPOSITION TO DEFENDANT KATHERINE MCNAMARA'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:  May 14, 2024<br>Time:  2:00 p.m.<br>Courtroom:  880 |

1    Plaintiff Breaking Code Silence ("BCS") files this Application to seal
2    portions of Defendant Katherine McNamara's ("McNamara") deposition testimony
3    upon which BCS relies in its opposition to McNamara's motion for summary
4    judgment ("Testimony").  The Testimony was designated as "Confidential" by
5    Defendants under the Stipulated Protective Order issued by the Court on June 29,
6    2022 (Dkt. 29).
7    BCS cites the Testimony, which has been redacted, in the following
8    documents, each of which is attached hereto:
9    • Page 5:22-23; 7:3-4; and 14:27-28 of BCS' opposition to McNamara's
10       motion.
11   • Page 32:23-24; and 32:27-33:3 of BCS' response to McNamara's separate
12       statement of uncontroverted facts.
13   • Exhibit H to the Declaration of Jason Lueddeke (the Testimony itself) in
14       support of BCS' opposition to McNamara's motion.
15   On March 15, 2024, BCS' counsel requested that Defendants' counsel de-
16   designate the Testimony.  Lueddeke Decl. ¶ 3.  Defendants' counsel did not respond
17   sufficiently in advance of BCS' deadline to file its opposition for BCS to consider
18   their response.  *Id.*
19   Regardless, pursuant to Local Rule 79-5.2.2(b), BCS files this Application to
20   afford Defendants an opportunity to satisfy their burden of demonstrating
21   compelling reasons why the presumption of public access to the Testimony should
22   be overcome.  *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178
23   (9th Cir. 2006).
24   Thus, if Defendants desire the Testimony to be filed under seal, they must
25   satisfy their burden of demonstrating compelling reasons why the presumption of
26   public access to the Testimony should be overcome.
27
28

-2-

PLAINTIFF'S OPPOSITION TO DEFENDANT KATHERINE MCNAMARA'S
MOTION FOR SUMMARY JUDGMENT

1   Dated:  March 15, 2024                    Respectfully submitted,

2

3                                            **DLA PIPER LLP (US)**

4                                            By:  */s/ John S. Gibson*

5                                                   John S. Gibson
                                                   Jason Taylor Lueddeke
6
                                                   Attorneys for Plaintiff
7                                                  BREAKING CODE SILIENCE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S OPPOSITION TO DEFENDANT KATHERINE MCNAMARA'S
MOTION FOR SUMMARY JUDGMENT

**CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Plaintiff BREAKING CODE SILIENCE, certifies that this brief contains 238 words, which complies with L.R. 11-6.1.

Dated:  March 15, 2024                    Respectfully submitted,

**DLA PIPER LLP (US)**

By:  /s/ John S. Gibson
        John S. Gibson
        Jason Taylor Lueddeke

        Attorneys for Plaintiff
        BREAKING CODE SILIENCE

PLAINTIFF'S OPPOSITION TO DEFENDANT KATHERINE MCNAMARA'S
MOTION FOR SUMMARY JUDGMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2024, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

*/s/ John S. Gibson*
John S. Gibson

-5-
PLAINTIFF'S OPPOSITION TO DEFENDANT KATHERINE MCNAMARA'S
MOTION FOR SUMMARY JUDGMENT