JOHN S. GIBSON (SBN 140647)
*john.gibson@us.dlapiper.com*
JASON T. LUEDDEKE (SBN 279242)
*jason.lueddeke@us.dlapiper.com*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Tel: 310.595.3000
Fax: 310.595.3300

Attorneys for Plaintiff
BREAKING CODE SILENCE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) non-profit,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE MCNAMARA, an individual, JEREMY WHITELEY, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:22-CV-002052-SB-MAA<br><br>Hon. Maria A. Audero<br><br>**DECLARATION OF JASON LUEDDEKE IN SUPPORT OF PLAINTIFF BREAKING CODE SILENCE'S OPPOSITION TO DEFENDANT KATHERINE MCNAMARA'S MOTION FOR SUMMARY JUDGMENT OR, ATLERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date: May 14, 2024<br>Time: 2:00 p.m.<br>Courtroom: 880 |

DECLARATION OF JASON LUEDDEKE

## DECLARATION OF JASON LUEDDEKE

I, Jason Lueddeke, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am an attorney at the law firm of DLA Piper LLP, counsel of record for Plaintiff Breaking Code Silence ("BCS"). I submit this declaration in support of BCS' Opposition to Defendant Katherine McNamara's Motion for Summary Judgment or, Alternatively, Partial Summary Judgment. I have personal knowledge of the facts herein and, if called upon to testify, can and will truthfully testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt from Defendant Katherine McNamara's Responses to Interrogatories Set One, dated December 27, 2022.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the deposition of Jesse Jensen, taken on April 14, 2023.

4. Attached hereto as **Exhibit C** is a true and correct copy of a document filed by BCS in this action and identified as Dkt. 90-6.

5. Attached hereto as **Exhibit D** is a true and correct copy of a document produced by Defendants in this action at DEF-0082540.

6. Attached hereto as **Exhibit E** is a true and correct copy of a document produced by Defendants in this action at DEF-0004196.

7. Attached hereto as **Exhibit F** is a true and correct copy of a document produced by Defendants in this action at DEF-0033930.

8. Attached hereto as **Exhibit G** is a true and correct copy of a document produced by Defendants in this action at DEF-0033857.

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the transcript of the deposition of McNamara, taken on July 12, 2023.

10. Attached hereto as **Exhibit I** is a true and correct copy of a document produced by Defendants in this action at DEF-0000092.

11. Attached hereto as **Exhibit J** is a true and correct copy of excerpts from a document produced by Defendants in this action at DEF-000670.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of March, 2024.

_____

Jason Lueddeke