| | |
|---|---|
| 1 | JOHN S. GIBSON (SBN 140647) |
| 2 | *john.gibson@us.dlapiper.com*<br>JASON T. LUEDDEKE (SBN 279242) |
| 3 | *jason.lueddeke@us.dlapiper.com*<br>**DLA PIPER LLP (US)** |
| 4 | 2000 Avenue of the Stars<br>Suite 400 North Tower |
| 5 | Los Angeles, California 90067-4735<br>Tel:   310.595.3000 |
| 6 | Fax:  310.595.3300 |
| 7 | Attorneys for Plaintiff<br>BREAKING CODE SILENCE |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) non-profit,<br><br>          Plaintiff,<br><br>     v.<br><br>KATHERINE MCNAMARA, an individual, JEREMY WHITELEY, an individual, and DOES 1 through 50, inclusive,<br><br>          Defendants. | CASE NO. 2:22-CV-002052-SB-MAA<br><br>Hon. Maria A. Audero<br><br>**DECLARATION OF JENNIFER MAGILL IN SUPPORT OF PLAINTIFF BREAKING CODE SILENCE'S OPPOSITION TO DEFENDANT KATHERINE MCNAMARA'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date: May 14, 2024<br>Time: 2:00 p.m.<br>Courtroom: 880 |

DECLARATION OF JENNIFER MAGILL

## DECLARATION OF JENNIFER MAGILL

I, Jennifer Magill, declare as follows:

1. I submit this declaration in support of Plaintiff Breaking Code Silence's Opposition to Defendant Katherine McNamara's Motion for Summary Judgment or, Alternatively, Partial Summary Judgment. I have personal knowledge of the facts herein and, if called upon to testify, can and will truthfully testify thereto.

2. I am the interim CEO of Breaking Code Silence ("BCS"), a 501(c)(3) nonprofit organization that supports survivors of institutional abuse in the Troubled Teen Industry ("TTI") through education, outreach, research, and community organizing.

3. All members of BCS, including the members of its Board of Directors, are unpaid volunteers. No member of BCS earns a salary or any form of compensation for serving the organization.

4. As a non-profit, BCS relies primarily on grants and donations to sustain its operations. Given the importance of these sources, BCS engages in a variety of outward-facing initiatives to raise its profile within the community, including promotional media, lobbying, and volunteering activities, in addition to event hosting and attendance. Doing so not only allows BCS to help more survivors, but also expands its reach to more donors, who are critical to its continued mission.

5. BCS has a website located at breakingcodesilence.org. The domain breakingcodesilence.org has routed to BCS' website since the website was established and does so today.

6. The BCS website bears BCS' name, branding, and trademark. The BCS website has been used exclusively by BCS since the website was created. BCS uses the Website as the principal means by which it communicates with, interacts with, and receives donations from the community. The Website allows survivors to report abuses and seek assistance; provides parents with information regarding alternatives to TTI institutions; allows community members to enroll as volunteers;

provides literature, research, and resources for professionals; and provides an easy and accessible way for donors to donate to the organization. Without a functioning Website, BCS loses not only a crucial link between it and the population it serves, but a crucial source of funding. Attached hereto as **Exhibit A** is a true and correct copy of a screenshot of the front page of the BCS website, www.breakingcodesilence.org, which was taken on February 13, 2024.

7. In October 2021, BCS appeared with Paris Hilton (herself a survivor of TTI abuse) in a press conference in Washington, D.C. to introduce the Accountability for Congregate Care Act (ACCA). In connection with the press conference, BCS also sponsored related fundraising events in furtherance of ending institutional child abuse. In the weeks leading up to the conference and in the weeks following it, BCS received a marked increase in donations totaling over $10,000. Attached hereto as **Exhibit B** are true and correct copies of receipts reflecting donations BCS received through PayPal in connection with the foregoing activities. Attached hereto as **Exhibit C** are true and correct copies of receipts reflecting donations BCS received through Givebutter in connection with the foregoing activities. Attached hereto as **Exhibit D** is a graph summarizing the donations received through PayPal in connection with the foregoing activities. Attached hereto as **Exhibit E** is a graph summarizing the donations received through Givebutter in connection with the foregoing activities.

8. On March 10, 2022, the television show *The Doctors* aired an episode featuring an upcoming Lifetime film titled Cruel Instruction. The film, which concerned the TTI, was scheduled to debut on March 12, 2022. BCS and its work were promoted in connection with the episode and the film. Given the exposure of the show and the film, BCS expected to receive not only significant publicity, but also significant donations totaling well over $5,000, like it had in connection with the events described above. In response to previous outward facing events, like those described above, BCS had received donations in the days, weeks, or even

months following the given event as word of mouth spread.

9. After *The Doctors* aired and the Lifetime film was released, BCS received a small fraction of the donations it expected to receive. BCS attributes these lost donations to its website being deindexed around the same time that the episode aired and the film was released because deindexing affects an individual's ability to search for and find a given website on Google. BCS is not aware of any other significant factors that could have or would have affected the donations it expected to receive in connection with the airing of the episode and the release of the film.

10. BCS' analysis of its website traffic during this period reflects a dramatic drop off in traffic. Attached hereto as **Exhibit F** is a true and correct copy of a March 18, 2022 email from Noelle Beauregard to me and other BCS members, which was produced in this action by Ms. Beauregard at BEAU000030, regarding the decrease in web traffic during the relevant period.

11. Attached hereto as **Exhibit G** is a true and correct copy of a July 4, 2021 chat involving McNamara on a BCS Slack channel called #board, which was produced in this action by BCS at BCS_0780546-47.

12. Attached hereto as **Exhibit H** is a true and correct copy of a July 7, 2021 chat involving McNamara on a BCS Slack channel called #board, which was produced in this action by BCS at BCS_0780468.

13. Attached hereto as **Exhibit I** is a true and correct copy of a screenshot of the "Our Team" page from Unsilenced's website, at www.unsilenced.org/our-team/. The screenshot was taken on February 13, 2024 using the Wayback Machine service, which reflects the webpage as it was publicly displayed on February 2, 2022.

14. Attached hereto as **Exhibit J** is a true and correct copy of a March 11, 2022 screenshot taken by BCS, which was produced in this action by BCS at BCS_0778901. The screenshot was taken by Noelle Beauregard of BCS. The

3
DECLARATION OF JENNIFER MAGILL

1  screenshot shows that a "Temporarily remove URL" request was placed in the
2  Google Search Console for https://breakingcodesilence.org on March 9, 2022.

3   15. Attached hereto as **Exhibit K** are true and correct copies of screenshots
4  taken by BCS on March 11 and 12, 2022, which were produced in this action by
5  BCS at BCS_0574553, BCS_0778885-6, BCS_0778889-92, BCS_0778895-6,
6  BCS_0778898, and BCS_0778900.  The screenshots were taken by Noelle
7  Beauregard of BCS.  The screenshots show that iristheangel@gmail.com, which is
8  McNamara's email address, repeatedly delegated ownership credentials to
9  jeremy@medtexter.com, which is Whiteley's email address, in Google Webmaster
10  Central.

11   16. Attached hereto as **Exhibit L** is a true and correct copy of a screenshot
12  of a March 15, 2022 post, titled "Cruel Instruction Review," from Unsilenced's
13  website, at www.unsilenced.org/lifetimes-cruel-instruction-based-on-the-troubled-
14  teen-industry/.  The screenshot was taken on February 13, 2024 using the Wayback
15  Machine service, which reflects the webpage as it was publicly displayed on March
16  16, 2022.

17   17. Attached hereto as **Exhibit M** is a true and correct copy of a March 29,
18  2022 email chain between me, Jesse Jensen, and Dr. Vanessa Hughes, which was
19  produced in this action by BCS at BCS_0573696.

20   18. Attached hereto as **Exhibit N** is a true and correct copy of a March
21  2022 screenshot taken by BCS, which was produced in this action by BCS at
22  BCS_0582953.

23   19. Attached hereto as **Exhibit O** is a true and correct copy of a February
24  28, 2022 email from PayPal to me regarding a $5,000 donation to BCS, which was
25  produced in this action by BCS at BCS_0157934.

26   20. Attached hereto as **Exhibit P** is a true and correct copy of a screenshot
27  of McNamara's "Bio" from Unsilenced's website, at www.unsilenced.org/our-
28

team/. The screenshot was taken on February 15, 2024 using the Wayback Machine service, which reflects the webpage as it was publicly displayed on January 4, 2024.

21. Attached hereto as **Exhibit Q** is a true and correct copy of a document titled "Katherine Expenses," which was produced in this action by BCS at BCS_0573455.

22. Attached hereto as **Exhibit R** is a true and correct copy of a November 15, 2020 grant application to Rise Justice Labs submitted by BCS, which was produced in this action by BCS at BCS_0775460.

23. Attached hereto as **Exhibit S** is a true and correct copy of a December 9, 2021 email from McNamara to me, Hughes, and others, which was produced in this action by BCS at BCS_0162337.

24. Attached hereto as **Exhibit T** is a true and correct copy of a December 15, 2021 email from McNamara to me and Hughes, which was produced in this action by BCS at BCS_0158805.

25. Attached hereto as **Exhibit U** is a true and correct copy of a screenshot of BCS' registration status on the State of California Department of Justice, Office of the Attorney General's website, at http://rct.doj.ca.gov/Verification/Web/Details.aspx?result=a00fedd1-d246-4012-8a69-09428b786fbe. The screenshot was taken on March 13, 2024. In March 2024, BCS paid all requisite fees to bring the organization's registry status to "Current" for the years ending June 30, 2021; June 30, 2022; June 30, 2023; and November 15, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of March, 2024.

_____
Jennifer Magill