JOHN S. GIBSON (SBN 140647)
*john.gibson@us.dlapiper.com*
JASON T. LUEDDEKE (SBN 279242)
*jason.lueddeke@us.dlapiper.com*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Tel: 310.595.3000
Fax: 310.595.3300

Attorneys for Plaintiff
BREAKING CODE SILENCE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BREAKING CODE SILENCE, a California 501(c)(3) non-profit,

Plaintiff,

v.

KATHERINE MCNAMARA, an individual, JEREMY WHITELEY, an individual, and DOES 1 through 50, inclusive,

Defendants.

CASE NO. 2:22-CV-002052-SB-MAA

Hon. Maria A. Audero

**PLAINTIFF BREAKING CODE SILENCE'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF JEREMEY WHITELEY**

Date: May 14, 2024
Time: 2:00 p.m.
Courtroom: 880

Pursuant to Section 8(c)(3) of the Standing Order and the Federal Rules of Evidence, Plaintiff Breaking Code Silence ("BCS") hereby submits evidentiary objections to the Declaration of Jeremy Whiteley in Support of Defendant Katherine McNamara's Motion for Summary Judgment or, Alternatively, Partial Summary Judgment (Dkt. No. 172-2) ("Whiteley Declaration").

While the Whiteley Declaration is replete with objectionable testimony, BCS focuses its objections on the testimony below in the interest of judicial efficiency. BCS reserves the right to object to any of this evidence in the future, whether *in limine* or through other means, including based on how Defendants intend to use such evidence in the future or at trial.

| **Whiteley Declaration** | **Objection** | **Ruling** |
|---|---|---|
| **Objection 1.**<br>17. Shortly after BCS was formed, Hughes began regularly hurling insults and homophobic epithets at me during meetings (including BCS board meetings), telephone calls, Zoom conferences, and on BCS's private Slack channel in the Breaking Code Silence workspace. For example, Hughes would often call me a "mangina"[1] and tell me to "suck her dick" or "eat her ass." As a gay man who is not effeminate, I found Hughes' insults extremely offensive and asked her repeatedly | **Objection 1. Relevance, confusion and prejudice. Fed. R. Evid. 401, 403.** The alleged statements are irrelevant to this hacking dispute and any of the elements of the Computer Fraud and Abuse Act and related state claim. 18 U.S.C. § 1030. Further, the probative value is | **Objection 1.**<br>Sustained / Overruled. |

| | | |
|---|---|---|
| to stop calling me names and being rude. In response, Hughes would tell me to "go eat some Chick-Fil-A and get over it."[2] [footnotes omitted] | substantially outweighed by a danger of unfair prejudice and of misleading the jury. | |
| **Objection 2.**<br>18. The constant abuse from Hughes led to my resignation from BCS' board of directors on June 26, 2021. I specified that the reason for my resignation was due to the hostile comments made by Hughes towards me and the way she mistreated me. A true and correct copy of my June 26, 2021 resignation letter is attached to the Index of Exhibits as **Exhibit 27**. A true and correct copy of the letter I received from Vanessa Hughes on June 28, 2021, accepting my resignation is attached to the Index of Exhibits as **Exhibit 28**. | **Objection 2. Relevance, confusion and prejudice. Fed. R. Evid. 401, 403.** The alleged abuse and grounds for resignation are irrelevant to this hacking dispute and any of the elements of the Computer Fraud and Abuse Act and related state claim. 18 U.S.C. § 1030. Further, the probative value is substantially outweighed by a danger of unfair | **Objection 2.**<br>Sustained / Overruled. |

| | | |
|---|---|---|
| | prejudice and of misleading the jury. | |
| **Objection 3.**<br>19. I explained to the remaining board members (except Hughes) that I was still willing to help out in any way I could, but that working with Hughes was too toxic for me. A true and correct copy of my June 26, 2021 email to McNamara and Magill is attached to the Index of Exhibits as **Exhibit 29**. I also warned the board members (other than Hughes) that Hughes was also targeting another gay volunteer and that her behavior would be fatal to BCS and would likely result in a lawsuit. A true and correct copy of my June 28, 2021 email to Boyles, Magill, and McNamara is attached to the Index of Exhibits as **Exhibit 30.** | **Objection 3.**<br>**Relevance, confusion and prejudice, and hearsay. Fed. R. Evid. 401, 403.** The "toxic" and "targeting another gay volunteer" allegations are irrelevant to this hacking dispute and any of the elements of the Computer Fraud and Abuse Act and related state claim. 18 U.S.C. § 1030. Further, the probative value is substantially outweighed by a danger of unfair prejudice and of misleading the jury. | **Objection 3.**<br>Sustained / Overruled. |

| | | |
|---|---|---|
| **Objection 4.**<br>21. The only BCS accounts that I had administrative access to, or administrative credentials for, at the time of my resignation were: Cloudways, Facebook Business Page, Google for Nonprofits, Google Ads, PayPal, Google Analytics, WordPress, Slack, and YouTube. In the weeks following my resignation, I made good on my promises to assist BCS with the transfer of all of the remaining BCS accounts that I had either set up or had access to during my tenure. Specifically:<br>a. On June 28, I removed myself as an administrator from BCS's Facebook Business Page. A true and correct copy of the confirmation email I received from Facebook on June 28, 2021 is attached to the Index of Exhibits as **Exhibit 31**. The email confirms: "You have been removed from Breaking Code | **Objection 4**.<br>**Relevance and confusion and prejudice. Fed. R. Evid. 401, 403.** To the extent that Whiteley is suggesting that actions about other accounts that are not the subject of BCS's claims sanitize the alleged hacking, this is irrelevant and confuses the issues. | **Objection 4.**<br>Sustained / Overruled. |

| | | |
|---|---|---|
| Silence by Jeremy Whiteley on Facebook Business Manager. This means you won't be able to access any accounts or Pages you were working on as part of the business. ..." That day I also provided BCS with the login credentials to change the login and remove me from BCS's PayPal account. A true and correct copy of my June 28, 2021 email to McNamara providing the login credentials is attached to the Index of Exhibits as **Exhibit 32**. b. On June 28, I de-activated my account in the Breaking Code Silence Slack workspace which removed my access. c. On June 28, McNamara revoked my authorization to the jwhiteley@breakingcodesilence.org email account. During my time at BCS, documents were housed both on various personal Google Drives as well as BCS' Google Drive. The majority of my access to BCS' Google Drive folders/drives were linked to my BCS email address, | | |

| | | |
|---|---|---|
| jwhiteley@breakingcodesilence.org d. On June 30, I removed myself as an administrator on BCS's Google for Nonprofits account. A true and correct copy of the June 30, 2021 email I received from Google for Nonprofits is attached to the Index of Exhibits as **Exhibit 33**. The email confirms: "... you are no longer an administrator of the Google for Nonprofits account for Breaking Code Silence. Your administrative access was removed by Jeremy Whiteley." e. On July 6, I revoked BCS's permission to use my Squirrly SEO website plugin. Squirrly SEO is a search engine optimization plugin for WordPress that I use for my business. During my tenure at BCS, I allowed BCS's website to use the feature. Squirrly SEO was connected to McNamara's Google Webmaster Tools/Search Console using my personal Google account. I also removed BCS's permissions within Dropbox so that BCS's | | |

| | | |
|---|---|---|
| website would no longer backup into my Dropbox account. In addition, I received confirmation from Cloudways that the email associated with BCS's Cloudways account was changed from my email address to jmagill@breakingcodesilence.com (Magill's email address). A true and correct copy of my July 6, 2021 email to BCS's attorney, Greta Proctor, advising her of these actions and forwarding the Cloudways email address change confirmation is attached to the Index of Exhibits as **Exhibit 34**. f. On July 9, BCS changed the administrative access to BCS's WordPress account to another BCS director, Bill Boyles. A true and correct copy of the July 9, 2021 email confirmation I received reflecting the change f the administrative email for BCS's WordPress account is attached to the Index of Exhibits as Exhibit 35. After July 9, 2021, I never accessed | | |

| | | |
|---|---|---|
| BCS's WordPress Account or made any changes to BCS's WordPress Account. g. On July 10, I relinquished ownership of the BCS's YouTube account. A true and correct copy of my July 12, 2021 email to BCS's attorney, Greta Proctor, advising her that I made this change and asking for confirmation that there was nothing else BCS needed me to do with respect to YouTube, is attached to the Index of Exhibits as **Exhibit 36**. On July 10, I also received two email notifications from Google within a minute of each other indicating that I was first added to one of BCS's Google Web Services Account as an owner at 10:45:39 p.m. and then my ownership was immediately revoked at 10:45:48 p.m. True and correct copies of the emails that I received from google-my-business-noreply@google.com are attached collectively to the Index of Exhibits as **Exhibit 37**. I immediately | | |

| | | |
|---|---|---|
| advised BCS's counsel, Greta Proctor, as shown in my July 12 email to her attached as **Exhibit 36.** h. On July 19, McNamara revoked my authorization to BCS' Google Ads account. A true and correct copy of the July 19, 2021 email alert I received indicating that I had been removed from as an administrator from BCS' Google Ads account by Katherine McNamara (iristheangel@gmail) is attached to the Index of Exhibits as **Exhibit 38.** | | |
| **Objection 5.** 22. After the foregoing changes were made and McNamara revoked my authorization to BCS's Google Analytics accounts on August 18 as set forth in her declaration, to the best of my knowledge, I ceased to have access to any BCS account or computer. And after the foregoing actions were taken, I did not attempt to access the above-referenced BCS accounts. | **Objection 5. Relevance and confusion and prejudice. Fed. R. Evid. 401, 403.** To the extent that Whiteley is suggesting that actions about other accounts ("above-referenced accounts") that are | **Objection 5.** Sustained / Overruled. |

| | | |
|---|---|---|
| | not the subject of BCS's claims sanitize the alleged hacking, that testimony is irrelevant and confuses the issues. | |
| **Objection 6.**<br>30. After reviewing the Complaint, on March 29, 2022, I accessed the Google Search Console for the .Org Domain by browsing to the Google Search Console page while already signed into Google as jeremy@medtexter.com to try and determine why BCS was claiming their website was deindexed. Attached to the Index of Exhibits as **Exhibit 41** is a true and correct copy of a screenshot I took on July 12, 2023 from the Settings tab of the Google Seach Console which shows that I first accessed the Google Search Console on March 29, 2022, where it says "Property added to account." To be clear, after my | **Objection 6.**<br>**Improper opinion testimony by a lay witness. Fed. R. Evid. 701/702.** The opinion is based on technical or specialized knowledge and conflicts with what is required for expert testimony. | **Objection 6.**<br>Sustained / Overruled. |

| | | |
|---|---|---|
| resignation from BCS, I only accessed the Google Tools (specifically the Google Webmaster Central page – which was separate from Google Search Console at the time) for the .Org Domain based on the permissions McNamara granted to me on March 11, and later only accessed the Google Search Console on March 29. Regardless, I did not take any action or alter any data on the Google Tools. However, I observed that several site maps had been submitted incorrectly, including the sitemap for BCS's homepage, and that many web pages for the BCS website were marked and submitted as "no index" which is not a setting that would be made in Google Search Console but on the WordPress website itself and would tell Google not to index those pages. I also observed that BCS did not have a site map in their robots.txt file on their website during the month of March 2022. Based on my 20 years of experience with websites | | |

| | | |
|---|---|---|
| and web marketing, any of these errors could have caused BCS's website to be deindexed. And the only people who would have the necessary credentials to submit the sitemaps and to mark webpages for "no index" would be someone with access to BCS's WordPress account, which I no longer had any access to after July 9, 2021. To be clear, after July 9, 2021, I never accessed BCS's WordPress Account or made any changes to BCS's WordPress Account, nor did I have any ability to do so. | | |

Dated: March 15, 2024

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ John S. Gibson*
John S. Gibson
Jason Taylor Lueddeke

Attorneys for Plaintiff
BREAKING CODE SILIENCE