JOHN S. GIBSON (SBN 140647)
john.gibson@us.dlapiper.com
JASON T. LUEDDEKE (SBN 279242)
jason.lueddeke@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Tel: 310.595.3000
Fax: 310.595.3300

Attorneys for Plaintiff
BREAKING CODE SILENCE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) non-profit,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE MCNAMARA, an individual, JEREMY WHITELEY, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:22-CV-002052-SB-MAA<br><br>Hon. Maria A. Audero<br><br>**PLAINTIFF BREAKING CODE SILENCE'S APPLICATION TO SEAL ADDITIONAL EVIDENCE IN SUPPORT OF OPPOSITION TO DEFENDANT KATHERINE MCNAMARA'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date: May 14, 2024<br>Time: 2:00 p.m.<br>Courtroom: 880 |

On March 15, 2024, Plaintiff Breaking Code Silence ("BCS") filed its opposition to Defendant Katherine McNamara's ("McNamara") motion for summary judgment. In connection with its opposition, BCS inadvertently filed two exhibits (Dkt. 186-5, 186-9) that Defendants had designated "Confidential" under the Stipulated Protective Order issued by the Court on June 29, 2022 (Dkt. 29). While BCS does not believe that either exhibit contains information warranting confidential treatment, BCS has nonetheless contacted the Clerk of Court to temporarily seal the two exhibits pending adjudication of this Application.

Dkt. 186-5 (DEF-0004196, Exhibit E to Declaration of Jason Lueddeke) and 186-9 (DEF-000092, Exhibit I to Declaration of Jason Lueddeke) are excerpts of Facebook chats to which McNamara is a participant. A redacted version of each exhibit is attached hereto.

Pursuant to Local Rule 79-5.2.2(b), BCS files this Application to afford Defendants an opportunity to satisfy their burden of demonstrating compelling reasons why the presumption of public access to the exhibits should be overcome. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

Thus, if Defendants desire the exhibits to be filed under seal, they must satisfy their burden of demonstrating compelling reasons why the presumption of public access to the Testimony should be overcome.

Dated: March 19, 2024               Respectfully submitted,

                                    **DLA PIPER LLP (US)**

                                    By: */s/ John S. Gibson*
                                         JOHN S. GIBSON
                                         JASON TAYLOR LUEDDEKE

                                    Attorneys for Plaintiff
                                    BREAKING CODE SILIENCE

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiff BREAKING CODE SILIENCE, certifies that this brief contains 207 words, which complies with L.R. 11-6.1.

Dated: March 19, 2024            Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ John S. Gibson*
       JOHN S. GIBSON
       JASON TAYLOR LUEDDEKE

Attorneys for Plaintiff
BREAKING CODE SILIENCE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March, 2024, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

                         */s/ John S. Gibson*
                           John S. Gibson