UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**

Case No.   **2:22-cv-02052-MAA**                                   Date: **April 5, 2024**

Title   **Breaking Code Silence v. Katherine McNamara, et al.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

|  |  |
|---|---|
|  | XtR 3/25/24 |
| Cindy Delgado | XtR 4/5/24 |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Jason T. Lueddeke | M. Adam Tate |
| John S. Gibson | |

**Proceedings (In Person and Telephonic):   Status Conference and Informal Discovery Conference re: Outcome of Phase 1 (ECF Nos. 181, 193)**

Case is called.  Counsel make their appearances.[1]

Before the Court on March 25, 2024 and April 5, 2024, is a Status Conference and Informal Discovery Conference, respectively, convened by the Court to discuss the outcome of Phase 1 and the parties' progress toward obtaining the discovery at issue in the Joint Stipulation re: Defendants Katherine McNamara and Jeremy Whiteley's Motion for Evidentiary and Monetary Sanctions Under Rule 37 of the Federal Rules of Civil Procedure ("Sanctions Motion") (ECF No. 98).  (ECF Nos. 181, 193.)

The Court confers with the parties regarding the outcome of the Phase 1.  In light of developments made through the Phase 1 process toward obtaining the discovery at issue and for the reasons stated on the record, the Court determines that the Sanctions Motion needs to be supplemented.  The Court **SETS** the following briefing schedule for supplementation of the Sanctions Motion:

- Defendants' supplemental brief is due no later than April 22, 2024
- Plaintiff's response to Defendants' supplemental brief is due no later than May 6, 2024

---

[1] At the March 25, 2024 in-person Status Conference, Plaintiff's representative, Jennifer Magill, and Defendants Katherine McNamara and Jeremy Whiteley appeared, in addition to counsel.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:22-cv-02052-MAA**                                           Date: **April 5, 2024**

Title      **Breaking Code Silence v. Katherine McNamara, et al.**

- Defendants' optional reply on their supplemental brief is due no later than May 13, 2024

The Court advises the parties that, despite its technical difficulties with the recording at the commencement of the April 5, 2024 conference, the Court has confirmed that the conference was recorded such that the parties may request a transcript thereof if they so desire.

It is so ordered.

3/25/24: 3:00
**Time in Court:**   4/5/24: 1:00

---