1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) non-profit,<br><br>              Plaintiff,<br><br>     v.<br><br>KATHERINE MCNAMARA, an individual, JEREMY WHITELEY, an individual, and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO.  2:22-CV-002052-SB-MAA<br><br>Hon. Maria A. Audero<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(2)** |

1    Having considered Plaintiff Breaking Code Silence's Request for Voluntary

2  Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2), the

3  Court finds and adjudicates as follows:

4    The Request is GRANTED.  Breaking Code Silence's Complaint against

5  Defendants Katherine McNamara and Jeremy Whiteley is hereby dismissed with

6  prejudice.  All Parties shall bear their own attorney's fees and costs.

7

8  **IT IS SO ORDERED.**

9

10

11

12  Dated: _____, 2024

13

14                By: _____

15                    HON. MARIA AUDERO
                      UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28