1  JOHN SAMUEL GIBSON (SBN 140647)
   *john.gibson@us.dlapiper.com*
2  JASON TAYLOR LUEDDEKE (SBN 279242)
   *jason.lueddeke@us.dlapiper.com*
3  **DLA PIPER LLP (US)**
   2000 Avenue of the Stars
4  Suite 400 North Tower
   Los Angeles, California 90067-4735
5  Tel:   310.595.3000
   Fax:   310.595.3300
6
   Attorneys for Plaintiff
7  BREAKING CODE SILENCE

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12 BREAKING CODE SILENCE, a         CASE NO.  2:22-CV-002052-SB-MAA
   California 501(c)(3) non-profit,
13                                  Hon. Maria A. Audero
              Plaintiff,
14                                  **DECLARATION OF JENNIFER**
       v.                          **MAGILL IN SUPPORT OF**
15                                 **PLAINTIFF'S REQUEST FOR**
   KATHERINE MCNAMARA, an          **VOLUNTARY DISMISSAL WITH**
16 individual, JEREMY WHITELEY, an  **PREJUDICE PURSUANT TO FRCP**
   individual, and DOES 1 through 50, **41(a)(2)**
17 inclusive,
                                    Complaint Filed:  March 28, 2022
18            Defendants.           Trial Date:  Not Set

19

20

21

22

23

24

25

26

27

28

1    ## DECLARATION OF JENNIFER MAGILL

2    I, Jennifer Magill, declare as follows:

3    1.    I am the CEO of Breaking Code Silence ("BCS"), a 501(c)(3) nonprofit

4    organization that supports survivors of institutional abuse in the "troubled teen

5    industry" through education, outreach, research, and community organizing.

6    Pursuant to the Court's April 10, 2024 Order (Dkt. 200), I submit this declaration in

7    support of BCS' Request for Voluntary Dismissal with Prejudice Pursuant to FRCP

8    41(a)(2) (Dkt. 198).

9    2.    As a nonprofit organization, BCS has very limited assets.  BCS

10    maintains a bank account at Alpine Bank, with a current balance of $2,308.68.  *See*

11    Ex. A.  BCS has no other deposit accounts (bank, credit union, or otherwise) with

12    any financial institution other than Alpine Bank.  BCS has no other quantifiable

13    assets available for liquidation.

14    3.    BCS currently has liabilities totaling $235,128.50, which include the

15    following:

16        a.    Legal fees owed to Procopio, Cory, Hargreaves & Savitch LLP

17    in the amount of $63,467.50.  *See* Ex. B.  These fees relate to litigation regarding

18    BCS' trademarks, which was brought based on information provided by then-board

19    member Katherine McNamara.  BCS resolved the case upon learning that the

20    information provided was intentionally inaccurate, and the organization now

21    collaborates with the former opposing parties in joint activism against institutional

22    child abuse.

23        b.    Legal fees owed to T-Rex Law, P.C. in the amount of $1,880.00.

24    *See* Ex. C.  These fees relate to the trademark challenge initiated by Ms. McNamara

25    after she left the organization.  The fees incurred are to dispute Ms. McNamara

26    challenging the very same facts and exhibits she herself previously submitted to the

27    USPTO and to BCS' attorneys.

28        c.    Tax preparation fees in the amount of $3,700.00.  *See* Ex. D.

1

These fees were higher than expected due to a series of complications arising from Ms. McNamara's handling of the organization's bank account.  In May of 2021, as a Board member and the CFO, Ms. McNamara set up the BCS bank account as a personal account rather than a corporate account.  As a result, BCS had no access to the initial banking statements.  The issue was compounded after her resignation when she refused to relinquish administrative control over several of the organization's accounts, including the former bank account.  U.S. Bank informed me that they closed BCS' bank account after receiving a phone call requesting the account be closed.  This call was not made by me or Vanessa Hughes.  Consequently, BCS was unable to access these bank records, rendering the organization unable to demonstrate its financial standing for tax purposes.  These actions caused BCS to be delinquent in its tax filing, necessitating the costly hiring of a CPA to assist with the tax filing.

        d.     Operating funds in the amount of $97,131.10 loaned to BCS by Ms. McNamara.  *See* Ex. E.

        e.     Operating funds in the amount of $54,188.74 loaned to BCS by Dr. Hughes.  *See* Ex. E.

        f.     Operating funds in the amount of $6,710.91 loaned to BCS by me.  *See* Ex. E.

        g.     Recurring expenses in the amount of $326.83 per month.  *See* Ex. F.s

        h.     Deposition transcript fees in the amount of $7,723.45 loaned to BCS by Dr. Hughes.  *See* Ex. G.

    4.     To the best of my knowledge, these are all of the material assets and liabilities of BCS.  I am not aware of any assets exceeding $500.00 that are not identified here.

    5.     All of the documents appended hereto were retrieved between January 5, 2024, and April 15, 2024, and are true and accurate copies of the originals.

2

1    I declare under penalty of perjury that the foregoing is true and correct.

2

3    Executed April 17, 2024.

4                                         */s/ Jennifer Magill*

5                                         JENNIFER MAGILL

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JENNIFER MAGILL ISO PLAINTIFF'S REQUEST FOR VOLUNTARY
DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(2)
ACTIVE/1608891843

# Exhibit A

# Alpine Bank
Member FDIC

400 7th Street South
Rifle, CO 81650-2700
Address Service Requested

800-551-6098

```
Date    3/29/24              Page      1
Primary Account   XXXXXXXXXXXX2368
Enclosures
```

32578443

BREAKING CODE SILENCE
4470 W SUNSET BLVD STE 107
LOS ANGELES CA 90027-6309

March is Women's History Month! All month long,
we are featuring extraordinary women at Alpine Bank
who are passionate about volunteering in their communities.

## CHECKING ACCOUNT

Account Name:          BREAKING CODE SILENCE

```
BUSINESS INTEREST CHECKING        Check Safekeeping
Account Number      XXXXXXXXXXXX2368   Statement Dates   3/01/24 thru  3/31/24
Previous Balance            2,358.24   Days In The Statement Period          31
    4 + Deposits             361.30    Average Ledger Bal.             2,345.79
    9 - Checks/Charges        411.16   Average Collected Bal.          2,345.79
Service Charge                  .00    Interest Earned                      .30
Interest Paid                   .30    Annual Percentage Yield Earned      0.15%
Current Balance            2,308.68    2024 Interest Paid                   .80
```

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|------|-------------|--------|
| 3/05 | TRANSFER    PAYPAL<br>PPD | 117.38 |
| 3/12 | TRANSFER    PAYPAL<br>PPD | 59.58 |
| 3/19 | TRANSFER    PAYPAL<br>PPD | 119.58 |
| 3/26 | TRANSFER    PAYPAL<br>PPD | 64.76 |
| 3/31 | Interest Paid | .30 |

## WITHDRAWALS AND OTHER TRANSACTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 3/01 | DBT CRD 1113 03/01/24 75290121<br>DIGITALOCEAN.COM<br><br>DIGITALOCEAN.NY C# 3798 | 18.29- |
| 3/06 | DBT CRD 1048 03/06/24 66703874<br>Mailchimp | 72.00- |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous or automatic charge(s) posted on this statement.

2. Mark (✓) your register after each check listed on front of statement.

3. Check off deposits shown on the statement against those shown in your check register.

4. Complete the form at right.

5. The final "balance" in the form to the right should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| | | |
|---|---|---|
| NEW BALANCE | $ | |
| TRANSFER AMOUNT FROM OTHER SIDE | | |
| ADD | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| | | |
| | | |
| SUB TOTAL | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | |
| NUMBER | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE. | BALANCE | $ |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

**In Case of Errors or Inquiries About Your ACCOUNT Statement**

**Your ACCOUNT AGREEMENT sets forth your obligation to promptly examine your statement and report any errors.**

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at:
Alpine Bank Consumer· Lending
400 7ᵗʰ Street South
Rifle, CO 81650

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 30 days (or longer if provided by law or any applicable regulation governing banking operations) after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not the1·e has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

CALL OR WRITE US AT: ALPINE BANK EFT DEPARTMENT, 225 N. 5TH ST GRAND JUNCTION, CO 81501, 833-411-1946 Business Days: Monday through Friday, excluding Federal holidays. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement receipt.

(1) Tell us your name and account number (if any),
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you are a consumer with an account for personal, household use, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will investigate your complaint and will correct any error promptly. If we take more than 1 O business days to do this, we will credit your account for the amount that you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**READY RESERVE**

**BALANCE COMPUTATION METHOD** - The FINANCE CHARGE is assessed on the average daily balance on your account. We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily b alance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. Th is gives us the "average daily balance."

**ALPINE INFO-LINE AND ONLINE FUNDS TRANSFER**

When using the funds transfer option on Info-Line and Online you may transfer funds until 10:00 pm Monday through Friday, with the exception of Holidays, and the transfer will occur on that business day. To transfer funds between Alpine Bank accounts, you must set up a pin with customer service representative or a password through Online Banking. Alpine Info-Line telephone numbers are 1-888-4-Alpine (1-888-425-7463), 970-945-4433 and 970-245-4433. Alpine Bank's web address is www.alpinebank.com.

**LOST OR STOLEN VISA® DEBIT CARD**

Tell us AT ONCE if you believe your Visa debit card and/or PIN has been lost or stolen. You can call at any time to report the card lost or stolen.

1-888-4-Alpine (1-888-425-7463)

APBK 01/1202 3



BREAKING CODE SILENCE
4470 W SUNSET BLVD STE 107
LOS ANGELES CA 90027-6309

BUSINESS INTEREST CHECKING      XXXXXXXXXXXX2368  (Continued)

## WITHDRAWALS AND OTHER TRANSACTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 3/11 | 678-9990141  GA C# 3798<br>DBT CRD 1252 03/10/24 04320655<br>VIRTUALPOSTMAIL.COM | 20.00- |
| 3/11 | 909-235-6245 NV C# 3798<br>DBT CRD 1059 03/11/24 87914058<br>Cloudways | 62.10- |
| 3/11 | NEW YORK     NY C# 3798<br>DBT CRD 1252 03/10/24 46312807<br>TRAVELING MAILBOX | 19.95- |
| 3/15 | HTTPSTRAVELINNC C# 3798<br>DDA B/P 1052 03/15/24 23550525<br>TRAVELING MAILBOX | 19.95- |
| 3/20 | HTTPSTRAVELINNC C# 3798<br>DBT CRD 1039 03/20/24 63470783<br>Dropbox 7GPRS4Y87Z3Q | 119.88- |
| 3/26 | 141-58576933 CA C# 3798<br>DBT CRD 1029 03/26/24 70433877<br>ARRANGR, INC. | 6.99- |
| 3/28 | ARRANGR.COM  CT C# 3798<br>DDA B/P 1046 03/28/24 73249065<br>DROPBOX*LQ3PKSN2BHJ9<br><br>DROPBOX.COM  CA C# 3798 | 72.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | 2,339.95 | 3/12 | 2,342.86 | 3/26 | 2,380.38 |
| 3/05 | 2,457.33 | 3/15 | 2,322.91 | 3/28 | 2,308.38 |
| 3/06 | 2,385.33 | 3/19 | 2,442.49 | 3/31 | 2,308.68 |
| 3/11 | 2,283.28 | 3/20 | 2,322.61 | | |

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous or automatic charge(s) posted on this statement.

2. Mark (✓) your register after each check listed on front of statement.

3. Check off deposits shown on the statement against those shown in your check register.

4. Complete the form at right.

5. The final "balance" in the form to the right should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | | |
| | | | |
| | | | |
| SUB TOTAL | | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |
| NUMBER | AMOUNT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CHECKS NOT LISTED | | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE. | BALANCE | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

### In Case of Errors or Inquiries About Your ACCOUNT Statement
### Your ACCOUNT AGREEMENT sets forth your obligation to promptly examine your statement and report any errors.
#### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:
Alpine Bank Consumer· Lending
400 7" Street South
Rifle, CO 81650

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 30 days (or longer if provided by law or any applicable regulation governing banking operations) after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not the1·e has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

CALL OR WRITE US AT: ALPINE BANK EFT DEPARTMENT, 225 N. 5TH ST GRAND JUNCTION, CO 81501, 833-411-1946 Business Days: Monday through Friday, excluding Federal holidays. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement receipt.

(1) Tell us your name and account number (if any),
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you are a consumer with an account for personal, household use, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will investigate your complaint and will correct any error promptly. If we take more than 1 O business days to do this, we will credit your account for the amount that you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### READY RESERVE

**BALANCE COMPUTATION METHOD** - The FINANCE CHARGE is assessed on the average daily balance on your account. We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily b a lance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. Th is gives us the "average daily balance."

### ALPINE INFO-LINE AND ONLINE FUNDS TRANSFER

When using the funds transfer option on Info-Line and Online you may transfer funds until 10:00 pm Monday through Friday, with the exception of I1olidays, and the transfer will occur on that business day. To transfer funds between Alpine Bank accounts, you must set up a pin with customer service representative or a password through Online Banking. Alpine Info-Line telephone numbers are 1-888-4-Alpine (1-888-425-7463), 970-945-4433 and 970-245-4433. Alpine Bank's web address is www.alpinebank.com.

### LOST OR STOLEN VISA® DEBIT CARD

Tell us AT ONCE if you believe your Visa debit card and/or PIN has been lost or stolen. You can call at any time to report the card lost or stolen.

1-888-4-Alpine (1-888-425-7463)

APBK 01 / 1202 3

# Exhibit B

**Procopio**

## STATEMENT

Breaking Code Silence
4470 West Sunset Blvd
Suite 107, Pmb 93863
Los Angeles, CA 90027
EMAIL

Account Balance as of:   January 5, 2024
Client #:   129929

Greetings, below is a statement of your account showing all outstanding invoice(s).   If payment has been sent, please accept our thanks.   Should you have any questions on these invoice(s), or if you would like to pay the invoice(s) by credit card, please call us at the number provided below. Alternatively, you may contact us at the email provided below, Thank you

### Your Business is Greatly Appreciated

| Invoice Date | Invoice Number | Amount Billed | Amount Paid | Balance Due |
|---|---|---|---|---|
| 12/5/2021 | 780517 | $4,305.00 | $4,289.60 | $15.40 |
| 12/5/2021 | 780518 | $10,152.50 | $1,600.00 | $8,552.50 |
| 12/5/2021 | 780519 | $61.50 | $0.00 | $61.50 |
| 1/18/2022 | 785191 | $5,275.88 | $0.00 | $5,275.88 |
| 1/18/2022 | 785193 | $15,881.68 | $0.00 | $15,881.68 |
| 2/18/2022 | 789164 | $120.95 | $0.00 | $120.95 |
| 2/18/2022 | 789166 | $7,590.00 | $0.00 | $7,590.00 |
| 3/16/2022 | 792063 | $2,746.10 | $0.00 | $2,746.10 |
| 4/12/2022 | 794837 | $1,435.00 | $0.00 | $1,435.00 |
| 4/12/2022 | 794838 | $4,048.70 | $0.00 | $4,048.70 |
| 4/12/2022 | 794839 | $123.00 | $0.00 | $123.00 |
| 4/12/2022 | 794840 | $140.00 | $0.00 | $140.00 |
| 5/13/2022 | 798912 | $10,909.51 | $0.00 | $10,909.51 |
| 5/13/2022 | 798913 | $446.23 | $0.00 | $446.23 |
| 5/13/2022 | 798914 | $41.40 | $0.00 | $41.40 |
| 6/10/2022 | 801966 | $1,483.00 | $0.00 | $1,483.00 |
| 6/10/2022 | 801967 | $284.00 | $0.00 | $284.00 |
| 6/10/2022 | 801968 | $328.62 | $0.00 | $328.62 |
| 7/19/2022 | 806379 | $686.80 | $0.00 | $686.80 |
| 7/19/2022 | 806380 | $167.90 | $0.00 | $167.90 |
| 8/8/2022 | 808661 | $117.00 | $0.00 | $117.00 |
| 9/20/2022 | 814369 | $1,326.65 | $0.00 | $1,326.65 |
| 9/20/2022 | 814370 | $123.00 | $0.00 | $123.00 |
| 10/13/2022 | 817639 | $697.00 | $0.00 | $697.00 |
| 11/16/2022 | 822501 | $865.68 | $0.00 | $865.68 |



| **Invoice Date** | **Invoice Number** | **Amount Billed** | **Amount Paid** | **Balance Due** |
|---|---|---|---|---|
| **Balance Due** | | | | **$63,467.50** |

Cordially,

Procopio, Cory, Hargreaves & Savitch LLP
525 B Street, Suite 2200
San Diego, CA 92101
direct dial:  (619) 906-5682
direct fax:  (619) 744-5403
accounts.receivable@procopio.com

Please remit to: Procopio, Cory; Hargreaves & Savitch
PO Box 511480 Los Angeles, CA 90051-8035

Payment may be made by check, wire transfer, or Visa, MasterCard, American Express and Discover

# Exhibit C



# INVOICE

Invoice # 1285
Date: 10/02/2023
Due Upon Receipt

7040 Avenida Encinas #104-333
Carlsbad, California 92011
United States

Breaking Code Silence

USA

## 00051-Breaking Code Silence

## Breaking Code Silence-Opposition - adv. Katherine McNamara - BREAKING CODE SILENCE

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 09/28/2023 | Flat Rate: ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ | 1.00 | $600.00 | $600.00 |
| | | | **Total** | | **$600.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 1285 | 10/02/2023 | $600.00 | $0.00 | $600.00 |
| | | | **Outstanding Balance** | **$600.00** |
| | | | **Total Amount Outstanding** | **$600.00** |

Payment is due upon receipt.



# INVOICE

Invoice # 1975
Date: 03/01/2024
Due On: 03/04/2024

7040 Avenida Encinas #104-333
Carlsbad, California 92011
United States

Breaking Code Silence

USA

## 00051-Breaking Code Silence

## Breaking Code Silence-Opposition - adv. Katherine McNamara - BREAKING CODE SILENCE

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 02/21/2024 | Flat Rate: Redacted for Privacy Redacted for Privacy | 1.00 | $200.00 | $200.00 |
| | | | | **Total** | **$200.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 1806 | 02/01/2024 | $810.00 | $0.00 | $810.00 |
| 2113 | 04/01/2024 | $270.00 | $0.00 | $270.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 1975 | 03/04/2024 | $200.00 | $0.00 | $200.00 |
| | | | **Outstanding Balance** | **$1,280.00** |
| | | | **Total Amount Outstanding** | **$1,280.00** |

Invoice # 1975 - 03/01/2024

# Exhibit D



Redacted for Privacy

# Invoice  2023-21141

**BILL TO**

Vanessa Hughes
Breaking Code Silence
4470 W Sunset Blvd. #107
PBM93863
Los Angeles, CA  90027

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 10/02/2023 | **$2,200.00** | 11/01/2023 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Preparation of Non Profit Tax Return Redacted for Privacy Redacted for Privacy | 1 | 2,200.00 | 2,200.00 |

Thank you for your time and consideration! We appreciate your business!  If you have any questions or concerns, please do not hesitate to ask.  You may contact Redacted for Privacy

Remit to:
Redacted for Privacy

Thank you for your business! We take credit cards, ACH payments, Intuit payments and checks can be sent to Redacted for Pri Redacted for Privacy

**TOTAL DUE**      **$2,200.00**

THANK YOU.


Redacted for Privacy

# Invoice  2023-22266

**BILL TO**

Vanessa Hughes
Breaking Code Silence
4470 W Sunset Blvd. #107
PBM93863
Los Angeles, CA  90027

| DATE | PLEASE PAY | DUE DATE |
|------|-----------|----------|
| 03/08/2024 | **$1,500.00** | 04/01/2024 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Preparation of Non Profit Tax Return for the year ended: 6/30/2023 | 1 | 1,500.00 | 1,500.00 |

Thank you for your time and consideration! We appreciate your business!  If you have any questions or concerns, please do not hesitate to ask.  You may contact A/R at Redacted for Privacy

Remit to:
Redacted for Privacy

Thank you for your business! We take credit cards, ACH payments, Intuit payments and checks can be sent to Redacted for Privacy
Redacted for Privacy

| | |
|--|--|
| TOTAL DUE | **$1,500.00** |
| | THANK YOU. |

# Exhibit E



| | March 2021 | April | May | June | July | August | September | October | November | December | January 2022 | February | March | April | May | June | July | August | September | October | November | December | January 2023 | February | March | April | May | June | July | August | September | October | November | December | January 2024 | February | March | April | May | February | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MailChimp | | $14.99 | $13.49 | $13.49 | $13.49 | $14.99 | $19.98 | $19.98 | $19.98 | $19.98 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $150.37 |
| Acuity | | $276.00 | | | | | $24.04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $300.04 |
| DocuSign | | $270.00 | | | | | | | | | | | | $300.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | $570.00 |
| Arrangr | | | | | | | $3.76 | $4.48 | $4.48 | $4.48 | $4.48 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $21.68 |
| USPS (PO Box) | $161.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $161.00 |
| Procopio (Attorney) | $4,757.00 | $50,000.00 | | | $10,000.00 | $19,701.05 | $10,698.64 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $95,156.69 |
| Procopio (Additional) | | | | | $13,952.75 | $19,701.05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $33,653.80 |
| DEI Consulting | | | $200.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $200.00 |
| Canva | | $120.00 | | | | | | | | $40.99 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $160.99 |
| Insurance | | | | $3,551.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $3,551.00 |
| Cloudways | $1.42 | $13.57 | $24.24 | $26.10 | $16.80 | $14.60 | $15.10 | $15.10 | $15.10 | $28.73 | $29.10 | $29.10 | $29.10 | $46.42 | | | | | | | | | | | | | | | | | | | | | | | | | | | $304.48 |
| Zotero | $120.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $120.00 |
| Hover | $909.68 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $909.68 |
| Court & Transcript Fees | | | | $250.00 | | $400.00 | | | | | | | | | | | | | | | | | | | | | | | | | $3,965.90 | $3,757.55 | | | | | | | | | $8,373.45 |
| *** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $0.00 |
| Evoice | | | | | $152.70 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $152.70 |
| LegalTemplates | | | | | | | $9.95 | $9.95 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $19.90 |
| Otter.ai | | | | | | $12.99 | $12.99 | $12.99 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $38.97 |
| Miscellaneous* | | | | | | | $300.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $300.00 |
| OneNotary | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $0.00 |
| Keela | | | | | | | $1,428.00 | | | | | | | | | | | | $1,428.00 | | | | | | | | | | | | | | | | | | | | | | $2,856.00 |
| Notion | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $0.00 |
| TechSoup | | | | | | | $30.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $30.00 |
| Kaye & Co. Design | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $0.00 |
| Caroline Cole stipend | | | | | | | $4,000.00 | $4,000.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $8,000.00 |
| December 2021 Payroll | | | | | | | | | | $3,000.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $3,000.00 |
| **Total** | **$5,949.10** | **$50,694.56** | **$237.73** | **$3,840.59** | **$24,135.74** | **$39,844.68** | **$16,542.46** | **$4,062.50** | **$39.56** | **$3,094.18** | **$33.58** | **$29.10** | **$29.10** | **$346.42** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,428.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$3,965.90** | **$3,757.55** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | | | **$158,030.75** |

**Total Owed To Reimburse Board** **$158,030.75**

| *Miscellaneous Charges - Itemized List | | |
|---|---|---|
| Month | Description | Amount |
| Sept. 2021 | GOC donation | $300.00 |

| Color Coding Key | |
|---|---|
| Vanessa | $54,188.74 |
| Jenny | $6,710.91 |
| Katie | $97,131.10 |
| **Total** | **$158,030.75** |

# Exhibit F

# Breaking Code Silence

Los Angeles, CA 90027

[www.breakingcodesilence.org](www.breakingcodesilence.org)

# Recurring Expense Report

### Current as of January 5, 2024

**Created by**
Jenny Magill, CEO

**Purpose**
Litigation Settlement

| Type | Category | Description | Notes | Amount |
|------|----------|-------------|-------|-------:|
| Recurring | **Mktg: Website** | Digital Ocean | | $18.29 |
| Recurring | **Mktg: CRM** | MailChimp | | $65.50 |
| Recurring | **Mktg: Website** | Cloudways | | $62.10 |
| Recurring | **Acct: Mailbox** | Traveling Mailbox | | $19.95 |
| Recurring | **Legal: Atty** | Procopio | | $100.00 |
| Recurring | **Acct: Misc.** | Arrangr | | $6.99 |
| Recurring | **Legal: Misc.** | Dropbox | | $54.00 |

**$326.83**

**Signature**

*Jenny Magill*

**Date**

January 5, 2024

# Exhibit G

**Gmail**                                                       Dr. Vanessa Hughes <vanessahughes.phd@gmail.com>

---

## Copy of payment receipt from ELITIGATION SERVICES, INC.

1 message

---

**Intuit** <do_not_reply@intuit.com>                                          Thu, Sep 21, 2023 at 10:12 AM
To: vanessahughes.phd@gmail.com, Gaspard.Rappoport@us.dlapiper.com, KMOORE@elitigationservices.com,
RLOBL@elitigationservices.com

**Dear VANESSA T HUGHES**

Below is the sales receipt provided to you by ELITIGATION SERVICES, INC.

---

### ELITIGATION SERVICES, INC.                                Receipt

15532 ANTIOCH STREET #89 LOS ANGELES CA 90272

| | | | |
|---|---|---|---|
| **Transaction Type** | Sale | **Amount** | $3,965.90 |
| **Cardholder Name** | VANESSA T HUGHES | **Credit Card Number** | ......9129 |
| **Card Type** | MasterCard | | |
| **Date & Time** | 09/21/2023 - 10:12 PDT | **Authorization Code** | 02182Z |
| **Transaction ID** | MU0185255431 | | |

---

INV PAID 12086. THANK YOU!

**Thank you for your order,**
ELITIGATION SERVICES, INC.

---

RLOBL@ELITIGATIONSERVICES.COM

No additional transfer fees or taxes apply.

Intuit Payments Inc (IPI) processes payments as an agent of the business. Payment processed by IPI constitutes
payment to the business and satisfies your obligation to pay the business, including in connection with any
dispute or case, in law or equity. Money movement services are provided by IPI pursuant to IPI's licenses (NMLS
#1098819, www.intuit.com/legal/licenses/payment-licenses/). IPI is located at 2700 Coast Avenue, Mountain
View, CA 94043, 1-888-536-4801.

Please do not reply to this message as we are unable to respond to questions at this e-mail address.

 **Dr. Vanessa Hughes <vanessahughes.phd@gmail.com>**

---

## Copy of payment receipt from ELITIGATION SERVICES, INC.

2 messages

---

**Intuit** <do_not_reply@intuit.com>                           Thu, Oct 5, 2023 at 10:39 AM
To: vanessahughes.phd@gmail.com, Gaspard.Rappoport@us.dlapiper.com, KMOORE@elitigationservices.com,
RLOBL@elitigationservices.com

**Dear VANESSA T HUGHES**

Below is the sales receipt provided to you by ELITIGATION SERVICES, INC.

---

### ELITIGATION SERVICES, INC.                                      Receipt

15532 ANTIOCH STREET #89 LOS ANGELES CA 90272

| | | | |
|---|---|---|---|
| **Transaction Type** | Sale | **Amount** | $3,757.55 |
| **Cardholder Name** **Card Type** | VANESSA T HUGHES MasterCard | **Credit Card Number** | ......9129 |
| **Date & Time** **Transaction ID** | 10/05/2023 - 10:39 PDT MS0194594761 | **Authorization Code** | 00549Z |

INV 12077 PAID

**Thank you for your order,**
ELITIGATION SERVICES, INC.

---

RLOBL@ELITIGATIONSERVICES.COM

No additional transfer fees or taxes apply.

Intuit Payments Inc (IPI) processes payments as an agent of the business. Payment processed by IPI constitutes
payment to the business and satisfies your obligation to pay the business, including in connection with any
dispute or case, in law or equity. Money movement services are provided by IPI pursuant to IPI's licenses (NMLS
#1098819, www.intuit.com/legal/licenses/payment-licenses/). IPI is located at 2700 Coast Avenue, Mountain
View, CA 94043, 1-888-536-4801.

Please do not reply to this message as we are unable to respond to questions at this e-mail address.

---

**Dr. Vanessa Hughes** <vanessahughes.phd@gmail.com>                  Thu, Jan 4, 2024 at 10:07 AM
To: "Dr. Vanessa Hughes" <vanessahughes.phd@gmail.com>

Dr. Vanessa Hughes

Excuse any typos as this message was typed or voice texted on my cell phone!

[Quoted text hidden]