

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Dirk O. Julander, Bar No. 132313<br>*doj@jbblaw.com*<br>Catherine A. Close, Bar No. 198549<br>*cac@jbblaw.com*<br>M. Adam Tate, Bar No. 280017<br>*adam@jbblaw.com*<br>JULANDER, BROWN & BOLLARD<br>9110 Irvine Center Drive<br>Irvine, California 92618<br>Telephone: (949) 477-2100<br>Facsimile: (949) 477-6355 |
| 7<br>8 | Attorneys for Defendants<br>KATHERINE MCNAMARA and<br>JEREMY WHITELEY |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE MCNAMARA, an Individual; JEREMY WHITELEY, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-002052-SB-MAA<br><br>**DECLARATION OF KATHERINE MCNAMARA IN SUPPORT OF DEFENDANTS' RESPONSE TO REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>[*Assigned to the Hon. Maria A. Audero*] |

# DECLARATION OF KATHERINE MCNAMARA

I, KATHERINE MCNAMARA, hereby declare and state under penalty of perjury the following facts:

1. I am over the age of eighteen and am a defendant in the above-captioned action filed by Plaintiff BREAKING CODE SILENCE ("BCS"). I have personal knowledge of the following facts and, if called upon to testify, I can and will competently testify thereto:

2. While I was a volunteer and Treasurer of BCS, Jennifer Magill and I met at a Sierra Madre branch of US bank and together we opened a non-profit business bank account for BCS in May 2021. The US Bank account was never a personal account. Attached hereto as **Exhibit 4** is a true and correct copy of the first bank statement for the BCS US Bank account. It clearly reflects that the account was in the name of BCS and that it was a "NON PROFIT CHECKING" account.

3. Immediately after being forced to resign from BCS on December 9, 2021, I attempted to remove myself as the company's contact on the BCS's US Bank account. I was told by US Bank that another officer was needed to authorize the change so I immediately contacted Jennifer Magill and Vanessa Hughes to request that they remove me from the US Bank account. Attached hereto as **Exhibit 5** is a December 10-14, 2021, email exchange between me and Jennifer Magill regarding our efforts to transfer control of the account from me to Magill. As shown on the emails, on December 14, 2021, Magill advised me that she went to the bank and "just finished with the business banking manager" who showed her the updated account information and confirmed that I was "removed from the account." I never had access to BCS's US Bank account after that day and Magill's declaration (Dkt. 200) is the first time that I am aware of that BCS is claiming I refused to turn over control of the US Bank account.

1     4.    I am a cybersecurity technical solutions architect for a multinational technology conglomerate corporation. BCS's false allegations made against me in this litigation – basically that I "hacked" a nonprofit organization – are potentially career-devastating to someone in my field and would likely preclude me from future employment opportunities. This is why it is critical that I clear my name.

    I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    DATED this 24th day of April 2024

                             */s/    Katherine McNamara*
                                Katherine McNamara

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April, 2024, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

*/s/ Helene Saller*
Helene Saller