Message
___

| | |
|---|---|
| **From**: | Jenny Magill [jmagill@breakingcodesilence.org] |
| on behalf of | Jenny Magill <jmagill@breakingcodesilence.org> [jmagill@breakingcodesilence.org] |
| **Sent**: | 12/14/2021 9:49:02 AM |
| **To**: | kmcnamara013@gmail.com |
| **CC**: | Vanessa Hughes [vhughes@breakingcodesilence.org] |
| **Subject**: | Re: Bank account |

Okay, you should be all set now. I just finished with the business banking manager, and he showed me the updated account info with you removed from the account.

Thank you,
Jenny

On Tue, Dec 14, 2021 at 9:53 AM Jenny Magill <jmagill@breakingcodesilence.org> wrote:
> Hi, no, I am at us bank right now to finalize the process. They have had trouble with it and wanted me to meet with their business banking manager today. Sorry I did not update further as you said you didn't want to hear much until it was complete. I should have that confirmed before noon.
>
> **Jenny Magill**, MBA
>
> Interim Administrative Director
>
> **Breaking Code Silence, Inc.**
>
> Phone: 404-909-0629 (text/call)
>
> www.breakingcodesilence.org
>
>
> Schedule a meeting with me: https://arrangr.com/jennymagill
>
>
>> On Dec 14, 2021, at 9:51 AM, Katherine McNamara <kmcnamara013@gmail.com> wrote:
>>
>> Howdy,
>>
>> I am still not off the account. I'm assuming that means you guys want me to close the account tomorrow and mail back the check? May I have the address that I send that check back to tomorrow?
>>
>>> On Fri, Dec 10, 2021 at 6:13 PM Jenny Magill <jmagill@breakingcodesilence.org> wrote:
>>> Hi again,
>>> Just to update you, I was not able to get an appointment at that branch today. I am going in person tomorrow morning and once again will confirm when the process is complete.
>>> Have a good night,
>>> Jenny

--

### Jenny Magill, MBA

Administrative Director

**Breaking Code Silence**

A 501(c)(3) Nonprofit Organization

www.breakingcodesilence.org

Calendar

On Fri, Dec 10, 2021 at 12:49 PM Jenny Magill <jmagill@breakingcodesilence.org> wrote:
> Thank you. I will go in person to the bank today, there is one 2 miles from me here. I will confirm with you once that is done.
>
> --
>
> ### Jenny Magill, MBA
>
> Administrative Director
>
> **Breaking Code Silence**
>
> A 501(c)(3) Nonprofit Organization
>
> www.breakingcodesilence.org
>
> Calendar
>
> On Fri, Dec 10, 2021 at 12:38 PM Katherine McNamara <kmcnamara013@gmail.com> wrote:
>> I was informed by the bank that I cannot remove myself from the account without one of you signing off. The bank also informed me that by being on the account still, this could affect my credit if something unethical is done by the other people on the account.
>>
>> To protect my own credit, I ask you to remove me from the account by Tuesday of next week. The only other option the bank gave me was to close the account and mail amount of the check to one of you which I can do on Wednesday if you prefer.
>>
>> I need no other contact with you except to let me know when you have removed me from the account.

\--

\--

**Jenny Magill**, MBA

Administrative Director

**Breaking Code Silence**

A 501(c)(3) Nonprofit Organization

www.breakingcodesilence.org

Calendar

8
DEF-0036918