# **EXHIBIT 6**

| | |
|---|---|
| From: | Dr. Vanessa Hughes <vhughes@breakingcodesilence.org> |
| To: | Jesse Jensen <jjensen@breakingcodesilence.org> |
| Subject: | Mediation/funding |
| Sent: | 2023/02/03 21:37:04 (UTC -08:00) |

Hey Jesse,

Sorry so late, it has been a packed day.

I got off a call with Allison a few moments ago. She let us know we received the nod of the board -unanimously (high 6/ low 7!!!) I told her mediation did not go the way we wanted and she agreed to hold the execution and the transfer till we were ready. In the meantime, can we send them a thank you gift using the Bank of America account?

The address is 13634 Cordary Ave, Hawthorne, CA 90250

I'll get with you early next week to get you up to speed on everything today.