# **EXHIBIT 9**

**From:** Catherine Close
**Sent:** Tuesday, July 12, 2022 1:09 PM
**To:** Bentz, Tamany <Tamany.Bentz@us.dlapiper.com>; Lueddeke, Jason <Jason.Lueddeke@us.dlapiper.com>; Grush, Benjamin <Benjamin.Grush@us.dlapiper.com>
**Cc:** Helene P. Saller <helene@jbblaw.com>; Adam Tate <Adam@jbblaw.com>; Dirk Julander <doj@jbblaw.com>
**Subject:** RE: 3MCW01-01 Credit Card Issue

Hi Tamany,

I just wanted to touch base with you to get confirmation that your client has removed all of Ms. McNamara's credit card information from any BCS accounts before the next billing cycle. Please advise.

In addition, today Mr. Whiteley received a strange notification from Facebook Support indicating that something is wrong with BCS's account and requiring a response within 10 days. A screenshot of the message is attached. As your client knows, contrary to the allegations in the Complaint, Mr. Whiteley removed himself from the Facebook account immediately after his resignation and no longer has any access to that account. The confirmation of his removal from the Facebook account more than a year ago is also attached. As a result, it is unclear why he received the notification today instead of BCS's new account manager. Most likely it was due to a glitch in Facebook's system. Anyway, I sincerely hope your client is able to resolve the issue.

Yours, Catherine

**From:** Bentz, Tamany <Tamany.Bentz@us.dlapiper.com>
**Sent:** Tuesday, June 7, 2022 1:27 PM
**To:** Catherine Close <cac@jbblaw.com>; Lueddeke, Jason <Jason.Lueddeke@us.dlapiper.com>; Grush, Benjamin <Benjamin.Grush@us.dlapiper.com>
**Cc:** Helene P. Saller <helene@jbblaw.com>; Adam Tate <Adam@jbblaw.com>; Dirk Julander <doj@jbblaw.com>
**Subject:** RE: 3MCW01-01 Credit Card Issue

Thanks, Catherine. We will connect with our client on this right now.
Tamany

**From:** Catherine Close <cac@jbblaw.com>
**Sent:** Tuesday, June 7, 2022 1:20 PM
**To:** Lueddeke, Jason <Jason.Lueddeke@us.dlapiper.com>; Grush, Benjamin <Benjamin.Grush@us.dlapiper.com>; Bentz, Tamany <Tamany.Bentz@us.dlapiper.com>
**Cc:** Helene P. Saller <helene@jbblaw.com>; Adam Tate <Adam@jbblaw.com>; Dirk Julander <doj@jbblaw.com>
**Subject:** 3MCW01-01 Credit Card Issue

⚠ **EXTERNAL MESSAGE**

Counsel,

My client, Katherine McNamara, continues to receive charges on her personal credit card for the Hootsuite account which, as your clients know, is not registered to her and to which she has not had any access whatsoever since her resignation from BCS.  She intends to dispute the recent charge.  To prevent your clients from incurring further liability to her, and from perpetrating credit card fraud, please remove Ms. McNamara's credit card information from the account and from any other accounts in BCS's control.

 I look forward to your prompt confirmation that this request has been complied with.

 Yours, Catherine



**Catherine A. Close**
Attorney

949-988-3637
cac@jbblaw.com
www.jbblaw.com

9110 Irvine Center Drive, Irvine, CA 92618

This electronic transmission, which is sent by a law firm, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC Secs. 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message and any attachments. Any unauthorized disclosure, copying, distribution, review or use of the contents of the information received in error is strictly prohibited.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

| | |
|---|---|
| **From:** | **Facebook** security@facebookmail.com |
| **Subject:** | You no longer have access to Breaking Code Silence |
| **Date:** | June 28, 2021 at 10:06 PM |
| **To:** | Jeremy Whiteley  jeremywhiteley@me.com |



 Business Manager

You have been removed from Breaking Code Silence by Jeremy Whiteley on Facebook Business Manager. This means you won't have access to any ad accounts or Pages you were working on as part of the business. If you don't think you should have been removed, please contact your Business Manager admin.

Manage Notification Preferences

This message was sent to jeremywhiteley@me.com. Facebook, Inc., Attention: Community Support, 1 Facebook Way, Menlo Park, CA 94025

Learn More

**8**

