

1  Dirk O. Julander, Bar No. 132313
   *doj@jbblaw.com*
2  Catherine A. Close, Bar No. 198549
   *cac@jbblaw.com*
3  M. Adam Tate, Bar No. 280017
   *adam@jbblaw.com*
4  JULANDER, BROWN & BOLLARD
   9110 Irvine Center Drive
5  Irvine, California 92618
   Telephone:  (949) 477-2100
6  Facsimile:  (949) 477-6355

7  Attorneys for Defendants
   KATHERINE MCNAMARA and
8  JEREMY WHITELEY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE MCNAMARA, an Individual; JEREMY WHITELEY, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-002052-SB-MAA<br><br>**DECLARATION OF JEREMY WHITELEY IN SUPPORT OF DEFENDANTS' RESPONSE TO REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>[*Assigned to the Hon. Maria A. Audero*] |
|---|---|

# DECLARATION OF JEREMY WHITELEY

I, JEREMY WHITELEY, hereby declare and state under penalty of perjury the following facts:

1. I am over the age of eighteen and am a defendant in the above-captioned action filed by Plaintiff BREAKING CODE SILENCE ("BCS"). I have personal knowledge of the following facts and, if called upon to testify, I can and will competently testify thereto:

2. While I was a volunteer of BCS, I opened a non-profit Facebook Business Account for BCS, which allowed BCS to accept donations through Facebook.

3. Immediately after being forced to resign from BCS, on June 28, 2021, I removed myself as a "Business Manager" on BCS's Facebook Business Account. A true and correct copy of the confirmation I received of my removal from BCS's Facebook Business Account is attached hereto as **Exhibit 7**. I never had any administrative access to BCS's Facebook Business Account after that day.

4. Notwithstanding, on July 12, 2022 (more than a year after I self-revoked my access to BCS's Facebook account and received confirmation of same), I received an unsolicited message in my personal Facebook account related to BCS's Facebook account, indicating that BCS's charity payout was rejected. Presumably, I received the message because BCS failed to remove my personal Facebook account from its account, and I lacked the credentials to remove it myself. A true and correct copy of the July 12, 2022, notification I received from Facebook is attached hereto as **Exhibit 8**. I have subsequently received several similar notifications and I am aware that my counsel has advised BCS's counsel of the issue.

5. According to Facebook's Help Center, only BCS could remove my account and add a new Financial Admin by following the instructions on the Nonprofit Financial Entity Application Support Page located online at https://www.facebook.com/help/contact/239074646761463. (See Dkt. 152-51.) Based on my continued receipt of notifications from Facebook, it appears that BCS never took the steps necessary to update its account information and collect its Facebook donations.

6. By trade I am a serial entrepreneur in the technology and healthcare space. Based on the public false allegations made against me by BCS in this action – that I "hacked" a nonprofit organization – I have been unable to engage in fundraising for my newest startup, and cannot do so until I can clear my name in this action. This lawsuit has effectively put my career as a tech entrepreneur on hold for the last two years, while forcing me to incur millions of dollars in legal fees and eDiscovery costs.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 24th day of April 2024

       */s/*  *Jeremy Whiteley*
       Jeremy Whiteley

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2024, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

/s/ *Helene Saller*
Helene Saller