# EXHIBIT 7

**From:** **Facebook** security@facebookmail.com
**Subject:** You no longer have access to Breaking Code Silence
**Date:** June 28, 2021 at 10:06 PM
**To:** Jeremy Whiteley  jeremywhiteley@me.com



 Business Manager

You have been removed from Breaking Code Silence by Jeremy Whiteley on Facebook Business Manager. This means you won't have access to any ad accounts or Pages you were working on as part of the business. If you don't think you should have been removed, please contact your Business Manager admin.

Manage Notification Preferences

This message was sent to jeremywhiteley@me.com. Facebook, Inc., Attention: Community Support, 1 Facebook Way, Menlo Park, CA 94025

Learn More

4