

Dirk O. Julander, Bar No. 132313
*doj@jbblaw.com*
Catherine A. Close, Bar No. 198549
*cac@jbblaw.com*
M. Adam Tate, Bar No. 280017
*adam@jbblaw.com*
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
Telephone: (949) 477-2100
Facsimile: (949) 477-6355

Attorneys for Defendants
KATHERINE MCNAMARA and
JEREMY WHITELEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE MCNAMARA, an Individual; JEREMY WHITELEY, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-002052-SB-MAA<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' RESPONSE TO REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>[*Assigned to the Hon. Maria A. Audero*] |

**TO THE COURT, PLAINTIFF, AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 201 of the Federal Rules of Evidence, Defendants KATHERINE MCNAMARA and JEREMY WHITELEY ("Defendants") respectfully request that the Court take judicial notice of Exhibits 1 through 3 attached hereto in support of Defendants' Response To Request For Dismissal With Prejudice (the "Response").

## I. APPLICABLE LEGAL STANDARDS

A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." (Fed. R. Evid. §201(c)(2).) Under Federal Rule of Evidence 201, a fact is judicially noticeable when it is "not subject to reasonable dispute [and] ... capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Specifically, a Court may take judicial notice of matters of public record and "publicly accessible websites whose accuracy and authenticity are not subject to dispute." (*In re Facebook, Inc. Sec. Litig.*, 477 F.Supp.3d 980, 1008 (N.D. Cal. 2020).) The Court may also consider the facts contained in the judicially-noticed materials. (Id.)

## II. THE COURT SHOULD TAKE JUDICIAL NOTICE OF EXHIBITS 1 THROUGH 3 TO THE RESPONSE

**Exhibit 1** to the Response is a true and correct copy of BCS's Annual Registration Renewal Fee Report, with attached IRS Form 990-EZ for the Fiscal Year July 1, 2020 to June 30, 2021, which was filed on March 7, 2024 and is publicly available on the California Attorney General's website at: https://rct.doj.ca.gov/Verification/Web/SearchResults.aspx.

**Exhibit 2** to the Response is a true and correct copy of BCS's Annual Registration Renewal Fee Report, with attached IRS Form 990-EZ for the Fiscal Year July 1, 2021 to June 30, 2022, which was filed on March 7, 2024 and is publicly available on the California Attorney General's website at: https://rct.doj.ca.gov/Verification/Web/SearchResults.aspx.

**Exhibit 3** to the Response is a true and correct copy of BCS's Annual Registration Renewal Fee Report, with attached IRS Form 990-EZ for the Fiscal Year July 1, 2022 to June 30, 2023, which was filed on March 7, 2024 and is publicly available on the California Attorney General's website at: https://rct.doj.ca.gov/Verification/Web/SearchResults.aspx.

Each of the foregoing exhibits is publicly available on the website of the California Attorney General. They are therefore are not subject to reasonable dispute and are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Accordingly, the Court should take judicial notice of Exhibits 1 through 3 to the Response.

### III. CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court grant this Request for Judicial Notice and take judicial notice of and consider Exhibits 1 through 3 attached hereto in support of Defendants' Response.

DATED: April 24, 2024            JULANDER, BROWN & BOLLARD

By:     */s/ M. Adam Tate*
       M. Adam Tate
       Catherine Close
       Attorneys for Defendants
       KATHERINE MCNAMARA and
       JEREMY WHITELEY

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2024, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

*/s/ Helene P. Saller*
Helene P. Saller