# EXHIBIT 1

STATE OF CALIFORNIA
RRF-1
(Rev. 02/2021)

MAIL TO:
Registry of Charitable Trusts
P.O. Box 903447
Sacramento, CA 94203-4470

STREET ADDRESS:
1300 I Street
Sacramento, CA 95814
(916) 210-6400

WEBSITE ADDRESS:
www.oag.ca.gov/charities

DEPARTMENT OF JUSTICE
PAGE 1 of 5

# ANNUAL REGISTRATION RENEWAL FEE REPORT
## TO ATTORNEY GENERAL OF CALIFORNIA

Sections 12586 and 12587, California Government Code
11 Cal. Code Regs. sections 301-306, 309, 311, and 312

Failure to submit this report annually no later than four months and fifteen days after the end of the organization's accounting period may result in the loss of tax exemption and the assessment of a minimum tax of $800, plus interest, and/or fines or filing penalties. Revenue & Taxation Code section 23703; Government Code section 12586.1. IRS extensions will be honored.

(For Registry Use Only)

**Name of Organization:** Breaking Code Silence

**List all DBAs and names the organization uses or has used**

**Address (Number and Street):** 1110 N Virgil Ave PMB 93863

**City or Town, State, and ZIP Code:** Los Angeles, CA 90029

**Telephone Number:** (404) 909-0629

**E-mail Address:** jmagill@breakingcodesilence.org

Check if:
☑ Change of address
☐ Amended report

**State Charity Registration Number:** CT0288542

**Corporation or Organization No.:** 4721336

**Federal Employer ID No.:** 86-3319273

### ANNUAL REGISTRATION RENEWAL FEE SCHEDULE (11 Cal. Code Regs. sections 301-307, 311, and 312)
Make Check Payable to Department of Justice

| Total Revenue | Fee | Total Revenue | Fee | Total Revenue | Fee |
|---|---|---|---|---|---|
| Less than $50,000 | $25 | Between $250,001 and $1 million | $100 | Between $20,000,001 and $100 million | $800 |
| Between $50,000 and $100,000 | $50 | Between $1,000,001 and $5 million | $200 | Between $100,000,001 and $500 million | $1,000 |
| Between $100,001 and $250,000 | $75 | Between $5,000,001 and $20 million | $400 | Greater than $500 million | $1,200 |

## PART A - ACTIVITIES

For your most recent full accounting period (beginning 07/01/2020 ending 06/30/2021) list:

Total Revenue $ (including noncash contributions): 6,081.74
Noncash Contributions $: 0
Total Assets $: 116.76

Program Expenses $: 2,413.98
Total Expenses $: 5,964.98

## PART B - STATEMENTS REGARDING ORGANIZATION DURING THE PERIOD OF THIS REPORT

Note: All questions must be answered. If you answer "yes" to any of the questions below, you must attach a separate page providing an explanation and details for each "yes" response. Please review RRF-1 instructions for information required.

| # | Question | Yes | No |
|---|---|---|---|
| 1. | During this reporting period, were there any contracts, loans, leases or other financial transactions between the organization and any officer, director or trustee thereof, either directly or with an entity in which any such officer, director or trustee had any financial interest? | | X |
| 2. | During this reporting period, was there any theft, embezzlement, diversion or misuse of the organization's charitable property or funds? | | X |
| 3. | During this reporting period, were any organization funds used to pay any penalty, fine or judgment? | | X |
| 4. | During this reporting period, were the services of a commercial fundraiser, fundraising counsel for charitable purposes, or commercial coventurer used? | | X |
| 5. | During this reporting period, did the organization receive any governmental funding? | | X |
| 6. | During this reporting period, did the organization hold a raffle for charitable purposes? | | X |
| 7. | Does the organization conduct a vehicle donation program? | | X |
| 8. | Did the organization conduct an independent audit and prepare audited financial statements in accordance with generally accepted accounting principles for this reporting period? | | X |
| 9. | At the end of this reporting period, did the organization hold restricted net assets, while reporting negative unrestricted net assets? | | X |

I declare under penalty of perjury that I have examined this report, including accompanying documents, and to the best of my knowledge and belief, the content is true, correct and complete, and I am authorized to sign.

**Signature of Authorized Agent:** [Signed] J Magill
**Printed Name:** Jennifer Magill
**Title:** CEO
**Date:** 03/06/2024

4

STATE OF CALIFORNIA  
CT-TR-1  
(Orig. 09/2017)

DEPARTMENT OF JUSTICE  
PAGE 1 of 4



MAIL TO:  
Registry of Charitable Trusts  
P.O. Box 903447  
Sacramento, CA 94203-4470

STREET ADDRESS:  
1300 I Street  
Sacramento, CA 95814  
(916) 210-6400

WEBSITE ADDRESS:  
www.oag.ca.gov/charities

# ANNUAL TREASURER'S REPORT
# ATTORNEY GENERAL OF CALIFORNIA

Section 12586, California Government Code  
11 Cal. Code Regs., Section 301

**(FORM CT-TR-1)**

(For Registry Use Only)

**Name of Organization:** Breaking Code Silence  
**Address (Number and Street):** 1110 N Virgil Ave PMB 93863  
**City or Town, State and ZIP Code:** Los Angeles, CA 90029

**State Charity Registration Number:** CT0288524  
**Corporation or Organization No.:** 4721336  
**Federal Employer I.D. No.:** 86-3319273

For annual accounting period ( beginning 07 / 01 / 2020 ending 06 / 30 / 2021 )

## BALANCE SHEET

### ASSETS

| | |
|---|---|
| Cash | $ 116.76 |
| Savings | $ 0 |
| Investment | $ 0 |
| Land/Buildings | $ 0 |
| Other Assets | $ 0 |
| TOTAL ASSETS | $ 116.76 |

### LIABILITIES

| | |
|---|---|
| Accounts Payable | $ 5,964.98 |
| Salary Payable | $ 0 |
| Other Liabilities | $ 0 |
| TOTAL LIABILITIES | $ 5,964.98 |

### FUND BALANCE

| | |
|---|---|
| Total Assets less Total Liabilities | $ -5,848.22 |

## REVENUE STATEMENT

### REVENUE

| | |
|---|---|
| Cash Contributions | $ 116.76 |
| Noncash Contributions | $ 0 |
| Program Revenue | $ 0 |
| Investments | $ 0 |
| Special Events | $ 0 |
| Other Revenue | $ 5,964.98 |
| TOTAL REVENUE | $ 6,081.74 |

### EXPENSES

| | |
|---|---|
| Compensation of Officers/Directors | $ 0 |
| Compensation of Staff | $ 0 |
| Fundraising Expenses | $ 0 |
| Rent | $ 0 |
| Utilities | $ 0 |
| Supplies/Postage | $ 0 |
| Insurance | $ 3,551.00 |
| Other Expenses | $ 2,413.98 |
| TOTAL EXPENSES | $ 5,964.98 |

### NET REVENUE

| | |
|---|---|
| Total Revenue less Total Expenses | $ 116.76 |

I hereby declare under penalty of perjury that I have examined this report, including accompanying documents, and, to the best of my knowledge and belief, the content is true, correct and complete and I am authorized to sign.

| Signature of Authorized Agent | Printed Name | Title | Date |
|---|---|---|---|
| /s/ J. Magill | Jennifer Magill | CEO | 03/06/2024 |

5