# EXHIBIT 2

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE

RRF-1
(Rev. 02/2021)

PAGE 1 of 5

(For Registry Use Only)

MAIL TO:
Registry of Charitable Trusts
P.O. Box 903447
Sacramento, CA 94203-4470

STREET ADDRESS:
1300 I Street
Sacramento, CA 95814
(916) 210-6400

WEBSITE ADDRESS:
www.oag.ca.gov/charities

# ANNUAL REGISTRATION RENEWAL FEE REPORT TO ATTORNEY GENERAL OF CALIFORNIA

### Sections 12586 and 12587, California Government Code
### 11 Cal. Code Regs. sections 301-306, 309, 311, and 312

Failure to submit this report annually no later than four months and fifteen days after the end of the organization's accounting period may result in the loss of tax exemption and the assessment of a minimum tax of $800, plus interest, and/or fines or filing penalties. Revenue & Taxation Code section 23703; Government Code section 12586.1. IRS extensions will be honored.

---

Breaking Code Silence
**Name of Organization**

List all DBAs and names the organization uses or has used

1110 N Virgil Ave PMB 93863
**Address (Number and Street)**

Los Angeles, CA 90029
**City or Town, State, and ZIP Code**

(404) 909-0629            jmagill@breakingcodesilence.org
**Telephone Number**        **E-mail Address**

Check if:
[X] Change of address
[ ] Amended report

State Charity Registration Number  CT0288524

Corporation or Organization No.  4721336

Federal Employer ID No.  86-3319273

---

### ANNUAL REGISTRATION RENEWAL FEE SCHEDULE (11 Cal. Code Regs. sections 301-307, 311, and 312)
### Make Check Payable to Department of Justice

| Total Revenue | Fee | Total Revenue | Fee | Total Revenue | Fee |
|---|---|---|---|---|---|
| Less than $50,000 | $25 | Between $250,001 and $1 million | $100 | Between $20,000,001 and $100 million | $800 |
| Between $50,000 and $100,000 | $50 | Between $1,000,001 and $5 million | $200 | Between $100,000,001 and $500 million | $1,000 |
| Between $100,001 and $250,000 | $75 | Between $5,000,001 and $20 million | $400 | Greater than $500 million | $1,200 |

---

### PART A - ACTIVITIES

For your most recent full accounting period (beginning 07 / 01 / 2021 ending 06 / 30 / 2022 ) list:

**Total Revenue $**
(including noncash contributions)   550,374      Noncash Contributions $  0      Total Assets $  451,384

Program Expenses $  169,575      Total Expenses $  256,031

---

### PART B - STATEMENTS REGARDING ORGANIZATION DURING THE PERIOD OF THIS REPORT

Note:   All questions must be answered. If you answer "yes" to any of the questions below, you must attach a separate page providing an explanation and details for each "yes" response. Please review RRF-1 instructions for information required.

| | | Yes | No |
|---|---|---|---|
| 1. | During this reporting period, were there any contracts, loans, leases or other financial transactions between the organization and any officer, director or trustee thereof, either directly or with an entity in which any such officer, director or trustee had any financial interest? | | X |
| 2. | During this reporting period, was there any theft, embezzlement, diversion or misuse of the organization's charitable property or funds? | | X |
| 3. | During this reporting period, were any organization funds used to pay any penalty, fine or judgment? | | X |
| 4. | During this reporting period, were the services of a commercial fundraiser, fundraising counsel for charitable purposes, or commercial coventurer used? | | X |
| 5. | During this reporting period, did the organization receive any governmental funding? | | X |
| 6. | During this reporting period, did the organization hold a raffle for charitable purposes? | | X |
| 7. | Does the organization conduct a vehicle donation program? | | X |
| 8. | Did the organization conduct an independent audit and prepare audited financial statements in accordance with generally accepted accounting principles for this reporting period? | | X |
| 9. | At the end of this reporting period, did the organization hold restricted net assets, while reporting negative unrestricted net assets? | | X |

---

I declare under penalty of perjury that I have examined this report, including accompanying documents, and to the best of my knowledge and belief, the content is true, correct and complete, and I am authorized to sign.

| Jennifer Magill | Jennifer Magill | CEO | 03/06/2024 |
|---|---|---|---|
| **Signature of Authorized Agent** | **Printed Name** | **Title** | **Date** |

6

Case 2:22-cv-02052-MAA   Document 202-13   Filed 04/24/24   Page 3 of 32   Page ID #:8315

Form **990**

OMB No. 1545-0047

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

**2021**

Department of the Treasury
Internal Revenue Service

▶ Do not enter social security numbers on this form as it may be made public.
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

Open to Public
Inspection

**A** For the 2021 calendar year, or tax year beginning  7/01 , 2021, and ending  6/30 , 20 2022

**B** Check if applicable:

**C**
Breaking Code Silence
4470 W Sunset Blvd #107 PMB 93863
Los Angeles, CA 90027

- [ ] Address change
- [ ] Name change
- [ ] Initial return
- [ ] Final return/terminated
- [ ] Amended return
- [ ] Application pending

**D** Employer identification number

86-3319273

**E** Telephone number

**G** Gross receipts $   550,374.

**F** Name and address of principal officer: Jennifer Magill
Same As C Above

**H(a)** Is this a group return for subordinates? [ ] Yes [X] No
**H(b)** Are all subordinates included? [ ] Yes [ ] No
If "No," attach a list. See instructions.

**I** Tax-exempt status: [X] 501(c)(3) [ ] 501(c) ( )◀ (insert no.) [ ] 4947(a)(1) or [ ] 527

**J** Website: ▶ breakingcodesilence.org

**H(c)** Group exemption number ▶

**K** Form of organization: [ ] Corporation [ ] Trust [ ] Association [X] Other▶      **L** Year of formation: 2021  **M** State of legal domicile: CA

### Part I   Summary

| | | | |
|---|---|---|---|
| **Activities & Governance** | 1 Briefly describe the organization's mission or most significant activities: To prevent institutional child abuse in residential facilities and to empower adult survivors to engage in positive self-advocacy. We utilize education, outreach, research, and community organizing to protect the civil and human rights of your in congregate care. | | |
| | 2 Check this box ▶ [ ] if the organization discontinued its operations or disposed of more than 25% of its net assets. | | |
| | 3 Number of voting members of the governing body (Part VI, line 1a) | **3** | 7 |
| | 4 Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 7 |
| | 5 Total number of individuals employed in calendar year 2021 (Part V, line 2a) | **5** | 5 |
| | 6 Total number of volunteers (estimate if necessary) | **6** | 0 |
| | 7a Total unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 0. |
| | b Net unrelated business taxable income from Form 990-T, Part I, line 11 | **7b** | 0. |

| | | Prior Year | Current Year |
|---|---|---|---|
| **Revenue** | 8 Contributions and grants (Part VIII, line 1h) | 1,225. | 550,374. |
| | 9 Program service revenue (Part VIII, line 2g) | | |
| | 10 Investment income (Part VIII, column (A), lines 3, 4, and 7d) | | |
| | 11 Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | | |
| | 12 Total revenue — add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 1,225. | 550,374. |
| **Expenses** | 13 Grants and similar amounts paid (Part IX, column (A), lines 1-3) | | 50,212. |
| | 14 Benefits paid to or for members (Part IX, column (A), line 4) | | |
| | 15 Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | | 15,476. |
| | 16a Professional fundraising fees (Part IX, column (A), line 11e) | | |
| | b Total fundraising expenses (Part IX, column (D), line 25) ▶ | | |
| | 17 Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | | 190,343. |
| | 18 Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | | 256,031. |
| | 19 Revenue less expenses. Subtract line 18 from line 12 | 1,225. | 294,343. |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **Net Assets or Fund Balances** | 20 Total assets (Part X, line 16) | 1,225. | 451,384. |
| | 21 Total liabilities (Part X, line 26) | 0. | 155,816. |
| | 22 Net assets or fund balances. Subtract line 21 from line 20 | 1,225. | 295,568. |

### Part II   Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

**Sign Here**

▶ Signature of officer                                    Date

▶ Jennifer Magill                          Director
Type or print name and title

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check [ ] if self-employed | PTIN |
|---|---|---|---|---|
| Michael Di Pietro, CPA | Michael Di Pietro, CPA | | | P00941400 |

Firm's name ▶ MICHAEL DI PIETRO CPA
Firm's address ▶ 140 S LAKE AVE STE 324
PASADENA, CA 91101

Firm's EIN ▶ 33-0495410
Phone no. 626-486-1300

May the IRS discuss this return with the preparer shown above? See instructions [X] Yes [ ] No

**BAA  For Paperwork Reduction Act Notice, see the separate instructions.**          TEEA0101L 09/22/21          Form **990** (2021)

7

Form 990 (2021)    Breaking Code Silence                                           86-3319273                     Page **2**

| Part III | Statement of Program Service Accomplishments |
|---|---|

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [X]

**1**  Briefly describe the organization's mission:

See Schedule O
_____
_____
_____

**2**  Did the organization undertake any significant program services during the year which were not listed on the prior
Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [ ] **Yes**  [X] **No**
If "Yes," describe these new services on Schedule O.

**3**  Did the organization cease conducting, or make significant changes in how it conducts, any program services? . . . .   [ ] **Yes**  [X] **No**
If "Yes," describe these changes on Schedule O.

**4**  Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses.
Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses,
and revenue, if any, for each program service reported.

**4a** (Code: _____ ) (Expenses  $        169,575.  including grants of  $ _____ ) (Revenue  $ _____ )
To prevent institutional child abuse in residential facilities and to empower adult
survivors to engage in positive self-advocacy. We utilize education, outreach,
research, and community organizing to protect the civil and human rights of your in
congregate care.
_____
_____
_____
_____
_____
_____
_____

**4b** (Code: _____ ) (Expenses  $ _____  including grants of  $ _____ ) (Revenue  $ _____ )
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**4c** (Code: _____ ) (Expenses  $ _____  including grants of  $ _____ ) (Revenue  $ _____ )
_____
_____
_____
_____
_____
_____
_____
_____
_____

**4d** Other program services (Describe on Schedule O.)
(Expenses     $ _____  including grants of   $ _____ ) (Revenue  $ _____ )
**4e** Total program service expenses   ▶        169,575.

BAA                                    TEEA0102L   09/22/21                              Form **990** (2021)

Form 990 (2021)   Breaking Code Silence                                86-3319273        Page 3

## Part IV | Checklist of Required Schedules

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If 'Yes,' complete Schedule A* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | X | |
| 2 | Is the organization required to complete *Schedule B, Schedule of Contributors*? See instructions . . . . . . . . . . . . . . . . . . . . | **2** | X | |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If 'Yes,' complete Schedule C, Part I* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | | X |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If 'Yes,' complete Schedule C, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | | X |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If 'Yes,' complete Schedule C, Part III* . . . . . . | **5** | | X |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If 'Yes,' complete Schedule D, Part I* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | X |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If 'Yes,' complete Schedule D, Part II* . . . . . . . . . . . . . . . . . . . . | **7** | | X |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If 'Yes,' complete Schedule D, Part III* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | | X |
| 9 | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If 'Yes,' complete Schedule D, Part IV* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | | X |
| 10 | Did the organization, directly or through a related organization, hold assets in donor-restricted endowments or in quasi endowments? *If 'Yes,' complete Schedule D, Part V* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | | X |
| 11 | If the organization's answer to any of the following questions is 'Yes', then complete Schedule D, Parts VI, VII, VIII, IX, or X, as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If 'Yes,' complete Schedule D, Part VI* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11a** | | X |
| **b** | Did the organization report an amount for investments – other securities in Part X, line 12, that is 5% or more of its total assets reported in Part X, line 16? *If 'Yes,' complete Schedule D, Part VII* . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11b** | | X |
| **c** | Did the organization report an amount for investments – program related in Part X, line 13, that is 5% or more of its total assets reported in Part X, line 16? *If 'Yes,' complete Schedule D, Part VIII* . . . . . . . . . . . . . . . . . . . . . . . . | **11c** | | X |
| **d** | Did the organization report an amount for other assets in Part X, line 15, that is 5% or more of its total assets reported in Part X, line 16? *If 'Yes,' complete Schedule D, Part IX* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11d** | | X |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If 'Yes,' complete Schedule D, Part X* . . . . . . | **11e** | X | |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If 'Yes,' complete Schedule D, Part X* . . . . | **11f** | | X |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? *If 'Yes,' complete Schedule D, Parts XI and XII* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12a** | | X |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If 'Yes,' and if the organization answered 'No' to line 12a, then completing Schedule D, Parts XI and XII is optional* . . . . . . . . . . . . . . . . | **12b** | | X |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? *If 'Yes,' complete Schedule E* . . . . . . . . . . . . . . . . . . . . | **13** | | X |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? . . . . . . . . . . . . . . . . . . . . . . | **14a** | | X |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If 'Yes,' complete Schedule F, Parts I and IV* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14b** | | X |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If 'Yes,' complete Schedule F, Parts II and IV* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | | X |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If 'Yes,' complete Schedule F, Parts III and IV* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | | X |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If 'Yes,' complete Schedule G, Part I.* See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | | X |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If 'Yes,' complete Schedule G, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | | X |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If 'Yes,' complete Schedule G, Part III* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | | X |
| 20a | Did the organization operate one or more hospital facilities? *If 'Yes,' complete Schedule H* . . . . . . . . . . . . . . . . . . . . . . | **20a** | | X |
| **b** | If 'Yes' to line 20a, did the organization attach a copy of its audited financial statements to this return? . . . . . . . . . . . . . . | **20b** | | |
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If 'Yes,' complete Schedule I, Parts I and II* . . . . . . . . . . . . . . . . . . . . . | **21** | X | |

BAA                                   TEEA0103L   09/22/21                                 Form **990** (2021)

Form 990 (2021)    **Breaking Code Silence**                                        86-3319273                Page **4**

| Part IV | Checklist of Required Schedules *(continued)* |
|---|---|

|  |  |  | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If 'Yes,' complete Schedule I, Parts I and III* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 22 | | X |
| 23 | Did the organization answer 'Yes' to Part VII, Section A, line 3, 4, or 5, about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If 'Yes,' complete Schedule J* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23 | X | |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If 'Yes,' answer lines 24b through 24d and complete Schedule K. If 'No,' go to line 25a* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24a | | X |
| **b** | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . . . . . . . . . . . . . . | 24b | | |
| **c** | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24c | | |
| **d** | Did the organization act as an 'on behalf of' issuer for bonds outstanding at any time during the year? . . . . . . . . . . . . . . . . | 24d | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If 'Yes,' complete Schedule L, Part I* . . . . . . . . . . . . . . . . . . . . . . . . | 25a | | X |
| **b** | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If 'Yes,' complete Schedule L, Part I* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25b | | X |
| 26 | Did the organization report any amount on Part X, line 5 or 22, for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If 'Yes,' complete Schedule L, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 | | X |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If 'Yes,' complete Schedule L, Part III* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 27 | | X |
| 28 | Was the organization a party to a business transaction with one of the following parties (see the Schedule L, Part IV, instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| **a** | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If 'Yes,' complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 28a | | X |
| **b** | A family member of any individual described in line 28a? *If 'Yes,' complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . | 28b | | X |
| **c** | A 35% controlled entity of one or more individuals and/or organizations described in line 28a or 28b? *If Yes,' complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 28c | | X |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If 'Yes,' complete Schedule M* . . . . . . . . . . . . | 29 | | X |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If 'Yes,' complete Schedule M* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 30 | | X |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If 'Yes,' complete Schedule N, Part I* . . . . . . . | 31 | | X |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If 'Yes,' complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 32 | | X |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If 'Yes,' complete Schedule R, Part I* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 33 | | X |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If 'Yes,' complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 34 | | X |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . . . . . . . . . . . . . . . . . . . . . . . | 35a | | X |
| **b** | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If 'Yes,' complete Schedule R, Part V, line 2* . . . . . . . . . . . . . . . . . . . . . . . | 35b | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If 'Yes,' complete Schedule R, Part V, line 2* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | | X |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If 'Yes,' complete Schedule R, Part VI* . . . . . . . . . . . . . . . | 37 | | X |
| 38 | Did the organization complete Schedule O and provide explanations on Schedule O for Part VI, lines 11b and 19? **Note:** All Form 990 filers are required to complete Schedule O . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | X | |

| Part V | Statements Regarding Other IRS Filings and Tax Compliance |
|---|---|

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

|  |  |  |  | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number reported in box 3 of Form 1096. Enter -0- if not applicable . . . . . . . . . . . . . | 1a | 0 | | |
| **b** | Enter the number of Forms W-2G included on line 1a. Enter -0- if not applicable . . . . . . . . . . . | 1b | 0 | | |
| **c** | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 1c | | |

BAA                                    TEEA0104L   09/22/21                              Form **990** (2021)

Form 990 (2021)   **Breaking Code Silence**                                    86-3319273                    Page 5

| Part V | Statements Regarding Other IRS Filings and Tax Compliance *(continued)* | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **2a** Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return..... **2a** \| 5 | | | | |
| **b** If at least one is reported on line 2a, did the organization file all required federal employment tax returns?............. | **2b** | X | |
| **Note:** If the sum of lines 1a and 2a is greater than 250, you may be required to *e-file*. See instructions. | | | |
| **3a** Did the organization have unrelated business gross income of $1,000 or more during the year?....................... | **3a** | | X |
| **b** If 'Yes,' has it filed a Form 990-T for this year? *If 'No' to line 3b, provide an explanation on Schedule O* ..................................... | **3b** | | |
| **4a** At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)?......... | **4a** | | X |
| **b** If 'Yes,' enter the name of the foreign country ► | | | |
| See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | |
| **5a** Was the organization a party to a prohibited tax shelter transaction at any time during the tax year?.................... | **5a** | | X |
| **b** Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction?............ | **5b** | | X |
| **c** If 'Yes,' to line 5a or 5b, did the organization file Form 8886-T?................................................. | **5c** | | |
| **6a** Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions?........................ | **6a** | | X |
| **b** If 'Yes,' did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible?........................................................................ | **6b** | | |
| **7** **Organizations that may receive deductible contributions under section 170(c).** | | | |
| **a** Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor?................................................................. | **7a** | | X |
| **b** If 'Yes,' did the organization notify the donor of the value of the goods or services provided?....................... | **7b** | | |
| **c** Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282?................................................................................ | **7c** | | X |
| **d** If 'Yes,' indicate the number of Forms 8282 filed during the year........................ **7d** \| | | | |
| **e** Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract?.......... | **7e** | | X |
| **f** Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract?.............. | **7f** | | X |
| **g** If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required?............................................................................... | **7g** | | |
| **h** If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C?............................................................................... | **7h** | | |
| **8** **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year?......................... | **8** | | |
| **9** **Sponsoring organizations maintaining donor advised funds.** | | | |
| **a** Did the sponsoring organization make any taxable distributions under section 4966?............................ | **9a** | | |
| **b** Did the sponsoring organization make a distribution to a donor, donor advisor, or related person?................... | **9b** | | |
| **10** **Section 501(c)(7) organizations.** Enter: | | | |
| **a** Initiation fees and capital contributions included on Part VIII, line 12...................... **10a** \| | | | |
| **b** Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities..... **10b** \| | | | |
| **11** **Section 501(c)(12) organizations.** Enter: | | | |
| **a** Gross income from members or shareholders............................................. **11a** \| | | | |
| **b** Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.)................................. **11b** \| | | | |
| **12a Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | **12a** | | |
| **b** If 'Yes,' enter the amount of tax-exempt interest received or accrued during the year........ **12b** \| | | | |
| **13** **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | |
| **a** Is the organization licensed to issue qualified health plans in more than one state?................................... | **13a** | | |
| **Note:** See the instructions for additional information the organization must report on Schedule O. | | | |
| **b** Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans......................... **13b** \| | | | |
| **c** Enter the amount of reserves on hand................................................. **13c** \| | | | |
| **14a** Did the organization receive any payments for indoor tanning services during the tax year?...................... | **14a** | | X |
| **b** If 'Yes,' has it filed a Form 720 to report these payments? *If 'No,' provide an explanation on Schedule O.* .............. | **14b** | | |
| **15** Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year?........................................................ If 'Yes,' see the instructions and file Form 4720, Schedule N. | **15** | | X |
| **16** Is the organization an educational institution subject to the section 4968 excise tax on net investment income?......... If 'Yes,' complete Form 4720, Schedule O. | **16** | | X |
| **17** **Section 501(c)(21) organizations.** Did the trust, any disqualified person, or mine operator engage in any activities that would result in the imposition of an excise tax under section 4951, 4952, or 4953?....................... If 'Yes,' complete Form 6069. | **17** | | |

**BAA**                                TEEA0105L   09/22/21                              Form **990** (2021)

Form 990 (2021) Breaking Code Silence                                      86-3319273                    Page 6

| Part VI | **Governance, Management, and Disclosure.** *For each 'Yes' response to lines 2 through 7b below, and for a 'No' response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes on Schedule O. See instructions.* |

Check if Schedule O contains a response or note to any line in this Part VI. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☒

### Section A. Governing Body and Management

|  |  | Yes | No |
|---|---|:---:|:---:|
| **1a** Enter the number of voting members of the governing body at the end of the tax year. . . . . . **1a**    7 |  |  |  |
|     If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain on Schedule O. |  |  |  |
|    **b** Enter the number of voting members included on line 1a, above, who are independent. . . . . **1b**    7 |  |  |  |
| **2** Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** |  | X |
| **3** Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, trustees, or key employees to a management company or other person? . . . . . . . . . . . . . . . . . . . | **3** |  | X |
| **4** Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** |  | X |
| **5** Did the organization become aware during the year of a significant diversion of the organization's assets? . . . . . . . . . . . . . | **5** |  | X |
| **6** Did the organization have members or stockholders? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** |  | X |
| **7a** Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7a** |  | X |
|    **b** Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7b** |  | X |
| **8** Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: |  |  |  |
|    **a** The governing body? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8a** | X |  |
|    **b** Each committee with authority to act on behalf of the governing body? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8b** | X |  |
| **9** Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If 'Yes,' provide the names and addresses on Schedule O* . . . . . . . . . . . . . . . . . . . . . . . . . | **9** |  | X |

### Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|  |  | Yes | No |
|---|---|:---:|:---:|
| **10a** Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10a** |  | X |
|    **b** If 'Yes,' did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10b** |  |  |
| **11a** Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . . | **11a** |  | X |
|    **b** Describe on Schedule O the process, if any, used by the organization to review this Form 990.    See Schedule O |  |  |  |
| **12a** Did the organization have a written conflict of interest policy? *If 'No,' go to line 13* . . . . . . . . . . . . . . . . . . . . . . . . . | **12a** |  | X |
|    **b** Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12b** |  |  |
|    **c** Did the organization regularly and consistently monitor and enforce compliance with the policy? *If 'Yes,' describe on Schedule O how this was done* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12c** |  |  |
| **13** Did the organization have a written whistleblower policy? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** |  | X |
| **14** Did the organization have a written document retention and destruction policy? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** |  | X |
| **15** Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? |  |  |  |
|    **a** The organization's CEO, Executive Director, or top management official. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15a** |  | X |
|    **b** Other officers or key employees of the organization. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15b** |  | X |
|    If 'Yes' to line 15a or 15b, describe the process on Schedule O. See instructions. |  |  |  |
| **16a** Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16a** |  | X |
|    **b** If 'Yes,' did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16b** |  |  |

### Section C. Disclosure

**17** List the states with which a copy of this Form 990 is required to be filed ►    None

**18** Section 6104 requires an organization to make its Forms 1023 (1024 or 1024-A, if applicable), 990, and 990-T (Section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

   ☐ Own website      ☐ Another's website      ☒ Upon request      ☐ Other *(explain on Schedule O)*

**19** Describe on Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.    See Schedule O

**20** State the name, address, and telephone number of the person who possesses the organization's books and records ►

   Jennifer Magill 4470 W Sunset Blvd. Los Angeles CA 90027  (714) 618-8191

Form 990 (2021)   Breaking Code Silence                                          86-3319273                    Page **7**

| **Part VII** | **Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors** |

Check if Schedule O contains a response or note to any line in this Part VII................................................. ☐

**Section A.  Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1 a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

- List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

- List all of the organization's **current** key employees, if any. See the instructions for definition of 'key employee.'

- List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (box 5 of Form W-2, Form 1099-MISC, and/or box 1 of Form 1099-NEC) of more than $100,000 from the organization and any related organizations.

- List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

- List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See the instructions for the order in which to list the persons above.

☒ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| _(1)_ Jennifer Magill<br>    Secretary | 40<br>0 | X | | X | | | | 0. | 0. | 0. |
| _(2)_ Vanessa Hughes<br>    President | 40<br>0 | X | | X | | | | 0. | 0. | 0. |
| _(3)_ William Boyles<br>    Director | 20<br>0 | X | | | | | | 0. | 0. | 0. |
| _(4)_ Katherine McNamara<br>    Treasurer | 20<br>0 | X | | X | | | | 0. | 0. | 0. |
| _(5)_ Lenore Silverman<br>    Director | 2<br>0 | X | | | | | | 0. | 0. | 0. |
| _(6)_ Apryl Alexander<br>    Director | 2<br>0 | X | | | | | | 0. | 0. | 0. |
| _(7)_ Eugene Furnace<br>    Director | 2<br>0 | X | | | | | | 0. | 0. | 0. |
| _(8)_ Katherine McNamara<br>    Director/CFO | 20<br>0 | | | | | | X | 0. | 0. | 0. |
| _(9)_ William Boyles<br>    Director | 20<br>0 | | | | | | X | 0. | 0. | 0. |
| _(10)_ Eugene Furnace<br>    Director | 2<br>0 | | | | | | X | 0. | 0. | 0. |
| (11) | | | | | | | | | | |
| (12) | | | | | | | | | | |
| (13) | | | | | | | | | | |
| (14) | | | | | | | | | | |

**BAA**                                          TEEA0107L  09/22/21                                          Form **990** (2021)

Form 990 (2021) Breaking Code Silence                                                          86-3319273                    Page **8**

| **Part VII** | **Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees** *(continued)* |

| (A)<br>Name and title | (B)<br>Average<br>hours<br>per<br>week<br>(list any<br>hours<br>for<br>related<br>organiza-<br>tions<br>below<br>dotted<br>line) | (C)<br>Position<br>(do not check more than one<br>box, unless person is both an<br>officer and a director/trustee) | | | | | | (D)<br>Reportable<br>compensation from<br>the organization<br>(W-2/1099-<br>MISC/1099-NEC) | (E)<br>Reportable<br>compensation from<br>related organizations<br>(W-2/1099-<br>MISC/1099-NEC) | (F)<br>Estimated amount<br>of other<br>compensation from<br>the organization<br>and related<br>organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (15) _____ | | | | | | | | | | |
| (16) _____ | | | | | | | | | | |
| (17) _____ | | | | | | | | | | |
| (18) _____ | | | | | | | | | | |
| (19) _____ | | | | | | | | | | |
| (20) _____ | | | | | | | | | | |
| (21) _____ | | | | | | | | | | |
| (22) _____ | | | | | | | | | | |
| (23) _____ | | | | | | | | | | |
| (24) _____ | | | | | | | | | | |
| (25) _____ | | | | | | | | | | |
| **1 b Subtotal** . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | | | | 0. | 0. | 0. |
| **c Total from continuation sheets to Part VII, Section A** . . . . . . . . . ▶ | | | | | | | | 0. | 0. | 0. |
| **d Total (add lines 1b and 1c)** . . . . . . . . . . . . . ▶ | | | | | | | | 0. | 0. | 0. |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation
from the organization ▶   0

| | | Yes | No |
|---|---|---|---|
| **3** Did the organization list any **former** officer, director, trustee, key employee, or highest compensated employee on line 1a? *If 'Yes,' complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | X | |
| **4** For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If 'Yes,' complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | | X |
| **5** Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If 'Yes,' complete Schedule J for such person* . . . . . . . . . . . . . . . . . . | **5** | | X |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of
compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than
$100,000 of compensation from the organization ▶   0

BAA                                    TEEA0108L  09/22/21                                    Form **990** (2021)

Form 990 (2021)   Breaking Code Silence                                          86-3319273                    Page 9

| **Part VIII** | **Statement of Revenue** |

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

|  |  |  | **(A)** Total revenue | **(B)** Related or exempt function revenue | **(C)** Unrelated business revenue | **(D)** Revenue excluded from tax under sections 512-514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants, and Other Similar Amounts** | **1 a** Federated campaigns . . . . . . . . . | **1 a** | | | | |
| | **b** Membership dues. . . . . . . . . . . . | **1 b** | | | | |
| | **c** Fundraising events. . . . . . . . . . . | **1 c** | | | | |
| | **d** Related organizations . . . . . . . . . | **1 d** | | | | |
| | **e** Government grants (contributions) . . . . | **1 e** | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above . . . | **1 f** | 550,374. | | | |
| | **g** Noncash contributions included in lines 1a-1f. . . . . . . . . . . . . . . . . . . . . | **1 g** | | | | |
| | **h Total.** Add lines 1a-1f . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 550,374. | | | |
| **Program Service Revenue** | **2 a** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | Business Code | | | | |
| | **b** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| | **c** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| | **d** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| | **e** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| | **f** All other program service revenue. . . . | | | | | |
| | **g Total.** Add lines 2a-2f . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | |
| **Other Revenue** | **3** Investment income (including dividends, interest, and other similar amounts) . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | |
| | **4** Income from investment of tax-exempt bond proceeds ▶ | | | | | |
| | **5** Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | |
| | **6 a** Gross rents . . . . . . . . | **6a** (i) Real | | | | |
| | **b** Less: rental expenses | **6b** | | | | |
| | **c** Rental income or (loss) | **6c** | | | | |
| | **d** Net rental income or (loss) . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | |
| | **7 a** Gross amount from sales of assets other than inventory | **7a** (i) Securities | | | | |
| | **b** Less: cost or other basis and sales expenses | **7b** | | | | |
| | **c** Gain or (loss) . . . . . . | **7c** | | | | |
| | **d** Net gain or (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | |
| | **8 a** Gross income from fundraising events (not including $ _ _ _ _ _ _ _ _ _ _ of contributions reported on line 1c). See Part IV, line 18 . . . . . . . . . . . | **8a** | | | | |
| | **b** Less: direct expenses . . . . . . | **8b** | | | | |
| | **c** Net income or (loss) from fundraising events . . . . . . . . . ▶ | | | | | |
| | **9 a** Gross income from gaming activities. See Part IV, line 19 . . . . . . . . . . . | **9a** | | | | |
| | **b** Less: direct expenses . . . . . . | **9b** | | | | |
| | **c** Net income or (loss) from gaming activities. . . . . . . . . . . ▶ | | | | | |
| | **10a** Gross sales of inventory, less . . . . . returns and allowances. . . . . . . . . | **10a** | | | | |
| | **b** Less: cost of goods sold. . . . | **10b** | | | | |
| | **c** Net income or (loss) from sales of inventory . . . . . . . . . . ▶ | | | | | |
| **Miscellaneous Revenue** | **11a** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | Business Code | | | | |
| | **b** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| | **c** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| | **d** All other revenue . . . . . . . . . . . . . . . . . | | | | | |
| | **e Total.** Add lines 11a-11d . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | |
| | **12** **Total revenue.** See instructions . . . . . . . . . . . . . . . . . . . . . ▶ | | 550,374. | 0. | 0. | 0. |

BAA                                      TEEA0109L   09/22/21                                 Form **990** (2021)

15

Form 990 (2021)   Breaking Code Silence                                86-3319273          Page **10**

| Part IX | Statement of Functional Expenses |

*Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).*

Check if Schedule O contains a response or note to any line in this Part IX................................. ☐

| *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | (A) Total expenses | (B) Program service expenses | (C) Management and general expenses | (D) Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21...................... | 50,212. | 50,212. | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 ........ | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16 | | | | |
| **4** Benefits paid to or for members ........... | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees .............. | 0. | 0. | 0. | 0. |
| **6** Compensation not included above to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B).................. | 0. | 0. | 0. | 0. |
| **7** Other salaries and wages ................ | 12,319. | 10,471. | 1,848. | |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) ................ | | | | |
| **9** Other employee benefits .................. | | | | |
| **10** Payroll taxes ........................... | 3,157. | 2,683. | 474. | |
| **11** Fees for services (nonemployees): | | | | |
| **a** Management ............................. | | | | |
| **b** Legal .................................. | 157,792. | 78,896. | 78,896. | |
| **c** Accounting............................. | 50. | | 50. | |
| **d** Lobbying............................... | | | | |
| **e** Professional fundraising services. See Part IV, line 17... | | | | |
| **f** Investment management fees .............. | | | | |
| **g** Other. (If line 11g amount exceeds 10% of line 25, column (A), amount, list line 11g expenses on Schedule O.) .... | 1,649. | | 1,649. | |
| **12** Advertising and promotion ................ | | | | |
| **13** Office expenses ........................ | 675. | 574. | 101. | |
| **14** Information technology.................... | 7,488. | 6,365. | 1,123. | |
| **15** Royalties............................... | | | | |
| **16** Occupancy............................. | | | | |
| **17** Travel.................................. | 2,314. | 2,314. | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials......................... | | | | |
| **19** Conferences, conventions, and meetings.... | | | | |
| **20** Interest ................................ | | | | |
| **21** Payments to affiliates.................... | | | | |
| **22** Depreciation, depletion, and amortization ... | | | | |
| **23** Insurance .............................. | 4,261. | 3,622. | 639. | |
| **24** Other expenses. Itemize expenses not covered above. (List miscellaneous expenses on line 24e. If line 24e amount exceeds 10% of line 25, column (A), amount, list line 24e expenses on Schedule O.) ................ | | | | |
| **a** Stipends _____ | 11,000. | 11,000. | | |
| **b** Outside Services _____ | 1,900. | 1,615. | 285. | |
| **c** Licenses and Permits _____ | 1,069. | | 1,069. | |
| **d** Postage and Shipping _____ | 1,002. | 852. | 150. | |
| **e** All other expenses......................... | 1,143. | 971. | 172. | |
| **25** Total functional expenses. Add lines 1 through 24e.... | 256,031. | 169,575. | 86,456. | 0. |
| **26** Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720). ............... | | | | |

**BAA**                    TEEA0110L  09/22/21                    Form **990** (2021)

Form 990 (2021)   Breaking Code Silence                                    86-3319273          Page **11**

| Part X | Balance Sheet |
|---|---|

Check if Schedule O contains a response or note to any line in this Part X . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □

| | | | **(A)** Beginning of year | | **(B)** End of year |
|---|---|---|---|---|---|
| **Assets** | 1 | Cash — non-interest-bearing. . . . . . . . . . . . . . . . . . . . . . . . | 1,217. | 1 | 1,308. |
| | 2 | Savings and temporary cash investments. . . . . . . . . . . . . . . . | | 2 | |
| | 3 | Pledges and grants receivable, net. . . . . . . . . . . . . . . . . . . . | | 3 | 450,076. |
| | 4 | Accounts receivable, net . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4 | |
| | 5 | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . . . . . . . . . . . . . . . | | 5 | |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) . . . . . . . . . . . . | | 6 | |
| | 7 | Notes and loans receivable, net. . . . . . . . . . . . . . . . . . . . . . | | 7 | |
| | 8 | Inventories for sale or use. . . . . . . . . . . . . . . . . . . . . . . . . . | | 8 | |
| | 9 | Prepaid expenses and deferred charges. . . . . . . . . . . . . . . . | 8. | 9 | |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D. . . . . . . . . . . . . . . | **10a** | | |
| | b | Less: accumulated depreciation. . . . . . . . . . . . . . . . | **10b** | 10c | |
| | 11 | Investments — publicly traded securities. . . . . . . . . . . . . . . . | | 11 | |
| | 12 | Investments — other securities. See Part IV, line 11. . . . . . . . . . . . . | | 12 | |
| | 13 | Investments — program-related. See Part IV, line 11 . . . . . . . . . | | 13 | |
| | 14 | Intangible assets. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14 | |
| | 15 | Other assets. See Part IV, line 11. . . . . . . . . . . . . . . . . . . . | | 15 | |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 33). . . . . . . . . | 1,225. | 16 | 451,384. |
| **Liabilities** | 17 | Accounts payable and accrued expenses . . . . . . . . . . . . . . . | | 17 | |
| | 18 | Grants payable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 18 | |
| | 19 | Deferred revenue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 19 | |
| | 20 | Tax-exempt bond liabilities . . . . . . . . . . . . . . . . . . . . . . . . . | | 20 | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D . . . . . . . . | | 21 | |
| | 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . . . . . . . . . . . . . . . | | 22 | |
| | 23 | Secured mortgages and notes payable to unrelated third parties . . . . . . . | | 23 | |
| | 24 | Unsecured notes and loans payable to unrelated third parties. . . . . . . . . | | 24 | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D. | | 25 | 155,816. |
| | 26 | **Total liabilities.** Add lines 17 through 25. . . . . . . . . . . . . . . . | 0. | 26 | 155,816. |
| **Net Assets or Fund Balances** | | **Organizations that follow FASB ASC 958, check here ▶** ☒ **and complete lines 27, 28, 32, and 33.** | | | |
| | 27 | Net assets without donor restrictions . . . . . . . . . . . . . . . . . | 1,225. | 27 | 295,568. |
| | 28 | Net assets with donor restrictions . . . . . . . . . . . . . . . . . . . | | 28 | |
| | | **Organizations that do not follow FASB ASC 958, check here ▶** ☐ **and complete lines 29 through 33.** | | | |
| | 29 | Capital stock or trust principal, or current funds. . . . . . . . . . . | | 29 | |
| | 30 | Paid-in or capital surplus, or land, building, or equipment fund. . . . . . . . | | 30 | |
| | 31 | Retained earnings, endowment, accumulated income, or other funds. . . . . . . . | | 31 | |
| | 32 | Total net assets or fund balances. . . . . . . . . . . . . . . . . . . . | 1,225. | 32 | 295,568. |
| | 33 | Total liabilities and net assets/fund balances. . . . . . . . . . . . . | 1,225. | 33 | 451,384. |

BAA                              TEEA0111L  09/22/21                         Form **990** (2021)

**17**

Form 990 (2021)   Breaking Code Silence                                86-3319273                Page 12

## Part XI | Reconciliation of Net Assets

Check if Schedule O contains a response or note to any line in this Part XI.............................. ☐

| | | | |
|---|---|---|---:|
| 1 | Total revenue (must equal Part VIII, column (A), line 12)............................................. | **1** | 550,374. |
| 2 | Total expenses (must equal Part IX, column (A), line 25)............................................. | **2** | 256,031. |
| 3 | Revenue less expenses. Subtract line 2 from line 1 .................................................. | **3** | 294,343. |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)). ............... | **4** | 1,225. |
| 5 | Net unrealized gains (losses) on investments...................................................... | **5** | |
| 6 | Donated services and use of facilities............................................................ | **6** | |
| 7 | Investment expenses ........................................................................... | **7** | |
| 8 | Prior period adjustments........................................................................ | **8** | |
| 9 | Other changes in net assets or fund balances (explain on Schedule O).................................. | **9** | 0. |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) ................................................................................. | **10** | 295,568. |

## Part XII | Financial Statements and Reporting

Check if Schedule O contains a response or note to any line in this Part XII............................... ☐

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | Accounting method used to prepare the Form 990:  ☐ Cash  ☒ Accrual  ☐ Other _____ | | |
| | If the organization changed its method of accounting from a prior year or checked 'Other,' explain on Schedule O. | | |
| **2a** | Were the organization's financial statements compiled or reviewed by an independent accountant? ................... **2a** | | X |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both:  ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | |
| **b** | Were the organization's financial statements audited by an independent accountant?................................... **2b** | | X |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both:  ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | |
| **c** | If 'Yes' to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant?........................ **2c** | | |
| | If the organization changed either its oversight process or selection process during the tax year, explain on Schedule O. | | |
| **3a** | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133?..................................................... **3a** | | X |
| **b** | If 'Yes,' did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why on Schedule O and describe any steps taken to undergo such audits ........................... **3b** | | |

BAA                                    TEEA0112L  09/22/21                          Form **990** (2021)

**18**

| **SCHEDULE A**<br>**(Form 990)** | **Public Charity Status and Public Support** | OMB No. 1545-0047 |
|---|---|---|
| | Complete if the organization is a section 501(c)(3) organization or a section<br>4947(a)(1) nonexempt charitable trust. | **2021** |
| | ► **Attach to Form 990 or Form 990-EZ.** | |
| Department of the Treasury<br>Internal Revenue Service | ► Go to *www.irs.gov/Form990* for instructions and the latest information. | **Open to Public**<br>**Inspection** |

| Name of the organization | Employer identification number |
|---|---|
| Breaking Code Silence | 86-3319273 |

| **Part I** | **Reason for Public Charity Status.** (All organizations must complete this part.) See instructions. |
|---|---|

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

**1** ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

**2** ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990).)

**3** ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

**4** ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**5** ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)

**6** ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

**7** ☒ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

**8** ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

**9** ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions). Enter the name, city, and state of the college or university: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**10** ☐ An organization that normally receives (1) more than 33-1/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions, subject to certain exceptions; and (2) no more than 33-1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

**11** ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

**12** ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box on lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

**a** ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

**b** ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

**c** ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

**d** ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

**e** ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

**f** Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**g** Provide the following information about the supported organization(s).

| **(i)** Name of supported organization | **(ii)** EIN | **(iii)** Type of organization (described on lines 1-10 above (see instructions)) | **(iv)** Is the organization listed in your governing document? | | **(v)** Amount of monetary support (see instructions) | **(vi)** Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | Yes | No | | |
| **(A)** | | | | | | |
| **(B)** | | | | | | |
| **(C)** | | | | | | |
| **(D)** | | | | | | |
| **(E)** | | | | | | |
| **Total** | | | | | | |

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**                    **Schedule A (Form 990) 2021**

TEEA0401L  08/31/21

**19**

Schedule A (Form 990) 2021          Breaking Code Silence                 86-3319273          Page **2**

| **Part II** | **Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)** |

(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ► | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any 'unusual grants.') . . . . . . . . | | | | 1,217. | 552,374. | 553,591. |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . . . . . . . . . . . . . . . | | | | | | 0. |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge . . . | | | | | | 0. |
| **4** **Total.** Add lines 1 through 3 . . . | 0. | 0. | 0. | 1,217. | 552,374. | 553,591. |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) . . | | | | | | 0. |
| **6** **Public support.** Subtract line 5 from line 4 . . . . . . . . . . . . . . . | | | | | | 553,591. |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ► | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4 . . . . . . . . . . | 0. | 0. | 0. | 1,217. | 552,374. | 553,591. |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources . . . . . . . . . . . . . . . | | | | | | 0. |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on . . . . . . . . . . . . . . . . . | | | | | | 0. |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . . . . . . . . . . . . . . . . . | | | | | | 0. |
| **11** **Total support.** Add lines 7 through 10 . . . . . . . . . . . . . . . . . | | | | | | 553,591. |
| **12** Gross receipts from related activities, etc. (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | **12** | 0. |
| **13** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☒ | | | | | | |

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **14** Public support percentage for 2021 (line 6, column (f), divided by line 11, column (f)) . . . . . . . . . . . . . . . . . . . . . . | **14** | % |
| **15** Public support percentage from 2020 Schedule A, Part II, line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | % |

**16a 33-1/3% support test—2021.** If the organization did not check the box on line 13, and line 14 is 33-1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

  **b 33-1/3% support test—2020.** If the organization did not check a box on line 13 or 16a, and line 15 is 33-1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

**17a 10%-facts-and-circumstances test—2021.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the facts-and-circumstances test, check this box and **stop here.** Explain in Part VI how the organization meets the facts-and-circumstances test. The organization qualifies as a publicly supported organization . . . . . . . . . . ► ☐

  **b 10%-facts-and-circumstances test—2020.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the facts-and-circumstances test, check this box and **stop here.** Explain in Part VI how the organization meets the facts-and-circumstances test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . ► ☐

**18 Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . ► ☐

**BAA**                                                                                          **Schedule A (Form 990) 2021**

TEEA0402L  08/31/21

**20**

Schedule A (Form 990) 2021     Breaking Code Silence     86-3319273     Page **3**

| **Part III** | **Support Schedule for Organizations Described in Section 509(a)(2)** |
|---|---|

(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | **(a)** 2017 | **(b)** 2018 | **(c)** 2019 | **(d)** 2020 | **(e)** 2021 | **(f)** Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any 'unusual grants.') . . . . . . . . . |  |  |  |  |  |  |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose. . . . . . . . . . |  |  |  |  |  |  |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513. |  |  |  |  |  |  |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . . . . . . . . . . . . . . . . . . . . |  |  |  |  |  |  |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge . . . |  |  |  |  |  |  |
| **6 Total.** Add lines 1 through 5 . . . |  |  |  |  |  |  |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons. . . . . . . . . . . |  |  |  |  |  |  |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year. . . . . . . . . . . . . . . . . . |  |  |  |  |  |  |
| **c** Add lines 7a and 7b. . . . . . . . . . |  |  |  |  |  |  |
| **8 Public support.** (Subtract line 7c from line 6.) . . . . . . . . . . . . . . . . |  |  |  |  |  |  |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | **(a)** 2017 | **(b)** 2018 | **(c)** 2019 | **(d)** 2020 | **(e)** 2021 | **(f)** Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6 . . . . . . . . . . |  |  |  |  |  |  |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources . . . . . . . . . . . . . . . . |  |  |  |  |  |  |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 . . |  |  |  |  |  |  |
| **c** Add lines 10a and 10b . . . . . . . . |  |  |  |  |  |  |
| **11** Net income from unrelated business activities not included on line 10b, whether or not the business is regularly carried on . . . . . . . . . . . . . . . |  |  |  |  |  |  |
| **12** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . . . . . . . . . . . . . . . . . . . |  |  |  |  |  |  |
| **13 Total support.** (Add lines 9, 10c, 11, and 12.) . . . . . . . . . . . . . |  |  |  |  |  |  |

**14** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **15** Public support percentage for 2021 (line 8, column (f), divided by line 13, column (f)). . . . . . . . . . . . . . . . . . . . . . . . | **15** | % |
| **16** Public support percentage from **2020** Schedule A, Part III, line 15. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | % |

## Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| **17** Investment income percentage for **2021** (line 10c, column (f), divided by line 13, column (f)). . . . . . . . . . . . . . | **17** | % |
| **18** Investment income percentage from **2020** Schedule A, Part III, line 17. . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | % |

**19a** **33-1/3% support tests—2021.** If the organization did not check the box on line 14, and line 15 is more than 33-1/3%, and line 17 is not more than 33-1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . ▶ ☐

**b** **33-1/3% support tests—2020.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33-1/3%, and line 18 is not more than 33-1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . ▶ ☐

**20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions. . . . . . . ▶ ☐

**BAA**                        TEEA0403L  08/31/21                        Schedule A (Form 990) 2021

Schedule A (Form 990) 2021     Breaking Code Silence         86-3319273     Page **4**

| Part IV | Supporting Organizations |
|---|---|

(Complete only if you checked a box in line 12 on Part I. If you checked box 12a, Part I, complete Sections A and B. If you checked box 12b, Part I, complete Sections A and C. If you checked box 12c, Part I, complete Sections A, D, and E. If you checked box 12d, Part I, complete Sections A and D, and complete Part V.)

**Section A. All Supporting Organizations**

| | | Yes | No |
|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If 'No,' describe in* **Part VI** *how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* **1** | | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509(a)(1) or (2)? *If 'Yes,' explain in* **Part VI** *how the organization determined that the supported organization was described in section 509(a)(1) or (2).* **2** | | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If 'Yes,' answer lines 3b and 3c below.* **3a** | | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If 'Yes,' describe in* **Part VI** *when and how the organization made the determination.* **3b** | | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If 'Yes,' explain in* **Part VI** *what controls the organization put in place to ensure such use.* **3c** | | |
| **4a** | Was any supported organization not organized in the United States ('foreign supported organization')? *If 'Yes' and if you checked box 12a or 12b in Part I, answer lines 4b and 4c below.* **4a** | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If 'Yes,' describe in* **Part VI** *how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* **4b** | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If 'Yes,' explain in* **Part VI** *what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* **4c** | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If 'Yes,' answer lines 5b and 5c below (if applicable). Also, provide detail in* **Part VI,** *including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* **5a** | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? **5b** | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? **5c** | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If 'Yes,' provide detail in* **Part VI.** **6** | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (as defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If 'Yes,' complete Part I of Schedule L (Form 990).* **7** | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described on line 7? *If 'Yes,' complete Part I of Schedule L  (Form 990).* **8** | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons, as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If 'Yes,' provide detail in* **Part VI.** **9a** | | |
| **b** | Did one or more disqualified persons (as defined on line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If 'Yes,' provide detail in* **Part VI.** **9b** | | |
| **c** | Did a disqualified person (as defined on line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If 'Yes,' provide detail in* **Part VI.** **9c** | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If 'Yes,' answer line 10b below.* **10a** | | |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings.)* **10b** | | |

**BAA**            TEEA0404L  08/31/21            **Schedule A (Form 990) 2021**

Schedule A (Form 990) 2021 **Breaking Code Silence** 86-3319273 Page **5**

| **Part IV** | **Supporting Organizations** *(continued)* | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described on lines 11b and 11c below, the governing body of a supported organization? | **11a** | | |
| **b** | A family member of a person described on line 11a above? | **11b** | | |
| **c** | A 35% controlled entity of a person described on line 11a or 11b above? *If 'Yes' to line 11a, 11b, or 11c, provide detail in **Part VI**.* | **11c** | | |

**Section B. Type I Supporting Organizations**

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Did the governing body, members of the governing body, officers acting in their official capacity, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's officers, directors, or trustees at all times during the tax year? *If 'No,' describe in **Part VI** how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove officers, directors, or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* | **1** | | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If 'Yes,' explain in **Part VI** how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised, or controlled the supporting organization.* | **2** | | |

**Section C. Type II Supporting Organizations**

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If 'No,' describe in **Part VI** how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* | **1** | | |

**Section D. All Type III Supporting Organizations**

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | **1** | | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization(s) or (ii) serving on the governing body of a supported organization? *If 'No,' explain in **Part VI** how the organization maintained a close and continuous working relationship with the supported organization(s).* | **2** | | |
| **3** | By reason of the relationship described on line 2, above, did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If 'Yes,' describe in **Part VI** the role the organization's supported organizations played in this regard.* | **3** | | |

**Section E. Type III Functionally Integrated Supporting Organizations**

**1** *Check the box next to the method that the organization used to satisfy the Integral Part Test during the year* **(see instructions).**

**a** ☐ The organization satisfied the Activities Test. *Complete **line 2** below.*

**b** ☐ The organization is the parent of each of its supported organizations. *Complete **line 3** below.*

**c** ☐ The organization supported a governmental entity. *Describe in **Part VI** how you supported a governmental entity (see instructions).*

| | | | Yes | No |
|---|---|---|---|---|
| **2** | Activities Test. ***Answer lines 2a and 2b below.*** | | | |
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If 'Yes,' then in **Part VI** identify those supported **organizations and explain** how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* | **2a** | | |
| **b** | Did the activities described on line 2a, above, constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If 'Yes,' explain in **Part VI** the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* | **2b** | | |
| **3** | Parent of Supported Organizations. ***Answer lines 3a and 3b below.*** | | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *If 'Yes' or 'No,' provide details in **Part VI**.* | **3a** | | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs, and activities of each of its supported organizations? *If 'Yes,' describe in **Part VI** the role played by the organization in this regard.* | **3b** | | |

**BAA** TEEA0405L  08/31/21 Schedule A (Form 990) 2021

23

Schedule A (Form 990) 2021          Breaking Code Silence                    86-3319273          Page **6**

| **Part V** | **Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations** |

1 ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 (explain in Part VI). **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E.

## Section A — Adjusted Net Income

| | | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| **1** | Net short-term capital gain | 1 | | |
| **2** | Recoveries of prior-year distributions | 2 | | |
| **3** | Other gross income (see instructions) | 3 | | |
| **4** | Add lines 1 through 3. | 4 | | |
| **5** | Depreciation and depletion | 5 | | |
| **6** | Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | 6 | | |
| **7** | Other expenses (see instructions) | 7 | | |
| **8** | **Adjusted Net Income** (subtract lines 5, 6, and 7 from line 4) | 8 | | |

## Section B — Minimum Asset Amount

| | | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| **1** | Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | | | |
| **a** | Average monthly value of securities | 1a | | |
| **b** | Average monthly cash balances | 1b | | |
| **c** | Fair market value of other non-exempt-use assets | 1c | | |
| **d** | **Total** (add lines 1a, 1b, and 1c) | 1d | | |
| **e** | **Discount** claimed for blockage or other factors *(explain in detail in **Part VI**):* | | | |
| **2** | Acquisition indebtedness applicable to non-exempt-use assets | 2 | | |
| **3** | Subtract line 2 from line 1d. | 3 | | |
| **4** | Cash deemed held for exempt use. Enter 0.015 of line 3 (for greater amount, see instructions). | 4 | | |
| **5** | Net value of non-exempt-use assets (subtract line 4 from line 3) | 5 | | |
| **6** | Multiply line 5 by 0.035. | 6 | | |
| **7** | Recoveries of prior-year distributions | 7 | | |
| **8** | **Minimum Asset Amount** (add line 7 to line 6) | 8 | | |

## Section C — Distributable Amount

| | | | Current Year |
|---|---|---|---|
| **1** | Adjusted net income for prior year (from Section A, line 8, column A) | 1 | |
| **2** | Enter 0.85 of line 1. | 2 | |
| **3** | Minimum asset amount for prior year (from Section B, line 8, column A) | 3 | |
| **4** | Enter greater of line 2 or line 3. | 4 | |
| **5** | Income tax imposed in prior year | 5 | |
| **6** | **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions). | 6 | |

7 ☐ Check here if the current year is the organization's first as a non-functionally integrated Type III supporting organization (see instructions).

**BAA**                                                        **Schedule A (Form 990) 2021**

Schedule A (Form 990) 2021     Breaking Code Silence      86-3319273      Page **7**

| **Part V** | **Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations** *(continued)* | | |
|---|---|---|---|

| **Section D — Distributions** | | | **Current Year** |
|---|---|---|---|
| 1 | Amounts paid to supported organizations to accomplish exempt purposes | 1 | |
| 2 | Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | 2 | |
| 3 | Administrative expenses paid to accomplish exempt purposes of supported organizations | 3 | |
| 4 | Amounts paid to acquire exempt-use assets | 4 | |
| 5 | Qualified set-aside amounts (prior IRS approval required — *provide details in Part VI*) | 5 | |
| 6 | Other distributions (describe in **Part VI**). See instructions. | 6 | |
| 7 | **Total annual distributions.** Add lines 1 through 6. | 7 | |
| 8 | Distributions to attentive supported organizations to which the organization is responsive (provide details in **Part VI**). See instructions. | 8 | |
| 9 | Distributable amount for 2021 from Section C, line 6 | 9 | |
| 10 | Line 8 amount divided by line 9 amount | 10 | |

| **Section E — Distribution Allocations (see instructions)** | **(i)** Excess Distributions | **(ii)** Underdistributions Pre-2021 | **(iii)** Distributable Amount for 2021 |
|---|---|---|---|
| 1 Distributable amount for 2021 from Section C, line 6 | | | |
| 2 Underdistributions, if any, for years prior to 2021 (reasonable cause required — *explain in Part VI*). See instructions. | | | |
| 3 Excess distributions carryover, if any, to 2021 | | | |
| **a** From 2016 . . . . . . . . . . . . . . . | | | |
| **b** From 2017 . . . . . . . . . . . . . . . | | | |
| **c** From 2018 . . . . . . . . . . . . . . . | | | |
| **d** From 2019 . . . . . . . . . . . . . . . | | | |
| **e** From 2020 . . . . . . . . . . . . . . . | | | |
| **f Total** of lines 3a through 3e | | | |
| **g** Applied to underdistributions of prior years | | | |
| **h** Applied to 2021 distributable amount | | | |
| **i** Carryover from 2016 not applied (see instructions) | | | |
| **j** Remainder. Subtract lines 3g, 3h, and 3i from line 3f. | | | |
| 4 Distributions for 2021 from Section D, line 7:    $ | | | |
| **a** Applied to underdistributions of prior years | | | |
| **b** Applied to 2021 distributable amount | | | |
| **c** Remainder. Subtract lines 4a and 4b from line 4. | | | |
| 5 Remaining underdistributions for years prior to 2021, if any. Subtract lines 3g and 4a from line 2. For result greater than zero, *explain in Part VI*. See instructions. | | | |
| 6 Remaining underdistributions for 2021. Subtract lines 3h and 4b from line 1. For result greater than zero, *explain in Part VI*. See instructions. | | | |
| 7 **Excess distributions carryover to 2022.** Add lines 3j and 4c. | | | |
| 8 Breakdown of line 7: | | | |
| **a** Excess from 2017 . . . . . . . | | | |
| **b** Excess from 2018 . . . . . . | | | |
| **c** Excess from 2019 . . . . . . | | | |
| **d** Excess from 2020 . . . . . . | | | |
| **e** Excess from 2021 . . . . . . . | | | |

**BAA**                                                                                 Schedule A (Form 990) 2021

Schedule A (Form 990) 2021        Breaking Code Silence                86-3319273              Page **8**

| Part VI | **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a, and 3b; Part V, line 1; Part V, Section B, line 1e; Part V, Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions.) |
|---|---|

| SCHEDULE D<br>(Form 990) | **Supplemental Financial Statements**<br>► Complete if the organization answered 'Yes' on Form 990,<br>Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.<br>► Attach to Form 990.<br>► Go to *www.irs.gov/Form990* for instructions and the latest information. | OMB No. 1545-0047<br>**2021** |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | Open to Public<br>Inspection |

| Name of the organization | Employer identification number |
|---|---|
| Breaking Code Silence | 86-3319273 |

## Part I — Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year . . . . . . . . . . . . . . . . | | |
| 2 | Aggregate value of contributions to (during year) . . . . . . . | | |
| 3 | Aggregate value of grants from (during year) . . . . . . . . | | |
| 4 | Aggregate value at end of year . . . . . . . . . . . . . | | |

5  Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds
are the organization's property, subject to the organization's exclusive legal control? . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

6  Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only
for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring
impermissible private benefit? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

## Part II — Conservation Easements.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 7.

1  Purpose(s) of conservation easements held by the organization (check all that apply).

☐ Preservation of land for public use (for example, recreation or education)      ☐ Preservation of a historically important land area

☐ Protection of natural habitat      ☐ Preservation of a certified historic structure

☐ Preservation of open space

2  Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the
last day of the tax year.

| | | Held at the End of the Tax Year |
|---|---|---|
| a | Total number of conservation easements . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2a |  |
| b | Total acreage restricted by conservation easements . . . . . . . . . . . . . . . . . . . . . . . . | 2b |  |
| c | Number of conservation easements on a certified historic structure included in (a) . . . . . . . . . . . | 2c |  |
| d | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic<br>structure listed in the National Register . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2d |  |

3  Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the
tax year ► _____

4  Number of states where property subject to conservation easement is located ► _____

5  Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations,
and enforcement of the conservation easements it holds? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

6  Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
► _____

7  Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
► $ _____

8  Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i)
and section 170(h)(4)(B)(ii)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

9  In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement and balance sheet, and
include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for
conservation easements.

## Part III — Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 8.

1 a  If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works of art,
historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide in
Part XIII the text of the footnote to its financial statements that describes these items.

b  If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of art,
historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the
following amounts relating to these items:

(i)  Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► $ _____

(ii)  Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► $ _____

2  If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following
amounts required to be reported under FASB ASC 958 relating to these items:

a  Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► $ _____

b  Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► $ _____

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 990.**      TEEA3301L   08/30/21      **Schedule D (Form 990) 2021**

27

Schedule D (Form 990) 2021   Breaking Code Silence                                    86-3319273           Page **2**

| **Part III** | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)* |
|---|---|

**3** Using the organization's acquisition, accession, and other records, check any of the following that make significant use of its collection items (check all that apply):

**a** ☐ Public exhibition                    **d** ☐ Loan or exchange program

**b** ☐ Scholarly research                   **e** ☐ Other

**c** ☐ Preservation for future generations

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5** During the year, did the organization solicit or receive donations of art, historical treasures, or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?....................... ☐ **Yes**   ☐ **No**

| **Part IV** | **Escrow and Custodial Arrangements.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21. |
|---|---|

**1 a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X?.................................................................................................. ☐ **Yes**   ☐ **No**

**b** If 'Yes,' explain the arrangement in Part XIII and complete the following table:

|  |  | Amount |
|---|---|---|
| **c** Beginning balance............................................... | **1 c** |  |
| **d** Additions during the year....................................... | **1 d** |  |
| **e** Distributions during the year.................................. | **1 e** |  |
| **f** Ending balance.................................................... | **1 f** |  |

**2 a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability?..... ☐ **Yes**   ☐ **No**

**b** If 'Yes,' explain the arrangement in Part XIII. Check here if the explanation has been provided on Part XIII.................... ☐

| **Part V** | **Endowment Funds.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 10. |
|---|---|

|  | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|
| **1 a** Beginning of year balance....... |  |  |  |  |  |
| **b** Contributions................... |  |  |  |  |  |
| **c** Net investment earnings, gains, and losses.................... |  |  |  |  |  |
| **d** Grants or scholarships......... |  |  |  |  |  |
| **e** Other expenditures for facilities and programs................. |  |  |  |  |  |
| **f** Administrative expenses....... |  |  |  |  |  |
| **g** End of year balance........... |  |  |  |  |  |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment ▶ _____ %

**b** Permanent endowment ▶ _____ %

**c** Term endowment ▶ _____ %

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3 a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

|  |  | Yes | No |
|---|---|---|---|
| **(i)** Unrelated organizations ........................................................................ | **3a(i)** |  |  |
| **(ii)** Related organizations .......................................................................... | **3a(ii)** |  |  |

**b** If 'Yes' on line 3a(ii), are the related organizations listed as required on Schedule R?............................... | **3b** |  |  |

**4** Describe in Part XIII the intended uses of the organization's endowment funds.

| **Part VI** | **Land, Buildings, and Equipment.** |
|---|---|

Complete if the organization answered 'Yes' on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1 a** Land............................................... |  |  |  |  |
| **b** Buildings.......................................... |  |  |  |  |
| **c** Leasehold improvements..................... |  |  |  |  |
| **d** Equipment....................................... |  |  |  |  |
| **e** Other............................................... |  |  |  |  |

**Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10c.)*...................... ▶ | | | | 0.

**BAA**                                                                             Schedule D (Form 990) 2021

Schedule D (Form 990) 2021   Breaking Code Silence                                      86-3319273        Page **3**

| Part VII | Investments — Other Securities. | N/A | |
|---|---|---|---|

Complete if the organization answered 'Yes' on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives.................................... | | |
| (2) Closely held equity interests........................... | | |
| (3) Other | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| (I) | | |
| Total. (Column (b) must equal Form 990, Part X, column (B) line 12.)... ▶ | | |

| Part VIII | Investments — Program Related. | N/A | |
|---|---|---|---|

Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| (10) | | |
| Total. (Column (b) must equal Form 990, Part X, column (B) line 13.)... ▶ | | |

| Part IX | Other Assets. | N/A |
|---|---|---|

Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| (10) | |
| Total. (Column (b) must equal Form 990, Part X, column (B) line 15.)........................................... ▶ | |

| Part X | Other Liabilities. |
|---|---|

Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| 1. (a) Description of liability | (b) Book value |
|---|---|
| (1) Federal income taxes | |
| (2) Accrued Expenses | 1,432. |
| (3) Due to Jennifer M | 4,816. |
| (4) Due to Katherine M | 103,102. |
| (5) Due to Venessa H | 46,465. |
| (6) Rounding | 1. |
| (7) | |
| (8) | |
| (9) | |
| (10) | |
| (11) | |
| Total. (Column (b) must equal Form 990, Part X, column (B) line 25.)........................................... ▶ | 155,816. |

2. Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FASB ASC 740. Check here if the text of the footnote has been provided in Part XIII.......................................................... ☐

BAA                                    TEEA3303L  08/30/21                          Schedule D (Form 990) 2021

Schedule D (Form 990) 2021  Breaking Code Silence                                86-3319273                Page **4**

| **Part XI** | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.** N/A | | |
|---|---|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | |

| | | | | |
|---|---|---|---|---|
| **1** | Total revenue, gains, and other support per audited financial statements................................... | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | |
| **a** | Net unrealized gains (losses) on investments.................................. | **2a** | | |
| **b** | Donated services and use of facilities........................................ | **2b** | | |
| **c** | Recoveries of prior year grants ............................................. | **2c** | | |
| **d** | Other (Describe in Part XIII.) .............................................. | **2d** | | |
| **e** | Add lines **2a** through **2d**.................................................... | | **2e** | |
| **3** | Subtract line **2e** from line **1**................................................ | | **3** | |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b.............. | **4a** | | |
| **b** | Other (Describe in Part XIII.) .............................................. | **4b** | | |
| **c** | Add lines **4a** and **4b**...................................................... | | **4c** | |
| **5** | Total revenue. Add lines **3** and **4c.** *(This must equal Form 990, Part I, line 12.)* ........................... | | **5** | |

| **Part XII** | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** N/A | | |
|---|---|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | |

| | | | | |
|---|---|---|---|---|
| **1** | Total expenses and losses per audited financial statements ................................. | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | |
| **a** | Donated services and use of facilities........................................ | **2a** | | |
| **b** | Prior year adjustments..................................................... | **2b** | | |
| **c** | Other losses............................................................. | **2c** | | |
| **d** | Other (Describe in Part XIII.) .............................................. | **2d** | | |
| **e** | Add lines **2a** through **2d**.................................................... | | **2e** | |
| **3** | Subtract line **2e** from line **1**................................................ | | **3** | |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b.............. | **4a** | | |
| **b** | Other (Describe in Part XIII.) .............................................. | **4b** | | |
| **c** | Add lines **4a** and **4b**...................................................... | | **4c** | |
| **5** | Total expenses. Add lines **3** and **4c.** *(This must equal Form 990, Part I, line 18.)* ........................... | | **5** | |

| **Part XIII** | **Supplemental Information.** |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V,
line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

**BAA**                                                                                    **Schedule D (Form 990) 2021**

TEEA3304L  08/30/21

**30**

| **SCHEDULE I**<br>(Form 990) | **Grants and Other Assistance to Organizations, Governments, and Individuals in the United States** | OMB No. 1545-0047 |
|---|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 21 or 22.<br>► Attach to Form 990.<br>► Go to *www.irs.gov/Form990* for the latest information. | **2021** |
| Department of the Treasury<br>Internal Revenue Service | | **Open to Public Inspection** |

| Name of the organization | Employer identification number |
|---|---|
| Breaking Code Silence | 86-3319273 |

**Part I**  **General Information on Grants and Assistance**

**1**  Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance?............................................................................................ ☒ Yes  ☐ No

**2**  Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

**Part II**  **Grants and Other Assistance to Domestic Organizations and Domestic Governments.**  Complete if the organization answered 'Yes' on Form 990, Part IV, line 21, for any recipient that received more than $5,000. Part II can be duplicated if additional space is needed.

| **1 (a)** Name and address of organization or government | **(b)** EIN | **(c)** IRC section (if applicable) | **(d)** Amount of cash grant | **(e)** Amount of noncash assistance | **(f)** Method of valuation (book, FMV, appraisal, other) | **(g)** Description of noncash assistance | **(h)** Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| **(1)** Univ. of North Carolina Wilm<br>601 S College Road<br>Wilmington, NC 28403 | | | 50,212. | 0. | | | Support research |
| **(2)** | | | | | | | |
| **(3)** | | | | | | | |
| **(4)** | | | | | | | |
| **(5)** | | | | | | | |
| **(6)** | | | | | | | |
| **(7)** | | | | | | | |
| **(8)** | | | | | | | |

**2**  Enter total number of section 501(c)(3) and government organizations listed in the line 1 table .................................................................. ►  0

**3**  Enter total number of other organizations listed in the line 1 table.................................................................................................. ►  1

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 990.**        TEEA3901L  07/12/21        Schedule I (Form 990) 2021

Schedule I (Form 990) 2021   Breaking Code Silence                                        86-3319273              Page **2**

| Part III | **Grants and Other Assistance to Domestic Individuals.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 22. Part III can be duplicated if additional space is needed. |

| **(a)** Type of grant or assistance | **(b)** Number of recipients | **(c)** Amount of cash grant | **(d)** Amount of noncash assistance | **(e)** Method of valuation (book, FMV, appraisal, other) | **(f)** Description of noncash assistance |
|---|---|---|---|---|---|
| **1** | | | | | |
| **2** | | | | | |
| **3** | | | | | |
| **4** | | | | | |
| **5** | | | | | |
| **6** | | | | | |
| **7** | | | | | |

| Part IV | **Supplemental Information.** Provide the information required in Part I, line 2; Part III, column (b); and any other additional information. |

TEEA3902L   07/12/21

| SCHEDULE J | **Compensation Information** | OMB No. 1545-0047 |
|---|---|---|
| **(Form 990)** | For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees | **2021** |
| | ► Complete if the organization answered 'Yes' on Form 990, Part IV, line 23. | |
| | ► Attach to Form 990. | |
| Department of the Treasury<br>Internal Revenue Service | ► Go to *www.irs.gov/Form990* for instructions and the latest information. | Open to Public<br>Inspection |

| Name of the organization | Employer identification number |
|---|---|
| Breaking Code Silence | 86-3319273 |

| **Part I** | **Questions Regarding Compensation** |
|---|---|

|  | | Yes | No |
|---|---|---|---|
| **1 a** Check the appropriate box(es) if the organization provided any of the following to or for a person listed on Form 990, Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items. | | | |

☐ First-class or charter travel          ☐ Housing allowance or residence for personal use

☐ Travel for companions               ☐ Payments for business use of personal residence

☐ Tax indemnification and gross-up payments   ☐ Health or social club dues or initiation fees

☐ Discretionary spending account         ☐ Personal services (such as maid, chauffeur, chef)

| | | Yes | No |
|---|---|---|---|
| **b** If any of the boxes on line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If 'No,' complete Part III to explain................. | **1 b** | | |
| **2** Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, and officers, including the CEO/Executive Director, regarding the items checked on line 1a?.................. | **2** | | |
| **3** Indicate which, if any, of the following the organization used to establish the compensation of the organization's CEO/ Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III. | | | |

☐ Compensation committee              ☐ Written employment contract

☐ Independent compensation consultant      ☐ Compensation survey or study

☐ Form 990 of other organizations         ☐ Approval by the board or compensation committee

| | | Yes | No |
|---|---|---|---|
| **4** During the year, did any person listed on Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization: | | | |
| **a** Receive a severance payment or change-of-control payment? ........................................................... | **4a** | | X |
| **b** Participate in or receive payment from a supplemental nonqualified retirement plan?................................... | **4b** | | X |
| **c** Participate in or receive payment from an equity-based compensation arrangement?.................................. | **4c** | | X |
| If 'Yes' to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III. | | | |
| **Only section 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5-9.** | | | |
| **5** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of: | | | |
| **a** The organization?................................................................................................... | **5a** | | X |
| **b** Any related organization? ............................................................................................. | **5b** | | X |
| If 'Yes' on line 5a or 5b, describe in Part III. | | | |
| **6** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of: | | | |
| **a** The organization?................................................................................................... | **6a** | | X |
| **b** Any related organization? ............................................................................................. | **6b** | | X |
| If 'Yes' on line 6a or 6b, describe in Part III. | | | |
| **7** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization provide any nonfixed payments not described on lines 5 and 6? If 'Yes,' describe in Part III................................................... | **7** | | X |
| **8** Were any amounts reported on Form 990, Part VII, paid or accrued pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If 'Yes,' describe in Part III ...................................................................................................... | **8** | | X |
| **9** If 'Yes' on line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)?....................................................................................... | **9** | | |

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 990.**                    Schedule J (Form 990) 2021

TEEA4101L  10/27/21

Schedule J (Form 990) 2021   Breaking Code Silence                                            86-3319273                     Page **2**

| Part II | **Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees.** Use duplicate copies if additional space is needed. |

For each individual whose compensation must be reported on Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii). Do not list any individuals that aren't listed on Form 990, Part VII.

**Note:** The sum of columns (B)(i)-(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| (A) Name and Title | | (B) Breakdown of W-2 and/or 1099-MISC and/or 1099-NEC compensation | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns(B)(i)-(D) | (F) Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| 1 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 2 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 3 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 4 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 5 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 6 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 7 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 8 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 9 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 10 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 11 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 12 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 13 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 14 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 15 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 16 | (i) | | | | | | | |
| | (ii) | | | | | | | |

BAA                                    TEEA4102L   10/27/21                              **Schedule J (Form 990) 2021**

Schedule J (Form 990) 2021      Breaking Code Silence                                          86-3319273                          Page **3**

| Part III | Supplemental Information |
|---|---|

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II.  Also complete this part for any additional information.

**SCHEDULE O**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

**Supplemental Information to Form 990 or 990-EZ**

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
► **Attach to Form 990 or Form 990-EZ.**
► **Go to** *www.irs.gov/Form990* **for the latest information.**

OMB No. 1545-0047

**2021**

**Open to Public
Inspection**

| Name of the organization | Employer identification number |
|---|---|
| Breaking Code Silence | 86-3319273 |

**Form 990, Part III, Line 1 - Organization Mission**

To prevent institutional child abuse in residential facilities and to empower adult survivors to engage in positive self-advocacy. We utilize education, outreach, research, and community organizing to protect the civil and human rights of your in congregate care.

**Form 990, Part VI, Line 11b - Form 990 Review Process**

No review was or will be conducted.

**Form 990, Part VI, Line 19 - Other Organization Documents Publicly Available**

No other documents available to the public.

**BAA**  For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.    TEEA4901L   08/10/21                    **Schedule O (Form 990) 2021**

36