Dirk O. Julander, Bar No. 132313
doj@jbblaw.com
Catherine A. Close, Bar No. 198549
cac@jbblaw.com
M. Adam Tate, Bar No. 280017
adam@jbblaw.com
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
Telephone:  (949) 477-2100
Facsimile:  (949) 477-6355

Attorneys for Defendants
KATHERINE MCNAMARA and
JEREMY WHITELEY



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE MCNAMARA, an Individual; JEREMY WHITELEY, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-002052-SB-MAA<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' RESPONSE TO REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>[*Assigned to the Hon. Maria A. Audero*] |

The Request for Judicial Notice filed by Defendants KATHERINE MCNAMARA and JEREMY WHITELEY ("Defendants") in support of Defendants' Response To Request For Dismissal With Prejudice (the "Response"), was considered on _____, 2024, by the Honorable Maria A. Audero, Magistrate Judge.

The Court, having reviewed the Request for Judicial Notice, and for good cause appearing, rules as follows:

**IT IS ORDERED** that Defendants' Request for Judicial Notice is GRANTED. The Court will take judicial notice of Exhibits 1 through 3 in support of Defendants' Response pursuant to Federal Rules of Evidence 201(b)(2).

**IT IS SO ORDERED.**

DATED:

_____
MARIA A. AUDERO
United States Magistrate Judge

JULANDER BROWN
— & BOLLARD —

**1**
**2**
**3**
**4**
**5**
**6**
**7**
**8**
**9**
**10**
**11**
**12**
**13**
**14**
**15**
**16**
**17**
**18**
**19**
**20**
**21**
**22**
**23**
**24**
**25**
**26**
**27**
**28**

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on this 24th day of April, 2024, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

*/s/ Helene P. Saller*
Helene P. Saller

JULANDER BROWN
— & BOLLARD —