JOHN SAMUEL GIBSON (SBN 140647)
john.gibson@us.dlapiper.com
JASON TAYLOR LUEDDEKE (SBN 279242)
jason.lueddeke@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Tel:   310.595.3000
Fax:   310.595.3300

Attorneys for Plaintiff
BREAKING CODE SILENCE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) non-profit,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE MCNAMARA, an individual, JEREMY WHITELEY, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:22-CV-002052-SB-MAA<br><br>Hon. Maria A. Audero<br><br>**DECLARATION OF JASON LUEDDEKE IN SUPPORT OF PLAINTIFF'S MOTION TO REDUCE DEFENDANTS' REQUESTED ATTORNEYS' FEES AND COSTS RELATED TO SUBPOENA DISCOVERY**<br><br>Hearing Date:  May 22, 2024<br>Hearing Time:  10:00 a.m.<br><br>Complaint Filed:  March 28, 2022<br>Trial Date:  Not Set |

## DECLARATION OF JASON LUEDDEKE

I, Jason Lueddeke, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am an attorney at the law firm of DLA Piper LLP, counsel of record for Plaintiff Breaking Code Silence ("BCS"). I submit this declaration in support of BCS' Motion to Reduce Defendants' Requested Attorneys' Fees and Costs Related to Subpoena Discovery ("Motion"). I have personal knowledge of the facts herein and, if called upon to testify, can and will truthfully testify thereto.

2. On April 17, 2024, Defendants' counsel sent BCS' counsel the Declaration of M. Adam Tate in Support of Accounting of Fees/Costs Related to Custodian Subpoenas ("Tate Declaration"). A true and correct copy of the Tate Declaration is attached hereto as **Exhibit A**.

3. I have reviewed the Tate Declaration. In red, I have highlighted Defendants' counsel's time entries that should be stricken in their entirety because they relate to IDC attendance and other unrelated tasks, not Subpoena Discovery. For the benefit of the Court, I added up the attorneys' fees associated with the red highlighted time entries. That total is $13,667.00. A true and correct copy of the Tate Declaration with my highlights is attached hereto as **Exhibit B**.

4. In yellow, I have highlighted Defendants' counsel's time entries that are improperly block billed. As set forth in BCS' accompanying Motion, BCS requests that the Court reduce the attorneys' fees associated with such time entries by two-thirds, or 67%. For the benefit of the Court, I added up the attorneys' fees associated with all yellow highlighted time entries. That total is $7,805.00. I then multiplied by .33 to get $2,575.65, which is a reduction of $5,229.35. BCS respectfully submits that a reduction of $5,229.35 should be the minimum reduction for the yellow highlighted time entries.

1 | I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of April, 2024.

_____
Jason Lueddeke