Dirk O. Julander, Bar No. 132313
*doj@jbblaw.com*
Catherine A. Close, Bar No. 198549
*cac@jbblaw.com*
M. Adam Tate, Bar No. 280017
*adam@jbblaw.com*
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
Telephone:  (949) 477-2100
Facsimile:  (949) 477-6355

Attorneys for Defendants
KATHERINE MCNAMARA and
JEREMY WHITELEY



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) nonprofit,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE MCNAMARA, an Individual; JEREMY WHITELEY, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-002052-SB-MAA<br><br>**DECLARATION OF M. ADAM TATE IN SUPPORT OF ACCOUNTING OF FEES/COSTS RELATED TO CUSTODIAN SUBPOENAS**<br><br>*[Assigned to the Hon. Maria A. Audero]* |

JULANDER BROWN
— & BOLLARD —

TATE DECL. RE: FEES/COSTS FOR CUSTODIAN SUBPOENA

# DECLARATION OF M. ADAM TATE

I, M. ADAM TATE, hereby declare and state under penalty of perjury the following facts:

1. I am an attorney licensed to practice before this Court. I am a partner at the law firm of Julander, Bown & Bollard, the attorneys of record for Defendants KATHERINE MCNAMARA ("McNamara") and JEREMY WHITELEY ("Whiteley;" collectively "Defendants") in the above-captioned action. I have personal knowledge of the following facts and, if called upon to testify, I can and will competently testify thereto:

2. Pursuant to the Court's Order dated April 10, 2024 (Dkt. 200), Defendants hereby provide the following information concerning the attorneys' fees and costs incurred by Defendants for the Subpoena Discovery (as defined therein).

3. Regarding the attorneys' fees incurred for the Subpoena Discovery:

      a. **M. Adam Tate**

         i. I am a partner for Julander Brown and Bollard ("JBB") and lead counsel on this case. I received my J.D., with honors, from the J. Rueben Clark Law School (BYU) in 2011. I have practiced commercial litigation in Orange County since passing the bar in 2011. I am an experienced trial and appellate attorney.

         ii. My billing rate for this matter was $470.00 per hour when I became a partner in February 2023 and increased to $510.00 per hour in January 2024. Hourly rates for partners in commercial litigation firms such as JBB with my experience in Los Angeles and Orange County typically meet or exceed this hourly rate.

         iii. Attached hereto as **Exhibit 1** is a chart reflecting my specific time entries and amounts billed to Defendants related to the Subpoena Discovery. The chart was created from the Carat Legal/Zola Suite program used by my office to generate billing invoices.

JULANDER BROWN
— & BOLLARD —

JBB

1       iv.    Thus, the total cost to Defendants for my time related to

2  the Subpoena Discovery totals $8,836.00.

3      b.   **Catherine A. Close**

4       i.    Ms. Close has been an associate with JBB since May

5  2002. She received her J.D., with honors, from the Whittier College School of

6  Law in 1998. She has practiced commercial litigation in Orange County since

7  passing the bar in 1998. She is an experienced trial lawyer, participating in

8  numerous trials of complex business matters in both state and federal courts.

9  She has also drafted many appellate briefs.

10       ii.    Ms. Close is the senior associate on this matter. Her billing

11  rate for this matter was $450.00 per hour beginning in January 2023 and

12  increased to $475.00 per hour in January 2024. Based on her experience,

13  hourly rates for senior litigation associates with her experience in business

14  litigation firms in Los Angeles and Orange County typically meet or exceed

15  her hourly rate.

16       iii.    Attached hereto as **Exhibit 2** is a chart reflecting Ms.

17  Close's specific time entries and amounts billed to Defendants related to the

18  Subpoena Discovery. The chart was created from the Carat Legal/Zola Suite

19  program used by my office to generate billing invoices.

20       iv.    Thus, the total cost to Defendants for Ms. Close's time

21  related to the Subpoena Discovery totals $10,270.00.

22      c.   **Adam J Schwartz**

23       i.    Adam J Schwartz has been a solo practitioner since 2012.

24  Prior to that time, he was a litigation associate at Paul Hastings for nearly five

25  years. Mr. Schwartz received his J.D., with honors, from The George

26  Washington University Law School in Washington, D.C. in 2007, where he

27  was a member of International Law Review. Mr. Schwartz has practiced

28  white collar criminal and commercial litigation in Washington, D.C. and Los

JULANDER BROWN
& BOLLARD

Angeles County since passing the bar in 2007. He is admitted to practice law in both California and the District of Columbia. He is experienced litigating business disputes, as well as white collar criminal, employment, defamation, copyright, and trademark matters.

ii.    Mr. Schwartz has worked as an independent contractor assisting JBB in this action since July 2022 and became co-counsel for Defendants in this action in August 2022. Mr. Schwartz's billing rate for this matter is $300.00 and, based on over 16 years of civil and criminal litigation experience, the rate charged on this matter is the usual and customary rate Mr. Schwartz charges for legal work performed in the Los Angeles area. Hourly rates for commercial litigators with Mr. Schwartz's experience in Los Angeles and Orange County typically meet or exceed this hourly rate.

iii.    Attached hereto as **Exhibit 3** is a chart reflecting Mr. Schwartz's specific time entries and amounts billed to Defendants related to the Subpoena Discovery. The chart was created from the Carat Legal/Zola Suite program used by my office to generate billing invoices.

iv.    Thus, the total cost to Defendants for Mr. Schwartz's time related to the Subpoena Discovery totals $1,500.00.

d.    **Rebekah Chamberlin**

i.    Rebekah Chamberlin worked for JBB as a law clerk beginning in August 2021. She then passed the California Bar in May 2023 and was promoted to an associate attorney. Ms. Chamberlin received her J.D. from the J. Rueben Clark Law School (BYU) in 2021.

ii.    Ms. Chamberlin's billing rate for this matter was $150.00 per hour in 2023 and increased to $185.00 per hour in January 2024. Based on my experience, hourly rates for law clerks and junior associates with Ms. Chamberlin's experience in business litigation firms in Los Angeles and Orange County typically meet or exceed this hourly rate.

iii.    Attached hereto as **Exhibit 4** is a chart reflecting Ms. Chamberlin's specific time entries and amounts billed to Defendants related to the Subpoena Discovery. The chart was created from the Carat Legal/Zola Suite program used by my office to generate billing invoices.

iv.    Thus, the total cost to Defendants for Ms. Chamberlin's time related to the Subpoena Discovery totals $1,155.00.

e.    **Helene Saller**

i.    Helene Saller has worked for JBB as a litigation paralegal since 2019, specializing in legal research and filings, trial preparation, discovery, and document control. She studied political science at Arizona State University and received her paralegal certificate from Pasadena City College in 1992. She has worked in the legal industry since 1992 for both large and small firms, with extensive experience in the areas of civil practice, employment law, medical malpractice, and complex litigation.

ii.    Ms. Saller has been the lead paralegal in this matter since this action was filed. Ms. Saller's billing rate for this matter was $200.00 per hour in 2023 and increased to $210.00 per hour in January 2024. Based on my experience, hourly rates for senior litigation paralegals with Ms. Saller's experience in business litigation firms in Los Angeles and Orange County typically meet or exceed this hourly rate.

iii.    Attached hereto as **Exhibit 5** is a chart reflecting Ms. Saller's specific time entries and amounts billed to Defendants related to the Subpoena Discovery. The chart was created from the Carat Legal/Zola Suite program used by my office to generate billing invoices.

iv.    Thus, the total cost to Defendants for Ms. Saller's time related to the Subpoena Discovery totals $4,504.00.

JULANDER BROWN
— & BOLLARD —

JBB

4.    Attached hereto as **<u>Exhibit 6</u>** is a chart breaking down the costs incurred to Array related to the Subpoena Discovery, our process service and document retrieval vendor. The chart was also created from the Carat Legal/Zola Suite program used by my office to generate billing invoices. Attached to the chart as indicated are the supporting invoices from Array. As reflected on the chart, the total costs incurred by Defendants for the Subpoena Discovery was $3,988.00.

5.    Together Defendants are requesting $26,265.00 in attorneys' fees and $3,988.00 in costs for the Subpoena Discovery, for a total of $30,253.00.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 17th day of April 2024

_/s/      M. Adam Tate_
M. Adam Tate

# EXHIBIT 1

### *Time Entries for M. Adam Tate (MAT) for Subpoena Discovery*

| DATE | BILLING ENTRY | TIME SPENT | RATE | AMOUNT BILLED |
|------|--------------|-----------|------|---------------|
| 06/07/23 | Review email correspondence regarding status of subpoenas to BCS officers and directors. | .2 | $470.00 | $94.00 |
| 07/20/23 | Review memorandum regarding status of subpoenas. | .1 | $470.00 | $47.00 |
| 07/21/23 | Review subpoenas to Dorit Saberi an Lenore Silverman. Emails regarding same. | .2 | $470.00 | $94.00 |
| 07/31/23 | Telephone conference with C. Close regarding subpoena status and outstanding documents. | .2 | $470.00 | $94.00 |
| 08/09/23 | Prepare for and attend in person hearing in Los Angeles regarding custodian motion. | 10.5 | $470.00 | $4,935.00 |
| 08/18/23 | Draft supplemental declaration regarding attorneys' fees. Emails regarding the same. Emails regarding postponement of in-person hearing. Attention to memorandum regarding status of service of subpoenas and responses. | 4.0 | $470.00 | $1,880.00 |
| 09/01/23 | Telephone conferences with C. Close regarding subpoenas and deadlines. | .5 | $470.00 | $235.00 |
| 09/18/23 | Conference with C. Close regarding status of subpoenas. | .3 | $470.00 | $141.00 |
| 09/20/23 | Telephone conference with C. Close regarding subpoenas. | .3 | $470.00 | $141.00 |
| 10/5/23 | Prepare for and attend informal discovery conference. Conferences with C. Close and A. Schwartz regarding strategy and next steps. Emails with clients regarding subpoenas. | 2.1 | $470.00 | $987.00 |
| 10/13/23 | Emails regarding service of subpoenas. Review subpoena to Jensen. | .4 | $470.00 | $188.00 |
| | **TOTAL MAT:** | | | **$8,836.00** |
| | | | | |

## EXHIBIT 2

*Time Entries for Catherine A. Close (CAC) for Subpoena Discovery*

| DATE | BILLING ENTRY | TIME SPENT | RATE | AMOUNT BILLED |
|------|---------------|------------|------|---------------|
| 05/16/23 | Email correspondence with team regarding subpoenas to BCS officers and directors. | .2 | $450.00 | $90.00 |
| 06/07/23 | Email correspondence with clients and H. Saller regarding status of subpoenas to BCS officers and directors. | .2 | $450.00 | $90.00 |
| 06/09/23 | Email correspondence with J. Whiteley regarding status of subpoenas. | .2 | $450.00 | $90.00 |
| 06/13/23 | Telephone conference with Array and H. Saller regarding subpoenas to BCS officers and directors. | .3 | $450.00 | $135.00 |
| 06/21/23 | Emails with clients regarding service of subpoenas to BCS officers and directors and new addresses for subpoenas. Email to H. Saller regarding status of service of subpoenas. | .3 | $450.00 | $135.00 |
| 06/22/23 | Email correspondence with H. Saller and Array regarding status of service of subpoenas on custodians. Email correspondence (numerous) with clients regarding same. Legal research regarding manner of service of third-party subpoenas. Email correspondence with clients regarding same and requesting that the custodians accept service. Draft proposed email to custodians regarding accepting service. Email correspondence with clients regarding revisions to same. | 1.0 | $450.00 | $450.00 |
| 06/23/23 | Email correspondence with clients (several) and A. Tate regarding responses to emails from custodians served with subpoenas. Review declarations of no records for Eugene Furnace and De Anna Hassapour. | .5 | $450.00 | $225.00 |
| 06/24/23 | Email correspondence with clients (numerous) regarding custodian responses to emails regarding subpoenas. Preparation of chart regarding status of all custodian subpoenas. Email correspondence with clients regarding same. | .5 | $450.00 | $225.00 |

| 06/27/23 | Email correspondence with Array and H. Saller and clients regarding status of service of subpoenas (several). Update memorandum regarding same. | .3 | $450.00 | $135.00 |
|---|---|---|---|---|
| 06/28/23 | Email correspondence with clients regarding status of subpoenas and service of same. Conference with Array regarding service on Jesse Jensen. Update status memorandum regarding subpoenas. | .4 | $450.00 | $180.00 |
| 07/06/23 | Email correspondence with team and clients regarding reissuance of subpoenas. | .2 | $450.00 | $90.00 |
| 07/07/23 | Email correspondence with clients and H. Saller and Array regarding new subpoenas and amended subpoenas. | .4 | $450.00 | $180.00 |
| 07/10/23 | Email correspondence with clients and H. Saller regarding amended subpoenas. Conference and email correspondence with clients regarding same. | .5 | $450.00 | $225.00 |
| 07/17/23 | Review status update from Array regarding service of subpoena on Hughes. | .2 | $450.00 | $90.00 |
| 07/20/23 | Update memorandum regarding service of subpoenas and email to team regarding status of subpoenas and actions needed. | .5 | $450.00 | $225.00 |
| 07/31/23 | Telephone conference with A. Tate regarding subpoena status and outstanding documents. | .2 | $450.00 | $90.00 |
| 08/01/23 | Email correspondence with Katie McNamara and Jeremy Whiteley (several) regarding status of subpoenas. Email correspondence with H. Saller and A. Tate regarding outstanding subpoenas. | .5 | $450.00 | $225.00 |
| 08/02/23 | Email correspondence with Helene Saller and clients regarding status of service of subpoenas and receipt of documents. Review status of service chart. Email correspondence with clients regarding Magill contact information. | .3 | $450.00 | $135.00 |
| 08/07/23 | Review and revise amended subpoenas for Hughes and Jensen. | .3 | $450.00 | $135.00 |
| 08/08/23 | Update memorandum regarding status of service of subpoenas. Telephone conference with A. Tate regarding same. | .3 | $450.00 | $135.00 |

| 08/09/23 | Travel and attend IDC regarding custodian motion for sanctions. Telephone conference with clients regarding outcome of same. | 7.2 | $450.00 | $3,240.00 |
|---|---|---|---|---|
| 08/31/23 | Review emails regarding custodian declarations and deficiencies regarding same. Email correspondence with team regarding subpoenas. Legal research regarding issuing subpoenas for corporate officers. | 2.1 | $450.00 | $945.00 |
| 09/01/23 | Review orders on IDCs regarding subpoena procedures. Telephone conferences with A. Tate regarding subpoenas and deadlines. | .6 | $450.00 | $270.00 |
| 09/18/23 | Conference with A. Tate regarding status of subpoenas. Emails with Array and H. Saller regarding status of same. | .4 | $450.00 | $180.00 |
| 09/19/23 | Email correspondence with Adam Tate regarding subpoenas. Preparation of subpoena, attachment, and notice of subpoena for Meg Hurwitt. Email correspondence with Jeremy Whiteley and Helene Saller regarding same. | .8 | $450.00 | $360.00 |
| 09/20/23 | Email correspondence with Jeremy Whiteley (several) regarding custodian declarations and subpoenas to custodians. Telephone conferences with A. Tate and A. Schwartz regarding same. Preparation of subpoena, notice of subpoena, and attachment A for Eugene Furnace and Lenore Silverman. Review Court's order regarding issuance of subpoenas and assemble service package of all required documents for each subpoena. | 2.7 | $450.00 | $1,215.00 |
| 09/21/23 | Preparation of subpoena, exhibit A, and notice of subpoena for Shelby Kirchoff. Email correspondence with clients regarding service of same and document requests. Email correspondence with Helene Saller regarding Eugene Furnace subpoena. | .6 | $450.00 | $270.00 |
| 10/13/23 | Email correspondence with clients and Helene Saller regarding status of subpoenas. Review and revise amended subpoenas. | .5 | $450.00 | $225.00 |

| 11/02/23 | Email correspondence with clients and H. Saller regarding Lenore Silverman's production. | .2 | $450.00 | $90.00 |
|---|---|---|---|---|
| 03/25/24 | Review Declarations of Diligence for Hughes and Jensen. Communications with Array and clients regarding additional declarations. | .4 | $475.00 | $190.00 |
| | **TOTAL CAC:** | | | **$10,270.00** |
| | | | | |

## EXHIBIT 3

### *Time Entries for Adam J Schwartz (AJS) for Subpoena Discovery*

| DATE | BILLING ENTRY | TIME SPENT | RATE | AMOUNT BILLED |
|------|---------------|-----------|------|---------------|
| 08/09/23 | Attend in-person informal discovery conference regarding 37(b) motion re: custodian collection. Travel to and from Roybal Federal Building for in-person informal discovery conference on 37(b) motion re: custodian collection. | 5.0 | $300.00 | $1,500.00 |
| | **TOTAL AJS:** | | | **$1,500.00** |
| | | | | |

# EXHIBIT 4

### *Time Entries for Rebekah Chamberlin (RGC) for Subpoena Discovery*

| DATE | BILLING ENTRY | TIME SPENT | RATE | AMOUNT BILLED |
|------|---------------|------------|------|---------------|
| 08/09/23 | Travel and attendance at in-person IDC on custodian motion. | 7.5 | $150.00 | $1,125.00 |
| 09/20/23 | Review and revise subpoena attachments. | .2 | $150.00 | $30.00 |
| | **TOTAL RGC:** | | | **$1,155.00** |
| | | | | |

## EXHIBIT 5

*Time Entries for Helene P. Saller (HPS) for Subpoena Discovery*

| Date | Billing Entry | Time Spent | Rate | Amount Billed |
|---|---|---|---|---|
| 05/30/23 | Finalize and process document subpoenas directed to current and former officers and directors of Breaking Code Silence. | 2.0 | $200.00 | $400.00 |
| 06/09/23 | Finalize and process subpoenas to former officers and directors of Breaking Code Silence. Email correspondence with Array re: instructions for service. | 2.0 | $200.00 | $400.00 |
| 06/10/23 | Email correspondence with Array regarding Eugene Furnace subpoena. | .2 | $200.00 | $40.00 |
| 06/16/23 | Email correspondence with Array regarding status of service and issues with service of subpoenas to former officers and directors of Breaking Code Silence. Emails with clients regarding same. | .3 | $200.00 | $60.00 |
| 06/22/23 | Review status reports re: attempts on service of federal subpoenas. Email to clients with status updates. Email to Array regarding same. Emails (multiple) regarding service of subpoenas. | 1.0 | $200.00 | $200.00 |
| 06/23/23 | Emails to and from Array regarding new address for Ms. Hassanpour and confirming address for Jesse Jensen for service of federal subpoenas with instructions for service prior to inspection. | .4 | $200.00 | $80.00 |
| 06/24/23 | Email correspondence with Array re: Jennifer Magill service of subpoena. | .2 | $200.00 | $40.00 |
| 06/27/23 | Review status reports regarding service of subpoenas on Dee Anna Hassanpour (served) and Jesse Jensen (attempted). | .2 | $200.00 | $40.00 |
| 07/07/23 | Draft subpoena to Athena Kolbe and amended subpoena to Jesse Jensen. Emails with Array regarding service. | .7 | $200.00 | $140.00 |
| 07/10/23 | Draft subpoenas to Vanessa Hughes and Jesse Jensen (Amended). Emails to and from Array regarding service. | .6 | $200.00 | $120.00 |
| 07/11/23 | Email to Array instructions for service of subpoenas on Jesse Jensen and Vanessa Hughes. Review status updates from Array of attempted subpoena services on Jensen, Furnace, and Alexander. | .4 | $200.00 | $80.00 |
| 07/17/23 | Review status report of attempted service of subpoena on Vanessa Hughes. | .2 | $200.00 | $40.00 |

| 07/21/23 | Review and process status reports of subpoena service on Apryl Alexander, Jesse Jensen, and Vanessa Hughes. Draft amended subpoenas, notices of subpoena and amended attachment A directed to Dorit Saberi and Lenore Silverman. Emails to team, opposing counsel and Array regarding same. | 1.5 | $200.00 | $300.00 |
|---|---|---|---|---|
| 08/01/23 | Draft subpoena updates. Emails to and from Array requesting service update on Dorit Saberi. Review and process Array status updates on V. Hughes and J. Jensen. | 1.0 | $200.00 | $200.00 |
| 08/02/23 | Multiple emails from and to Array regarding updated contact information for Jennifer Magill in order to follow-up regarding document production and Rosanna McDonald regarding same. | .4 | $200.00 | $80.00 |
| 08/03/23 | Emails with team regarding email address for Apryl Alexander for follow-up by Array. Draft amended notice of deposition subpoena to Vanessa Hughes and third amended notice of deposition subpoena to Jesse Jensen. | .9 | $200.00 | $180.00 |
| 08/04/23 | Review status updates from Array on Alexander, Magill, and Salgado regarding obtaining documents pursuant to subpoenas. Update chart regarding same. | .7 | $200.00 | $140.00 |
| 08/08/23 | Finalize amended subpoenas to Vanessa Hughes and Jesse Jensen. Call with Shirley Ogden regarding same. | .9 | $200.00 | $180.00 |
| 08/17/23 | Email to opposing counsel. Email from Array regarding Lenore Silverman. | .3 | $200.00 | $60.00 |
| 09/07/23 | Review status report from Array regarding Apryl Alexander. Finalize and process subpoenas directed to Jesse Jensen and Vanessa Hughes. Email process server regarding same. | .5 | $200.00 | $100.00 |
| 09/08/23 | Finalize and process deposition subpoena to Jenny Magill. Email to process server instructions for service. Download and email to clients transcript from August 9, 2023 IDC hearing. Review and bates-stamp documents produced by Apryl Alexander pursuant to subpoena. Update subpoena chart. | .8 | $200.00 | $160.00 |

| 09/15/23 | Finalize and process notice of deposition of Jennifer Magill. Review and process status updates regarding attempted service on Jesse Jensen. | .4 | $200.00 | $80.00 |
|---|---|---|---|---|
| 09/18/23 | Emails from and to Array regarding status of service of subpoenas. | .3 | $200.00 | $60.00 |
| 09/20/23 | Finalize and process subpoenas to Megan Hurwitt and Eugene Furnace. Emails to and from process server regarding same. | .5 | $200.00 | $100.00 |
| 09/21/23 | Review and process declaration of due diligence as to Jesse Jensen. Finalize and process subpoenas directed to Lenore Silverman and Shelby Kirchoff. Emails to and from process server regarding same. | .6 | $200.00 | $120.00 |
| 09/22/23 | Multiple emails with Array regarding new address for service on Shelby Kirchoff. Server was told she works at a different location. | .2 | $200.00 | $40.00 |
| 09/25/23 | Review status report regarding attempted service on Megan Hurwitt. | .1 | $200.00 | $20.00 |
| 09/26/23 | Review status report from process server that Megan Hurwitt was served. Emails to and from Array regarding whether service had been attempted on Eugene Furnace and Leonore Silverman for timing of service notice of deposition on opposing counsel. Finalize same. | .4 | $200.00 | $80.00 |
| 10/06/23 | Emails from Array regarding service of subpoena on Leonore Silverman and unsuccessful service on Eugene Furnace. Update subpoena chart. | .5 | $200.00 | $100.00 |
| 10/09/23 | Review and update subpoena spreadsheet. Email Adam Tate regarding subpoena status. | .3 | $200.00 | $60.00 |
| 10/12/23 | Revise and update subpoenas and related documents directed to Furnace, Hughes, and Jensen. | .5 | $200.00 | $100.00 |
| 10/13/23 | Emails with team regarding status of outstanding subpoenas. Finalize and process Jensen and Furnace amended subpoenas. | .6 | $200.00 | $120.00 |
| 10/17/23 | Emails to and from Array regarding stake-outs on Jesse Jensen and Vanessa Hughes. Finalize and process notice of deposition subpoena for Jensen and Hughes. | .4 | $200.00 | $80.00 |

| 10/18/23 | Review and process Lenore Silverman's document production. | .3 | $200.00 | $60.00 |
|---|---|---|---|---|
| 10/19/23 | Review and process status reports regarding attempted service on Jesse Jensen. Finalize and process notice of deposition subpoena. | .4 | $200.00 | $80.00 |
| 10/25/23 | Emails regarding contact information for Megan Hurwitt to inquire about past due document production. Emails regarding status of Jesse Jensen's subpoena and next steps. Email from Array regarding Lenore Silverman's status. | .5 | $200.00 | $100.00 |
| 10/26/23 | Emails to and from Array to continue service on Jesse Jensen subpoena. | .2 | $200.00 | $40.00 |
| 10/30/23 | Review and process status reports from Array on Hurwitt and Kirchoff subpoenas. | .2 | $200.00 | $40.00 |
| 11/02/23 | Upload Leonore Silverman's document production per subpoena for client via Dropbox. Emails regarding same. | .3 | $200.00 | $60.00 |
| 11/08/23 | Follow-up emails to and from Lenore Silverman regarding certified declaration and attachments. | .2 | $200.00 | $40.00 |
| 03/25/24 | Gather due diligence reports for Jensen and Hughes subpoenas in advance of Phase 1 hearing. | .4 | $210 | $84.00 |
| | **TOTAL HPS:** | | | **$4,504.00** |
| | | | | |

## EXHIBIT 6

### *Costs and Expenses Incurred for Subpoena Discovery*

| DATE | DESCRIPTION OF COST/EXPENSE | VENDOR/PAYEE | AMOUNT CHARGED/BILLED | BACKUP ATTACHMENT NO. |
|---|---|---|---|---|
| 07/07/23 | Dorit Saberi<br>• First Subpoena - Non-Service of Process | Array | $255.00 | 6-1 |
| 08/01/23 | • Status Update | Array | | 6-2 |
| 08/08/23 | • Second Subpoena-Non-Service of Process | Array | $135.00 | 6-3 |
| 07/07/23 | Lenore Silverman<br>• First Subpoena - Non-Service of Subpoena | Array | $310.00 | 6-4 |
| 08/24/23 | • Second Subpoena - Service of Process; Certificate of No Records | Array | $216.50 | 6-5 |
| 10/25/23 | • Third Subpoena – Service of Process (Docs received) | Array | $175.00 | 6-6 |
| 07/11/23 | Apryl Alexander<br>• Non-Service of Subpoena | Array | $230.00 | 6-7 |
| 07/11/23 | Jesse Jensen<br>• First Subpoena - Non-Service of Process | Array | $180.00 | 6-8 |
| 08/01/23 | • Status Updates | Array | | 6-9 |
| 08/08/23 | • Second Subpoena - Non-Service of Process | Array | $180.00 | 6-10 |
| 09/19/23 | • Decl. of Diligence | Array | | 6-11 |
| 09/21/23 | • Third Subpoena - Non-Service of Process | Array | $140.00 | 6-12 |
| 11/14/23 | • Decl. of Diligence | Array | | 6-13 |
| 11/21/23 | • Fourth Subpoena – Non-Service of Process | Array | $140.00 | 6-14 |
| 07/11/23 | Eugene Furnace<br>• First Subpoena - Non-Service of Process at work address (Chi Health Immanuel) | Array | $190.00 | 6-15 |
| 10/10/23 | • Second Subpoena – Non-Service of Process (100 S. 19th St., Unit 309, Omaha, NE) | Array | $210.00 | 6-16 |

| | | | | |
|---|---|---|---|---|
| | **Vanessa Hughes** | | | |
| 08/01/23 | • First Subpoena - Non-Service of Process | Array | $160.00 | 6-17 |
| 08/01/23 | • Status Updates | Array | | 6-18 |
| 09/18/23 | • Second Subpoena - Non-Service of Process | Array | $120.00 | 6-19 |
| | • Decl. of Diligence | Array | | 6-20 |
| 10/31/23 | • Third Subpoena – Non-Service of Process | Array | $160.00 | 6-21 |
| 10/30/23 | • Decl. of Diligence | Array | | 6-22 |
| | **Jennifer Magill** | | | |
| 09/25/23 | • First Subpoena - Non-Service of Process (9841 Sterling Dr., Highlands Ranch, CO); Non-Service of Process (7165 S. Gaylord St., Unit E9, Littleton, CO) | Array | $270.00 | 6-23 |
| | • Declaration of Diligence | Array | | 6-24 |
| 09/25/23 | • Second Subpoenas – Non-Service of Process (9841 Sterling Drive, Highland Park, CO); Service of Process (7165 S. Gaylord St., Unit E9, Centennial, CO) | Array | $320.00 | 6-25 |
| 11/29/23 | | | | |
| | **Megan Hurwitt** | Array | | |
| 10/30/23 | • First Subpoena - Service of Process; Certificate of No Records | | $251.50 | 6-26 |
| | **Shelby Kirchoff** | Array | | |
| 11/01/23 | • First Subpoena - Non-Service of Process (10300 W. Charleston Blvd., Las Vegas, NV); Service of Process (6551 Las Vegas Blvd., Las Vegas, NV); Certificate of No Records | | $345.00 | 6-27 |
| | **TOTAL COSTS/EXPENSES:** | | **$3,988.00** | |

**6-1**

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX  78628
(949) 777-5496



**Bill to:**

Julander Brown Bollard
9110 Irvine Center Drive
Irvine, CA 92618
Attn:Helene Saller

# *Invoice*

| Invoice No. | 35022-08 |
|---|---|
| Invoice Date | 7/7/2023 |
| Tax ID | 85-0748969 |
| Rep | Doug Gormley |

**\*Please include invoice number on your payment**

Records Subject:    See ATTACHMENT "3" to subpoena
Case Number:        2:22-cv-002052-SB-MAA

BREAKING CODE SILENCE v. KATHERINE MCNAMARA

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Basic Fee | 1 | $40.00 | No | $40.00 |
| Non-Service of Process: 1000 West Carson St.  Torrance, CA  94607 | 1 | $120.00 | No | $120.00 |
| Non-Service of Process: 2236 Radnor Ave., Long Beach, CA 90815 | 1 | $95.00 | No | $95.00 |

| Order Information | | Total Charges: | $255.00 |
|---|---|---|---|
| Reference Number: | 3MCW01-01 | - Amount Paid: | $0.00 |
| **Records Source:** | | | |
| | Dorit Saberi<br>Harbor UCLA Medical Center, Dept. of<br>Psychiatry<br>1000 West Carson St. | = Balance Due: | **$255.00** |
| Shipped To: | M. Adam Tate<br>Julander Brown Bollard<br>9110 Irvine Center Drive<br>Irvine, CA 92618 | | |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 35022-08 <Page 1 of 1>**

7

**6-2**

| | |
|---|---|
| **From:** | Steve Pearson |
| **To:** | Helene P. Saller |
| **Cc:** | Status |
| **Subject:** | RE: Breaking Code Silence v. McNamara, et al. - Dorit Saberi |
| **Date:** | Tuesday, August 1, 2023 4:27:22 PM |

Hi Helene,

No luck again, attempts are below.

7/27 7:48PM No answer at the door, No sign of anyone being home. No cars on the driveway. All lights off , home has cameras.

7/28 7:02am No answer at the door, No sign of anyone being home. No cars on the driveway.

7/29 11:55am No answer at the door, No sign of anyone being home. No cars on the driveway.

7/30 9:17am No answer at the door, No sign of anyone being home. No cars on the driveway.

7/31 3:40pm No answer at the door, No sign of anyone being home. No cars on the driveway. I noticed a black Mitsubishi cx-5 parked out front of the property, No neighbors around to ask for help or information.



**Steve Pearson**
**Service of Process**
O **949-777-5472**
**trustArray.com**

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication.

**From:** Helene P. Saller <helene@jbblaw.com>
**Sent:** Tuesday, August 1, 2023 4:11 PM
**To:** Steve Pearson <steve.pearson@trustarray.com>; Marilyn Buenrostro <Marilyn.buenrostro@trustarray.com>
**Cc:** Status <Status@trustarray.com>
**Subject:** RE: Breaking Code Silence v. McNamara, et al.

Thank you!

**Helene P. Saller**
Paralegal

949-988-3640
Helene@jbblaw.com

**6-3**

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX  78628
(949) 777-5496



| **Bill to:** |
| Julander Brown Bollard |
| 9110 Irvine Center Drive |
| Irvine, CA 92618 |
| Attn:Helene Saller |

# *Invoice*

| Invoice No. | 36631-02 |
|---|---|
| Invoice Date | 8/8/2023 |
| Tax ID | 85-0748969 |
| Rep | Doug Gormley |

Records Subject:    See ATTACHMENT "3" to subpoena

Case Number:    2:22-cv-02052-SB-MAA

**\*Please include invoice number on your payment**

BREAKING CODE SILENCE v. KATHERINE MCNAMARA, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Basic Fee | 1 | $40.00 | No | $40.00 |
| Non-Service of Process | 1 | $95.00 | No | $95.00 |

| **Order Information** | | | |
|---|---|---|---|
| Reference Number: | | **Total Charges:** | $135.00 |
| **Records Source:** | | **- Amount Paid:** | $0.00 |
| | Dorit Saberi | | |
| | 2236 Radnor Ave. | **= Balance Due:** | **$135.00** |
| | Long Beach, CA  90815 | | |
| Shipped To: | M. Adam Tate | | |
| | Julander Brown Bollard | | |
| | 9110 Irvine Center Drive | | |
| | Irvine, CA 92618 | | |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 36631-02 <Page 1 of 1>**

**6-4**

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX  78628
(949) 777-5496



**Bill to:**

Julander Brown Bollard
9110 Irvine Center Drive
Irvine, CA 92618
Attn:Helene Saller

# *Invoice*

| Invoice No. | 35022-09 |
|---|---|
| Invoice Date | 7/7/2023 |
| Tax ID | 85-0748969 |
| Rep | Doug Gormley |

**\*Please include invoice number on your payment**

Records Subject:    See ATTACHMENT "3" to subpoena
Case Number:        2:22-cv-002052-SB-MAA

BREAKING CODE SILENCE v. KATHERINE MCNAMARA

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Basic Fee | 1 | $40.00 | No | $40.00 |
| Non-Service of Process: 70 Washington St. #205, Oakland, CA 94607 | 1 | $135.00 | No | $135.00 |
| Non-Service of Process: 931 Montgomery St. San Carlos, CA 94070 | 1 | $135.00 | No | $135.00 |

| Order Information | | Total Charges: | $310.00 |
|---|---|---|---|
| Reference Number: **Records Source:** | 3MCW01-01 | - Amount Paid: | $0.00 |
| | Lenore Silverman<br>F3Law<br>70 Washington St., #205<br>Oakland, CA  94607 | = Balance Due: | **$310.00** |
| Shipped To: | M. Adam Tate<br>Julander Brown Bollard<br>9110 Irvine Center Drive<br>Irvine, CA 92618 | | |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**6-5**

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX  78628
(949) 777-5496



| Bill to: |
|---|
| Julander Brown Bollard |
| 9110 Irvine Center Drive |
| Irvine, CA 92618 |
| Attn:Helene Saller |

# *Invoice*

| Invoice No. | 36631-01 |
|---|---|
| Invoice Date | 8/24/2023 |
| Tax ID | 85-0748969 |
| Rep | Doug Gormley |

Records Subject:  See ATTACHMENT "3" to subpoena

Case Number:  2:22-cv-02052-SB-MAA

**\*Please include invoice number on your payment**

BREAKING CODE SILENCE v. KATHERINE MCNAMARA, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Basic Fee | 1 | $40.00 | No | $40.00 |
| Service of Process | 1 | $135.00 | No | $135.00 |
| CNR (Certificate of No Records) | 1 | $20.00 | No | $20.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |
| Custodian Fee | 1 | $15.00 | No | $15.00 |
| Fee Advancement at 10 percent | 1 | $1.50 | No | $1.50 |

| Order Information | | Total Charges: | $216.50 |
|---|---|---|---|
| Reference Number: | | - Amount Paid: | $0.00 |
| **Records Source:** | | | |
| | Lenore Silverman | = Balance Due: | **$216.50** |
| | 2 E. Laverne Ave. | | |
| | Mill Valley, CA  94941 | | |
| Shipped To: | M. Adam Tate | | |
| | Julander Brown Bollard | | |
| | 9110 Irvine Center Drive | | |
| | Irvine, CA 92618 | | |

Fee Checks Issued:
Check #: <123927>  Date: <7/27/2023>  Amt:  <$15>

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt.  Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 36631-01 <Page 1 of 1>**

**6-6**

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX  78628
(949) 777-5496



| Bill to: |
| --- |
| Julander Brown Bollard |
| 9110 Irvine Center Drive |
| Irvine, CA 92618 |
| Attn: Helene Saller |

## *Invoice*

| Invoice No. | 39026-01 |
| --- | --- |
| Invoice Date | 10/25/2023 |
| Tax ID | 85-0748969 |
| Rep | Doug Gormley |

**\*Please include invoice number on your payment**

Records Subject:   See Exhibit A to Subpoena
Case Number:        2:22-cv-02052-SB-MAA

BREAKING CODE SILENCE v. KATHERINE MCNAMARA, et al.

| Item | Qty | Rate | Taxable | Total |
| --- | --- | --- | --- | --- |
| Subpoena Basic Fee | 1 | $40.00 | No | $40.00 |
| Service of Process | 1 | $135.00 | No | $135.00 |

| Order Information | | Total Charges: | $175.00 |
| --- | --- | --- | --- |
| Reference Number: | | - Amount Paid: | $0.00 |
| **Records Source:** | | | |
| | Lenore Silverman | **= Balance Due:** | **$175.00** |
| | 2 E. Laverne Ave. | | |
| | Mill Valley, CA  94941 | | |
| Shipped To: | M. Adam Tate | | |
| | Julander Brown Bollard | | |
| | 9110 Irvine Center Drive | | |
| | Irvine, CA 92618 | | |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt.  Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 39026-01 <Page 1 of 1>**

**6-7**

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX  78628
(949) 777-5496



**Bill to:**

Julander Brown Bollard
9110 Irvine Center Drive
Irvine, CA 92618
Attn:Helene Saller

## *Invoice*

| Invoice No. | 35022-01 |
|---|---|
| Invoice Date | 7/11/2023 |
| Tax ID | 85-0748969 |
| Rep | Doug Gormley |

Records Subject:    See ATTACHMENT "3" to subpoena

Case Number:       2:22-cv-002052-SB-MAA

**\*Please include invoice number on your payment**

BREAKING CODE SILENCE v. KATHERINE MCNAMARA

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Basic Fee | 1 | $40.00 | No | $40.00 |
| Non-Service of Process | 1 | $190.00 | No | $190.00 |

| Order Information | | | |
|---|---|---|---|
| **Reference Number:** | 3MCW01-01 | **Total Charges:** | $230.00 |
| **Records Source:** | | **- Amount Paid:** | $0.00 |
| | Apryl Alexander | | |
| | UNC Charlotte, Dept. of Public Health Sciences | **= Balance Due:** | **$230.00** |
| | 9201 University City Blvd. | | |
| **Shipped To:** | M. Adam Tate | | |
| | Julander Brown Bollard | | |
| | 9110 Irvine Center Drive | | |
| | Irvine, CA 92618 | | |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt.  Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 35022-01 <Page 1 of 1>**

**6-8**

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX  78628
(949) 777-5496



| Bill to: |
|---|
| Julander Brown Bollard |
| 9110 Irvine Center Drive |
| Irvine, CA 92618 |
| Attn:Helene Saller |

## *Invoice*

| Invoice No. | 35022-03 |
|---|---|
| Invoice Date | 7/11/2023 |
| Tax ID | 85-0748969 |
| Rep | Doug Gormley |

**\*Please include invoice number on your payment**

Records Subject:     See ATTACHMENT "3" to subpoena

Case Number:         2:22-cv-002052-SB-MAA

BREAKING CODE SILENCE v. KATHERINE MCNAMARA

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Basic Fee | 1 | $40.00 | No | $40.00 |
| Non-Service of Process | 1 | $140.00 | No | $140.00 |

| Order Information | | |
|---|---|---|
| Reference Number: | 3MCW01-01 | |
| **Records Source:** | | |
| | Jesse Taylor Jensen | |
| | 11123 S. Vista Way | |
| | Sandy, UT  84070 | |
| Shipped To: | M. Adam Tate | |
| | Julander Brown Bollard | |
| | 9110 Irvine Center Drive | |
| | Irvine, CA 92618 | |

| | |
|---|---|
| **Total Charges:** | $180.00 |
| **- Amount Paid:** | $0.00 |
| **= Balance Due:** | **$180.00** |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 35022-03 <Page 1 of 1>**

**6-9**

| | |
|---|---|
| **From:** | status@trustarray.com |
| **To:** | Helene P. Saller |
| **Cc:** | status@trustarray.com |
| **Subject:** | SOP Status Re: BREAKING CODE SILENCE v. KATHERINE MCNAMARA, et al. |
| **Date:** | Tuesday, August 1, 2023 2:29:27 PM |
| **Attachments:** | CompanyLogo.png |

Re: BREAKING CODE SILENCE v. KATHERINE MCNAMARA, et al.
Your File No.: 3MCW01-01

Array Control No.: 36197-02

Hello Helene:

Per Cathi, we are now going to close this out since we have had no luck and the server has exhausted his attempts. If you'd like to open a new order, please send over an amended subpoena and we will open a new order for it.


Jesse Taylor Jensen
11123 S. Vista Way
Sandy, UT 84070

7/14 20:10 House is dark, no vehicles
7/15 12:39 No answer at door, no vehicles
7/16 19:00 No answer at door, no vehicles
7/17 15:16 No answer at door, no vehicles
7/18 13:15 No answer at door, no vehicles, garbage cans are out
7/19 17:40 No answer at door, dog previously seen in kennel is in back yard, kitchen light is on
7/20 20:00 House is dark, no vehicles
7/21 06:30-08:10 no activity at home, attempt contact at door, no answer, dog not seen in kennel, heard barking in home


If you have any questions, please don't hesitate to reach out to us.

Thank you,




**Steve Pearson**
**Service of Process**
O 949-777-5472
trustArray.com

**15**

**6-9**

| | |
|---|---|
| **From:** | status@trustarray.com |
| **To:** | Helene P. Saller |
| **Cc:** | status@trustarray.com |
| **Subject:** | SOP Status Re: BREAKING CODE SILENCE v. KATHERINE MCNAMARA, et al. |
| **Date:** | Tuesday, August 1, 2023 2:29:27 PM |
| **Attachments:** | CompanyLogo.png |

Re: BREAKING CODE SILENCE v. KATHERINE MCNAMARA, et al.
Your File No.: 3MCW01-01

Array Control No.: 36197-02

Hello Helene:

Per Cathi, we are now going to close this out since we have had no luck and the server has exhausted his attempts. If you'd like to open a new order, please send over an amended subpoena and we will open a new order for it.


Jesse Taylor Jensen
11123 S. Vista Way
Sandy, UT 84070

7/14 20:10 House is dark, no vehicles
7/15 12:39 No answer at door, no vehicles
7/16 19:00 No answer at door, no vehicles
7/17 15:16 No answer at door, no vehicles
7/18 13:15 No answer at door, no vehicles, garbage cans are out
7/19 17:40 No answer at door, dog previously seen in kennel is in back yard, kitchen light is on
7/20 20:00 House is dark, no vehicles
7/21 06:30-08:10 no activity at home, attempt contact at door, no answer, dog not seen in kennel, heard barking in home


If you have any questions, please don't hesitate to reach out to us.

Thank you,




**Steve Pearson**
**Service of Process**
O 949-777-5472
trustArray.com

**6-10**

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX  78628
(949) 777-5496



**Bill to:**

Julander Brown Bollard
9110 Irvine Center Drive
Irvine, CA 92618
Attn:Helene Saller

## *Invoice*

| Invoice No. | 36197-02 |
|---|---|
| Invoice Date | 8/8/2023 |
| Tax ID | 85-0748969 |
| Rep | Doug Gormley |

**\*Please include invoice number on your payment**

| | |
|---|---|
| Records Subject: | See ATTACHMENT "3" to subpoena |
| Case Number: | 2:22-cv-02052-SB-MAA |

BREAKING CODE SILENCE v. KATHERINE MCNAMARA, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Basic Fee | 1 | $40.00 | No | $40.00 |
| Non-Service of Process | 1 | $140.00 | No | $140.00 |

| Order Information | | |
|---|---|---|
| **Reference Number:** | 3MCW01-01 | |
| **Records Source:** | | |
| | Jesse Taylor Jensen | |
| | 11123 S. Vista Way | |
| | Sandy, UT  84070 | |
| **Shipped To:** | M. Adam Tate | |
| | Julander Brown Bollard | |
| | 9110 Irvine Center Drive | |
| | Irvine, CA 92618 | |

| | |
|---|---|
| **Total Charges:** | $180.00 |
| **- Amount Paid:** | $0.00 |
| **= Balance Due:** | **$180.00** |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 36197-02 <Page 1 of 1>**

**6-11**

## Declaration of Diligence

| Case:<br>2:22-cv-02052-SB-MAA | Court:<br>United States District Court Central District of California | County:<br>, | Job:<br>9533952 (38551-01) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>BREAKING CODE SILENCE | | **Defendant / Respondent:**<br>KATHERINE McNAMARA, et al. | |
| **Received by:**<br>Array | | **For:**<br>Julander, Brown & Bollard | |
| **To be served upon:**<br>Jesse Jensen | | | |

I, Gavin Rees, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Jesse Jensen, 1123 S. Vista Way, Sandy, UT 84070 |
| **Manner of Service:** | Unsuccessful Attempt |
| **Documents:** | Subpoena to Testify at a Deposition in a Civil Action |
| **Witness fees were offered or demanded and paid:** | 0.00 |

**Additional Comments:**
1) Unsuccessful Attempt: Sep 11, 2023, 3:42 pm CDT at 1123 S. Vista Way, Sandy, UT 84070
No answer at the front door

2) Unsuccessful Attempt: Sep 12, 2023, 6:38 pm PDT at 1123 S. Vista Way, Sandy, UT 84070
No answer at the front door

3) Unsuccessful Attempt: Sep 14, 2023, 11:04 am PDT at 1123 S. Vista Way, Sandy, UT 84070
No answer at door.

4) Unsuccessful Attempt: Sep 15, 2023, 9:20 am PDT at 1123 S. Vista Way, Sandy, UT 84070
No answer at door.

5) Unsuccessful Attempt: Sep 17, 2023, 5:28 pm PDT at 1123 S. Vista Way, Sandy, UT 84070
No answer at front door.

**Person serving:**
a. [ ] Not a registered California process server.
b. [ ] California sheriff or marshal.
c. [X] Registered California process server.
d. [ ] Employee or independent contractor of a registered California process server.
e. [ ] Exempt from registration under Business and Professions Code section 22350(b).
f. [ ] Registered professional photocopier.
g. [ ] Exempt from registration under Business and Professions Code section 22451.
h. Name, address, telephone number, and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Gavin Rees
Array
18013 Sky Park Circle, Suite C
Irvine CA 92614
(949) 777-5496

_____    9/19/23
Gavin Rees                          **Date**

**17**

**6-12**

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX  78628
(949) 777-5496



**Bill to:**

Julander Brown Bollard
9110 Irvine Center Drive
Irvine, CA 92618
Attn:Helene Saller

# *Invoice*

| Invoice No. | 38551-01 |
|---|---|
| Invoice Date | 9/21/2023 |
| Tax ID | 85-0748969 |
| Rep | Doug Gormley |

**\*Please include invoice number
on your payment**

Case Number:        2:22-cv-02052-SB-MAA

BREAKING CODE SILENCE v. KATHERINE MCNAMARA,
et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Non-Service of Process | 1 | $140.00 | No | $140.00 |

| Order Information | | | |
|---|---|---|---|
| **Reference Number:** | | **Total Charges:** | $140.00 |
| **Records Source:** | | **- Amount Paid:** | $0.00 |
| | Jesse Jensen<br>1123 S. Vista Way<br>Sandy, UT  84070 | **= Balance Due:** | **$140.00** |
| Shipped To: | M. Adam Tate<br>Julander Brown Bollard<br>9110 Irvine Center Drive<br>Irvine, CA 92618 | | |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt.  Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 38551-01 <Page 1 of 1>**

**6-13**

## Declaration of Diligence

| Case:<br>2:22-cv-02052-SB-MAA | Court:<br>United States District Court Central District of California | County: | Job:<br>9757611 (39870-01) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>BREAKING CODE SILENCE | | Defendant / Respondent:<br>KATHERINE McNAMARA, et al. | |
| Received by:<br>Array | | For:<br>Julander, Brown & Bollard | |
| To be served upon:<br>Jesse Taylor Jensen | | | |

I, Joe Reardon, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | Jesse Taylor Jensen, 11123 S Vista Way, Sandy, UT 84070 |
|---|---|
| Manner of Service: | Unsuccessful Attempt |
| Documents: | Subpoena to Testify at a Deposition in a Civil Action, Stipulated Order RE: Amended Joint E-Discovery Plan and Protocol For Discovery of Electronically Stored Information, Interim Order on August 9, 2023 Informarl Discovery Conference Re: Joint Stipulation for Evidentary and Monetary Sanctions Under FRCP 37(b), Locarl Rules-Central District of California, Initial Standing Order for Full Consent Civil Cases Assigned to Magistrate Judge Maria A. Audero |

Witness fees were offered
or demanded and paid:

**Additional Comments:**
1) Unsuccessful Attempt: Oct 17, 2023, 7:50 pm MDT at 11123 S Vista Way, Sandy, UT 84070
Lights on in the back of the home. Server knocked and a large shadow which had been observed moving in the kitchen became still and no one came to the door.

2) Unsuccessful Attempt: Oct 18, 2023, 7:58 pm MDT at 11123 S Vista Way, Sandy, UT 84070
I observed a van pull into the driveway. A woman got out and was carrying a grocery bag to the front door. By the time I got to the door she had already gone inside. I observed her standing in the entry between the kitchen and the family room and she was speaking to someone (not seen) in the family room. I knocked and while looking through the window, she glanced at my way and she appeared to be coaxed, by the person she was speaking with into the family room area. After a final glance my way, she stepped out of sight and I knocked and rang bell, but no answer.

3) Unsuccessful Attempt: Oct 19, 2023, 7:00 am MDT at 11123 S Vista Way, Sandy, UT 84070
Wait in parking lot across street (school) until 08:30, no activity at residence

4) Unsuccessful Attempt: Oct 21, 2023, 10:01 am MDT at 11123 S Vista Way, Sandy, UT 84070
Wait in parking lot again until 10:40, no activity at residence

5) Unsuccessful Attempt: Oct 22, 2023, 3:13 pm MDT at 11123 S Vista Way, Sandy, UT 84070
No answer at door, card left

6) Unsuccessful Attempt: Oct 23, 2023, 3:23 pm MDT at 11123 S Vista Way, Sandy, UT 84070
No answer at door, card gone.


**Please advise Array on how you would like to proceed. We will open a new order upon further instructions.**

**Person serving:**
a.[X] Not a registered California process server.
b.[ ] California sheriff or marshal.
c.[ ] Registered California process server.
d.[ ] Employee or independent contractor of a registered California process server.
e.[ ] Exempt from registration under Business and Professions Code section 22350(b).
f.[ ] Registered professional photocopier.
g.[ ] Exempt from registration under Business and Professions Code section 22451.

**19**

h. Name, address, telephone number, and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Joe Reardon
Array
18013 Sky Park Circle, Suite C
Irvine CA 92614
(949) 777-5496

Joe Reardon                    11/14/23
_____              _____
Joe Reardon                    Date

20

**6-14**

**Payable to:**
Array
2995 Dawn Drive #106
Georgetown, TX  78628
(949) 777-5496



| Bill to: |
|---|
| Julander Brown Bollard<br>9110 Irvine Center Drive<br>Irvine, CA 92618<br>Attn: Helene Saller |

# *Invoice*

| Invoice No. | 39870-01 |
|---|---|
| Invoice Date | 11/21/2023 |
| Tax ID | 85-0748969 |
| Rep | Doug Gormley |

**\*Please include invoice number on your payment**

Case Number:    2:22-cv-02052-SB-MAA

BREAKING CODE SILENCE v. KATHERINE MCNAMARA, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Non-Service of Process | 1 | $140.00 | No | $140.00 |

| Order Information | | Total Charges: | $140.00 |
|---|---|---|---|
| Reference Number: | 3MCW01-01 | - Amount Paid: | $0.00 |
| **Records Source:** | Jesse Taylor Jensen<br>11123 S. Vista Way<br>Sandy, UT  84070 | = Balance Due: | **$140.00** |
| Shipped To: | M. Adam Tate<br>Julander Brown Bollard<br>9110 Irvine Center Drive<br>Irvine, CA 92618 | | |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt.  Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 39870-01 <Page 1 of 1>**

**6-15**

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX  78628
(949) 777-5496



| Bill to: |
| --- |
| Julander Brown Bollard<br>9110 Irvine Center Drive<br>Irvine, CA 92618<br>Attn:Helene Saller |

## Invoice

| Invoice No. | 35047-01 |
| --- | --- |
| Invoice Date | 7/11/2023 |
| Tax ID | 85-0748969 |
| Rep | Doug Gormley |

**\*Please include invoice number on your payment**

Records Subject:      See ATTACHMENT "3" to subpoena

Case Number:         2:22-cv-002052-SB-MAA

BREAKING CODE SILENCE v. KATHERINE MCNAMARA

| Item | Qty | Rate | Taxable | Total |
| --- | --- | --- | --- | --- |
| Subpoena Basic Fee | 1 | $40.00 | No | $40.00 |
| Non-Service of Process | 1 | $150.00 | No | $150.00 |

| Order Information | | |
| --- | --- | --- |
| Reference Number: | 3MCW01-01 | |
| **Records Source:** | | |
| | Chi Health Immanuel<br>6901 N. 72nd St.<br>Omaha, NE  68122 | |
| Shipped To: | M. Adam Tate<br>Julander Brown Bollard<br>9110 Irvine Center Drive<br>Irvine, CA 92618 | |

| Total Charges: | $190.00 |
| --- | --- |
| - Amount Paid: | $0.00 |
| = Balance Due: | **$190.00** |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 35047-01 <Page 1 of 1>**

**6-16**

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX  78628
(949) 777-5496



**Bill to:**

Julander Brown Bollard
9110 Irvine Center Drive
Irvine, CA 92618
Attn:Helene Saller

## *Invoice*

| Invoice No. | 39004-01 |
|---|---|
| Invoice Date | 10/10/2023 |
| Tax ID | 85-0748969 |
| Rep | Doug Gormley |

**\*Please include invoice number on your payment**

Records Subject:    See Exhibit A to Subpoena

Case Number:      2:22-cv-02052-SB-MAA

BREAKING CODE SILENCE v. KATHERINE MCNAMARA, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Basic Fee | 1 | $40.00 | No | $40.00 |
| Non-Service of Process | 1 | $170.00 | No | $170.00 |

| Order Information | | Total Charges: | $210.00 |
|---|---|---|---|
| **Reference Number:** | | - Amount Paid: | $0.00 |
| **Records Source:** | Eugene Furnace<br>100 S. 19th St., Unit 309<br>Omaha, NE  68102 | = Balance Due: | **$210.00** |
| Shipped To: | M. Adam Tate<br>Julander Brown Bollard<br>9110 Irvine Center Drive<br>Irvine, CA 92618 | | |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt.  Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 39004-01 <Page 1 of 1>**

**6-17**

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX  78628
(949) 777-5496



**Bill to:**

Julander Brown Bollard
9110 Irvine Center Drive
Irvine, CA 92618
Attn:Helene Saller

## *Invoice*

| Invoice No. | 36197-01 |
|---|---|
| Invoice Date | 8/1/2023 |
| Tax ID | 85-0748969 |
| Rep | Doug Gormley |

**\*Please include invoice number on your payment**

Records Subject:     See ATTACHMENT "3" to subpoena

Case Number:     2:22-cv-02052-SB-MAA

BREAKING CODE SILENCE v. KATHERINE MCNAMARA, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Basic Fee | 1 | $40.00 | No | $40.00 |
| Non-Service of Process | 1 | $120.00 | No | $120.00 |

| Order Information | | |
|---|---|---|
| Reference Number: | 3MCW01-01 | |
| **Records Source:** | | |
| | Vanessa Hughes | |
| | 542 Charleston Dr. | |
| | Claremont, CA  91711 | |
| Shipped To: | M. Adam Tate | |
| | Julander Brown Bollard | |
| | 9110 Irvine Center Drive | |
| | Irvine, CA 92618 | |

| | |
|---|---|
| **Total Charges:** | $160.00 |
| **- Amount Paid:** | $0.00 |
| **= Balance Due:** | **$160.00** |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 36197-01 <Page 1 of 1>**

**6-18**

| | |
|---|---|
| **From:** | status@trustarray.com |
| **To:** | Helene P. Saller |
| **Cc:** | status@trustarray.com |
| **Subject:** | SOP Status Re: BREAKING CODE SILENCE v. KATHERINE MCNAMARA, et al. |
| **Date:** | Tuesday, August 1, 2023 2:36:06 PM |
| **Attachments:** | CompanyLogo.png |

Re: BREAKING CODE SILENCE v. KATHERINE MCNAMARA, et al.

Your File No.: 3MCW01-01

Array Control No.: 36197-01

Hello Helene:

Per Cathi, we are now going to close this out since we have had no luck and the server has exhausted her attempts. If you'd like to open a new order, please send over an amended subpoena and we will open a new order for it.


Vanessa Hughes
542 Charleston Dr.
Claremont, CA 91711

7-14-23. 2:08 pm
POD Moving & Storage bin in driveway
As I drove up garage door was open.  As I parked they closed the door
When to front door knocked. No one answered. Saw someone walking inside home. On my way out I noticed all upstairs looked empty. Either someone is moving in or out.

Dodge #6YSC324
VW #95CL802
Both vehicles were parked on street near front of home.

7-16-23. 8:24am. No response. POD Unit still in driveway

7/19 at 6:50PM - N/A at door, can hear movement inside

7/22 at 7:30PM N/A at door

7-25-23. 12:20pm No response. Seen someone walking in living room
No one comes to door


If you have any questions, please don't hesitate to reach out to us.

Thank you,



**Steve Pearson**

**Service of Process**
O 949-777-5472
trustArray.com

**6-18**

| **From:** | status@trustarray.com |
|---|---|
| **To:** | Helene P. Saller |
| **Cc:** | status@trustarray.com |
| **Subject:** | SOP Status Re: BREAKING CODE SILENCE v. KATHERINE MCNAMARA, et al. |
| **Date:** | Tuesday, August 1, 2023 2:36:06 PM |
| **Attachments:** | CompanyLogo.png |

Re: BREAKING CODE SILENCE v. KATHERINE MCNAMARA, et al.

Your File No.: 3MCW01-01

## Array Control No.: 36197-01

Hello Helene:

Per Cathi, we are now going to close this out since we have had no luck and the server has exhausted her attempts. If you'd like to open a new order, please send over an amended subpoena and we will open a new order for it.

Vanessa Hughes
542 Charleston Dr.
Claremont, CA 91711

7-14-23. 2:08 pm
POD Moving & Storage bin in driveway
As I drove up garage door was open. As I parked they closed the door
When to front door knocked. No one answered. Saw someone walking inside home. On my way out I noticed all upstairs looked empty. Either someone is moving in or out.

Dodge #6YSC324
VW #95CL802
Both vehicles were parked on street near front of home.

7-16-23. 8:24am. No response. POD Unit still in driveway

7/19 at 6:50PM - N/A at door, can hear movement inside

## 7/22 at 7:30PM N/A at door

7-25-23. 12:20pm No response. Seen someone walking in living room
No one comes to door

If you have any questions, please don't hesitate to reach out to us.

Thank you,



**Steve Pearson**
**Service of Process**
O [949-777-5472](949-777-5472)
[trustArray.com](trustArray.com)

**6-19**

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX  78628
(949) 777-5496



| Bill to: |
|---|
| Julander Brown Bollard |
| 9110 Irvine Center Drive |
| Irvine, CA 92618 |
| Attn:Helene Saller |

# *Invoice*

| Invoice No. | 38554-01 |
|---|---|
| Invoice Date | 9/18/2023 |
| Tax ID | 85-0748969 |
| Rep | Doug Gormley |

**\*Please include invoice number
on your payment**

Case Number:        2:22-cv-02052-SB-MAA

BREAKING CODE SILENCE v. KATHERINE MCNAMARA,
et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Non-Service of Process | 1 | $120.00 | No | $120.00 |

| Order Information | | Total Charges: | $120.00 |
|---|---|---|---|
| Reference Number: **Records Source:** | | - Amount Paid: | $0.00 |
| | Vanessa Hughes 542 Charleston Drive Claremont, CA  91711 | = Balance Due: | **$120.00** |
| Shipped To: | M. Adam Tate Julander Brown Bollard 9110 Irvine Center Drive Irvine, CA 92618 | | |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt.  Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 38554-01 <Page 1 of 1>**

**6-20**

**Declaration of Diligence**

| Case:<br>2:22-cv-02052-SB-MAA | Court:<br>United States District Court Central District of California | County:<br>, | Job:<br>9533704 (38554-01) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>BREAKING CODE SILENCE | | **Defendant / Respondent:**<br>KATHERINE McNAMARA, et al. | |
| **Received by:**<br>Array | | **For:**<br>Julander, Brown & Bollard | |
| **To be served upon:**<br>Vanessa Hughes | | | |

I, Robert Prow, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | Vanessa Hughes, 542 Charleston Dr, Claremont, CA 91711 |
|---|---|
| Manner of Service: | Unsuccessful Attempt |
| Documents: | Subpoena to Testify at a Deposition in a Civil Action |
| Witness fees were offered<br>or demanded and paid: | $0 |

**Additional Comments:**
1) Unsuccessful Attempt: Sep 12, 2023, 11:37 am PDT at 542 Charleston Dr, Claremont, CA 91711
Elderly male stated that subject is not home. He could not provide a good time to find her at home.

2) Unsuccessful Attempt: Sep 15, 2023, 7:14 pm PDT at 542 Charleston Dr, Claremont, CA 91711
Same man that I talked to the previous attempt was sitting on the front porch with a suitcase. I asked if Ms Hughes was home and he said, "why don't you just knock on the door and find out". I could see a white female inside. Eventually she peered through the small windows in the door and then quickly retreated without opening the door. I returned to my car and watched as a Uber picked up the man who was sitting on the porch. The woman inside closed the curtains, and turned off most of the lights.

3) Unsuccessful Attempt: Sep 17, 2023, 5:11 pm PDT at 542 Charleston Dr, Claremont, CA 91711
No answer at door. Dark blue minivan in driveway. No activity noted. Window coverings all closed.

**Person serving:**
a. ☐ Not a registered California process server.
b. ☐ California sheriff or marshal.
c. ☒ Registered California process server.
d. ☐ Employee or independent contractor of a registered California process server.
e. ☐ Exempt from registration under Business and Professions Code section 22350(b).
f. ☐ Registered professional photocopier.
g. ☐ Exempt from registration under Business and Professions Code section 22451.
h. Name, address, telephone number, and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Robert Prow
Riverside Co. PS-001980
Array
18013 Sky Park Circle, Suite C
Irvine CA 92614
(949) 777-5496

_____     09/18/2023
Robert Prow                                                          **Date**
Riverside Co. PS-001980

**6-21**

**Payable to:**
Array
2995 Dawn Drive #106
Georgetown, TX 78628
(949) 777-5496



| Bill to: |
| --- |
| Julander Brown Bollard |
| 9110 Irvine Center Drive |
| Irvine, CA 92618 |
| Attn: Helene Saller |

# *Invoice*

| Invoice No. | 39869-01 |
| --- | --- |
| Invoice Date | 10/31/2023 |
| Tax ID | 85-0748969 |
| Rep | Doug Gormley |

**\*Please include invoice number
on your payment**

Records Subject:    See Exhibit A to Subpoena
Case Number:    2:22-cv-02052-SB-MAA

BREAKING CODE SILENCE v. KATHERINE MCNAMARA, et al.

| Item | Qty | Rate | Taxable | Total |
| --- | --- | --- | --- | --- |
| Subpoena Basic Fee | 1 | $40.00 | No | $40.00 |
| Non-Service of Process | 1 | $120.00 | No | $120.00 |

| Order Information | | Total Charges: | $160.00 |
| --- | --- | --- | --- |
| Reference Number: | | - Amount Paid: | $0.00 |
| **Records Source:** | | | |
| | Vanessa Hughes | = Balance Due: | **$160.00** |
| | 542 Charleston Drive | | |
| | Claremont, CA 91711 | | |
| Shipped To: | M. Adam Tate | | |
| | Julander Brown Bollard | | |
| | 9110 Irvine Center Drive | | |
| | Irvine, CA 92618 | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 39869-01 <Page 1 of 1>**

**6-22**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO: 949.988.3640     FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: helene@jbblaw.com<br>ATTORNEY FOR *(Name)*: | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
|---|---|
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | |
| BRANCH NAME:   United States District Court Central District of California | |

| PLAINTIFF / PETITIONER:   BREAKING CODE SILENCE<br>DEFENDANT / RESPONDENT:   KATHERINE McNAMARA, et al. | CASE NUMBER:<br>2:22-cv-02052-SB-MAA |
|---|---|
| **Declaration of Diligence** | Ref. No. or File No.:<br>10739796 (39869-01) |

I, Cruz Aldana , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Vanessa Hughes, 542 Charleston Dr, Claremont, CA 91711

**Manner of Service:**   Unsuccessful Attempt

**Documents:**   NOTICE OF SUBPOENA FOR DOCUMENTS TO NONPARTY; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

**Witness fees were offered<br>or demanded and paid:**

**Additional Comments:**
1) Unsuccessful Attempt: Oct 17, 2023, 3:31 pm PDT at 542 Charleston Dr, Claremont, CA 91711
While ringing bell, asian female walked up to the door and stated she works here - female who answered ring doorbell told her to come around back and refused to open the door - pretty sure it was the subject.

2) Unsuccessful Attempt: Oct 20, 2023, 6:48 am PDT at 542 Charleston Dr, Claremont, CA 91711
No answer at door.

3) Unsuccessful Attempt: Oct 23, 2023, 6:32 pm PDT at 542 Charleston Dr, Claremont, CA 91711
Lights on and Nissan SUV in driveway - N/A at door.

4) Unsuccessful Attempt: Oct 26, 2023, 7:30 pm PDT at 542 Charleston Dr, Claremont, CA 91711
No answer at door.

5) Unsuccessful Attempt: Oct 29, 2023, 11:47 am PDT at 542 Charleston Dr, Claremont, CA 91711
No Response. No Activity

**Person serving:**
a. ☐ Not a registered California process server.
b. ☐ California sheriff or marshal.
c. ☒ Registered California process server.
d. ☐ Employee or independent contractor of a registered California process server.
e. ☐ Exempt from registration under Business and Professions Code section 22350(b).
f. ☐ Registered professional photocopier.
g. ☐ Exempt from registration under Business and Professions Code section 22451.
h. Name, address, telephone number, and, if applicable, county of registration and number:
Cruz Aldana
Array
18013 Sky Park Circle, Suite C
Irvine CA 92614
(949) 777-5496

    10/30/2023

**6-23**

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX  78628
(949) 777-5496



**Bill to:**

Julander Brown Bollard
9110 Irvine Center Drive
Irvine, CA 92618
Attn:Helene Saller

## *Invoice*

| Invoice No. | 38594-01 |
|---|---|
| Invoice Date | 9/25/2023 |
| Tax ID | 85-0748969 |
| Rep | Doug Gormley |

**\*Please include invoice number
on your payment**

Case Number:         2:22-cv-02052-SB-MAA

BREAKING CODE SILENCE v. KATHERINE MCNAMARA,
et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Non-Service of Process: 9841 Sterling Dr, Highlands Ranch, CO 80126 | 1 | $135.00 | No | $135.00 |
| Non-Service of Process: 7165 S Gaylord St Unit E9, Littleton, CO 80122 | 1 | $135.00 | No | $135.00 |

| Order Information | | Total Charges: | $270.00 |
|---|---|---|---|
| Reference Number:        3MCW01-01 | | - Amount Paid: | $0.00 |
| **Records Source:**          Jennifer Magill | | | |
| 9841 Sterling Drive | | = Balance Due: | **$270.00** |
| Highland Park, CO  80126 | | | |
| | | | |
| Shipped To:          M. Adam Tate | | | |
| Julander Brown Bollard | | | |
| 9110 Irvine Center Drive | | | |
| Irvine, CA 92618 | | | |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt.  Client is subject to maximum
allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from
receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full
payment shall be due in accordance with the terms of this invoice.

**Invoice Number 38594-01 <Page 1 of 1>**

**6-24**

## Declaration of Diligence

| Case:<br>2:22-cv-02052-SB-MAA | Court:<br>United States District Court Central District of California | County:<br>, | Job:<br>9537844 (38594-01) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>BREAKING CODE SILENCE | | Defendant / Respondent:<br>KATHERINE McNAMARA, et al. | |
| Received by:<br>Array | | For:<br>Julander, Brown & Bollard | |
| To be served upon:<br>Jennifer Magill | | | |

I, Patrick Owen, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | Jennifer Magill, 9841 Sterling Dr, Highlands Ranch, CO 80126 |
|---|---|
| Manner of Service: | Bad Address |
| Documents: | Subpoena to Testify at a Deposition in a Civil Action |
| Witness fees were offered<br>or demanded and paid: | |

**Additional Comments:**
1) Unsuccessful Attempt: Sep 10, 2023, 5:55 pm PDT at 9841 Sterling Dr, Highlands Ranch, CO 80126
No Answer at residence.

2) Unsuccessful Attempt: Sep 12, 2023, 2:05 pm PDT at 7165 S Gaylord St Unit E9, Littleton, CO 80122
Unit is vacant. These are privately owned condos. No leasing office.

3) Unsuccessful Attempt: Sep 16, 2023, 6:50 pm PDT at 9841 Sterling Dr, Highlands Ranch, CO 80126
No answer at door. No indication that anyone was home.

4) Unsuccessful Attempt: Sep 21, 2023, 7:50 pm PDT at 9841 Sterling Dr, Highlands Ranch, CO 80126
I spoke to Pamela Baron, mother of Michael Baron, who is the ex husband of Jennifer Magill. She confirmed that they are divorced now / their divorce is final. She has no forwarding info for Jennifer. She states that Jennifer does not live there. I left my business card w/ her in case she is able to find an address for Jennifer or if she can give my info to Jennifer. She thinks that this is unlikely, however.

**Person serving:**
a. [X] Not a registered California process server.
b. [ ] California sheriff or marshal.
c. [ ] Registered California process server.
d. [ ] Employee or independent contractor of a registered California process server.
e. [ ] Exempt from registration under Business and Professions Code section 22350(b).
f. [ ] Registered professional photocopier.
g. [ ] Exempt from registration under Business and Professions Code section 22451.
h. Name, address, telephone number, and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Patrick Owen
Array
18013 Sky Park Circle, Suite C
Irvine CA 92614
(949) 777-5496

_____      09/25/2023
Patrick Owen                              Date

**6-25**

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX  78628
(949) 777-5496



**Bill to:**

Julander Brown Bollard
9110 Irvine Center Drive
Irvine, CA 92618
Attn: Helene Saller

# *Invoice*

| Invoice No. | 35022-05 |
|---|---|
| Invoice Date | 11/29/2023 |
| Tax ID | 85-0748969 |
| Rep | Doug Gormley |

**\*Please include invoice number on your payment**

Records Subject:    See ATTACHMENT "3" to subpoena

Case Number:    2:22-cv-002052-SB-MAA

BREAKING CODE SILENCE v. KATHERINE MCNAMARA

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Basic Fee | 1 | $40.00 | No | $40.00 |
| Non-Service of Process: 9841 Sterling Dr., Highland Park, CO 80126 | 1 | $140.00 | No | $140.00 |
| Service of Process: 7165 S. Gaylord St., Unit E9, Centennial, CO 80122 | 1 | $140.00 | No | $140.00 |

| Order Information | | Total Charges: | $320.00 |
|---|---|---|---|
| Reference Number: | 3MCW01-01 | - Amount Paid: | $0.00 |
| **Records Source:** | | | |
| | Jennifer Magill | = Balance Due: | **$320.00** |
| | 9841 Sterling Drive | | |
| | Highland Park, CO  80126 | | |
| Shipped To: | M. Adam Tate | | |
| | Julander Brown Bollard | | |
| | 9110 Irvine Center Drive | | |
| | Irvine, CA 92618 | | |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 35022-05 <Page 1 of 1>**

**6-26**

**Payable to:**
Array
2995 Dawn Drive #106
Georgetown, TX  78628
(949) 777-5496



| Bill to: |
|---|
| Julander Brown Bollard<br>9110 Irvine Center Drive<br>Irvine, CA 92618<br>Attn: Helene Saller |

## *Invoice*

| Invoice No. | 38995-01 |
|---|---|
| Invoice Date | 10/30/2023 |
| Tax ID | 85-0748969 |
| Rep | Doug Gormley |

**\*Please include invoice number on your payment**

Records Subject:  See ATTACHMENT "3" to subpoena
Case Number:  2:22-cv-02052-SB-MAA

BREAKING CODE SILENCE v. KATHERINE MCNAMARA, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Basic Fee | 1 | $40.00 | No | $40.00 |
| Service of Process | 1 | $170.00 | No | $170.00 |
| CNR (Certificate of No Records) | 1 | $20.00 | No | $20.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |
| Custodian Fee | 1 | $15.00 | No | $15.00 |
| Fee Advancement at 10 percent | 1 | $1.50 | No | $1.50 |

| Order Information | |
|---|---|
| Reference Number:<br>**Records Source:** | |
| | Megan Hurwitt<br>2944 Cline St.<br>Houston, TX  77020 |
| Shipped To: | M. Adam Tate<br>Julander Brown Bollard<br>9110 Irvine Center Drive<br>Irvine, CA 92618 |

| Total Charges: | $251.50 |
|---|---|
| - Amount Paid: | $0.00 |
| = Balance Due: | **$251.50** |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt.  Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 38995-01 <Page 1 of 1>**

**6-27**

Payable to:
Array
2995 Dawn Drive #106
Georgetown, TX  78628
(949) 777-5496



**Bill to:**

Julander Brown Bollard
9110 Irvine Center Drive
Irvine, CA 92618
Attn: Helene Saller

# *Invoice*

| | |
|---|---|
| **Invoice No.** | 39027-01 |
| **Invoice Date** | 11/1/2023 |
| **Tax ID** | 85-0748969 |
| **Rep** | Doug Gormley |

***Please include invoice number on your payment**

Records Subject:   See Exhibit A to Subpoena
Case Number:       2:22-cv-02052-SB-MAA

BREAKING CODE SILENCE v. KATHERINE MCNAMARA, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Basic Fee | 1 | $40.00 | No | $40.00 |
| Non-Service of Process: 10300 W. Charleston Blvd., Las Vegas, NV 89135 | 1 | $140.00 | No | $140.00 |
| Service of Process: 6551 Las Vegas Blvd., Las Vegas, NV 89119 | 1 | $140.00 | No | $140.00 |
| CNR (Certificate of No Records) | 1 | $20.00 | No | $20.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |

| Order Information | | |
|---|---|---|
| **Reference Number:** | 3MCW01-01 | |
| **Records Source:** | Shelby Kirchoff | |
| | 10300 W. Charleston Blvd. | |
| | Las Vegas, NV  89135 | |
| Shipped To: | M. Adam Tate | |
| | Julander Brown Bollard | |
| | 9110 Irvine Center Drive | |
| | Irvine, CA 92618 | |

| | |
|---|---|
| **Total Charges:** | $345.00 |
| **- Amount Paid:** | $0.00 |
| **= Balance Due:** | **$345.00** |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt.  Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 39027-01 <Page 1 of 1>**

JULANDER BROWN
— & BOLLARD —

JBB

1            **<u>PROOF OF SERVICE</u>**

2        **STATE OF CALIFORNIA, COUNTY OF ORANGE**

3        At the time of service, I was over 18 years of age and **not a party to this**

4 **action**. I am employed in the County of Orange, State of California. My business

5 address is 9110 Irvine Center Drive, Irvine, CA 92618.

6        On April 17, 2024 I served true copies of the following document(s)

7 described as **DECLARATION OF M. ADAM TATE IN SUPPORT OF**

8 **ACCOUNTING OF FEES/COSTS RELATED TO CUSTODIAN**

9 **SUBPOENAS** on the interested parties in this action as follows:

10 John Gibson
Jason T. Lueddeke

11 DLA PIPER LLP
2000 Avenue of the Stars

12 Suite 400 North Tower
Los Angeles, California 90067-4704

13
Email: john.gibson@us.dlapiper.com;

14 jason.lueddeke@us.dlapiper.com;

15        **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court

16 order or an agreement of the parties to accept service by e-mail or electronic

17 transmission, I caused the document(s) to be sent from e-mail address

18 helene@jbblaw.com to the persons at the e-mail addresses listed in the Service List.

19 I did not receive, within a reasonable time after the transmission, any electronic

20 message or other indication that the transmission was unsuccessful.

21        I declare under penalty of perjury under the laws of the United States of

22 America that the foregoing is true and correct and that I am employed in the office

23 of a member of the bar of this Court at whose direction the service was made.

24        Executed on April 17, 2024, at Irvine, California.

25             *Helene Saller*

26             Helene Saller

27

28