1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) non-profit,<br><br>    Plaintiff,<br><br>v.<br><br>KATHERINE MCNAMARA, an individual, JEREMY WHITELEY, an individual, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 2:22-CV-002052-SB-MAA<br><br>Hon. Maria A. Audero<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REDUCE DEFENDANTS' REQUESTED ATTORNEYS' FEES AND COSTS RELATED TO SUBPOENA DISCOVERY** |

[PROPOSED] ORDER
CASE NO. 2:22-CV-002052-SB-MAA

Having considered Plaintiff Breaking Code Silence's Motion to Reduce Defendants' Requested Attorneys' Fees and Costs Related to Subpoena Discovery, the Court finds and adjudicates as follows:

The Motion is GRANTED.  Plaintiff shall pay Defendants $_____ (an amount not to exceed $9,290.15) in attorneys' fees and costs by _____.

**IT IS SO ORDERED.**

Dated: _____, 2024

By: _____
HON. MARIA AUDERO
UNITED STATES MAGISTRATE JUDGE