# EXHIBIT 1

| | |
|---|---|
| **From:** | Kiker, Dennis |
| **To:** | Adam Tate |
| **Cc:** | Adam J Schwartz; Lueddeke, Jason |
| **Subject:** | BCS v. McNamara: Slack Private Channels Update |
| **Date:** | Monday, August 7, 2023 5:40:21 AM |
| **Attachments:** | image001.png |
| | BCS Slack Collection Summary 08062023.xlsx |

Adam,

I am still waiting on a document-level STR for the private channels. However, I do have some updates that should facilitate our discussion this afternoon.

I have confirmed that the documents in the private channels listed on our summary all had search term hits, as search terms were run prior to promotion to the review workspace. I was not able to run a document-level STR myself over the weekend, but I was able to identify the total number of documents in each private channel that hit on terms and have updated the summary chart to reflect the results.

I would like to propose the following process for completing review of the remaining private channels:

- BCS will initiate review of the private channel documents that hit on search terms, reserving review of family members for those documents that appear to contain responsive information. Our review will start with the terms that have the highest number of hits and work our way down the list until all channels are completed.
- BCS would ask that Defendants review the list of private channels and provide input on any that are unlikely to have responsive information. (Certain search terms, such as "Katie" appear problematic since Ms. McNamara participated actively in many of the private channels. "Jeremy" is also a search term, but Mr. Whiteley doesn't seem to have participated as regularly.)
- BCS estimates that it will complete the review of the remaining private channels by 8/18, but will make at least one interim production on 8/11.

We look forward to talking with you later today.

Regards,

# Dennis Russell Kiker
Senior Attorney

| | |
|---|---|
| T  +1 480 606 5143 | **DLA Piper LLP (US)** |
| F  +1 703 773 5111 | One Fountain Square |
| M +1 804 350 8444 | 11911 Freedom Drive, Suite 300 |
| O  +1 703 773 4111 | Reston, VA  20190-5602 |
| dennis.kiker@us.dlapiper.com | |

12

dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.