# EXHIBIT 2

| | |
|---|---|
| **From:** | Kiker, Dennis |
| **To:** | Adam Tate |
| **Cc:** | Catherine Close; Adam J Schwartz; Lueddeke, Jason; Jones, Benjamin; Gibson, John; Bekah Chamberlin |
| **Subject:** | BCS v. McNamara: BCS_036 |
| **Date:** | Friday, September 8, 2023 3:34:21 PM |
| **Attachments:** | image001.png |

Adam,

BCS will be producing today via ShareFile production vol. BCS_036, which consists of the Slack documents referenced in our recent email correspondence. We will also be producing the native version of documents for which you requested legible copies.

We also wanted to apprise you of the status of the document collection and production for the individuals that submitted declarations:

- Dr. Vanessa Hughes
    - Dr. Hughes indicated that she would search for BCS-related documents in the following data sources:
        - BCS-related content located: personal email (previously produced in vol. BCS_034), laptop, Facebook, Facebook Messages, Google Drive.
            - We are in the process of reviewing the several thousand BCS-related documents and will produce the responsive results as soon as possible.
            - Dr. Hughes also reported that she had produced all BCS-related content from these data sources in the state court case, which you may now use in this case pursuant to our stipulation.
        - No BCS-related content located: Slack, WhatsApp, Zoom

- Dr. Apryl Alexander
    - Dr. Alexander indicated that she would search for BCS-related documents in the following data sources:
        - BCS-related content located: personal email, computer.
        - No BCS-related content located: cell phone, personal Slack account, and Google Drive.
    - We will be producing Dr. Alexander's responsive documents today via ShareFile as vol. BCS_037.

We have not yet received documents from the remaining declarants.

Please let us know if you have any questions.

Regards,

**Dennis Russell Kiker**
Senior Attorney

T   +1 480 606 5143          DLA Piper LLP (US)

14

F   +1 703 773 5111
M  +1 804 350 8444
O   +1 703 773 4111
dennis.kiker@us.dlapiper.com

One Fountain Square
11911 Freedom Drive, Suite 300
Reston, VA  20190-5602

dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.