# Exhibit 1

**Kiker, Dennis**

---

| | |
|---|---|
| **From:** | Kiker, Dennis |
| **Sent:** | Thursday, May 4, 2023 6:07 PM |
| **To:** | Adam Tate |
| **Cc:** | Adam J Schwartz; Brown, Michael P.; Grush, Benjamin; Bentz, Tamany; Jones, Benjamin; Dirk Julander; Catherine Close; Adam Tate; Bekah Chamberlin; Helene P. Saller |
| **Subject:** | BCS v. McNamara, et al. |

Adam,

We are sending an additional set of Slack documents via ShareFile shortly. We identified these three documents during an exhaustive review of the unproduced population. Together with the documents previously produced, we have produced a total of 35 documents from Slack. No documents have been withheld on the basis of privilege. I have personally reviewed all 1,148 documents and confirmed that these are the only even marginally relevant documents. The balance date back to mid-2021 and include discussions on such topics as:

- Personal, non-business matters (recipes, pets, plants, popular shows)
- A Slack trivia game
- Discussions about upcoming protests, legislation or other TII-related topics
- Many of the threads include personal photographs and some have highly personal information about the participants' experiences in the TTI and ongoing related trauma.

None of this information is relevant to the claims or defenses in this matter.

Regards,

**Dennis Russell Kiker**
Senior Attorney

---

| | |
|---|---|
| T  +1 480 606 5143 | **DLA Piper LLP (US)** |
| F  +1 703 773 5111 | One Fountain Square |
| M  +1 804 350 8444 | 11911 Freedom Drive, Suite 300 |
| O  +1 703 773 4111 | Reston, VA  20190-5602 |
| dennis.kiker@us.dlapiper.com | |



dlapiper.com