# Exhibit 2

**Kiker, Dennis**

| | |
|---|---|
| **From:** | Kiker, Dennis |
| **Sent:** | Thursday, June 22, 2023 5:06 PM |
| **To:** | Adam Tate; Bentz, Tamany; Helene P. Saller; Lueddeke, Jason; Grush, Benjamin; Brown, Michael P. |
| **Cc:** | Catherine Close; Adam J Schwartz; Helene P. Saller; Bekah Chamberlin |
| **Subject:** | RE: Breaking Code Silence v. McNamara, et al. |

Sorry for the delayed response, Adam. To be clear, BCS has not "failed to produce" the Slack messages. As we've stated several times now, we are in the process of collecting and producing that information.

Thanks, Dennis

# Dennis Russell Kiker
Senior Attorney

T  +1 480 606 5143
F  +1 703 773 5111
M  +1 804 350 8444
O  +1 703 773 4111
dennis.kiker@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

**From:** Adam Tate <Adam@jbblaw.com>
**Sent:** Tuesday, June 20, 2023 7:46 PM
**To:** Kiker, Dennis <Dennis.Kiker@us.dlapiper.com>; Bentz, Tamany <Tamany.Bentz@us.dlapiper.com>; Helene P. Saller <helene@jbblaw.com>; Lueddeke, Jason <Jason.Lueddeke@us.dlapiper.com>; Grush, Benjamin <Benjamin.Grush@us.dlapiper.com>; Brown, Michael P. <Michael.P.Brown@us.dlapiper.com>
**Cc:** Catherine Close <cac@jbblaw.com>; Adam J Schwartz <adam@ajschwartzlaw.com>; Helene P. Saller <helene@jbblaw.com>; Bekah Chamberlin <Bekah@jbblaw.com>
**Subject:** RE: Breaking Code Silence v. McNamara, et al.

⚠ EXTERNAL MESSAGE

Other than it may have to pay an "associated cost" to retrieve the messages from Slack, is there any other reason why BCS has failed to produce the relevant Slack communications from the private channels and direct messages?

**From:** Kiker, Dennis <Dennis.Kiker@us.dlapiper.com>
**Sent:** Tuesday, June 20, 2023 1:13 PM
**To:** Adam Tate <Adam@jbblaw.com>; Bentz, Tamany <Tamany.Bentz@us.dlapiper.com>; Helene P. Saller <helene@jbblaw.com>; Lueddeke, Jason <Jason.Lueddeke@us.dlapiper.com>; Grush, Benjamin <Benjamin.Grush@us.dlapiper.com>; Brown, Michael P. <Michael.P.Brown@us.dlapiper.com>
**Cc:** Catherine Close <cac@jbblaw.com>; Adam J Schwartz <adam@ajschwartzlaw.com>; Helene P. Saller <helene@jbblaw.com>; Bekah Chamberlin <Bekah@jbblaw.com>
**Subject:** RE: Breaking Code Silence v. McNamara, et al.

Adam,

We did not get a quote; we were only advised that those services were available for a fee. Since BCS as a non-profit entity has limited resources, we chose to explore pro bono services first.

Dennis

## Dennis Russell Kiker
Senior Attorney

T  +1 480 606 5143
F  +1 703 773 5111
M  +1 804 350 8444
O  +1 703 773 4111
dennis.kiker@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

---

**From:** Adam Tate <Adam@jbblaw.com>
**Sent:** Tuesday, June 20, 2023 3:49 PM
**To:** Kiker, Dennis <Dennis.Kiker@us.dlapiper.com>; Bentz, Tamany <Tamany.Bentz@us.dlapiper.com>; Helene P. Saller <helene@jbblaw.com>; Lueddeke, Jason <Jason.Lueddeke@us.dlapiper.com>; Grush, Benjamin <Benjamin.Grush@us.dlapiper.com>; Brown, Michael P. <Michael.P.Brown@us.dlapiper.com>
**Cc:** Catherine Close <cac@jbblaw.com>; Adam J Schwartz <adam@ajschwartzlaw.com>; Helene P. Saller <helene@jbblaw.com>; Bekah Chamberlin <Bekah@jbblaw.com>
**Subject:** RE: Breaking Code Silence v. McNamara, et al.

⚠ EXTERNAL MESSAGE

How much is the associated cost?

---

**From:** Kiker, Dennis <Dennis.Kiker@us.dlapiper.com>
**Sent:** Tuesday, June 20, 2023 12:28 PM
**To:** Adam Tate <Adam@jbblaw.com>; Bentz, Tamany <Tamany.Bentz@us.dlapiper.com>; Helene P. Saller <helene@jbblaw.com>; Lueddeke, Jason <Jason.Lueddeke@us.dlapiper.com>; Grush, Benjamin <Benjamin.Grush@us.dlapiper.com>; Brown, Michael P. <Michael.P.Brown@us.dlapiper.com>
**Cc:** Catherine Close <cac@jbblaw.com>; Adam J Schwartz <adam@ajschwartzlaw.com>; Helene P. Saller <helene@jbblaw.com>; Bekah Chamberlin <Bekah@jbblaw.com>
**Subject:** RE: Breaking Code Silence v. McNamara, et al.

Adam,

We have enquired about Slack support and are informed that there is an associated cost. For this reason, we are working initially with our pro bono forensic services provider on a suitable solution.

Dennis

## Dennis Russell Kiker
Senior Attorney

T  +1 480 606 5143
F  +1 703 773 5111
M  +1 804 350 8444
O  +1 703 773 4111

dennis.kiker@us.dlapiper.com

DLA Piper LLP (US)
dlapiper.com

---

**From:** Adam Tate <Adam@jbblaw.com>
**Sent:** Tuesday, June 20, 2023 1:08 PM
**To:** Kiker, Dennis <Dennis.Kiker@us.dlapiper.com>; Bentz, Tamany <Tamany.Bentz@us.dlapiper.com>; Helene P. Saller <helene@jbblaw.com>; Lueddeke, Jason <Jason.Lueddeke@us.dlapiper.com>; Grush, Benjamin <Benjamin.Grush@us.dlapiper.com>; Brown, Michael P. <Michael.P.Brown@us.dlapiper.com>
**Cc:** Catherine Close <cac@jbblaw.com>; Adam J Schwartz <adam@ajschwartzlaw.com>; Helene P. Saller <helene@jbblaw.com>; Bekah Chamberlin <Bekah@jbblaw.com>
**Subject:** RE: Breaking Code Silence v. McNamara, et al.

⚠️ **EXTERNAL MESSAGE**

Dennis,

This the third time I am asking this question and I would appreciate a direct answer: Has BCS or anyone on its behalf contacted Slack to apply to export data from private channels and direct messages? If not, why not?

Thank you,

Adam

---

**From:** Kiker, Dennis <Dennis.Kiker@us.dlapiper.com>
**Sent:** Tuesday, June 20, 2023 9:27 AM
**To:** Adam Tate <Adam@jbblaw.com>; Bentz, Tamany <Tamany.Bentz@us.dlapiper.com>; Helene P. Saller <helene@jbblaw.com>; Lueddeke, Jason <Jason.Lueddeke@us.dlapiper.com>; Grush, Benjamin <Benjamin.Grush@us.dlapiper.com>; Brown, Michael P. <Michael.P.Brown@us.dlapiper.com>
**Cc:** Catherine Close <cac@jbblaw.com>; Adam J Schwartz <adam@ajschwartzlaw.com>; Helene P. Saller <helene@jbblaw.com>; Bekah Chamberlin <Bekah@jbblaw.com>
**Subject:** RE: Breaking Code Silence v. McNamara, et al.

Adam,

It is our understanding that Consilio's capabilities are necessarily limited by the Slack license permissions. This is, in fact, why we are working with a forensics expert to determine the best collection methodology under the circumstances. The process is not complete, but we will provide you with a production date once we have it from the forensics expert.

Thanks, Dennis

**Dennis Russell Kiker**
Senior Attorney

T   +1 480 606 5143
F   +1 703 773 5111
M  +1 804 350 8444
O   +1 703 773 4111
dennis.kiker@us.dlapiper.com

DLA Piper LLP (US)
dlapiper.com

**From:** Adam Tate <Adam@jbblaw.com>
**Sent:** Monday, June 19, 2023 3:10 PM
**To:** Kiker, Dennis <Dennis.Kiker@us.dlapiper.com>; Bentz, Tamany <Tamany.Bentz@us.dlapiper.com>; Helene P. Saller <helene@jbblaw.com>; Lueddeke, Jason <Jason.Lueddeke@us.dlapiper.com>; Grush, Benjamin <Benjamin.Grush@us.dlapiper.com>; Brown, Michael P. <Michael.P.Brown@us.dlapiper.com>
**Cc:** Catherine Close <cac@jbblaw.com>; Adam J Schwartz <adam@ajschwartzlaw.com>; Helene P. Saller <helene@jbblaw.com>; Bekah Chamberlin <Bekah@jbblaw.com>
**Subject:** RE: Breaking Code Silence v. McNamara, et al.

⚠ EXTERNAL MESSAGE

Dennis,

While I appreciate your email, Consilio's page seems to suggest that it can ingest the private channels and the DMs. Can you get me something from them that says that they cannot do so?

Since you are pointing to Slack's help center, Slack says that regardless of the level, workplace owners may contact Slack and apply to export data from private channels and direct messages. https://slack.com/help/articles/204897248-Guide-to-Slack-import-and-export-tools#h_01EJ96AV9MF56A2RHKES5JCWE7. Have you done this?

Please also answer the other questions in my email – specifically with regards to slack, has the screenshotting been completed? If not, when will it be done?

-Adam


**From:** Kiker, Dennis <Dennis.Kiker@us.dlapiper.com>
**Sent:** Monday, June 19, 2023 12:03 PM
**To:** Adam Tate <Adam@jbblaw.com>; Bentz, Tamany <Tamany.Bentz@us.dlapiper.com>; Helene P. Saller <helene@jbblaw.com>; Lueddeke, Jason <Jason.Lueddeke@us.dlapiper.com>; Grush, Benjamin <Benjamin.Grush@us.dlapiper.com>; Brown, Michael P. <Michael.P.Brown@us.dlapiper.com>
**Cc:** Catherine Close <cac@jbblaw.com>; Adam J Schwartz <adam@ajschwartzlaw.com>; Helene P. Saller <helene@jbblaw.com>; Bekah Chamberlin <Bekah@jbblaw.com>
**Subject:** RE: Breaking Code Silence v. McNamara, et al.

Adam,

With regard to Slack, we have previously advised that BCS has the Pro plan, through the Slack for non-profits program. At the time, the discussion was about audit logs, but there are similar limitations with regard to private channels and DMs, as you can see on Slack's website: https://slack.com/help/articles/201658943-Export-your-workspace-data.

Regards,

**Dennis Russell Kiker**
Senior Attorney

T  +1 480 606 5143
F  +1 703 773 5111
M  +1 804 350 8444

O  +1 703 773 4111
dennis.kiker@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

---

**From:** Adam Tate <Adam@jbblaw.com>
**Sent:** Monday, June 19, 2023 2:48 PM
**To:** Bentz, Tamany <Tamany.Bentz@us.dlapiper.com>; Helene P. Saller <helene@jbblaw.com>; Lueddeke, Jason <Jason.Lueddeke@us.dlapiper.com>; Grush, Benjamin <Benjamin.Grush@us.dlapiper.com>; Brown, Michael P. <Michael.P.Brown@us.dlapiper.com>
**Cc:** Catherine Close <cac@jbblaw.com>; Adam J Schwartz <adam@ajschwartzlaw.com>; Helene P. Saller <helene@jbblaw.com>; Kiker, Dennis <Dennis.Kiker@us.dlapiper.com>; Bekah Chamberlin <Bekah@jbblaw.com>
**Subject:** RE: Breaking Code Silence v. McNamara, et al.

⚠ EXTERNAL MESSAGE

Tamany,

This the first time you have told us that BCS's slack license does not provide for export of private channels or DMs. To be clear, you previously informed us that your license prevented you from obtaining slack audit logs, but not the messages. I note that Consilio's information page specifically states that they can ingest from private channels and DMS with the license that BCS has (please see attached.) Can you please forward me something from Consilio supporting your position that BCS supposedly cannot obtain the private channels or direct messages?

Your email is also unclear about your process of screenshotting the Slack. Has that already been done? If not, will the screenshots be included in your production due on June 30th? If not, why not?

With respect to the Rule 37 motion. I am going to need an explanation of how BCS could have supposedly made such a mistake. You would think that BCS would know who its board of directors is when it made the discovery response. It all seems very convenient. It seems more likely to me that your client lied to you and then you repeated the lie to the Court.

-Adam

---

**From:** Bentz, Tamany <Tamany.Bentz@us.dlapiper.com>
**Sent:** Monday, June 19, 2023 11:07 AM
**To:** Adam Tate <Adam@jbblaw.com>; Helene P. Saller <helene@jbblaw.com>; Lueddeke, Jason <Jason.Lueddeke@us.dlapiper.com>; Grush, Benjamin <Benjamin.Grush@us.dlapiper.com>; Brown, Michael P. <Michael.P.Brown@us.dlapiper.com>
**Cc:** Catherine Close <cac@jbblaw.com>; Adam J Schwartz <adam@ajschwartzlaw.com>; Helene P. Saller <helene@jbblaw.com>; Kiker, Dennis <Dennis.Kiker@us.dlapiper.com>
**Subject:** RE: Breaking Code Silence v. McNamara, et al.

Adam,

Thank you for your email.

With respect to Slack, it does not appear to us that there is a dispute. As we have previously informed you, BCS's Slack license does not provide for export of private channels or DMs. Nonetheless, BCS was working with our vendor, Consilio, to screen shot communications from private channels and DMs relating to the allegations in the complaint and the resulting investigation.

With respect to the Rule 37 motion, the interrogatory response you rely on to identify the Board members is incorrect. My understanding is that it is a mistake on Messner's part and that it has been fixed. To be clear, neither Ms. Saberi, Ms. Boyd-King nor Ms. Hassanpour were ever on the Board. Also, since they were not on the Board we are withdrawing our confidentiality designation on the documents you included as Exhibit 12 and those do not need to be filed under seal. We cannot tell from your list whether that streamlines your motion, but we expect it at least resolves the issue of who is or was on the Board of BCS.

Tamany

**Tamany Vinson Bentz**
Partner

T  +1 310 595 3052
F  +1 310 595 3352
tamany.bentz@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

---

**From:** Adam Tate <Adam@jbblaw.com>
**Sent:** Friday, June 16, 2023 2:58 PM
**To:** Helene P. Saller <helene@jbblaw.com>; Bentz, Tamany <Tamany.Bentz@us.dlapiper.com>; Lueddeke, Jason <Jason.Lueddeke@us.dlapiper.com>; Grush, Benjamin <Benjamin.Grush@us.dlapiper.com>; Brown, Michael P. <Michael.P.Brown@us.dlapiper.com>
**Cc:** Catherine Close <cac@jbblaw.com>; Adam J Schwartz <adam@ajschwartzlaw.com>; Helene P. Saller <helene@jbblaw.com>
**Subject:** RE: Breaking Code Silence v. McNamara, et al.

⚠ EXTERNAL MESSAGE

Counsel,

You have undoubtedly seen our motions by now as well as the Court's order requiring us to a Local Rule 37-2 joint stipulation. We are in the process of converting the motions into our half of the joint stipulation, but I wanted to see if we can narrow the issues even further. Below are the issues we have identified, please let us know if we can narrow the issues, you agree with the issues, or you wish to propose different or additional issues.

For the motion regarding Slack:

    1.    Whether BCS Should Be Compelled to Produce Slack Communications Based on its Agreement to Do So.
    2.    Whether BCS Should Be Compelled to Produce Slack Communications Based on the Court's Orders.
    3.    Whether BCS Has Withheld or Deleted Critical Slack Communications.
    4.    Whether the Court Should Impose Monetary Sanctions Against BCS and its Counsel.

For the motion regarding the Custodians and Data Sources:

    1.    Whether Plaintiff Violated a Court Order by Failing to Collect From All Custodians Listed in the EDO.

2. Whether Plaintiff Violated a Court Order by Failing to Collect From All Data Sources as Required by the EDO.

3. Whether Plaintiff's Violations of the EDO Prejudiced Defendants.

4. Whether the Court Should Compel the Production of Documents in the Control of Plaintiff's Current Officers and Directors.

5. Whether Plaintiff and its Counsel Should be Sanctioned and the Nature and Scope of Appropriate Sanctions.

Please respond to this email as soon as possible, by not later than noon on Monday.

Thanks,

Adam



**Helene P. Saller**
Paralegal

949-988-3640
Helene@jbblaw.com
www.jbblaw.com

9110 Irvine Center Drive, Irvine, CA 92618

---

This electronic transmission, which is sent by a law firm, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC Secs. 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message and any attachments. Any unauthorized disclosure, copying, distribution, review or use of the contents of the information received in error is strictly prohibited.

---

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

---

This electronic transmission, which is sent by a law firm, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC Secs. 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message and any attachments. Any unauthorized disclosure, copying, distribution, review or use of the contents of the information received in error is strictly prohibited.

---

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

---

This electronic transmission, which is sent by a law firm, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC Secs. 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message and any attachments. Any unauthorized disclosure, copying, distribution, review or use of the contents of the information received in error is strictly prohibited.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

---

This electronic transmission, which is sent by a law firm, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC Secs. 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message and any attachments. Any unauthorized disclosure, copying, distribution, review or use of the contents of the information received in error is strictly prohibited.

---

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

---

This electronic transmission, which is sent by a law firm, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC Secs. 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message and any attachments. Any unauthorized disclosure, copying, distribution, review or use of the contents of the information received in error is strictly prohibited.

---

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

---

This electronic transmission, which is sent by a law firm, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC Secs. 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message and any attachments. Any unauthorized disclosure, copying, distribution, review or use of the contents of the information received in error is strictly prohibited.