# Exhibit 3

**Kiker, Dennis**

| | |
|---|---|
| **From:** | Kiker, Dennis |
| **Sent:** | Friday, July 14, 2023 10:50 PM |
| **To:** | Adam Tate; Catherine Close |
| **Cc:** | Adam J Schwartz; Bekah Chamberlin; Grush, Benjamin; Lueddeke, Jason; Brown, Michael P.; Bentz, Tamany; Jones, Benjamin; Rappoport, Gaspard |
| **Subject:** | BCS v. McNamara: Volumes BCS_026, BCS_027 and BCS_028 |

Counsel,

BCS is producing via ShareFile today production volumes BCS_026, BCS_027 and BCS_028, consisting of Slack data and a small number of additional documents. Please let us know if you have any questions.

Regards,

# Dennis Russell Kiker
Senior Attorney

T  +1 480 606 5143
F  +1 703 773 5111
M +1 804 350 8444
O  +1 703 773 4111
dennis.kiker@us.dlapiper.com

**DLA Piper LLP (US)**
One Fountain Square
11911 Freedom Drive, Suite 300
Reston, VA  20190-5602

DLA PIPER          dlapiper.com

16