# Exhibit 4

**Kiker, Dennis**

---

**From:**           Kiker, Dennis
**Sent:**            Tuesday, July 25, 2023 5:07 PM
**To:**              Adam Tate
**Cc:**              Catherine Close; Adam J Schwartz; Bentz, Tamany; Rappoport, Gaspard; Lueddeke, Jason; Grush, Benjamin; Orozco-Botello, Oscar
**Subject:**         BCS: Slack Production

Adam,

It is my understanding that there was some confusion about our recent Slack productions at the conference today.

We produced a total of 2,373 documents in the three Slack volumes (BCS_027, BCS_028, BCS_029).  Of that total, 2,172 were produced natively (with slip-sheet images), and 201 were produced image-only, most due to redactions for privilege and/or PII.

We chose to produce natively where we could because Slack does not always seem to image well due to native formatting, embedded content, etc.  However, if there are redacted images that you find to be difficult to read, please identify them for us, and we will work with our vendor on a resolution.

Thanks, Dennis

## Dennis Russell Kiker
Senior Attorney

---

T   +1 480 606 5143          **DLA Piper LLP (US)**
F   +1 703 773 5111          One Fountain Square
M  +1 804 350 8444          11911 Freedom Drive, Suite 300
O   +1 703 773 4111          Reston, VA  20190-5602
dennis.kiker@us.dlapiper.com

              dlapiper.com