# Exhibit 5

**Kiker, Dennis**

| | |
|---|---|
| **From:** | Adam Tate <Adam@jbblaw.com> |
| **Sent:** | Friday, July 28, 2023 11:40 AM |
| **To:** | Bentz, Tamany; Kiker, Dennis |
| **Cc:** | Catherine Close; Adam J Schwartz; Rappoport, Gaspard; Lueddeke, Jason; Grush, Benjamin; Orozco-Botello, Oscar |
| **Subject:** | RE: BCS: Slack Production |

⚠ EXTERNAL MESSAGE

I can work on getting you some examples. I am under an extremely time sensitive project so it won't be until early next week.

In the interim, can you or Dennis please tell us the following:

- Which Slack accounts were collected from (including private messages);
- Which private message channels were collected from;
- What key word searches were used to search the collection.

Thank you,

Adam

**From:** Bentz, Tamany <Tamany.Bentz@us.dlapiper.com>
**Sent:** Thursday, July 27, 2023 9:51 AM
**To:** Kiker, Dennis <Dennis.Kiker@us.dlapiper.com>; Adam Tate <Adam@jbblaw.com>
**Cc:** Catherine Close <cac@jbblaw.com>; Adam J Schwartz <adam@ajschwartzlaw.com>; Rappoport, Gaspard <Gaspard.Rappoport@us.dlapiper.com>; Lueddeke, Jason <Jason.Lueddeke@us.dlapiper.com>; Grush, Benjamin <Benjamin.Grush@us.dlapiper.com>; Orozco-Botello, Oscar <Oscar.Orozco-Botello@us.dlapiper.com>
**Subject:** RE: BCS: Slack Production

Hi Adam,
Please send us the Slack screen shots from the inspection and the state court action that you referenced during our conference today so we can review in advance of a meet and confer.
Thanks,
Tamany

**Tamany Vinson Bentz**
Partner

T +1 310 595 3052
F +1 310 595 3352
tamany.bentz@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

**From:** Kiker, Dennis <Dennis.Kiker@us.dlapiper.com>
**Sent:** Tuesday, July 25, 2023 2:07 PM
**To:** Adam Tate <Adam@jbblaw.com>

**Cc:** Catherine Close <cac@jbblaw.com>; Adam J Schwartz <adam@ajschwartzlaw.com>; Bentz, Tamany <Tamany.Bentz@us.dlapiper.com>; Rappoport, Gaspard <Gaspard.Rappoport@us.dlapiper.com>; Lueddeke, Jason <Jason.Lueddeke@us.dlapiper.com>; Grush, Benjamin <Benjamin.Grush@us.dlapiper.com>; Orozco-Botello, Oscar <Oscar.Orozco-Botello@us.dlapiper.com>
**Subject:** BCS: Slack Production

Adam,

It is my understanding that there was some confusion about our recent Slack productions at the conference today.

We produced a total of 2,373 documents in the three Slack volumes (BCS_027, BCS_028, BCS_029). Of that total, 2,172 were produced natively (with slip-sheet images), and 201 were produced image-only, most due to redactions for privilege and/or PII.

We chose to produce natively where we could because Slack does not always seem to image well due to native formatting, embedded content, etc. However, if there are redacted images that you find to be difficult to read, please identify them for us, and we will work with our vendor on a resolution.

Thanks, Dennis


### Dennis Russell Kiker
Senior Attorney

| | |
|---|---|
| T  +1 480 606 5143 | **DLA Piper LLP (US)** |
| F  +1 703 773 5111 | One Fountain Square |
| M  +1 804 350 8444 | 11911 Freedom Drive, Suite 300 |
| O  +1 703 773 4111 | Reston, VA  20190-5602 |
| dennis.kiker@us.dlapiper.com | |



dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

This electronic transmission, which is sent by a law firm, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC Secs. 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message and any attachments. Any unauthorized disclosure, copying, distribution, review or use of the contents of the information received in error is strictly prohibited.