# Exhibit 11

**Kiker, Dennis**

| | |
|---|---|
| **From:** | Adam Tate <Adam@jbblaw.com> |
| **Sent:** | Monday, September 11, 2023 12:43 PM |
| **To:** | Kiker, Dennis |
| **Cc:** | Catherine Close; Adam J Schwartz; Lueddeke, Jason; Gibson, John; Bekah Chamberlin |
| **Subject:** | RE: BCS v. McNamara et al.: IDC |

⚠ **EXTERNAL MESSAGE**

Dennis,

I think you are correct that the Slack production issues are resolved, but we still need the Court to give us a schedule for the monetary sanction portion of the motion. Also, the Court has not signed off of the stipulation regarding the use of documents in the State case. I think she will want to talk to us about that.

-Adam

**From:** Kiker, Dennis <Dennis.Kiker@us.dlapiper.com>
**Sent:** Monday, September 11, 2023 9:06 AM
**To:** Adam Tate <Adam@jbblaw.com>
**Cc:** Catherine Close <cac@jbblaw.com>; Adam J Schwartz <adam@ajschwartzlaw.com>; Lueddeke, Jason <Jason.Lueddeke@us.dlapiper.com>; Gibson, John <John.Gibson@us.dlapiper.com>; Bekah Chamberlin <Bekah@jbblaw.com>
**Subject:** BCS v. McNamara et al.: IDC

Adam,

I believe we have responded to all of your questions regarding the BCS Slack production and provided supplements where required. In addition, the protective order regarding state and federal productions has been entered. As a result, we are not certain that there is anything to discuss at tomorrow's IDC and propose that it be taken off-calendar. Let us know if you agree.

Thanks, Dennis

# Dennis Russell Kiker
Senior Attorney

| | |
|---|---|
| T  +1 480 606 5143 | **DLA Piper LLP (US)** |
| F  +1 703 773 5111 | One Fountain Square |
| M  +1 804 350 8444 | 11911 Freedom Drive, Suite 300 |
| O  +1 703 773 4111 | Reston, VA  20190-5602 |

dennis.kiker@us.dlapiper.com



dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure,

dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

---

This electronic transmission, which is sent by a law firm, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC Secs. 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message and any attachments. Any unauthorized disclosure, copying, distribution, review or use of the contents of the information received in error is strictly prohibited.