| | |
|---|---|
| 1 | JOHN SAMUEL GIBSON (SBN 140647) |
| | john.gibson@us.dlapiper.com |
| 2 | JASON TAYLOR LUEDDEKE (SBN 279242) |
| | jason.lueddeke@us.dlapiper.com |
| 3 | **DLA PIPER LLP (US)** |
| | 2000 Avenue of the Stars |
| 4 | Suite 400 North Tower |
| | Los Angeles, California 90067-4735 |
| 5 | Tel:   310.595.3000 |
| | Fax:  310.595.3300 |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | BREAKING CODE SILENCE |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) non-profit,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE MCNAMARA, an individual, JEREMY WHITELEY, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:22-CV-002052-SB-MAA<br><br>Hon. Maria A. Audero<br><br>**REPLY DECLARATION OF JENNIFER MAGILL IN SUPPORT OF PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(2)**<br><br>Complaint Filed: March 28, 2022<br>Trial Date: Not Set |

# DECLARATION OF JENNIFER MAGILL

I, Jennifer Magill, declare as follows:

1. I am the CEO of Breaking Code Silence ("BCS"), a 501(c)(3) nonprofit organization that supports survivors of institutional abuse in the "troubled teen industry" through education, outreach, research, and community organizing.

2. In March of 2024, BCS filed with the California Attorney General's Office, Annual Registration Renewal Fee Reports to update and retroactively bring current BCS' status as a charitable organization in California. The financial statements submitted in accordance with California requirements do not reflect BCS' current financial condition and included restricted assets received from the Conrad Hilton Foundation as a research grant. The grant was to fund a multi-year research project, originally at the University of North Carolina Wilmington ("UNCW") and later transferred to Barry University, under the direction of Dr. Athena Kolbe. Dr. Kolbe informed me that she left UNCW after harassment from Ms. McNamara, Mr. Whiteley, and their associates led the university to deny Dr. Kolbe tenure. UNCW then returned the unused grant funds to BCS. BSC retained these funds until July 2023, when it transferred them to Barry University, where Dr. Kolbe was to continue her research.

3. Attached as **Exhibit 1** is a true and correct copy of a check dated November 17, 2022, from UNCW reflecting the return of unused grant funds.

4. Attached as **Exhibit 2** is a true and correct copy of an Alpine Bank statement dated November 30, 2022, showing a deposit of $450,076.32, representing UNCW's return of the unused grant funds.

5. Attached as **Exhibit 3** is a true and correct copy of an Alpine Bank statement dated July 31, 2023, showing the wire transfer to Barry University in the amount of $450,076.32, funds which were to be used by Dr. Kolbe in her research, leaving a balance of $2,398.91.

1        6.      BCS receives donations and grants through Amazon Smiles,
GiveButter, PayPal, and CyberGrants. Donations made via GiveButter were
transferred via GiveButter's private Stripe Express account to BCS' Alpine Bank
account. All donations received through any of these channels were either
automatically transferred to BCS' Alpine Bank account, or manually transferred as
soon as possible because the Alpine Bank account is an interest-bearing account,
and the donation channels are not. BCS no longer has access to its Stripe account or
a Facebook donations account, and BCS has no deposit accounts other than its
Alpine Bank account.

         7.      Attached as **Exhibit 4** is a true and correct copy of a GiveButter Stripe
Express activity report that I exported on April 28, 2024, showing donations to BCS
made through GiveButter that were paid out through Stripe Express.

         8.      Attached as **Exhibit 5** is a true and correct copy of an Alpine Bank
statement dated February 28, 2023, showing a deposit from Amazon Smiles.

         9.      Attached as **Exhibit 6** is a true and correct copy of an Alpine Bank
statement dated March 31, 2023, showing deposits from GiveButter (via Stripe) and
PayPal.

         10.     Attached as **Exhibit 7** is a true and correct copy of an Alpine Bank
statement dated April 28, 2023, showing a deposit from CyberGrants.

         11.     Attached as **Exhibit 8** is a true and correct copy of an email to Ms.
Appelgate, the former BCS Development Director and current colleague and friend
of Ms. McNamara's, who created BCS' Stripe account, showing that two factor
authentication to a phone number ending in 8600 is required to access BCS' former
Stripe account. That phone number belongs to Ms. Appelgate.

         12.     Attached as **Exhibit 9** is a true and correct copy of a screen shot that I
took on April 30, 2024, showing that two-factor authentication for BCS' Stripe
account is still in place, preventing BCS from accessing the account.

13. Attached as **Exhibit 10** is a true and correct copy of an email exchange between Facebook and me attempting to resolve BCS' lack of access to donations due to lack of cooperation by Mr. Whiteley (who at present is the only person who can rectify the account access, despite the Defendants' claims). That problem has never been resolved.

14. Attached as **Exhibit 11** is a true and correct copy of a US Bank cashier's check dated August 15, 2023, in the amount of $622.19, representing funds available upon closing of BCS' account in February 2022.

15. Attached as **Exhibit 12** is a true and correct copy of an Alpine Bank statement dated August 31, 2023, showing a deposit in the amount of $622.19, representing the US Bank cashier's check.

16. The US Bank account was closed in February 2022. The final check with the closing account balance was not deposited into BCS' new account at Alpine Bank until a year and a half later because the check was originally sent to a UPS mailbox that Ms. McNamara refused to relinquish to the organization after she resigned. The check was not returned to sender or ever cashed, and BCS had no way of accessing the mailbox, so the process of obtaining those funds was both lengthy and complicated.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jennifer Magill*
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER MAGILL