# EXHIBIT 1


**Alpine Bank**

Account: CHECKING 602368
Date: 4/27/2024



```
>102103407< 20221117
ALPINE BANK
Drawer#/Trans#: 05504/0001
HIN: 835611390000000

           <102103407> 5504 1 11/17/22
```

DO NOT WRITE, STAMP OR ENDORSE BELOW THIS LINE

For Deposit Only

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.



**STATE OF NORTH CAROLINA**
University of North Carolina Wilmington
601 South College Road
Wilmington, North Carolina 28403-5903
(910) 962-3172

State Treasurer, Raleigh, North Carolina
Payable at par through Federal Reserve System
66-1659
531

**Check No: 23102280**

| Check Date | Check Amount |
| --- | --- |
| 11/02/22 | $***450,076.32 |

This Check Void After 180 Days

PAY **Four Hundred Fifty Thousand Seventy-Six & 32/100***************************
TO THE ORDER OF

Breaking Code Silence
1005 E Las Tunas Drive
Suite #104
San Gabriel CA 91776

AUTHORIZED SIGNATURES