# EXHIBIT 2

```
                                                                      70134
                                              Date 11/30/22      Page      1
                                              Primary Account   XXXXXXXXXXXX2368
                                              Enclosures

                                                    ALPINE BANK,DENVER TECH CENTER
                                                    4949 SOUTH NIAGARA ST. STE.100
                                                    DENVER, CO 80237
                                                    (303)773-3086




              BREAKING CODE SILENCE
              4470 W SUNSET BLVD STE 107
              LOS ANGELES CA 90027-6309




              Alpine Bank encourages you to buy local this fall and
           throughout the holiday season. See our #SmallAndMighty
                stories in November, highlighting our customers!

...............................CHECKING ACCOUNT.....................................

 Account Name:            BREAKING CODE SILENCE

  You can bank from home, or work from the hills with Alpine Bank! Take
  advantage of our wide array of banking services by using Alpine Online and
  AlpineMobile. They're secure, easy to use and always available on any
  internet-connected device with any Alpine account. Access estatements, view
  account balances, transfer funds, make payments and much more. For more
  information, go to www.alpinebank.com or visit any Alpine Bank.

 BUSINESS INTEREST CHECKING                    Check Safekeeping
 Account Number           XXXXXXXXXXXX2368     Statement Dates  11/01/22 thru 11/30/22
 Previous Balance                    848.05    Days In The Statement Period       30
    4 + Deposits                 458,012.22    Average Ledger Bal.         217,827.97
   10 - Checks/Charges             1,787.76    Average Collected Bal.      217,827.97
 Service Charge                         .00    Interest Earned                   8.95
 Interest Paid                         8.95    Annual Percentage Yield Earned   0.05%
 Current Balance                 457,081.46    2022 Interest Paid                9.05


 --------------------------Deposits and Additions--------------------------------
 Date    Description                                         Amount
 11/02   CREDITS    CONRAD N HIL0989                       7,500.00
         PPD
 11/04   TRANSFER   PAYPAL                                   275.39
         PPD
 11/17   DDA-Mail/Night Drop Deposit                     450,076.32
 11/22   AmazonSmil AMZNX0SJVQR1                             160.51
         CCD   6H6CXT94HSHR2HJ
 11/30   Interest Paid                                        8.95

 ---------------------Withdrawals and Other Transactions-------------------------
 Date    Description                                         Amount
 11/07   DBT CRD 1227 11/06/22 51559235                       39.00-
         MailChimp

         000-0000000   GA C# 3798
 11/10   DBT CRD 1022 11/10/22 14227084                       64.37-
         CloudwaysLTD
```

```
ALPINE BANK,DENVER TECH CENTER                                          70135
4949 SOUTH NIAGARA ST. STE.100           Date 11/30/22         Page       2
DENVER, CO 80237                         Primary Account    XXXXXXXXXXXX2368
(303)773-3086                            Enclosures




                         BREAKING CODE SILENCE
                         4470 W SUNSET BLVD STE 107
                         LOS ANGELES CA 90027-6309




BUSINESS INTEREST CHECKING         XXXXXXXXXXXX2368  (Continued)

----------------------Withdrawals and Other Transactions--------------------------
Date      Description                                  Amount

          Mosta        00 C# 3798
11/15     DDA B/P 1019 11/15/22 16684490                 19.95-
          TRAVELING MAILBOX

          HTTPSTRAVELINNC C# 3798
11/16     DBT CRD 1025 11/16/22 01459448                 14.50-
          TRAVELINGMAILBOX.COM

          HTTPSTRAVELINNC C# 3798
11/21     DBT CRD 1226 11/20/22 35963896                750.00-
          PROCOPIO CORY HARGREAV

          619-5253816  CA C# 3798
11/21     DBT CRD 1226 11/20/22 76331779                 19.95-
          TRAVELING MAILBOX

          HTTPSTRAVELINNC C# 3798
11/22     DBT CRD 1026 11/22/22 01835978                810.00-
          T-REX LAW PC

          505-3626112   CA C# 3798
11/25     DBT CRD 0930 11/25/22 64843697                  9.00-
          CORPORATE FILINGS LLC

          888-7898466  WY C# 3798
11/28     DBT CRD 1204 11/27/22 70236784                  6.99-
          ARRANGR, INC.

          ARRANGR.COM   CT C# 3798
11/28     DDA B/P 1027 11/28/22 74947773                 54.00-
          DROPBOX*SVMV5M3TG5P9

          DROPBOX.COM   CA C# 3798
```

```
ALPINE BANK,DENVER TECH CENTER                                           70135
4949 SOUTH NIAGARA ST. STE.100          Date 11/30/22        Page     3
DENVER, CO 80237                        Primary Account   XXXXXXXXXXXX2368
(303)773-3086                           Enclosures




                        BREAKING CODE SILENCE
                        4470 W SUNSET BLVD STE 107
                        LOS ANGELES CA 90027-6309




BUSINESS INTEREST CHECKING          XXXXXXXXXXXX2368   (Continued)

Daily Balance Information
Date          Balance     Date          Balance     Date          Balance
11/01          848.05     11/15       8,500.12     11/25       457,133.50
11/02        8,348.05     11/16       8,485.62     11/28       457,072.51
11/04        8,623.44     11/17     458,561.94     11/30       457,081.46
11/07        8,584.44     11/21     457,791.99
11/10        8,520.07     11/22     457,142.50
```