# EXHIBIT 3



**Alpine Bank**

400 7th South Street
Rifle, CO 81650-2700

800-551-6098

Date  7/31/23          Page          1
Primary Account   XXXXXXXXXXXX2368
Enclosures

BREAKING CODE SILENCE
4470 W SUNSET BLVD STE 107
LOS ANGELES CA 90027-6309

Your loyalty to Alpine Bank benefits Colorado communities.
With every transaction on your Loyalty Debit Card,
we donate 10 cents to Colorado causes. Thank you!

## CHECKING ACCOUNT

Account Name:          BREAKING CODE SILENCE

Alpine Bank offers an Overdraft Privilege (ODP) product for certain accounts.
We don't encourage overdrafts; we encourage you to manage your finances
responsibly. We will make an enhancement to ODP limits beginning May 15, 2023.
Please visit alpinebank.com to see the new limit for your account, or to learn
more. If you're enrolled in the ODP program, you may opt out at any time by
contacting us at 1-800-551-6098 or by visiting one of our locations.

| BUSINESS INTEREST CHECKING | | Check Safekeeping | |
|---|---|---|---|
| Account Number | XXXXXXXXXXXX2368 | Statement Dates   7/03/23 thru  7/31/23 | |
| Previous Balance | 452,181.52 | Days In The Statement Period | 29 |
| 2 + Deposits | 833.26 | Average Ledger Bal. | 328,084.50 |
| 11 - Checks/Charges | 450,658.68 | Average Collected Bal. | 328,084.50 |
| Service Charge | .00 | Interest Earned | 39.10 |
| Interest Paid | 42.81 | Annual Percentage Yield Earned | 0.15% |
| Current Balance | 2,398.91 | 2023 Interest Paid | 380.60 |

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|
| 7/05 | CYBERGRANT CYBERGRANTS-CAFA CCD  ACH_5972917 | 100.00 |
| 7/24 | TRANSFER    PAYPAL PPD | 733.26 |
| 7/31 | Interest Paid | 42.81 |

## WITHDRAWALS AND OTHER TRANSACTIONS

| Date | Description | Amount |
|---|---|---|
| 7/03 | DBT CRD 1247 07/02/23 21133619 DIGITALOCEAN.COM | 18.31- |



 **Alpine Bank**

```
Date  7/31/23        Page      2
Primary Account  XXXXXXXXXXXX2368
Enclosures
```

```
BREAKING CODE SILENCE
4470 W SUNSET BLVD STE 107
LOS ANGELES CA 90027-6309
```

BUSINESS INTEREST CHECKING        XXXXXXXXXXXX2368  (Continued)

## WITHDRAWALS AND OTHER TRANSACTIONS

| Date | Description | Amount |
|------|-------------|-------:|
| 7/06 | DIGITALOCEAN.NY C# 3798<br>DBT CRD 1043 07/06/23 60970068<br>Mailchimp | 59.00- |
| 7/17 | 678-9990141  GA C# 3798<br>DBT CRD 1227 07/16/23 77492411<br>CloudwaysLTD | 62.10- |
| 7/17 | Mosta      00 C# 3798<br>DBT CRD 1227 07/16/23 00895649<br>STAPLES       00114447 | 67.06- |
| 7/17 | CENTENNIAL   CO C# 3798<br>DDA B/P 1227 07/16/23 19733535<br>TRAVELING MAILBOX | 19.95- |
| 7/19 | HTTPSTRAVELINNC C# 3798<br>DBT CRD 1040 07/19/23 79413418<br>TRAVELING MAILBOX | 19.95- |
| 7/24 | HTTPSTRAVELINNC C# 3798<br>Outgoing Wire BARRY UNIVERSITY<br>20232020072400 | 450,076.32- |
| 7/24 | Outgoing Wire Fee<br>20232020072400 | 25.00- |
| 7/25 | DBT CRD 1028 07/25/23 16139937<br>PROCOPIO CORY HARGREAV | 250.00- |
| 7/26 | 619-5253816  CA C# 3798<br>DBT CRD 1045 07/26/23 80196752<br>ARRANGR, INC. | 6.99- |
| 7/28 | ARRANGR.COM  CT C# 3798<br>DDA B/P 1057 07/28/23 84245505<br>DROPBOX*6X9GW1B42GMG | 54.00- |



```
                                                Date  7/31/23        Page       3
                                                Primary Account  XXXXXXXXXXXX2368
                                                Enclosures
```

```
        BREAKING CODE SILENCE
        4470 W SUNSET BLVD STE 107
        LOS ANGELES CA 90027-6309
```

```
    BUSINESS INTEREST CHECKING        XXXXXXXXXXXX2368   (Continued)
```

## WITHDRAWALS AND OTHER TRANSACTIONS

| Date | Description | Amount |
|------|-------------|--------|
|  | DROPBOX.COM  CA C# 3798 |  |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/03 | 452,163.21 | 7/19 | 452,035.15 | 7/28 | 2,356.10 |
| 7/05 | 452,263.21 | 7/24 | 2,667.09 | 7/31 | 2,398.91 |
| 7/06 | 452,204.21 | 7/25 | 2,417.09 |  |  |
| 7/17 | 452,055.10 | 7/26 | 2,410.10 |  |  |

HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous or automatic charge(s) posted on this statement.

2. Mark (✓) your register after each check listed on front of statement.

3. Check off deposits shown on the statement against those shown in your check register.

4. Complete the form at right.

5. The final "balance" in the form to the right should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | | $ | |
|---|---|---|---|
| TRANSFER AMOUNT FROM OTHER SIDE | | | |
| ADD | | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | | |
| | SUB TOTAL | $ | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | | |
| NUMBER | AMOUNT | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CHECKS NOT LISTED | | → | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE.   BALANCE | | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

In Case of Errors or Inquiries About Your ACCOUNT Statement
Your ACCOUNT AGREEMENT sets forth your obligation to promptly examine your statement and report any errors.
What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:
 Alpine Bank Consumer Lending
 400 7th Street South
 Rifle, CO 81650

In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 30 days (or longer if provided by law or any applicable regulation governing banking operations) after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

CALL OR WRITE US AT: ALPINE BANK EFT DEPARTMENT, 225 N. 5TH ST  GRAND JUNCTION, CO 81501, 833-411-1946 if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you are a consumer with an account for personal, household use, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount that you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

READY RESERVE

BALANCE COMPUTATION METHOD — The FINANCE CHARGE is assessed on the average daily balance on your account. We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance."

ALPINE INFO-LINE AND ONLINE FUNDS TRANSFER

When using the funds transfer option on Info-Line and Online you may transfer funds until 10:00 pm Monday through Friday, with the exception of holidays, and the transfer will occur on that business day. To transfer funds between Alpine Bank accounts, you must set up a pin with customer service representative or a password through Online Banking. Alpine Info-Line telephone numbers are 1-888-4-Alpine (1-888-425-7463), 970-945-4433 and 970-245-4433. Alpine Bank's web address is www.alpinebank.com.

LOST OR STOLEN VISA® DEBIT CARD

Tell us AT ONCE if you believe your Visa debit card and/or PIN has been lost or stolen. You can call at anytime to report the card lost or stolen.

1-888-4-Alpine (1-888-425-7463)

APBK 01/2021