# EXHIBIT 4

| Date | Time | Type | Net | Currency |
|------|------|------|-----|----------|
| 22-Mar-23 | 21:01:46 UTC | Payout from Givebutter to ALPINE BANK â€¢â€¢2368 | ($24.25) | USD |
| 22-Mar-23 | 21:01:46 UTC | Payment from Givebutter | $24.25 | USD |
| 31-Oct-21 | 01:19:06 UTC | Payout from Givebutter to U.S. Bank â€¢â€¢5809 | ($3,649.32) | USD |
| 27-Oct-21 | 21:01:12 UTC | Payment from Givebutter | $3,624.32 | USD |
| 27-Oct-21 | 21:01:12 UTC | Payment from Givebutter | $25.00 | USD |

Status
Settled
Settled
Settled
Settled
Settled