# EXHIBIT 5

```
                                                                        83106
                                            Date  2/28/23        Page     1
                                            Primary Account   XXXXXXXXXXX2368
                                            Enclosures

                                            ALPINE BANK,DENVER TECH CENTER
                                            4949 SOUTH NIAGARA ST. STE.100
                                            DENVER, CO 80237
                                            (303)773-3086




           BREAKING CODE SILENCE
           4470 W SUNSET BLVD STE 107
           LOS ANGELES CA 90027-6309




            Your money works harder with an interest-earning
             health savings account. Pay for qualifying health
                    expenses. More at alpinebank.com.

 ..............................CHECKING ACCOUNT...................................

 Account Name:              BREAKING CODE SILENCE

  You can bank from home, or work from the hills with Alpine Bank! Take
  advantage of our wide array of banking services by using Alpine Online and
  AlpineMobile. They're secure, easy to use and always available on any
  internet-connected device with any Alpine account. Access estatements, view
  account balances, transfer funds, make payments and much more. For more
  information, go to www.alpinebank.com or visit any Alpine Bank.

 BUSINESS INTEREST CHECKING                 Check Safekeeping
 Account Number          XXXXXXXXXXX2368    Statement Dates   2/01/23 thru  2/28/23
 Previous Balance             455,404.31    Days In The Statement Period        28
    2 + Deposits                  193.09    Average Ledger Bal.         455,328.49
    7 - Checks/Charges            226.97    Average Collected Bal.      455,328.49
 Service Charge                      .00    Interest Earned                  52.39
 Interest Paid                     52.39    Annual Percentage Yield Earned    0.15%
 Current Balance              455,422.82    2023 Interest Paid              110.41


 --------------------------Deposits and Additions-------------------------------
 Date     Description                                  Amount
  2/13    AmazonSmil AMZNWF9RGAZC                       41.71
          CCD  7H93I51NCJXHG3X
  2/27    TRANSFER    PAYPAL                           151.38
          PPD
  2/28    Interest Paid                                 52.39

 ---------------------Withdrawals and Other Transactions------------------------
 Date     Description                                  Amount
  2/02    DBT CRD 1050 02/02/23 12130582                18.31-
          DIGITALOCEAN.COM

          DIGITALOCEAN.NY C# 3798
  2/06    DBT CRD 1007 02/06/23 53097624                52.50-
          Mailchimp

          678-9990141   GA C# 3798
```

```
ALPINE BANK,DENVER TECH CENTER                                83107
4949 SOUTH NIAGARA ST. STE.100          Date  2/28/23    Page     2
DENVER, CO 80237                        Primary Account  XXXXXXXXXXXX2368
(303)773-3086                           Enclosures
```

BREAKING CODE SILENCE
4470 W SUNSET BLVD STE 107
LOS ANGELES CA 90027-6309

```
BUSINESS INTEREST CHECKING        XXXXXXXXXXXX2368  (Continued)

---------------------Withdrawals and Other Transactions--------------------------
Date    Description                                 Amount
2/13    DBT CRD 1156 02/12/23 40828725              55.27-
        CloudwaysLTD
        Mosta       00 C# 3798
2/15    DDA B/P 1012 02/15/23 17572087              19.95-
        TRAVELING MAILBOX
        HTTPSTRAVELINNC C# 3798
2/21    DBT CRD 1158 02/19/23 76918884              19.95-
        TRAVELING MAILBOX
        HTTPSTRAVELINNC C# 3798
2/27    DBT CRD 1653 02/26/23 70147894               6.99-
        ARRANGR, INC.
        ARRANGR.COM   CT C# 3798
2/28    DDA B/P 1015 02/28/23 76062333              54.00-
        DROPBOX*4LSWNPJPQSYP
        DROPBOX.COM   CA C# 3798

Daily Balance Information
Date         Balance      Date       Balance      Date       Balance
2/01      455,404.31      2/13    455,319.94      2/27    455,424.43
2/02      455,386.00      2/15    455,299.99      2/28    455,422.82
2/06      455,333.50      2/21    455,280.04
```