# EXHIBIT 6



**Alpine Bank**

400 7th South Street
Rifle, CO 81650-2700

800-551-6098

| | |
|---|---|
| Date | 3/31/23 |
| Primary Account | XXXXXXXXXXXX2368 |
| Enclosures | |

Page 1

BREAKING CODE SILENCE
4470 W SUNSET BLVD STE 107
LOS ANGELES CA 90027-6309

Planning a spring or summer trip? Set up a Travel
Notice from your online banking or mobile app
with the dates and your destination. Safe travels!

## CHECKING ACCOUNT

Account Name:    BREAKING CODE SILENCE

You can bank from home, or work from the hills with Alpine Bank! Take
advantage of our wide array of banking services by using Alpine Online and
AlpineMobile. They're secure, easy to use and always available on any
internet-connected device with any Alpine account. Access estatements, view
account balances, transfer funds, make payments and much more. For more
information, go to www.alpinebank.com or visit any Alpine Bank.

BUSINESS INTEREST CHECKING        Check Safekeeping

| | | | |
|---|---|---|---|
| Account Number | XXXXXXXXXXXX2368 | Statement Dates | 3/01/23 thru 4/02/23 |
| Previous Balance | 455,422.82 | Days In The Statement Period | 33 |
| 2 + Deposits | 131.08 | Average Ledger Bal. | 454,837.41 |
| 11 - Checks/Charges | 1,081.58 | Average Collected Bal. | 454,837.41 |
| Service Charge | .00 | Interest Earned | 61.68 |
| Interest Paid | 57.95 | Annual Percentage Yield Earned | 0.15% |
| Current Balance | 454,530.27 | 2023 Interest Paid | 168.36 |

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|
| 3/13 | TRANSFER   PAYPAL<br>PPD | 106.83 |
| 3/23 | Givebutter Givebutter<br>CCD  ST-L5P2C1G4T2I9 | 24.25 |
| 3/31 | Interest Paid | 57.95 |

## WITHDRAWALS AND OTHER TRANSACTIONS

| Date | Description | Amount |
|---|---|---|
| 3/02 | DBT CRD 1044 03/02/23 98460226<br>STAPLES    00114447 | 1.87- |





BREAKING CODE SILENCE
4470 W SUNSET BLVD STE 107
LOS ANGELES CA 90027-6309

BUSINESS INTEREST CHECKING        XXXXXXXXXXXX2368  (Continued)

## WITHDRAWALS AND OTHER TRANSACTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 3/02 | CENTENNIAL    CO C# 3798<br>DBT CRD 1044 03/02/23 06725800<br>STAPLES        00114447 | 16.03- |
| 3/02 | CENTENNIAL    CO C# 3798<br>DBT CRD 1044 03/02/23 00798983<br>THE UPS STORE 3221 | 85.19- |
| 3/02 | 303-4712284  CO C# 3798<br>DBT CRD 1044 03/02/23 58875447<br>DIGITALOCEAN.COM | 18.31- |
| 3/06 | DIGITALOCEAN.NY C# 3798<br>DBT CRD 1022 03/06/23 52649312<br>Mailchimp | 52.50- |
| 3/13 | 678-9990141  GA C# 3798<br>DBT CRD 1154 03/12/23 80371472<br>CloudwaysLTD | 56.79- |
| 3/15 | Mosta        00 C# 3798<br>DBT CRD 1009 03/15/23 78715152<br>PROCOPIO CORY HARGREAV | 750.00- |
| 3/15 | 619-5253816  CA C# 3798<br>DDA B/P 1009 03/15/23 17766141<br>TRAVELING MAILBOX | 19.95- |
| 3/20 | HTTPSTRAVELINNC C# 3798<br>DBT CRD 1232 03/19/23 77494252<br>TRAVELING MAILBOX | 19.95- |
| 3/27 | HTTPSTRAVELINNC C# 3798<br>DBT CRD 1220 03/26/23 70205827<br>ARRANGR, INC. | 6.99- |



Date   3/31/23         Page      3
Primary Account   XXXXXXXXXXXX2368
Enclosures

BREAKING CODE SILENCE
4470 W SUNSET BLVD STE 107
LOS ANGELES CA 90027-6309

BUSINESS INTEREST CHECKING        XXXXXXXXXXXX2368   (Continued)

## WITHDRAWALS AND OTHER TRANSACTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 3/28 | ARRANGR.COM  CT C# 3798<br>DDA B/P 1017 03/28/23 83213607<br>DROPBOX*R22LD99DLLLX | 54.00- |
|      | DROPBOX.COM  CA C# 3798 | |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | 455,422.82 | 3/15 | 454,529.01 | 3/28 | 454,472.32 |
| 3/02 | 455,301.42 | 3/20 | 454,509.06 | 3/31 | 454,530.27 |
| 3/06 | 455,248.92 | 3/23 | 454,533.31 | | |
| 3/13 | 455,298.96 | 3/27 | 454,526.32 | | |

## HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous or automatic charge(s) posted on this statement.

2. Mark (✓) your register after each check listed on front of statement.

3. Check off deposits shown on the statement against those shown in your check register.

4. Complete the form at right.

5. The final "balance" in the form to the right should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| NEW BALANCE | $ |
| --- | --- |
| TRANSFER AMOUNT FROM OTHER SIDE | |
| **ADD** | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | |
| | |
| | |
| **SUB TOTAL** | $ |

CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS

| NUMBER | AMOUNT |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL CHECKS NOT LISTED ▶ | |

| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUB-TOTAL ABOVE. **BALANCE** | $ |
| --- | --- |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

### In Case of Errors or Inquiries About Your ACCOUNT Statement
Your ACCOUNT AGREEMENT sets forth your obligation to promptly examine your statement and report any errors.
### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:
Alpine Bank Consumer Lending
400 7ᵗʰ Street South
Rifle, CO 81650

In your letter, give us the following information:
° *Account information:* Your name and account number.
° *Dollar amount:* The dollar amount of the suspected error.
° *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 30 days (or longer if provided by law or any applicable regulation governing banking operations) after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not the1·e has been an error, the following are true:
° We cannot try to collect the amount in question, or report you as delinquent on that amount.
° The charge in question may remain on your statement, and we may continua to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
° While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
° We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OR WRITE US AT: ALPINE BANK EFT DEPARTMENT, 225 N. 5TH ST  GRAND JUNCTION, CO 81501, 833-411-1946  Business Days: Monday through Friday, excluding Federal holidays. if you think your statement or receipt is wrong or if you need
more information about a transfer on the statement m receipt.
(1) Tell us your name and account number (if any),
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you are a consumer with an account for personal, household use, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will investigate your complaint and will correct any error promptly. If we take more than 1 O business days to do this, we will credit your account for the amount that you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### READY RESERVE
**BALANCE COMPUTATION METHOD** - The FINANCE CHARGE is assessed on the average daily balance on your account. We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. Th is gives us the "average daily balance."

| ALPINE INFO-LINE AND ONLINE FUNDS TRANSFER | LOST OR STOLEN VISA® DEBIT CARD |
| --- | --- |

When using the funds transfer option on Info-Line and Online you may transfer funds until 10:00 pm Monday through Friday, with the exception of l1olidays, and the transfer will occur on that business day. To transfer funds between Alpine Bank accounts, you must set up a pin with customer service representative or a password through Online Banking. Alpine Info-Line telephone numbers are 1-888-4-Alpine (1-888-425-7463), 970-945-4433 and 970-245-4433. Alpine Bank's web address is www.alpinebank.com.

Tell us AT ONCE if you believe your Visa debit card and/or PIN has been lost or stolen. You can call at anytime to report the card lost or stolen.

1-888-4-Alpine (1-888-425-7463)

**APBK** 01/202: