# EXHIBIT 8

| | |
|---|---|
| From: | Stripe <support@stripe.com> |
| To: | mappelgate@breakingcodesilence.org |
| Subject: | Two-step authentication is now enabled on your account |
| Sent: | 2021/11/17 07:59:09 (UTC -08:00) |

## Two-step authentication enabled

When logging into Stripe, you will need to enter a code sent to your phone number ending in **8600** in addition to entering your usual email address and password.

Remember to keep your emergency backup code in a safe place.

You will need it to log into your account if you ever lose access to your phone.

You can disable the additional protection by turning off two-step authentication in your account settings.

If you did not request this change, please let us know immediately by replying to this email.

—— Stripe

Stripe, 354 Oyster Point Blvd, South San Francisco, CA 94080