# EXHIBIT 10

| From: | Jenny Magill <jmagill@breakingcodesilence.org> |
|---|---|
| To: | Jesse Jensen <jjensen@breakingcodesilence.org> |
| Subject: | Facebook payments support dialogue |
| Sent: | 2022/09/29 02:09:40 (UTC -08:00) |

Hi Jesse,
Just realized I forgot to include this in the documents/info I sent previously regarding our Facebook nonprofit fundraising account and problems accessing our funds received. I've had several conversations with their "support" team before and after this one, but this is generally how they go - talking in circles. I'm copy/pasting the conversation here:

Support Message

Thursday, August 11, 2022 at 6:10 PM
Our reply
Hi Breaking,

Thanks for following up.

Right now you're not listed as a financial account administrator for the organization you're trying to request more information about. Although you may be another type of admin, for security reasons only financial admins can make changes to financial information or submit inquiries about payments.

If you'd like to be added as a financial account administrator, please ask a current administrator for your organization. They can add you directly in the Facebook 'Payouts' tab:

Once they're there, they can:

1) Towards the left hand side they'll see your Payout Account name above the 'Payouts' tab, please select the appropriate account they wish to update.
2) Select the 'Settings' tab.
3) Scroll to the bottom of this page to the 'Payout Account Admins' section where they can add/remove an admin.

If they're having trouble, the financial administrator can also request to add you through the form below:


Thanks,

Mark
Payments Support Specialist
Your reply

Thursday, August 11, 2022 at 5:57 PM
You replied
We have still not received help with this issue, and this is an urgent issue in that thousands of dollars in donations that are legally required to be given to our organization are being held at Facebook, and we are unable to access them because Facebook will not help us transfer financial administrator access from our hostile former board member to a current board member and/or to myself as the CEO of the organization. Please help us with this instead of continuing to tell us to talk to the financial administrator, which is not possible as I have repeatedly explained. Thank you.

Wednesday, July 20, 2022 at 5:31 PM
Our reply
Hi Breaking,

Thanks for contacting Facebook. Right now you're not listed as a financial account administrator for the organization you're trying to request more information about. Although you may be another type of admin, for security reasons only financial admins can make changes to financial information or submit inquiries about payments.

If you'd like to be added as a financial account administrator, please ask a current administrator for your

organization. They can add you directly in the Facebook 'Payouts' tab:

Once they're there, they can:

1) Towards the left hand side they'll see your Payout Account name above the 'Payouts' tab, please select the appropriate account they wish to update.
2) Select the 'Settings' tab.
3) Scroll to the bottom of this page to the 'Payout Account Admins' section where they can add/remove an admin.

If they're having trouble, the financial administrator can also request to add you through the form below:

Thanks,

Jason
Payments Support Specialist

Wednesday, July 20, 2022 at 10:09 AM
You replied
The problem is that the individual who is currently our Facebook Financial Admin is no longer with the organization and will not turn over that account to our current leadership team. How can we change the designated FB Financial Admin to be our current CEO and not the individual who is not with us anymore??

Wednesday, July 20, 2022 at 9:06 AM
Our reply
Hi Breaking,

Thanks for contacting Facebook.

Right now the profile you are writing in from: "Breaking Code Silence" is not listed as a financial account administrator for the organization: "Breaking Code Silence" that you're trying to request more information about.

Facebook Financial Admin accounts must be associated with only one individual. For security reasons only financial admins can make changes to financial information or submit inquiries about the account from their approved personal user profile.

Please reach out to us about this update from your personal Facebook User Profile that is authorized as financial account administrator. To learn how to switch between accounts, see the link below:

Thanks,

Claire
Payments Support Specialist

Wednesday, July 20, 2022 at 5:21 AM
You replied
This is the letter that Jeremy just sent us that he received from Facebook last week. He should NOT be the contact for our account.

We are happy to provide the requested updated bank account information.

Wednesday, July 20, 2022 at 5:17 AM
What you submitted
**Let us know who you are**
Non Profit
**What issue can we help you with today?**
Payout Status
**How do you currently receive payouts for donations on Facebook?**
Through PayPal Giving Fund
**Please select your nonprofit Page (required if available)**
**Please provide your nonprofit's EIN**
863319273
**Payout period**
December 2021 through July 2022

Confidential
BCS_0159138

**Please let us know why you're writing in:**
We were just notified by a former board member that Facebook has been sending email and FB message correspondence to him regarding our FB donations, which he has unfortunately not been forwarding to us. This former board member, Jeremy Whiteley, is no longer with our organization, and we are currently involved in litigation with him and another former board member over their illegal actions in hacking into our website.

We urgently need to ensure that our organization's contact information is updated so that correspondence is received by our current leadership team and NOT our former board members. Our current primary contact should be myself - Jenny Magill, Chief Executive Officer of Breaking Code Silence. My Facebook account is www.facebook.com/jennymagill, and I am the primary admin for our FB business account and page found at www.facebook.com/BreakingCodeSilence. My organizational email address is jmagill@breakingcodesilence.org.

Jeremy also let us know that he has received notices from Facebook stating that there is an issue with our bank account information that has prohibited FB from disbursing our donations for the past 6 months. Thus we urgently need to fix this issue and ensure that our banking information is updated as soon as possible. Please let me know the best way to do that.

Thank you!

Jenny Magill
Chief Executive Officer
Breaking Code Silence

jmagill@breakingcodesilence.org
(404) 909-0629 (cell)
!tag p4c_onboarded_charity
!tag p4c_daf_charity

**Jenny Magill, MBA**
*Chief Executive Officer*

Confidential                                                                                                                                         BCS_0159139