# EXHIBIT 9

Case 2:23-cv-00024MA Document 108-12 Filed 08/82/24 Page 4 of 4 PageID #:

# U.S. bank

**CASHIER'S CHECK**

No. 1261500304

DATE: August 15, 2023

122-235
821

PAY SIX HUNDRED AND TWENTY TWO DOLLARS AND 19 CENTS

TO THE
ORDER OF: VANESSA HUGHES OR BREAKING CODE SILENCE

$ 622.19

MEMO:

Location: 1261 Upland Sycamore Hills
U.S. Bank, National Association
Minneapolis, MN 55480

HEAT SENSITIVE

AUTHORIZED SIGNATURE

Security Features Included.    Details on Back.

⑈1261500304⑈ ⑆222358⑆ 1534100 2395⑈