JOHN SAMUEL GIBSON (SBN 140647)
john.gibson@us.dlapiper.com
JASON TAYLOR LUEDDEKE (SBN 279242)
jason.lueddeke@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Tel:   310.595.3000
Fax:   310.595.3300

Attorneys for Plaintiff
BREAKING CODE SILENCE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California 501(c)(3) non-profit,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE MCNAMARA, an individual, JEREMY WHITELEY, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:22-CV-002052-SB-MAA<br><br>Hon. Maria A. Audero<br><br>**REPLY DECLARATION OF DENNIS KIKER IN SUPPORT OF PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(2)**<br><br>Complaint Filed: March 28, 2022<br>Trial Date: Not Set |

## **DECLARATION OF DENNIS KIKER**

I, Dennis Kiker, declare as follows:

1. I am an attorney duly licensed to practice law in the states of Arizona and Virginia. I am an attorney at the law firm of DLA Piper LLP, counsel of record for Plaintiff Breaking Code Silence ("BCS"). I submit this declaration in support of the Supplemental Joint Stipulation re: Attorney's Fees on Defendants Katherine McNamara and Jeremy Whiteley's Motion to Compel Slack Communications and for Sanctions. I have personal knowledge of the facts herein and, if called upon to testify, can and will truthfully testify thereto.

2. Defendants are well aware that BCS received a $500,000 research grant from the Conrad Hilton foundation. Indeed, this fact is thoroughly discussed in Defendants' website, www.breakingcodesilencelaw.com, which Defendants have used to weaponize the current lawsuit. Even the return of the funds from UNCW and the planned transfer to Barry University are documented in Defendants' website.

3. Attached as **Exhibit 1** is a true and correct copy of a PDF printout of the breakingcodesilencelawsuit.com home page that I created on April 28, 2024.

4. Attached as **Exhibit 2** is a true and correct copy of a PDF printout of the breakingcodesilencelawsuit.com home page that I created on April 29, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st day of May, 2024.

_____
Dennis Kiker