# EXHIBIT 1

HOME     FEDERAL CASE

COURT ORDERED IDC     A PLOT TO S

# We are breaking code silence

**We are breaking code silence** about the **frivolous lawsuit** filed by Breaking Code Silence, a California 501(c)(3) nonprofit corporation, against two former **interim** board members, Katherine McNamara and Jeremy Whiteley.

Breaking Code Silence's **Complaint is no more than judicial extortion and retaliation.** Plaintiff's allegations are a work of fiction designed to **intimidate** Defendant McNamara into surrendering a domain name she purchased with her own funds and in her own name years prior to her involvement with Breaking Code Silence and never transferred to the company and to avoid repaying expenses McNamara incurred at the request of the Plaintiff.

The Complaint against Whiteley is simply **retaliation** for his reporting of the **harassment** he suffered at the hands of Breaking Code Silence's management and his resulting refusal to further assist Breaking Code Silence.

4/29/24, 10:59 AM						Breaking Code Silence Frivolous Lawsuit - We are breaking code silence #breakingcodesilence

HOME    FEDERAL CASE

COURT ORDERED IDC    A PLOT TO S

Answer to Breaking Code Silence Lawsuit by bcswhistleblower on Scribd



**Additionally,** Jeremy Whiteley and Katherine McNamara have **filed a civil complaint for:**

4/29/24, 10:59 AM                    Breaking Code Silence Frivolous Lawsuit - We are breaking code silence #breakingcodesilence

HOME    FEDERAL CASE

COURT ORDERED IDC    A PLOT TO S

- **Harassment / Violation of FEHA**
- **Violation of Unruh Civil Rights Act [CIV. CODE §51]**

in the Los Angeles County Superior Court against:

4/29/24, 10:59 AM                                   Breaking Code Silence Frivolous Lawsuit - We are breaking code silence #breakingcodesilence

HOME    FEDERAL CASE

COURT ORDERED IDC    A PLOT TO S

- **Vanessa Hughes**, an individual; Hughes sometimes uses the following aliases:
    - Vanessa Ramich Hughes, PhD, MA, MFT, MAICS, MAT, SEP
    - Vanessa Hughes, PhD, MA, MFT, MAICS, MAT, SEP
    - Dr. Vanessa Hughes
    - Dr Vanessa Hughes
    - Vanessa Teresa Hughes

- **Jennifer Rebecca Magill**, an individual; Jenny Magill sometimes uses the following aliases:
    - Jennifer Magill
    - Jenny Magill
    - Jenny Magill, MBA
    - Jenny Magill, MBA, CPDT-KA

McNamara and Whiteley vs Breaking Code Silence by bcswhistleblower on Scribd

4/29/24, 10:59 AM Breaking Code Silence Frivolous Lawsuit - We are breaking code silence #breakingcodesilence

HOME FEDERAL CASE

COURT ORDERED IDC A PLOT TO S



**KATHERINE MCNAMARA, an individual; and JEREMY WHITELEY, an individual,**

**VS**

**BREAKING CODE SILENCE, a California 501(c)(3) nonprofit corporation; VANESSA HUGHES, an individual; JENNIFER REBECCA MAGILL, an individual;**

4/29/24, 10:59 AM                    Breaking Code Silence Frivolous Lawsuit - We are breaking code silence #breakingcodesilence

HOME    FEDERAL CASE

COURT ORDERED IDC    A PLOT TO S

**Do you have any knowledge or tips that can help our case that you are legally able to share?**

- Text messages
- Facebook Chats
- Slack Chats
- Social media posts
- Recordings of calls
- Recordings of meetings
- Emails
- or anything that you think would be helpful for us.

Please submit your whistleblower tips using the form below.

Your Name

Your Telephone Number (optional)

Your Email

4/29/24, 10:59 AM                              Breaking Code Silence Frivolous Lawsuit - We are breaking code silence #breakingcodesilence

HOME    FEDERAL CASE

COURT ORDERED IDC    A PLOT TO S

**Upload your tips**

Click or drag a file to this area to upload.

SUBMIT

**Get email updates!**

Enter your email address to sign up for updates *

**#breakingcodesilence #iseeyousurvivor**

**For more info, search "Breaking Code Silence" on Pacer**

Home    Mailing List    Sanctions

**Updates (Blog)**

› Breaking Code Silence's Research Grant

› Precedent-setting victory to address the standard for

4/29/24, 10:59 AM                          Breaking Code Silence Frivolous Lawsuit - We are breaking code silence #breakingcodesilence

HOME    FEDERAL CASE

COURT ORDERED IDC    A PLOT TO S

Bankruptcy? Think Again

Motion For Summary Judgement – Jeremy Whiteley

Updates

 Status Report Regarding Motion for Evidentiary and Monetary Sanctions

 CA Protects Survivors from Predatory Defamation Lawsuits Meant to Silence Them

 Motion For Summary Judgment – Jeremy Whiteley

 Forensic Investigation

 Breaking Code Silence's Registry of Charitable Trusts Timeline



#breakingcodesilence    #iseeyousurvivor    #meToo    501(c)(3) Organizations    Bankruptcy    Board Member    Claremont California

Colorado    Delinquency Notice    Domestic Asset Protection Trusts    Dr. Apryl Alexander    Dr. Athena Kolbe    Harassment / Violation of FEHA

