# EXHIBIT 2

HOME    FEDERAL CASE    STATE CASE

COURT ORDERED IDC    A PLOT TO SUE?    MOTION F

<  Previous

**Breaking Code Silence's Research Grant**

# The Breaking Code Silence Research Grant

In June 2021, the Breaking Code Silence Board of Directors formally reviewed and voted on an application for $500,000 research grant to the Conrad Hilton Foundation. If approved, this grant would first be awarded to Breaking Code Silence and then transferred to the University of North Carolina Wilmington to manage the research project. This grant would provide funding for a 2-year research project into the TTI and both **Athena Kolbe** and **Vanessa Hughes** would receive a salary for this project. To the best of McNamara and Whiteley's knowledge, the grant application was written almost entirely by **Athena Kolbe** and **Vanessa Hughes**.

Through a public records request with the University of North Carolina Wilmington, we received a copy of the **grant application**.

That grant application, which was reviewed and voted on by the board in June 2021 (and presumably submitted to the Conrad Hilton Foundation that same month), stated the following about IRB approval:

> *The UNCW College of Health and Human Services will physically house and fund the research element of this project and provide institutional guidance and consultation  IRB approval has already been received and access to statisticians and research and graduate assistants to compile editors for publications is available

To the best of Whiteley and McNamara's recollection, they also recall being told that the grant had received IRB approval from the University of North Carolina Wilmington before they voted in June 2021.

At the June 2021 board vote, the board consisted of **Vanessa Hughes**, **Jennifer Magill**, Boyles, McNamara, and Whiteley.

Since **Vanessa Hughes** was an interested person in the grant, she recused herself from that vote, while **Jennifer Magill** did not. To the best of McNamara and Whiteley's recollection, they were never informed that **Jenny Magill** might be a potential interested party during their time on the board, nor did she recuse herself of any votes related to the grant during their tenure there.

According to public records on July 26th, 2021, **Vanessa Hughes** received an email from the Conrad Hilton

This website uses cookies and third party services.    OK

At some point after that July 2021 date, the Hilton Foundation transferred the amount of the grant to Breaking Code Silence.

According to emails produced by public records requests, **Athena Kolbe** emailed an **internal budget** for the grant on October 7th, 2021 with **Vanessa Hughes** CCed. In this internal budget, there was a line item that identified **Jenny Magill** as a "Project Admin" that would potenally be paid by the grant:

This website uses cookies and third party services.    O K

| | Professional Services | Qty | Unit Cost | Basis of Cost |
|---|---|---|---|---|
| 921000 | General Category or Description | | - | Quote |
| | Jenny Magill, Project Admin | 1 | 10,000.00 | |
| | | | - | |
| | | | - | |
| | | | - | |
| | | | - | |
| | | | | Yr. |

| | Equipment or Facility Rental | Qty | Unit Cost | Basis of Cost |
|---|---|---|---|---|
| 920000 | General Category or Description | | - | Quote |
| | | | - | |
| | | | - | |
| | | | - | |
| | | | | Yr. 1 Equipment |

| | Subawards | | | |
|---|---|---|---|---|
| 921000 | Subawardee #1 (Enter institution and PI) | | | |
| | Breaking Code Silence | | | |
| | | | | |
| | Subawardee #2 (Enter institution and PI) | | | |
| | | | | |
| | Subawardee #3 (Enter institution and PI) | | | |

[11:14 AM] Huse, Richard M.

Here is the list of positions originally in the subaward budget that are being pulled into the university

[11:14 AM] Huse, Richard M.

Vanessa post-doc – I think it's 112k total but should be in the budget we submitted, so break it up over two years and that should include salary and fringe.

For the second post-doc (listed as a research fellow for 60k in the budget), I think we are going to make that an RA position and we might need to break it up into two positions or two plus a consultant since we can't find one person that meets all of our needs. For that I think we had put aside 60k.

The 52k is going to be split among two different psych providers, but we will need to contract with their respective organizations (UCLA and Loma Linda).

Project Admin is 10k, for Jenny Magill (and we can pay her this as a lump sum/contractor).

Peer model developer salary is 20k and Vanessa and I will be splitting those funds equally.

The research assistant #1 for 14k is my RA.

Later in October 2021, the Breaking Code Silence Board of Directors voted on the MOU between University of

4/28/24, 3:15 PM    Case 2:22-cv-02052-MAA    Document 306-16    Filed 05/01/24    Page 5 of 13    Page ID
Breaking Code Silence's Research Grant                                                    #:8901

HOME   FEDERAL CASE   STATE CASE
COURT ORDERED IDC   A PLOT TO SUE?   MOTION F

To the best of McNamara's recollection, she was never informed that **Jennifer Magill** might be an interested party in the grant at that time or any other time during her tenure as a board member.  Note: According to **California Corporate Code** § 5227 (a), "not more than 49 percent of the persons serving on the board of any corporation may be interested persons."

The funds were transferred from Breaking Code Silence to the University of North Carolina Wilmington in late December 2021.

We received a copy of the **EAG Award notice** through a public records request. It included some interesting information.

For example, it contained a copy of the contract between Breaking Code Silence and the Conrad Hilton Foundation, which states the contractual terms of the grant. One interest part of the contract stated that any changes to the grant agreement, including but not limited to changes "to the approved budget, scope of work, objectives, outcomes and other deliverables, the grant period, or payment and reporting schedule, must be approved in writing in advance by the Foundation" as you can see below:

DocuSign Envelope ID: 76E41CA3-8455-48B8-B362-A7F2FB9A8F95

Breaking Code Silence
Page 2 of 4

| Reporting Period | Report Due | Expected Submission | Associated Payment |
| --- | --- | --- | --- |
|  |  | Return of signed grant agreement | $500,000 |
| 8/1/21 – 7/31/22 | 8/31/22 | Acceptable Year 1 progress narrative and financial reports |  |
| 8/1/21 – 7/31/23 | 9/30/23 | Acceptable Year 2 and cumulative progress narrative and financial reports |  |

4. **Grant Modifications:** Any changes to the terms of this grant agreement, including but not limited to changes to the approved budget, the scope of work, objectives, outcomes and other deliverables, the grant period, or payment and reporting schedule, must be approved in writing in advance by the Foundation.  Please contact your program officer to initiate a grant modification request.

Another strange thing on the **EAG Award** document was the following comment by the University of North Carolina Wilmington staff on February 14th, 2022:

COMMENTS:

Contingent approval on funds so that PI can hire team to help her design the study and submit for IRB approval.  PI may not use funds toward direct human subject research activities until IRB approval is obtained.  PI has met COI requirements. No other compliance issues identified.  Lee 2/14/22

This was particularly concerning since, according to the footnote in the grant application, presumably voted

This website uses cookies and third party services.      **OK**

Carolina Wilmington and Athena regarding their attempts to contact her regarding the IRB and conflict of interest disclosure.

We also received **the following email exchange** from our public records request that appears to show that IRB approval had still not been approved on February 11th, 2022 – which is approximately 8 months after the Breaking Code Silence Board of Directors:

> Subject: RE: IRB
> Date: Friday, February 11, 2022 12:20:18 PM
>
> Hi Athena,
>
> ==Every research project requires IRB approval before any work can begin and this is typically completed by the PI. This is the only thing the university is waiting on for setup and there is nothing that can be done until it is completed.== Please reach out to the IRB office with any questions getting this approved. https://uncw.edu/sparc/integrity/irb.html. Let me know if there is anything I can do for you in the meantime.
>
> Thank you,
>
> Richard Huse
> Research Grant Administrator
> UNCW College of Health and Human Services
> Monday – Friday 8:00 am – 5:00 pm
> McNeill Hall 1036 Monday, Tuesday
> (910) 962-3627
>
> From: Kolbe, Athena R. <kolbea@uncw.edu>
> Sent: Friday, February 11, 2022 11:55 AM
> To: Huse, Richard M. <huser@uncw.edu>
> Subject: RE: IRB
>
> Richard:
>
> I'm confused; I responded to the last correspondence with the IRB last month and they had no follow up questions.
>
> I don't understand why I was awarded a grant over the summer, it took months to create an MOU, and now the money has been transferred to UNCW (two months ago) and yet they still have not created a way for me to access that money. Without the money I cannot pay an RA to do the rest of the IRB applications needed to begin some of our research activities (e.g. evaluating the interventions we were funded by the Hilton Foundation to implement). ==Since the social work field office has pulled MSW students from interning with BCS I literally have no one to do the IRB applications (and there will be four of them to cover each of the aspects of funded interventions and related research activities, so that's a lot of work!).== I don't understand what the hold up is but at this point we are approaching a situation where the funder is asking if we are going to implement the grant or not and has said that if not (since that seems to be what is being communicated by UNCW's actions), we need to return the $500,000. I feel like something is going on behind the scenes that is causing all of this to be held up and I'm confused. A quarter of the grant period is over and I haven't even been able to implement any of the interventions yet.
>
> What's going on? If UNCW doesn't want me/the university to work with Breaking Code Silence and the Hilton Foundation on this project, then it would be better to just say that rather than dragging this whole process out unnecessarily.
>
> Athena
>
> From: Huse, Richard M. <huser@uncw.edu>
> Sent: Friday, February 11, 2022 9:18 AM

At some point, it appears from the public records that some funds were approved so Athena Kolbe may hire a team "to help her design the study and submit for IRB approval" as one can see below.

HOME     FEDERAL CASE     STATE CASE

COURT ORDERED IDC    A PLOT TO SUE?    MOTION F



Another thing of note that we saw on the **EAG Award** was the following comment:



We aren't entirely comfortable speculating on whether this comment is in relation to the next email we received from our public records request.

The following email was dated March 22nd, 2022 from Vanessa Hughes to Athena Kolbe with the subject line "UNCW Invoice." Below is the email with the attached invoice.



This website uses cookies and third party services.    O K

# Thank You

| ISSUED TO | DR. VANESSA HUGHES |
|---|---|
| UNCW | |
| Breaking Code Silence Grant | ▮▮▮▮▮▮▮▮ |

| DESCRIPTION | TOTAL |
|---|---|
| **Co-Investigator** <br> 12 months full-time and 12 months part-time at $112,500 <br><br> September 2021 through March 2022 (7 months) | $43,750.00 |
| **Organizational Development** <br> 12 months full-time and 12 months part-time at $60,000 <br><br> September 2021 through March 2022 (7 months) | $23,333.33 |
| **TOTAL** | **$67,083.033** |

Vanessa Hughes, PhD | ▮▮▮▮▮▮▮ | vanessahughes.phd@gmail.com

Note: We cannot confirm if **Vanessa Hughes**' invoice was ever paid or not. We did not receive any additional correspondence related to this invoice.

On July 17th, 2022, one of Breaking Code Silence's officers sent the following email to the University of North Carolina Wilmington asking that they transfer the grant funds to Barry University. It is requested that the University allow Breaking Code Silence to "handle all communications with the original funder regarding the transfer of this sub-award"

This website uses cookies and third party services.    OK

> Cc: vannessahughesphd@gmail.com; Kolomer, Stacey R.; Huse, Richard M.; migooding@barry.edu; Reel, Justine J.; Jenny Magill
> Subject: Transfer of Grant Request
> Date: Sunday, July 17, 2022 7:53:23 PM
> Attachments: Letter to UNCW Signed.docx.pdf
> BCS_Hilton_Contract_CLEAN.docx.pdf
>
> You don't often get email from bcook@breakingcodesilence.org. Learn why this is important
>
> **[This email originated from outside of UNCW]**
>
> Dear Dr. Chipps:
>
> At the end of last year, we signed an MOU (attached) with your institution to subcontract an award for research led by Dr. Athena R. Kolbe at the School of Social Work. We have recently been informed that Dr. Kolbe will be leaving the University of North Carolina Wilmington. Since there are no other researchers at your institution capable of completing the specific work we subcontracted to UNCW, we will need the award to be transferred to a different institution.
>
> We respectfully request the following:
> (1) Please conclude all work activities on this grant by COB August 26, 2022.
> (2) Provide a full accounting of all expenditures on this grant, listed by line item, as soon as possible but preferably no later than August 31, 2022.
> (3) Transfer the remaining funds for this project to Barry University.
>
> Your point of contact at Barry University will be Michelle L. Gooding, Director, Department of Grants & Sponsored Programs, Division of Academic Affairs, Barry University, 11300 NE 2nd Ave, Miami Shores, FL 33161; Phone: 13058993058; Email: migooding@barry.edu. We will handle all communications with the original funder regarding the transfer of this sub-award. We appreciate your attention to these matters.
>
> Thank you for working with us on advancing research and improved social policies for preventing and responding to institutional child abuse.
>
> Sincerely, ████████ COO, Breaking Code Silence
>
> --
> Chief Operations Officer

Based on the remaining records we received, the grant funds were mailed to Breaking Code Silence directly in late 2022.

However, we are left with more questions for Breaking Code Silence:

- Did the research project ever receive IRB approval from the University of North Carolina Wilmington IRB board in 2021 or even 2022?
- Did **Athena Kolbe** and **Vanessa Hughes** ever inform the Board of Directors that the University of North Carolina Wilmington had not approved IRB in 2021?
- If the application was submitted with the IRB note, didd Breaking Code Silence ever formally notify the Foundation that it did not have IRB approval at the time of the application?

This website uses cookies and third party services.    OK

Breaking Code Silence's Research Grant

move the grant funds to Barry University?
- What work did Vanessa Hughes complete by March 2022 for the research project to be paid $67,083.033 – allegedly before IRB approval had been recieved?
- Why did **Vanessa Hughes** not inform the board by at least the October 2021 vote that **Jennifer Magill** might become an interested party in the grant?
- Why did **Vanessa Hughes** allow **Jennifer Magill** to participate in grant-related board votes in October 2021?

March 16, 2024 | Categories: #breakingcodesilence, Board Members, Breaking Code Silence, CA Attorney General Rob Bonta, Dr Vanessa Hughes, Dr. Athena Kolbe (Lyn Duff), Jenny Magill, Lawsuit, McNamara et al vs BCS, Uncategorized

**Share This Story, Choose Your Platform!**     

**Related Posts**

---

## Get email updates!

Enter your email address to sign up for updates *

[ @ ]

SUBMIT



### #breakingcodesilence #iseeyousurvivor

### For more info, search "Breaking Code Silence" on Pacer

| Home | Mailing List | Sanctions |
| Attorney General | An Alaskan Trust | |
| LGBTQIA Complaints | | |
| Board of Directors | A Plot To Sue? | |
| Bankruptcy? Think Again | | |
| Motion For Summary Judgement – Jeremy Whiteley | | |
| Updates | | |

**Updates (Blog)**

› Breaking Code Silence's Research Grant

› Precedent-setting victory to address the standard for establishing ownership of online accounts

› Status Report Regarding Motion for Evidentiary and Monetary Sanctions

