UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:22-cv-02052-MAA** | Date: | **May 2, 2024** |
| Title | **Breaking Code Silence v. Katherine McNamara, et al.** | | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order for Defendants to Provide Billing Documents in Support of Supplemental Slack Motion (ECF No. 204)**

     On July 12, 2023, Defendants filed a Joint Stipulation re: Defendants' Motion to Compel Slack Communications and for Sanctions ("Slack Motion"). (Slack Mot., ECF No. 94.) While the discovery issue of the Slack Motion was rendered moot as a result of Plaintiff's post-motion production of the Slack documents, the issue of whether Defendants are entitled to monetary sanctions is still pending with the Court. (*See* ECF No. 138.) On April 10, 2024, the Court ordered the parties to file a joint stipulation with (i) an itemization of defense counsel's time spent on each task associated with the Slack Motion for each attorney who worked on it and (ii) if Defendants contended that attorneys' time spent on meeting and conferring before filing the Slack motion and/or preparing for and appearing at IDC conferences related to the Slack Motion was recoverable, then briefing on that issue. (ECF No. 200.) On April 25, 2024, the parties filed a Supplemental Joint Stipulation re: Attorney's Fees on the Slack Motion with the required itemization and briefing ("Supplemental Motion"). (Suppl. Mot., ECF No. 204.) In Plaintiff's portion of the Supplemental Motion, it takes issue with the time defense counsel attribute to the Slack Motion and requests a reduction of fees awarded. (*Id*. at 13–14.)[1]

     In light of this dispute, the Court **ORDERS** defense counsel to file a declaration under oath that attaches and authenticates copies of the billing invoices or other documents showing detailed billing entries with dates in support of the itemized attorneys' fees identified in the Supplemental

---

[1] Pinpoint citations of page numbers cited in this Order refer to the page numbers appearing in the CM/ECF-generated headers of cited documents.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:22-cv-02052-MAA**                                                                       Date: **May 2, 2024**

Title       **Breaking Code Silence v. Katherine McNamara, et al.**

Motion (*see e.g.,* ECF No. 203, at 7–17).  Defense counsel shall file the declaration and its attachments by no later than **Monday, May 6, 2024**.

    It is so ordered.