# EXHIBIT 1



# INVOICE

Julander Brown and Bollard
9110 Irvine Center Drive
Irvine, CA - California 92618

Invoice #: 32046
Date: 05-01-2023

Katherine McNamara

Matter Number:3MCW01-01
Re: McNamara | Whiteley adv. BCS

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-04-23 | CJC | Service provided by attorney Adam Schwartz: Multiple teleconferences and e-mail regarding case strategy and progress. Meet and confer with federal case opposing counsel regarding two IDC requests and multiple discovery matters. | 2.00 | 300.00 | $600.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-04-23 | MAT | Lengthy meet and confer conversation with opposing counsel regarding various issues. Draft email summarizing same. Conference with Adam Schwartz regarding same. Emails with clients regarding the deposition of V. Hughes and various other issues. | 4.10 | 470.00 | $1,927.00 |
| | | [redacted] | | | |
| 04-05-23 | CJC | Service provided by attorney Adam Schwartz: Multiple teleconferences and e-mail regarding case strategy and progress. Meet and confer with federal case opposing counsel regarding two IDC requests and multiple discovery matters. Case management related to document production and review. Finalize IDC request for deposition issues and IDC request for document issues. Teleconference with A. Tate regarding same. | 4.80 | 300.00 | $1,440.00 |
| | | [redacted] | | | |



Page: 3

7



Page: 5

| | | | | | |
|---|---|---|---|---|---|
| 04-18-23 | CJC | Service provided by attorney Adam Schwartz: Teleconferences with C. Close. Attend Informal Discovery Conference. Teleconference with C. Close and A. Tate regarding same. All-hands teleconference regarding same. | 4.50 | 300.00 | $1,350.00 |
| 04-18-23 | MAT | Prepare for and attend informal discovery conference. Conferences regarding same. Legal research regarding spoilation and waiver. Legal research regarding possession, custody, and control. Emails with clients, Catherine Close and Adam Schwartz regarding various issues. | 6.20 | 470.00 | $2,914.00 |
| 04-18-23 | CAC | Email correspondence with A. Tate and A. Schwartz regarding preparation for IDCs. Attend (telephonically) IDCs regarding depositions and document production issues. Telephone conference with clients regarding outcome of same. Preparation of memorandum regarding same. Email correspondence with clients regarding same and Papciak deposition. Review legal research regarding requirement of collection personal data from corporate officers. Email correspondence with team regarding same. | 4.40 | 450.00 | $1,980.00 |

Page: 5

9



Page: 6

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-24-23 | MAT | Prepare for and attend informal discovery conference. Conference regarding same. Review selected documents from most recent production. Attention to evidence of McNamara downloading documents after her resignation and potential defenses. Emails with opposing counsel regarding slack documents and Magill's laptop. | 5.10 | 470.00 | $2,397.00 |
| 04-25-23 | MAT | Review slack logs. Call with Catherine Close regarding various issues. Call with Chelsea Filer regarding subpoena. Call with Katherine McNamara regarding same. Emails with opposing counsel regarding slack documents. Review slack document logs. Numerous emails regarding documents for depositions and BCS's failure to comply with discovery. | 4.40 | 470.00 | $2,068.00 |
| 04-25-23 | CAC | Email correspondence with Helene Saller regarding load file for document production. Review emails (several) regarding Slack audit logs. Review emails from clients regarding new documents for various depositions. Incorporation same into deposition outlines. Telephone conference with A. Tate regarding conversation with Chelsea Papciak. Review email regarding recap of same. Preparation of supplemental initial disclosures. Email correspondence with clients regarding same. Email correspondence with clients and Helene Saller regarding status of Bobby Cook and Noelle Beauregard documents. | 4.50 | 450.00 | $2,025.00 |



Page: 9



PROFESSIONAL SERVICES Subtotal:



13

CLIENT EXPENSES Subtotal:

Subtotal
Total Charges for this Period
Payment
Balance Forward For This Matter

Statement Account Summary

| Previous Balance | New Charges | Payments Received | **Total Amount Outstanding** |
|---|---|---|---|
|  |  |  |  |

Detailed Statement Account Summary

Previous Balance:
New Charges:
Payments Applied:
**Total Amount Outstanding:**

Timekeeper Summary

| Name | Initials | Hours | Rate | Total |
|---|---|---|---|---|
| Catherine Close | CAC |  |  |  |
| Dirk Julander | DOJ |  |  |  |
| Helene Saller | HPS |  |  |  |
| M. Adam Tate | MAT |  |  |  |
| Rebekah Chamberlin | RGC |  |  |  |

Page: 10

Please be advised that our office is able to accept major credit cards. Applicable fees will apply and will appear on the following month's statement.

Effective immediately, a service charge of 3.00% will be applied when using Credit Cards for payment. Payments may continue to be made by a check or ACH without the imposition of a service fee.

Kindly settle your invoice on or before the provided due date. Payments received after the due date are deemed late and a finance charge of 1.00% per month will be applied.

Please contact Carol Collins at 949-477-2100, x:220 if you have any questions or would like to make a payment via credit card.