# EXHIBIT 2



# INVOICE

Julander Brown and Bollard
9110 Irvine Center Drive
Irvine, CA - California 92618

| | |
|---|---:|
| Invoice #: | 32087 |
| Date: | 06-01-2023 |

Katherine McNamara

Matter Number: 3MCW01-01
Re: McNamara | Whiteley adv. BCS

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-01-23 | MAT | Prepare for and attend informal discovery conference. Review DLA Piper's communications with the Court and declaration of physician. Email to clients regarding IDC. Review legal research regarding work product. Attention to emails regarding supplemental disclosures. Telephone correspondence with Cathi Close. Attention to numerous emails regarding various issues. | 4.70 | 470.00 | $2,209.00 |
| 05-01-23 | RGC | Review opposing counsel's email to judge for Informal Discovery Conference. Update chart regarding media platforms and what data users can access without specifically requesting it from the platform. Review amended supplemental initial disclosures. | 2.90 | 150.00 | $435.00 |
| 05-01-23 | CAC | Preparation of amended supplemental initial disclosures. Email correspondence with team and clients regarding same. Email correspondence with Adam Tate regarding BCS productions. Locate dates of all BCS productions. Review email from DLA Piper to Court regarding IDC and all attachments. Email correspondence with clients and team (numerous) regarding same. Telephone conference with Adam Tate and Adam Schwartz regarding same. Email correspondence with clients (numerous) regarding documents produced by BCS and impact on IDC. Attend (telephonically) continued IDC. Email correspondence with clients regarding outcome of same. Email correspondence and telephone conference with Adam Tate and Adam Schwartz regarding same. Email to opposing counsel regarding Noelle Beauregard production. Email correspondence with clients and team regarding next steps and future malicious prosecution claim. | 7.80 | 450.00 | $2,610.00 |

y



Page: 2



Page: 2

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-04-23 | MAT | Emails with opposing counsel regarding missing screenshots and Slack communications. Call with Adam Schwartz. Emails with Chelsea Filer regarding subpoena. Conference call with Catherine Close and Adam Schwartz regarding motions. Emails to opposing counsel regarding custodians. Review additional production of Slack documents. Analysis regarding missing slack communications compared to Slack logs. Revise meet and confer letter regarding RFPs set 4. Attention to numerous emails. █ | 4.10 | 470.00 | $1,677.00 |
| ████ | ████ | ████████████████████████████████████████████ | ████ | ████ | ████ |
| 05-05-23 | RGC | Review BCS's Slack production. | 5.40 | 150.00 | $810.00 |
| 05-08-23 | MAT | Emails regarding missing Slack documents. Zoom conference with team and client regarding discovery motions, depositions, and possible global mediation. Call with Catherine Close regarding same. Emails with Chelsea Papciak regarding subpoena. Attention to emails to opposing counsel regarding depositions. Attention to emails regarding subpoena to Unsilenced. Begin drafting motion to compel Slack communications. | 6.70 | 470.00 | $3,149.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-08-23 | RGC | Conference with Adam Tate regarding strategy and slack review. Isolate the slack documents identified by Mr. Kiker. | 1.90 | 150.00 | $285.00 |
| 05-09-23 | RGC | Conference with Adam Tate regarding motion for sanctions. Review BCS Slack production. | 0.60 | 150.00 | $90.00 |
| 05-10-23 | RGC | Prepare documents for deposition. Review BCS Slack production. Revise motion for sanctions regarding slack production. | 1.60 | 150.00 | $240.00 |
| 05-11-23 | RGC | Revise motion for sanctions regarding slack production. Identify portions of Noelle Beauregard's deposition transcript for same. | 4.60 | 150.00 | $540.00 |
| 05-11-23 | MAT | Emails with Bekah Chamberlin regarding motion to compel Slack documents. Begin drafting motion for sanctions under Rule 37(b). | 4.30 | 470.00 | $2,021.00 |

Page: 4

19

Page: 5



| 05-16-23 | MAT | Revise meet and confer letter to DLA Piper regarding alleged inconsistencies in defendants' production. Call with Adam Schwartz regarding same.  Emails to opposing counsel regarding subpoenas.  Attention to emails regarding inspection. <mark>Continue drafting motions.</mark> | 7.20 | 470.00 | $3,384.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | | | | 21 |
| 05-16-23 | RGC | Draft and revise motion for sanctions regarding Slack production. Finalize attachment A for subpoenas. | 6.80 | 150.00 | $1,020.00 |
| 05-17-23 | MAT | Continue drafting motion for sanctions and motion to compel Slack. | 1.80 | 470.00 | $846.00 |
| 05-18-23 | MAT | Call with Cathi Close regarding Slack motion. Email to Dennis Kiker regarding same. Draft motion to compel Slack documents. Review research regarding what documents can be obtained from Slack. | 2.10 | 470.00 | $987.00 |
| 05-18-23 | RGC | Review meet and confer letter from Tamany Bentz. Research regarding Slack. Revise Slack motion to compel and for sanctions. | 2.30 | 150.00 | $345.00 |
| 05-18-23 | CAC | Telephone conference with Adam Tate regarding Slack motion and additional "meet and confer" efforts for same. Review email to opposing counsel regarding same. | 0.30 | 450.00 | $135.00 |
| 05-23-23 | MAT | Draft motion to compel Slack documents. Emails regarding privileged documents. Attention to lengthy email form Katherine McNamara regarding subpoena to Chelsea Filer. | 4.50 | 470.00 | $2,115.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-24-23 | MAT | Emails with Chelsea Filer regarding contempt charges if she fails to comply with the subpoena. Emails with Adam Schwartz regarding inspection of BCS computers. Revise motion to compel Slack and motion for sanctions. | 5.50 | 470.00 | $2,115.00 |
| 05-30-23 | RGC | Review and revise sanctions motions. Review production of presumptive slack communications for same. | 5.10 | 150.00 | $615.00 |

Page: 7

22

23

PROFESSIONAL SERVICES Subtotal: ▮

CLIENT EXPENSES

CLIENT EXPENSES Subtotal: ▮

| | |
|---|---|
| Subtotal | ▮ |
| Total Charges for this Period | |
| Payment | |
| Balance Forward For This Matter | |

Statement Account Summary

| Previous Balance | New Charges | Payments Received | **Total Amount Outstanding** |
|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ |

Page: 8

23

Detailed Statement Account Summary

Previous Balance:
New Charges:
Payments Applied:



Detailed Operating Retainer Summary

Previous Retainer Balance:
Deposits Since Last Invoice:
Remaining Retainer Balance:

Timekeeper Summary

| Name | Initials | Hours | Rate | Total |
|---|---|---|---|---|
| Catherine Close | CAC | | | |
| Helene Saller | HPS | | | |
| Jordana McConnell | JFM | | | |
| M. Adam Tate | MAT | | | |
| Rebekah Chamberlin | RGC | | | |



Please be advised that our office is able to accept major credit cards. Applicable fees will apply and will appear on the following month's statement.

Effective immediately, a service charge of 3.00% will be applied when using Credit Cards for payment. Payments may continue to be made by a check or ACH without the imposition of a service fee.

Kindly settle your invoice on or before the provided due date. Payments received after the due date are deemed late and a finance charge of 1.00% per month will be applied.

Please contact Carol Collins at 949-477-2100, x:220 if you have any questions or would like to make a payment via credit card.