# EXHIBIT 3



# INVOICE

Julander Brown and Bollard
9110 Irvine Center Drive
Irvine, CA - California 92618

| | |
|---|---:|
| Invoice #: | 32133 |
| Date: | 07-01-2023 |

Katherine McNamara
5239 Rosemead Blvd., Unit D
San Gabriel, CA 91776

Matter Number:3MCW01-01
Re: McNamara | Whiteley adv. BCS

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-02-23 | CAC | Email correspondence with A. Tate regarding opposition to motion to quash. Email correspondence with H. Saller and Array regarding exhibits to same. Email correspondence with clients regarding additional exhibits and arguments. Revise opposition. Preparation of supporting declarations of Jeremy Whiteley and Adam Tate. Review email to DLA Piper regarding confidentiality designations on exhibits and other documents. Review email correspondence with DLA Piper regarding protocols for inspection of accounts. Review and revise motion for sanctions regarding custodians. Review and revise motion for sanctions regarding slack. | 4.60 | 450.00 | $1,570.00 |

Page: 2

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-03-23 | MAT | Meet and confer conference with DLA Piper regarding inspection. Follow up call with Adam Schwartz regarding same. Emails with opposing counsel regarding inspection. Review informal discovery conference form. Attention to email from Dennis Kiker regarding privileged emails. Briefly review Chelsea Filer's amended responses to subpoena document requests. Attention to numeorus emails between Catherine Close and clients. ==Revise motions.== | 4.70 | 470.00 | $2,209.00 |

Page: 2

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-06-23 | HPS | Draft templates for motion to seal (slack communications) and (sanctions). | 0.80 | 200.00 | $160.00 |
| 06-07-23 | MAT | Call with Cathi Close regarding sanctions motion. Emails with opposing counsel regarding de-designating documents. Emails regarding subpoenas. Revise motion for sanctions regarding custodians. Revise declarations for both motions. | 5.30 | 470.00 | $1,991.00 |
| 06-07-23 | RGC | Review and revise Adam Tate declaration for slack 37b motion. Prepare exhibits for same. | 4.90 | 250.00 | $1,225.00 |
| 06-08-23 | MAT | Attention to email from Chelsea Filer. Emails with Catherine Close and clients regarding same. Revise declarations to motions based on client comments. Revise motions and supporting documents. Emails regarding motions to seal. Attention to emails regarding document productions. Attention to emails regarding scheduling expert inspection. Review DLA Piper invoice. | 4.60 | 470.00 | $2,162.00 |
| 06-08-23 | RGC | Review and revise custodian and slack 37b motions. Continue preparing exhibits. Draft, review and revise motion to seal for both 37b motions. | 7.20 | 250.00 | $1,800.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-09-23 | CAC | Email correspondence with Tamany Bentz regarding production of billing invoices and payments made. Email correspondence with clients regarding same. Email correspondence (numerous) with Chelsea Papciak and Array regarding processing Papciak production and "meeting and conferring" regarding IDC. Email correspondence with clients and team regarding status of sanctions motions. Preparation of motions to seal, supporting declarations and proposed orders in support of both sanctions motions. Calculate time spent with regard to IDCs and preparation of sanctions motions for monetary sanctions requests. Review email from Dennis Kiker regarding confidentiality designations. Revise motions to seal and supporting papers to include same. Email correspondence with team regarding preparation for IDC and expert report and deadlines. Text messages with A. Schwartz and clients regarding outcome of IDC. Telephone conference with A. Tate regarding same. Email correspondence with clients regarding Papciak IDC and "meet and confer" efforts to reduce costs and burden to Papciak and searching various types of accounts for responsive documents. Email correspondence with J. Whiteley regarding status of subpoenas. | 6.90 | 450.00 | $2,105.00 |
| 06-09-23 | RGC | Review and revise custodian motion to seal and accompanying declaration. Review and revise slack motion to seal and accompanying declaration. Review and revise slack and custodian 37b motions and declarations. | 3.30 | 250.00 | $825.00 |
| 06-09-23 | HPS | Begin review and revisions to motion to compel production of slack communications and supporting Adam Tate declaration. Begin preparation of exhibits. Call with Bekah Chamberlin regarding same. Emails with Array regarding Eugene Furnace subpoena. | 2.20 | 200.00 | $440.00 |
| 06-09-23 | CAC | Review and revise motions to seal, supporting declarations, and proposed orders for both motions for sanctions. Email correspondence with Chelsea Papciak regarding telephone conference prior to IDC. Email correspondence with clients regarding Court's minute order on IDC No. 7. | 2.40 | 450.00 | $1,080.00 |
| 06-12-23 | HPS | Emails to and from Bill Boyles and Bobby Cook regarding revisions to deposition transcripts. Review and process Chelsea Papciak document production. Prepare dropbox link for Adam Schwartz and clients. Research requirements for motions to seal. Review, revise and finalize motion to compel production of slack communications, supporting declaration of Adam Tate. Prepare and finalize exhibits. Review, revise and finalize motion to seal, supporting declaration and order. Prepare and finalize exhibits. Calls with Catherine Close and Bekah Chamberlin regarding same. | 7.80 | 200.00 | $1,560.00 |
| 06-12-23 | RGC | Prepare exhibits for slack 37b motion. Revise slack 37b motion. | 1.60 | 250.00 | $400.00 |



| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-14-23 | HPS | Voicemail and email to clerk regarding exhibit 1 to motion for sanctions. Email chambers proposed orders for motion for sanctions and application to seal. Revise exhibits in support of slack motion and confirm all meet with ECF filing requirements. Finalize and process slack motion, supporting declaration, order and exhibits and application to seal, supporting declaration, exhibits and order. | 4.50 | 200.00 | $900.00 |
| 06-14-23 | RGC | Prepare exhibits for slack 37b motion. | 1.90 | 250.00 | $475.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-15-23 | HPS | Email chambers proposed orders on slack motion and motion to seal.  Email regarding application to seal. | 0.30 | 200.00 | $60.00 |
| 06-16-23 | HPS | Draft templates for joint statements (sanctions and motion to compel). Review emails from Array regarding  status of service and issues with service of subpoenas at medical facilities. Emails with clients regarding same. Emails regarding court reporter pricing from transcript. Search website regarding same. | 1.20 | 200.00 | $240.00 |
| 06-17-23 | CAC | Email correspondence with A. Tate and H. Saller regarding joint stipulations for sanctions motions. Email correspondence with Katie McNamara regarding transcripts and audio recordings. Telephone conference with Chelsea Papciak regarding document production and deposition. Texts with clients regarding outcome of same. Preparation of joint stipulations for slack and custodian motions to compel and for sanctions. Emails and telephone conferences with A. Tate regarding same and interpretation of applicable rules. Legal research regarding same. Preparation of Close declarations in support of joint stipulations and referenced exhibits. | 6.10 | 450.00 | $2,245.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-20-23 | CAC | Email correspondence (several) with Chelsea Papciak (several) regarding production of documents. Email correspondence with Array (several) regarding same. Review emails from clients regarding documents to produce. Telephone conference with M. Tate and A. Schwartz regarding inspection and protocols. Email correspondence with Array regarding Papciak production. Email correspondence with Chelsea Papciak regarding same. Legal research regarding recovery of Slack communications. Email correspondence (several ) with clients regarding same. Telephone conference with A. Schwartz and clients regarding same and contact with Consilio. | 4.10 | 450.00 | $1,845.00 |
| 06-20-23 | MAT | Continue to revise both motions.  Emails with Dennis Kiker regarding slack. | 6.90 | 470.00 | $3,243.00 |
| 06-20-23 | CAC | Review screenshots of Papciak posts regarding ownership issue. Email to team regarding same. Email correspondence with Chelsea Papciak regarding production issues. Emails with clients regarding same, service of subpoenas, and new addresses for subpoenas. Email to H. Saller regarding status of service of subpoenas. Email correspondence with clients, team, and opposing counsel (numerous) regarding obtaining Slack communications from BCS. Legal research regarding same. Email correspondence with clients regarding same and new CFAA authorities. Email correspondence with A. Tate and H. Saller regarding procedural requirements for joint stipulations for discovery motions. | 2.90 | 450.00 | $1,305.00 |
| | | ███████████████████████████████████████ | | | |
| 06-21-23 | MAT | Revise slack motion.  Revise ESI inspection protocol. Emails with Clark Walton regarding inspection.  Call with Roger T. regarding subpoena.  Email to clients regarding same. Emails with Clark Walton regarding stipulation. | 2.60 | 470.00 | $1,222.00 |
| 06-21-23 | HPS | Review status reports on attempts of service of federal subpoenas. Email to clients with status updates. Email to Array regarding same. Emails (multiple) regarding service of subpoenas by email.  Email to Roger Theodoredis regarding agreement to accept service of subpoenas electronically. Review and revise joint statement re: slack communciations. Prepare exhibits to supporting declarations. ███ | 3.00 | 200.00 | $400.00 |
| 06-22-23 | CAC | Review Katie McNamara's inspection outline for expert. Email correspondence with A. Tate and A. Schwartz regarding expert report deadline. Review inspection protocols from DLA Piper and email correspondence with opposing counsel and Clark Walton regarding same. Correspondence with A. Tate regarding same. Email correspondence with H. Saller and Array regarding status of service of subpoenas on custodians. Email correspondence (numerous) with clients regarding same. Legal research regarding manner of service of third-party subpoenas. Email correspondence with clients regarding same and requesting that the custodians accept service. Email correspondence with A. Tate regarding call from Roger Theodoris and acceptance of service of subpoenas for him and his daughter. Email correspondence with clients regarding same. Draft proposed email to custodians regarding accepting service. Email correspondence with clients regarding revisions to same. Preparation of first draft of mediation brief and email correspondence with A. Tate regarding same. Review and revise joint stipulation for slack motion. Email correspondence with clients regarding same and slack support ticket. Preparation of declaration of Katie McNamara in support of slack motion. Email correspondence with clients regarding responses to requests to accept service of custodian subpoenas. ███ | 7.60 | 450.00 | $3,020.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-23-23 | HPS | Emails to and from Array regarding new address for Ms. Hassanpour and confirming address for Jesse Jensen for service of federal subpoenas with instructions for service prior to inspection. Review, revise and finalize joint statement (slack) points and authorities and Adam Tate and Catherine Close declarations. Revise and update exhibits. | 6.70 | 200.00 | $1,040.00 |
| 06-23-23 | CAC | Email correspondence with clients (several) and A. Tate regarding responses to emails from custodians served with subpoenas. Preparation of declarations of no records for Eugene Furnace, De Anna Hassapour, Roger Theodoredis, and Amal Theodoredis. Review emails with Roger Theodoredis regarding same. Conference with A. Tate regarding service of joint stipulation for slack motion and local rules regarding sealing documents. Email correspondence with clients regarding joint stipulation for custodians motion, procedure for same, and admissibility of reply evidence. Email correspondence and texts with clients regarding obtaining transcripts and recordings for IDCs. Preparation of requests for production of documents (set 5) from McNamara to BCS. Emails with clients regarding same and additional documents to request. Email to H. Saller regarding service of same. Review email from Dennis Kiker regarding production of slack documents. Emails and telephone conference with A. Tate regarding impact on slack motion. | 5.90 | 450.00 | $2,155.00 |
| 06-23-23 | HPS | Review, revise and finalize Katherine McNamara's requests for production of documents (set 5). Emails (multiple) to Array regarding Papciak production. Email to Array Jennifer Magill photo for service of subpoena. Finalize revisions to joint statement (slack), supporting declarations, locate new exhibits and finalize same. Email opposing counsel regarding same. | 4.30 | 200.00 | $860.00 |
| 06-24-23 | MAT | Zoom meeting with Adam Schwarz and Clark Walton regarding inspection preparation. Email to opposing counsel regarding protocol. Revise motion regarding slack. Attention to emails regarding custodians and subpoenas. | 2.30 | 470.00 | $1,081.00 |





35

PROFESSIONAL SERVICES Subtotal

CLIENT EXPENSES

CLIENT EXPENSES Subtotal:

Subtotal
Total Charges for this Period
Payment
Balance Forward For This Matter

Page: 11

35

Statement Account Summary

| Previous Balance | New Charges | Payments Received | Total Amount Outstanding |
|---|---|---|---|
| ■ | ■ | ■ | ■ |

Detailed Statement Account Summary

Previous Balance: 
New Charges:
Payments Applied:
**Total Amount Outstanding:**



Timekeeper Summary

| Name | Initials | Hours | Rate | Total |
|---|---|---|---|---|
| Catherine Close | CAC | | | |
| Helene Saller | HPS | | | |
| Jordana McConnell | JFM | | | |
| M. Adam Tate | MAT | | | |
| Rebekah Chamberlin | RGC | | | |
| Rebekah Chamberlin | RGC | | | |



Page: 12

36

For ACH payments:
Bank Name:  Farmers and Merchants of Long Beach
Routing number:  122201198
Bank Account Number:  12088633
Account Name:  Julander Brown Bollard (Partnership)

Please be advised that our office is able to accept major credit cards. Applicable fees will apply and will appear on the following month's statement.

Effective immediately, a service charge of 3.00% will be applied when using Credit Cards for payment. Payments may continue to be made by a check or ACH without the imposition of a service fee.

Kindly settle your invoice on or before the provided due date. Payments received after the due date are deemed late and a finance charge of 1.00% per month will be applied.

Please contact Jordana McConnell at 949-477-2100, x:216 if you have any questions or would like to make a payment via credit card.

37