# EXHIBIT 4



# INVOICE

Julander Brown and Bollard
9110 Irvine Center Drive
Irvine, CA - California 92618

Invoice #: 32171
Date: 08-01-2023

Katherine McNamara
5239 Rosemead Blvd., Unit D
San Gabriel, CA 91776

Matter Number: 3MCW01-01
Re: McNamara | Whiteley adv. BCS

██████████████████████████████████

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ██████ | ███ | ████████████████████████████████████████████ | ████ | ██████ | ████████ |
| 07-03-23 | CAC | Telephone conference with A. Schwartz regarding joint stipulation for custodian motion. Email correspondence with opposing counsel and the court regarding filing of same. Review BCS' insertions into joint stipulation for slack motion to compel and supporting declarations. Review email correspondence and spreadsheet from clients regarding same. Email correspondence with Dennis Kiker and clients regarding redactions and privileged documents. Telephone conferences with A. Schwartz regarding mediation brief. Review and revise mediation brief. Send exhibits to A. Schwartz. Review emails from clients regarding edits to mediation brief. Email correspondence with Chelsea Papciak regarding deposition and additional documents requested. | 4.30 | 450.00 | $1,935.00 |
| 07-05-23 | HPS | Review and revise joint statement regarding slack communications. Preparation of dropbox to clients and Adam Schwartz of Chelsea Filer third production. ██████████ | 1.40 | 200.00 | $180.00 |
| ██████ | ███ | ████████████████████████████████████████████ | ████ | ██████ | ████████ |
| 07-05-23 | CJC | Service provided by attorney Adam Schwartz: Zoom with Clark. Teleconference with C. Close. Teleconference with B. Chamberlin. Teleconference regarding joint stipulation regarding failure to collect slack. Review and analyze mediation sanctions motion for conversion into standalone motion. ██████████ | 4.00 | 300.00 | $700.00 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-05-23 | CAC | Email correspondence with J. Whiteley regarding documents for expert report. Telephone conferences with A. Schwartz and Bekah Chamberlin regarding Supplemental expert reports, IDC order, and BCS' latest document production. Email correspondence with clients regarding sufficiency of BCS' latest production. Review latest production of documents by Chelsea Papciak. Email correspondence with Chelsea Papciak, H. Saller, and clients regarding same. Telephone conference with Katie McNamara regarding same and motion for summary judgment. ==Email correspondence with BCS counsel regarding joint stipulation for Slack motion to compel and motion to seal in support of same. Email correspondence with H. Saller and B. Chamberlin regarding motion to seal and local rule requirements.== Telephone conference with A. Schwartz regarding Exhibit 7 to motion to compel. | 2.90 | 450.00 | $1,305.00 |
| 07-06-23 | CAC | Email correspondence with team and clients regarding re-issuance of subpoenas and new subpoena for Athena Kolbe. Zoom meeting with clients and A. Schwartz regarding deposition preparation. ==Email correspondence with H. Saller regarding motion to seal for Slack motion to compel.== Review supplemental expert declaration of Brian Bergmark. Email correspondence with A. Schwartz and B. Chamberlin regarding same and Whiteley's access to Facebook. Telephone conference with A. Schwartz regarding additional documents to include. | 4.20 | 450.00 | $1,890.00 |

Page: 3

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-11-23 | HPS | Email to Array instructions for service of subpoenas on Jesse Jensen and Vanessa Hughes. Review status updates from Array of attempted subpoena services on Jensen, Furnace and Alexander. Begin review and revisions of Slack motion to seal, declarations and supporting exhibits. | 2.90 | 200.00 | $580.00 |
| 07-11-23 | CAC | Emails and text messages with clients and A. Schwartz (numerous) regarding Jeremy Whiteley's deposition. Texts and telephone conference with A. Tate regarding same. Review emails from BCS counsel regarding exchanging briefs. Email correspondence with H. Saller regarding motion to seal in support of Slack motion to compel. Passive observance of deposition of Jeremy Whiteley. Texts with clients and team regarding outcome of same. | 3.50 | 450.00 | $1,575.00 |
| 07-12-23 | MAT | Attend deposition of Katherine McNamara. Revise Slack Motion and motion to seal. Emails with opposing counsel regarding mediation. Calls with Catherine Close regarding same. | 7.00 | 470.00 | $2,290.00 |
| 07-12-23 | HPS | Further revisions to motion to seal. Draft Catherine Close declaration in support. Finalize and process joint statement regarding motion to compel slack communications, supporting declarations and exhibits. Finalize and process motion to seal, supporting declarations, proposed order, and exhibits. | 4.00 | 200.00 | $800.00 |
| 07-12-23 | CAC | Meeting with Katie McNamara. Attend and defend deposition of Katie McNamara. Email and text correspondence with clients and team regarding same. Emails and telephone conference with Adam Tate regarding Slack motion for sanctions and related motion to seal. Email correspondence with Helene Saller regarding custodian motion for sanctions. | 9.90 | 450.00 | $4,455.00 |
| 07-13-23 | HPS | Emails to opposing counsel regarding un-redacted documents. Email to chambers regarding proposed order on motion to seal (Slack)  Email to Ms. Estrada (Deputy Clerk) regarding refiling joint stipulation and related documents (custodians). | 0.30 | 200.00 | $60.00 |

Page: 3

40



Page: 4





Page: 7



PROFESSIONAL SERVICES Subtotal:

## CLIENT EXPENSES

Page: 8

45

██████████████████████████████████████████

CLIENT EXPENSES Subtotal: ██████

|  |  |
|---|---|
| Subtotal | ██████ |
| Total Charges for this Period |  |
| Payment |  |
| Balance Forward For This Matter |  |

Statement Account Summary

| Previous Balance | New Charges | Payments Received | Total Amount Outstanding |
|---|---|---|---|
| ██████ | ██████ | ██████ | ██████ |

Detailed Statement Account Summary

Previous Balance: ██████
New Charges: ██████
Payments Applied: ██████

██████████████████████████████

Timekeeper Summary

| Name | Initials | Hours | Rate | Total |
|---|---|---|---|---|
| Catherine Close | CAC | | | |
| Helene Saller | HPS | | | |
| Jordana McConnell | JFM | | | |
| M. Adam Tate | MAT | | | |
| Rachelle Arellano | RMA | | | |
| Rebekah Chamberlin | RGC | | | |



Please be advised that our office is able to accept major credit cards. Applicable fees will apply and will appear on the following month's statement.

Effective immediately, a service charge of 3.00% will be applied when using Credit Cards for payment. Payments may continue to be made by a check or ACH without the imposition of a service fee.

Kindly settle your invoice on or before the provided due date. Payments received after the due date are deemed late and a finance charge of 1.00% per month will be applied.

Please contact Carol Collins at 949-477-2100, x:220 if you have any questions or would like to make a payment via credit card.