| | |  |
|---|---|---|
| Breaking Code Silence v. McNamara et al. Case No.: 2:22-cv-02052-MAA | Order on Breaking Code Silence's Motion to Reduce Defendants' Requested Attorneys' Fees and Costs Related to Subpoena Discovery | Attachment 1 Court Analysis of Block-Billed Entries |

| Date | Biller | Hrs. billed | Hrly Rate | Invoiced | # discrete tasks in block-billed entry | Comm's with clients regarding subpoenas | Comm's with legal team re subpoena service | Comm's with Array re subpoena service | Comm's with opposing counsel re subpoenas | Comms with unidentified persons re subpoena service | Legal research re subpoena service | Comm's with Custodians re acceptance of service | Draft Supplemental Declaration Re Fees | Comm's re Supplemental Declaration re Fees | Comm's re postponement of in-person hearing | Preparation of subpoenas and service packets | Attention to status of/issues re subpoenas | Review documents produced per subpoenas | Download IDC 10 Transcript and email to client | Review IDC orders re subpoena procedure | Incomprehensible entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/21/2023 | Close | 0.3 | $450.00 | $135.00 | 2 | 1 | 1 | | | | | | | | | | | | | | |
| 6/22/2023 | Close | 1 | $450.00 | $450.00 | 6 | 3 | | 1 | | 1 | 1 | | | | | | | | | | |
| 6/22/2023 | Saller | 1 | $200.00 | $200.00 | 4 | 1 | | 1 | 1 | | | | | | | | 1 | | | | |
| 6/23/2023 | Close | 0.5 | $450.00 | $225.00 | 3 | 1 | 1 | | | | | | | | | | 1 | | | | |
| 6/24/2023 | Close | 0.5 | $450.00 | $225.00 | 3 | 2 | | | | | | | | | | | 1 | | | | |
| 6/28/2023 | Close | 0.4 | $450.00 | $180.00 | 3 | 1 | | 1 | | | | | | | | | 1 | | | | |
| 7/7/2023 | Saller | 0.7 | $200.00 | $140.00 | 2 | | | 1 | | | | | | | | 1 | | | | | |
| 7/10/2023 | Close | 0.5 | $450.00 | $225.00 | 2 | 1 | 1 | | | | | | | | | | | | | | |
| 7/10/2023 | Saller | 0.6 | $200.00 | $120.00 | 2 | | | 1 | | | | | | | | 1 | | | | | |
| 7/11/2023 | Saller | 0.4 | $200.00 | $80.00 | 2 | | | 1 | | | | | | | | | 1 | | | | |
| 7/21/2023 | Saller | 1.5 | $200.00 | $300.00 | 5 | | 1 | 1 | 1 | | | | | | | 1 | 1 | | | | |
| 8/1/2023 | Close | 0.5 | $450.00 | $225.00 | 2 | 1 | 1 | | | | | | | | | | | | | | |
| 8/1/2023 | Saller | 1 | $200.00 | $200.00 | 3 | | | 1 | | | | | | | | | 2 | | | | |
| 8/2/2023 | Close | 0.3 | $450.00 | $135.00 | 3 | 2 | | | | | | | | | | | 1 | | | | |
| 8/3/2023 | Saller | 0.9 | $200.00 | $180.00 | 2 | | 1 | | | | | | | | | 1 | | | | | |
| 8/8/2023 | Close | 0.3 | $450.00 | $135.00 | 2 | | 1 | | | | | | | | | | 1 | | | | |
| 8/8/2023 | Saller | 0.9 | $200.00 | $180.00 | 2 | | | | | 1 | | | | | | 1 | | | | | |
| 8/18/2023 | Tate | 4 | $470.00 | $1,880.00 | 4 | | | | | | | | 1 | 1 | 1 | | 1 | | | | |
| 8/31/2023 | Close | 2.1 | $450.00 | $945.00 | 3 | | 1 | | | 1 | | | | | | | 1 | | | | |
| 9/1/2023 | Close | 0.6 | $450.00 | $270.00 | 2 | | 1 | | | | | | | | | | | | | 1 | |
| 9/7/2023 | Saller | 0.5 | $200.00 | $100.00 | 3 | | | 1 | | | | | | | | 1 | 1 | | | | |
| 9/8/2023 | Saller | 0.8 | $200.00 | $160.00 | 5 | | | 1 | | | | | | | | 1 | 1 | 1 | 1 | | |
| 9/18/2023 | Close | 0.4 | $450.00 | $180.00 | 2 | | 1 | 1 | | | | | | | | | | | | | |
| 9/19/2023 | Close | 0.8 | $450.00 | $360.00 | 3 | 1 | 1 | | | | | | | | | | 1 | | | | |
| 9/20/2023 | Close | 2.7 | $450.00 | $1,215.00 | 5 | 1 | 1 | | | | | | | | | 2 | | | | 1 | |
| 9/21/2023 | Close | 0.6 | $450.00 | $270.00 | 3 | 1 | 1 | | | | | | | | | | 1 | | | | |
| 9/21/2023 | Saller | 0.6 | $200.00 | $120.00 | 3 | | | 1 | | | | | | | | 1 | 1 | | | | |
| 9/26/2023 | Saller | 0.4 | $200.00 | $80.00 | 3 | | | 1 | | | | | | | | | 1 | | | | 1 |
| 10/13/2023 | Close | 0.5 | $450.00 | $225.00 | 2 | 1 | | | | | | | | | | | 1 | | | | |
| 10/13/2023 | Saller | 0.6 | $200.00 | $120.00 | 2 | | 1 | | | | | | | | | | 1 | | | | |
| 10/25/2023 | Saller | 0.5 | $200.00 | $100.00 | 3 | | | 1 | 2 | | | | | | | | | | | | |
| 3/25/2024 | Close | 0.4 | $475.00 | $190.00 | 3 | 1 | | 1 | | | | | | | | | 1 | | | | |
| **Total** | | **26.8** | | **$9,550.00** | **94** | **18** | **14** | **15** | **1** | **4** | **2** | **1** | **1** | **1** | **1** | **14** | **17** | **1** | **1** | **2** | **1** |