| Breaking Code Silence v. McNamara et al. Case No.: 2:22-cv-02052- | Order on Breaking Code Silence's Motion to Reduce Defendants' Requested Attorneys' Fees and Costs Related to Subpoena Discovery | Attachment 2 Court Adjustments to Block-Billed Entries |
|---|---|---|

| Date | Biller | ORIGINAL - Hours billed | ORIGINAL - # discrete tasks in block-billed entry | Hrly Rate | ORIGINAL - Invoiced | Comm's with clients regarding subpoenas | Comm's with legal team re subpoena service | Comm's with Array re subpoena service | Comms with opposing counsel re subpoenas | Comms with unidentified persons re subpoena service | Legal research re subpoena service | Comm's with Custodians re acceptance of service | Draft Supplemental Declaration Re Fees | Comm's re Supplemental Declaration re Fees | Comm's re postponement of in-person hearing | Preparation of subpoenas and service packets | Attention to status of/issues re subpoenas | Review documents produced per subpoenas | Download IDC 10 Transcript and email to client | Review JDC orders re subpoena procedure | Incomprehensible entry | ADJUSTED - # discrete tasks allowed | ADJUSTED - Hours allowed | Hourly Rate | ADJUSTED - Billing allowed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/21/2023 | Close | 0.3 | 2 | $450.00 | $135.00 | 1 | 1 | | | | | | | | | | | | | | | 2 | 0.3 | $450.00 | $135.00 |
| 6/22/2023 | Close | 1 | 6 | $450.00 | $450.00 | DUP | | DUP | | 1 | 1 | | | | | | 1 | | | | | 2 | 0.33 | $450.00 | $150.00 |
| 6/22/2023 | Saller | 1 | 4 | $200.00 | $200.00 | 1 | | 1 | | 1 | | | | | | | 1 | | | | | 4 | 1 | $200.00 | $200.00 |
| 6/23/2023 | Close | 0.5 | 3 | $450.00 | $225.00 | 1 | 1 | | | | | | | | | | 1 | | | | | 3 | 0.5 | $450.00 | $225.00 |
| 6/24/2023 | Close | 0.5 | 3 | $450.00 | $225.00 | 2 | | | | | | | | | | | 1 | | | | | 3 | 0.5 | $450.00 | $225.00 |
| 6/28/2023 | Close | 0.4 | 3 | $450.00 | $180.00 | 1 | | 1 | | | | | | | | | 1 | | | | | 3 | 0.4 | $450.00 | $180.00 |
| 7/7/2023 | Saller | 0.7 | 2 | $200.00 | $140.00 | | | 1 | | | | | | 1 | | | | | | | | 2 | 0.7 | $200.00 | $140.00 |
| 7/10/2023 | Close | 0.5 | 2 | $450.00 | $225.00 | 1 | 1 | | | | | | | | | | | | | | | 2 | 0.5 | $450.00 | $225.00 |
| 7/10/2023 | Saller | 0.6 | 2 | $200.00 | $120.00 | | | 1 | | | | | | 1 | | | | | | | | 2 | 0.6 | $200.00 | $120.00 |
| 7/11/2023 | Saller | 0.4 | 2 | $200.00 | $80.00 | | | 1 | | | | | | | | | 1 | | | | | 2 | 0.4 | $200.00 | $80.00 |
| 7/21/2023 | Saller | 1.5 | 5 | $200.00 | $300.00 | | 1 | 1 | 1 | | | | | | | 1 | 1 | | | | | 5 | 1.5 | $200.00 | $300.00 |
| 8/1/2023 | Close | 0.5 | 2 | $450.00 | $225.00 | 1 | 1 | | | | | | | | | | | | | | | 2 | 0.5 | $450.00 | $225.00 |
| 8/1/2023 | Saller | 1 | 3 | $200.00 | $200.00 | | | 1 | | | | | | | | 2 | | | | | | 3 | 1 | $200.00 | $200.00 |
| 8/2/2023 | Close | 0.3 | 3 | $450.00 | $135.00 | 2 | | | | | | | | | | | 1 | | | | | 3 | 0.3 | $450.00 | $135.00 |
| 8/3/2023 | Saller | 0.9 | 2 | $200.00 | $180.00 | | 1 | | | | | | | 1 | | | | | | | | 2 | 0.9 | $200.00 | $180.00 |
| 8/8/2023 | Close | 0.3 | 2 | $450.00 | $135.00 | | 1 | | | | | | | | | | 1 | | | | | 2 | 0.3 | $450.00 | $135.00 |
| 8/8/2023 | Saller | 0.9 | 2 | $200.00 | $180.00 | | | | | 1 | | | | | | | 1 | | | | | 2 | 0.9 | $200.00 | $180.00 |
| 8/18/2023 | Tate | 4 | 4 | $470.00 | $1,880.00 | | | | | | | | NON-R | NON-R | NON-R | | 1 | | | | | 1 | 1 | $470.00 | $470.00 |
| 8/31/2023 | Close | 2.1 | 3 | $450.00 | $945.00 | | 1 | | | 1 | | | | | | | 1 | | | | | 3 | 2.1 | $450.00 | $945.00 |
| 9/1/2023 | Close | 0.6 | 2 | $450.00 | $270.00 | | 1 | | | | | | | | | | | 1 | | | | 2 | 0.6 | $450.00 | $270.00 |
| 9/7/2023 | Saller | 0.5 | 3 | $200.00 | $100.00 | | | 1 | | | | | | | | 1 | 1 | | | | | 3 | 0.5 | $200.00 | $100.00 |
| 9/8/2023 | Saller | 0.8 | 5 | $200.00 | $160.00 | | | 1 | | | | | | | | 1 | 1 | 1 | NON-R | | | 4 | 0.64 | $200.00 | $128.00 |
| 9/18/2023 | Close | 0.4 | 2 | $450.00 | $180.00 | | 1 | 1 | | | | | | | | | | | | | | 2 | 0.4 | $450.00 | $180.00 |
| 9/19/2023 | Close | 0.8 | 3 | $450.00 | $360.00 | 1 | 1 | | | | | | | ADMIN | | | | | | | | 2 | 0.53 | $450.00 | $240.00 |
| 9/20/2023 | Close | 2.7 | 5 | $450.00 | $1,215.00 | 1 | 1 | | | | | | | ADMIN | | | | 1 | | | | 3 | 1.62 | $450.00 | $729.00 |
| 9/21/2023 | Close | 0.6 | 3 | $450.00 | $270.00 | 1 | 1 | | | | | | | ADMIN | | | | | | | | 2 | 0.4 | $450.00 | $180.00 |
| 9/21/2023 | Saller | 0.6 | 3 | $200.00 | $120.00 | | | 1 | | | | | | | | 1 | 1 | | | | | 3 | 0.6 | $200.00 | $120.00 |
| 9/26/2023 | Saller | 0.4 | 3 | $200.00 | $80.00 | | | 1 | | | | | | | | | 1 | | NON-R | | | 2 | 0.27 | $200.00 | $53.33 |
| 10/13/2023 | Close | 0.5 | 2 | $450.00 | $225.00 | 1 | | | | | | | | ADMIN | | | | | | | | 1 | 0.25 | $450.00 | $112.50 |
| 10/13/2023 | Saller | 0.6 | 2 | $200.00 | $120.00 | | 1 | | | | | | | | | 1 | | | | | | 2 | 0.6 | $200.00 | $120.00 |
| 10/25/2023 | Saller | 0.5 | 3 | $200.00 | $100.00 | | | 1 | 2 | | | | | | | | | | | | | 3 | 0.5 | $200.00 | $100.00 |
| 3/25/2024 | Close | 0.4 | 3 | $475.00 | $190.00 | 1 | 1 | | | | | | | | | | 1 | | | | | 3 | 0.4 | $475.00 | $190.00 |
| **Total** | | 26.8 | 94 | | $9,550.00 | 15 | 14 | 14 | 1 | 4 | 2 | 1 | 0 | 0 | 0 | 9 | 17 | 1 | 0 | 2 | 0 | 80 | 21.0 | | $6,972.83 |